UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>       Plaintiff,<br><br>       v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>       Defendants. | Case No. 1:24-cv-00142 |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Appendix B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>              Plaintiff,<br><br>              v.<br><br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP and BRIAN IWASHYNA,<br><br>              Defendants. | Case No. 1:24-cv-00142 |

## DECLARATION OF CHRISTINE WALDMANN CARMODY

The undersigned states the following:

1.     My name is Christine Waldmann Carmody. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2.     Prior to July 1, 2020, I was a partner at Pepper Hamilton LLP ("Pepper Hamilton"). On July 1, 2020, Pepper Hamilton combined with Troutman Sanders LLP, which changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman"). On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3.     On July 1, 2020, I became a partner in Troutman's Multifamily Housing Finance ("MFH") practice group, and I am currently a partner in MFH.

4.     My practice at Pepper Hamilton (in the Financial Services practice group) and now at Troutman (in the MFH practice group) involves representing lender clients in connection with loans that are insured by the Federal Housing Administration ("FHA"), which is part of the U.S. Department of Housing and Urban Development ("HUD").

**Hiring of Gita Sankano**

5.     I made the decision to hire Gita Sankano to work as an associate attorney at Pepper Hamilton in 2019. Ms. Sankano was hired to work with me on FHA/HUD loans, and I was responsible for supervising her, training her, and keeping her busy. Ms. Sankano was the only first-year associate who was hired to work primarily with me and who had no relevant prior experience.

6.     I interviewed Ms. Sankano prior to hiring her, so I was aware of Ms. Sankano's race at the time I decided to hire her. I was also aware that Ms. Sankano had graduated from law school in 2018 and had clerked for a year for a judge. I believed that Ms. Sankano did not have any

1

previous experience working on FHA/HUD loans, financial services, or any type of multifamily housing finance (MFH) at the time she was hired by Pepper Hamilton.

## My Instructions to Ms. Sankano Regarding Timekeeping Practices

7.  Ms. Sankano began working for Pepper Hamilton in or around late August 2019. Shortly after Ms. Sankano began working for me, I asked her to please send me a report of the time she had worked prior to having it inputted into Pepper Hamilton's timekeeping system. I then reviewed Ms. Sankano's time to see what she had been doing and to see how much of her time should be billed to the client, and how much was educational and training related (and thus should instead be moved to a non-billable training number). I did this for three reasons.

    (a)  First, I knew that Ms. Sankano was a first year and did not have experience with timekeeping.

    (b)  Second, I believed that it was my job to supervise and train Ms. Sankano how to record her time. Specifically, I believed it was my responsibility to teach Ms. Sankano how to recognize what time could and should be billed to a client, because not everything we do is billable. Having Ms. Sankano send me her time and me mark it up to indicate what was billable and what was non-billable before it was entered was the way I was teaching her that. If Ms. Sankano had entered all her time into the system as billable and then I had written off or moved some of that time on the back end, it would have had the same effect for the client, but Ms. Sankano would not have learned the distinction (and I thought it would negatively impact her realization rate).

    (c)  Third, I believed it was my responsibility to supervise Ms. Sankano's work. I asked to review Ms. Sankano's time because I wanted to see how she was spending her time: what she was working on and how long each task was taking her, so I could provide feedback to her and balance her workload.

8.  After I reviewed Ms. Sankano's time, I directed her to move some of her time to non-billable matters. I did this because I did not think that a client should be billed for all the time that Ms. Sankano spent learning how to do a task or educating herself, as she was brand new to the job and had a lot to learn. As a new attorney, and as expected for all first-year associates with no experience in a practice area, Ms. Sankano was inefficient, and she took longer to do each task than a more experienced attorney would take. I did not think it was appropriate to bill a client for training a first-year associate. I thought this was important, even though most of my clients were charged a flat fee, because sometimes, clients do ask to see the hours worked and the time needs to be accurate.

9.  I did not believe that my practice of asking Ms. Sankano to reallocate some of her time to training and other non-billable numbers materially affected Ms. Sankano's experience at Pepper Hamilton. It was my understanding that Pepper Hamilton had an expectation that associates would bill a certain target number of hours each year, but I understood that the total hours the associate worked (including both billable hours and non-billable hours like training and pro bono) would count towards that target. I also believed that in an associate's first year at the firm,

2

it was understood that there would be a significant portion of time spent on training and learning new skills.

10.     Ms. Sankano's race had nothing to do with my decision to ask her to let me review her time before she entered it into the system (or had it entered). Rather, I made the request because I was the sole person responsible for supervising a first-year associate with no relevant experience.

11.     My practice of asking Ms. Sankano to reassign some of her time to training or non-billable numbers before it was entered did not benefit me financially in any way. Because the work was largely billed to clients on a fixed fee basis, whether Ms. Sankano's hours were adjusted before they were entered into the system or after they had been entered did not impact the fees we charged clients for work. My practice of asking her to reassign some time to training or non-billable numbers did not impact my realization rate, collections, or compensation.

**Discussions with Audrey Wisotsky About Ms. Sankano's Timekeeping Practices**

12.     On December 24, 2019, the head of the Associate's Committee at Pepper Hamilton, Audrey Wisotsky, reached out to me to discuss Ms. Sankano's entry of her time. Because it was Christmas Eve, I was not able to discuss the issue right then, but I responded to let Ms. Wisotsky know that I was extremely busy trying to close deals before the end of the year, had a backlog of Ms. Sankano's weekly hours submissions that I needed to review, and told Ms. Wisotsky that I was the holdup, and would need to dig out after the deals were closed. *See* Exhibit 1. I did later review Ms. Sankano's hours, and I believe that they were entered into the system.

**My Performance Evaluation of Ms. Sankano**

13.     I completed a performance evaluation for Ms. Sankano in March 2020 as part of the firm's interim attorney evaluation process for new attorneys. In my evaluation, I praised Ms. Sankano's attitude and work ethic, and said she was "making good progress in developing proficiency in the many areas she needs to learn." I also commended that "she needs to remember to re-read instructions and address comments exactly as requested while she is in the learning phase, and to focus on getting each piece perfect and to use everything she knows for each task." *See* Exhibit 2. At no point in my evaluation of Ms. Sankano did I criticize her for her hours or retaliate against her in any way for discussing her timekeeping practices with Audrey Wisotsky.

**Further Discussions with Ms. Wisotsky Regarding Ms. Sankano's Timekeeping Practices**

14.     In April 2020, after Ms. Sankano met with Ms. Wisotsky to discuss her interim evaluation, Ms. Sankano told me that Ms. Wisotsky had instructed her to enter all her time into the firm's timekeeping system daily. I exchanged emails with Ms. Sankano about this issue and asked her to continue sending me her time entries until we could sort out the issue. *See* Exhibit 3.

3

15. Then in May 2020, Ms. Sankano stopped sending me her time to review, saying that Ms. Wisotsky had directed her to enter time in the system on a daily basis, and that Ms. Wisotsky said that I would need to write it off on the back end. *See* Exhibit 4.

16. Ms. Wisotsky never told me that Ms. Sankano stated or indicated that she thought I was asking to review her time before it was entered because she is Black. In fact, no one ever told me that Ms. Sankano had complained that I had reviewed or asked her to recategorize her time because of her race. I was not aware that Ms. Sankano had such a belief until she filed a lawsuit containing that allegation.

**Change in Workload During the Pandemic**

17. When the COVID-19 pandemic began in March 2020, the nature of my work changed substantially. At first, my clients sent their personnel home to work, meaning that they did not have people in the office to handle some of the work involved in closing loans. Instead, they asked us to handle the work for them, since we were still coming into the office. Then, the number of loans fell off for a while, as everyone struggled to navigate the pandemic. Later, the pace of loans slowly resumed.

18. Ms. Sankano worked in the office for a while after the pandemic began, but then she started working remotely around the end of April 2020. At that time, there was less work to do and what work we had was more hands-on (e.g., assembling hard-copy closing binders, loan documents, and packages). Thus, the amount of work that I could give Ms. Sankano that she could do remotely was limited, so there was less for her to do, and her hours dropped, accordingly, for a short period of time. However, by June 2020, the work I could send her picked up again.

19. I was not angry that Ms. Sankano and Ms. Wisotsky had discussed Ms. Sankano's timekeeping practices. I did not take any action against Ms. Sankano because of this issue, and I certainly did not withhold available work from Ms. Sankano due to the discussions about her timekeeping practices. I did not replace Ms. Sankano or otherwise give her work to another associate during this time period. My ability to begin giving Ms. Sankano more work in June 2020 was due to workflow in the practice, not at all related to any focus at the firm on racial diversity issues after the murder of George Floyd.

**Timekeeping Practices of Other Associates**

20. In the past, I worked with another junior associate named Randy Hurlburt. During the time Mr. Hurlburt was working with me as a junior associate, I did not require him to send me his time before entering it in the system. This is because Mr. Hurlburt had previous experience working for our practice group as a timekeeper before he went to law school, so he was familiar with financial services and MFH work before he started working for us as an associate. As a result, Mr. Hurlburt was more efficient and required less training than Ms. Sankano, and unlike Ms. Sankano, he was familiar with timekeeping and what should be billed to a client. In 2019 and early 2020, Mr. Hurlburt was several years more senior than Plaintiff was at that time.

4

21. Ms. Sankano is the only associate who started working for me as a first-year who did not have any previous experience practicing law in financial services or MFH, who did not have any prior experience with timekeeping at Pepper Hamilton, and for whom I had primary responsibility for supervision and training. Consequently, she is the only associate I have asked to send me her time to review before entering it into the system. I did not treat Ms. Sankano differently from other associates because of her race.

**Cessation of Work with Ms. Sankano**

22. In late July or early August 2020, Henry Liu informed me that Ms. Sankano would not be working with me any longer. I was surprised and disappointed by this, and I was also disappointed that Ms. Sankano did not tell me herself.

23. On August 5, 2020, I sent an email to Ms. Sankano to share my understanding that she would be "completing the post closing work on [her] July deals, and will continue to finish up deals that have been assigned to you which are still in progress (such as the various closings lined up for this month)." I sent this to Ms. Sankano and copied Ms. Wisotsky, Mr. Liu, and Brian Iwashyna (our new practice group leader), to make sure that all of us were on the same page, as I stated in the email. I did not send this email to harm Ms. Sankano in any way or because of Ms. Sankano's race. See Exhibit 5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Christine Waldmann Carmody_  1/30/2025
_____  _____
Christine Waldmann Carmody      Date

5

| | |
|---|---|
| **From:** | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
| **Sent:** | Tue 12/24/2019 12:19:17 PM (UTC-05:00) |
| **To:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Subject:** | RE: Gita |

We will catch up. It will hurt her eventually if time doesn't get in.


**Audrey D. Wisotsky**
Partner

# Pepper Hamilton LLP
Attorneys at Law

Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 12:04 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks!

We've been closing a deal a day this past week and have two more to go before the end of the year. These are all fixed fee. I know it is important to track her time, but need to get these deals closed!

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:57 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Okay lets discuss – her time needs to get in before the 31st. She is still missing November time and basically has no billable hours.

Good luck with deals.

App.B-Carmody-Ex.1
Troutman_00005920

Audrey

**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:54 AM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks Audrey, and happy holidays to you!

Gita has been working, we are swamped with end of year closings, I've asked her to give her time to me so I can review.

So I'm the hold up, but will need to dig out when we get all these last deals closed.

Thanks!
Christine


**Christine Waldmann Carmody**
Partner

2000 K Street, N.W., Suite 600
Washington, D.C.  20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:25 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** Gita
**Sensitivity:** Private

App.B-Carmody-Ex.1

Troutman_00005921

Christine,

We need to discuss Gita's hours. She is not entering time and I wanted to speak to you before I reach out to her.

Please let me know when we can discuss.

Have a Merry Christmas!

Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

Mansfield Rule Certified 2019

## 2020 Interim Attorney Evaluation

**Evaluatee:** Gita Sankano                    | 1 completed | | 0 declined |

### Questions

**What is this associate doing well?**

- Waldmann, Christine — Gita has a very positive attitude and excellent energy, and is always interested in learning new skills. She is a hard worker, and making good progress in developing proficiency in the many areas she needs to learn. She is being confronted with a lot of new information and is building a good base.

**What does this associate need to do to get to the next level?**

- Waldmann, Christine — Gia is careful and thoughtful, but what we do is extremely detail oriented, down to the smallest level, and she needs to remember to re-read instructions and address comments exactly as requested while she is in the learning phase, and to focus on getting each piece perfect and to use everything she knows for each task. Her focus is good - the perfection will come. She is putting in the hard work to get there.

### Final Comments

**Please provide any additional comments you may have.**

- Waldmann, Christine — I like working with Gita, and I hope she feels she is learning and growing in her role here. We are buried, so need to keep on track with continuous progress.

| | |
|---|---|
| **From:** | Sankano, Gita F.[/O=PEPPER HAMILTON LLP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SANKANO, GITA F.B71] |
| **Sent:** | Sun 4/26/2020 3:48:49 PM (UTC-04:00) |
| **To:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Subject:** | Re: Thank You! |

Thank you Christine ! I was just worried because that was the first thing Audrey brought to my attention and I was not expecting my hours to be an issue. You're correct my hours are improving! Thanks for the clarification.
Sincerely,
Gita


---
Sent from Workspace ONE Boxer

On April 26, 2020 at 3:41:21 PM EDT, Waldmann, Christine <WALDMANC@pepperlaw.com> wrote:

Gita, I will find you some firm guidance on billable vs unbillable time (ie time that is still work but not chargeable to a client). Audrey is not telling you to bill all your time working to clients - that is not realistic for any of us - she wants your billable time properly entered. if I need to adjust after that, because a matter went over budget, I will (and have). My point is that not all work we do, especially now as noted below, is billable to a client. Like I said, I will find you some firm guidance on that. Your hours are improving, even in these strange times. If the guidance does not help, then the three of us can discuss, once we are all back in the office - I'd like us to review in person before we bring in Audrey if needed.


---


On April 26, 2020 at 2:24:10 PM EDT, Sankano, Gita F. <sankanog@pepperlaw.com> wrote:

> Christine,
>
> I was just thinking what Audrey instructed me to do is inconsistent with what you're telling me to do. I feel like I'm in an uncomfortable position because my billable hours was an issue during my evaluation. You know that I'm completely loyal to you, love working for you, and I don't have any issue with following your instructions.
>
> Can the three of us get on a call or email exchange so I can get clarity? I want to just make sure that I'm satisfying my obligation to the firm and to you of course!
>
>
> Sincerely,
> Gita
>
>
> On April 26, 2020 at 12:40:45 PM EDT, Sankano, Gita F. <sankanog@pepperlaw.com> wrote:
>
>> Okay will do!

App.B-Carmody-Ex.3

Troutman_00001398

---

On April 26, 2020 at 12:05:28 PM EDT, Waldmann, Christine <WALDMANC@pepperlaw.com> wrote:

Gita, glad to hear it!
 I still need to see your time before it goes in - as you know, not all work we do is billable to a client, especially now when we are doing extra admin work (like uploading files! ) which we would normally ask a secretary to do.

Please continue to send me your time, and I will review ASAP.

Thanks!

---

On April 26, 2020 at 10:16:09 AM EDT, Sankano, Gita F. <sankanog@pepperlaw.com> wrote:

Hi Christine,

I received my evaluation this week. I truly appreciate your kind words and positive feedback.

Audrey told me that going forward that I have to bill all my time daily, which is why I did not send you my time this week. She told me that she would communicate this to you as well. I just wanted to make sure she was able to connect with you this week so we are all on the same page.

Thank you! – Hope you are having a great weekend.

**Gita F. Sankano**
Associate

**Pepper Hamilton LLP**
Attorneys at Law

2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1251 | f: 866.422.4231 | bio



Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

App.B-Carmody-Ex.3

Troutman_00001400

| | |
|---|---|
| **From:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Sent:** | Thur 5/21/2020 11:12:27 AM (UTC-04:00) |
| **To:** | Sankano, Gita F.[sankanog@pepperlaw.com] |
| **Subject:** | RE: Hours 5/20 |

Ok!

**From:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 11:09 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Hours 5/20

She didn't get into the specifics of what is billable and what is non-billable. She just told me to start entering in my time correctly/accurately on a daily basis and you have to write it off at your discretion.

**Gita F. Sankano**
Associate



2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1251 | f: 866.422.4231 | bio

Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 11:07 AM
**To:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Subject:** RE: Hours 5/20

Thanks, but to confirm, Audrey has specifically directed you to bill copying and similar admin tasks to a client?

**From:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 11:03 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Hours 5/20

Okay- sure will do.  I'll put in the following see below

Berkeley Pt- Covington -2 Hrs

revising checklist and drafting transmittal-

1.4-
preparing closing docket: Printing all documents from data room: printing all loan documents (5x to collate)- 2 hrs 58mins


**Gita F. Sankano**
Associate



2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1251 | f: 866.422.4231 | bio

Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 11:00 AM
**To:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Subject:** RE: Hours 5/20

The printing is something a secretary would (normally) do, so definitely administrative work.


**From:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 10:20 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Hours 5/20

Sure. Please see below

Berkeley Pt- Covington -5 Hrs

- revising checklist and drafting transmittal- 2. hrs
- preparing closing docket: Printing all documents from data room: printing all loan documents (5x to collate)- 2 hrs 58mins  (is this admin/nonbillable? Not sure)


**Gita F. Sankano**
Associate



App.B-Carmody-Ex.4
Troutman_00001898

2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1251 | f: 866.422.4231 | bio



Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, May 21, 2020 10:08 AM
**To:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Subject:** RE: Hours 5/20

Hi, should "drafting" below be "revising" since it was already drafted?

Can you put more detail in regarding the 3 hours for  "preparing the closing docket"?

Thanks!

**Christine Waldmann Carmody**
Partner

**Pepper Hamilton LLP**
Attorneys at Law

2000 K Street, N.W., Suite 600
Washington, D.C.  20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Sankano, Gita F. <sankanog@pepperlaw.com>
**Sent:** Wednesday, May 20, 2020 6:12 PM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** Hours 5/20

Hi Christine,

Please see my time below.

Berkeley Pt- Covington -5 Hrs

- drafting checklist and drafting transmittal- 2. hrs
- preparing closing dockets- 2 hrs 58mins

**Gita F. Sankano**
Associate

**Pepper Hamilton LLP**
Attorneys at Law

2000 K Street, N.W. | Suite 600

App.B-Carmody-Ex.4

Troutman_00001899

Washington, DC  20006-1865
p: 202.220.1251 | f: 866.422.4231 | bio



Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

App.B-Carmody-Ex.4

Troutman_00001900

| | |
|---|---|
| **From:** | Waldmann, Christine[Christine.Waldmann@Troutman.com] |
| **Sent:** | Thur 8/6/2020 1:10:19 PM (UTC-04:00) |
| **To:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Cc:** | Wisotsky, Audrey D.[Audrey.Wisotsky@Troutman.com] |
| **Subject:** | RE: Next Steps |

Gita,

You completed tasks for these matters, but the projects are ongoing. The intent is that, as appropriate and due to your familiarity with these projects, you continue to provide assistance to close them out.

Christine

**Christine Waldmann Carmody**
Partner
troutman pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Thursday, August 6, 2020 12:09 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Hi Christine,

Please see below. My responses are in yellow.

1. LFC/Gables IRR Modification- Drafted and sent to client
2. LFC/Steubenville IRR Modification- Drafted and sent to client
3. RCC/Royal Mall IRR Modification- Drafted and sent to client
4. Orix/Project 29 Modification- Drafted and sent to client
5. Berkadia/Seagirt 223(f)- pending commitment from HUD
6. Berkadia/Manhattan Beach 223(f)- pending commitment from HUD
7. Mid City/Village Square 223(f)- Drafted limited partnership agreement –pending commitment
8. EKS/AirPark IRR Modification-
9. BP/Salt River – Provided feedback on ground lease. Comments sent to client.
10. Funding Inc./HUD Approvals- Drafted Quality Control Plan. Plan sent to client and HUD.

1-4 above are expected to close this month, the others are ongoing.

For post-closing matters, this is my list of deals you assisted with last month:

1. Gershman/Metro North - should be complete- All dockets are complete. Lender and Borrower's dockets have been delivered.
2. Gershman/WrigleyVille - dockets to be finalized, deliveries to be completed- Please let me know when all deliveries are received. I will come into the office to finalize dockets.
3. Greystone/6 Alaris Deals - post closing in progress for 6 projects- This is not a deal that I did any legal work on. This is Marian's deal. I did not draft any loan documents for this deal. I only assisted in the administrative task along with Jeannette (i.e. assembling the dockets, collating and dating documents).

Sincerely,

Gita

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Thursday, August 6, 2020 11:41 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Good morning,

Below is my list of your in progress matters:

1. LFC/Gables IRR Modification
2. LFC/Steubenville IRR Modification
3. RCC/Royal Mall IRR Modification
4. Orix/Project 29 Modification
5. Berkadia/Seagirt 223(f)
6. Berkadia/Manhattan Beach 223(f)
7. Mid City/Village Square 223(f)
8. EKS/AirPark IRR Modification
9. BP/Salt River
10. Funding Inc./HUD Approvals

1-4 above are expected to close this month, the others are ongoing.

For post-closing matters, this is my list of deals you assisted with last month:

1. Gershman/Metro North - should be complete
2. Gershman/WrigleyVille - dockets to be finalized, deliveries to be completed
3. Greystone/6 Alaris Deals - post closing in progress for 6 projects

Best,
Christine

**Christine Waldmann Carmody**
**Partner**
troutman pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 5, 2020 9:43 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Good Evening Christine,

I am happy to assist with any post-closing work that is pending with the two deals we closed this month. I believe the only task that remains is inserting the recorded documents behind the closing binders and shipping the binders to the lender and borrower.

The only pending outstanding matters are the two loan modifications, which I have already drafted. I am happy to further assist to close out the two pending matters.

App.B-Carmody-Ex.5

Troutman_00001974

Sincerely,
Gita

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 5, 2020 3:57 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** Next Steps

Gita,

Regarding your transition to the Multi-Family group tomorrow, my understanding is that you will be completing the post closing work on your July deals, and will continue to finish up deals that have been assigned to you which are still in progress (such as the various closings we have lined up for this month).

Want to be sure we are all on the same page, thank you.

Christine

**Christine Waldmann Carmody**
**Partner**
troutman pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com