UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>    Plaintiff,<br><br>v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>    Defendants. | Case No. 1:24-cv-00142 |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Appendix C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GITA F. SANKANO,

    Plaintiff,

v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP and BRIAN IWASHYNA,

    Defendants.

Case No. 1:24-cv-00142

## DECLARATION OF AUDREY WISOTSKY

The undersigned states the following:

1. My name is Audrey Wisotsky. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2. Prior to July 1, 2020, I was a partner at Pepper Hamilton LLP ("Pepper Hamilton"). On July 1, 2020, Pepper Hamilton combined with Troutman Sanders LLP, which changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman"). Since July 1, 2020, I have been a partner at Troutman. On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3. From approximately April 2012 until the merger in July 2020, I served as chair of Pepper Hamilton's Associates' Committee. The Associates' Committee was responsible for dealing with all issues related to associates except for first year recruiting and hiring. Among other things, the Associates Committee monitored associate productivity, reviewed and approved office and practice group transfers, administered annual and interim evaluations, made salary and bonus recommendations, performed due diligence on associate counsel and partner promotion candidates and recommended candidates for promotion and admission to the partnership, was responsible for personnel actions, and established, monitored and enforced policies relating to associates.

**Christine Waldmann Carmody's Actions Regarding Gita Sankano's Hours**

4. In December 2019, I learned that an associate who had been hired by Pepper Hamilton in August 2019, Gita Sankano, had very few billable hours entered in Pepper Hamilton's timekeeping system. I determined that Ms. Sankano was working with Christine Waldmann Carmody, so I emailed Ms. Carmody to see if she could tell me why Ms. Sankano had so few hours. Ms. Carmody explained that Ms. Sankano had been working, but Ms. Carmody had asked to review Ms. Sankano's time before it was entered. I told Ms. Carmody that Ms. Sankano's time needed to be entered before the end of the year. I also told Ms. Carmody that it would hurt

1

Ms. Sankano eventually if her time was not entered. *See* Exhibit 1. When I said that it would hurt Ms. Sankano eventually if her time was not entered, I meant that if Ms. Sankano's hours worked were never entered into the firm's system (whether as billable or non-billable time), Ms. Sankano would never receive any credit for those hours worked and Ms. Sankano would be questioned about the reason she did not have any hours worked in the system.

5. I reached out to Ms. Carmody again on January 2, 2020, because much of Ms. Sankano's time still had not been entered. Ms. Carmody explained that she was out of the office and tied up, but she wanted to move some of her time. I reached out to Ms. Carmody again on February 6 because I saw that the time had been entered, but much of it was on non-billable numbers. Ms. Carmody responded that some of her time needed to be on a nonbillable number because a client should not be charged for her learning curve. *See* Exhibit 2.

6. As I exchanged emails with Ms. Carmody, I came to realize that Ms. Carmody believed that if an associate worked on a matter for a client but was inefficient or learning how to do the work, the billing partner should ensure that some of the associate's time should be moved to a non-billable number before it was entered. However, the more usual approach of partners at Pepper Hamilton was to have the associate enter their time into the system using a billable number, and then the partner would write off that time on the back end.

7. There was no explicit policy at Pepper Hamilton prohibiting a partner from moving an associate's time from a billable number to a non-billable number, either before or after it was entered in the firm's timekeeping system. Moreover, the ultimate decision about what and how much to bill to clients is generally made by the responsible partner. As Chair of the firm's Associates' Committee, I believed it was more appropriate to have associates enter their time on the billable number and then have the partner write off that time (or move it to a non-billable number) after it was entered in the system, if the partner believed that the time should not be billed to the client.

8. I did not believe that Ms. Carmody was reviewing Ms. Sankano's time before it was entered and moving some of that time to non-billable numbers because of Ms. Sankano's race. Ms. Sankano did not tell me she thought that Ms. Carmody was doing this because she is Black. I also never told Ms. Carmody that Ms. Sankano had complained that she was being treated differently due to her race.

**Expectations for Associates at Pepper Hamilton Regarding Billable Hours**

9. During the time Ms. Sankano was employed at Pepper Hamilton, the firm had a target annual billable hour figure of 1940 for associates. This figure was not a requirement.

**Ms. Sankano's Interim Performance Evaluation for 2020**

10. At Pepper Hamilton, entry-level associates ("ELAs") who began in the fall of one year would typically receive an interim evaluation in March or April of the following year. A copy of the interim evaluation packet for Ms. Sankano that was compiled in March 2020 when she was

2

an ELA at Pepper Hamilton is attached as <u>Exhibit 3</u>. Ms. Sankano's 2020 interim evaluation does not criticize her in any way for failing to bill a certain number of hours.

11. I met with Ms. Sankano on April 21, 2020 to conduct her interim evaluation. During the evaluation meeting, Ms. Sankano and I discussed what Ms. Carmody was telling Ms. Sankano to do with regard to her timekeeping, but I did not criticize her in any way. I told Ms. Sankano that going forward, she should not wait for Ms. Carmody to review her time before it was entered into the firm's timekeeping system. Because I was the chair of the Associates' Committee and I was very familiar with the situation involving Ms. Carmody, I made sure that Ms. Sankano did not suffer any adverse effect as far as her performance evaluation due to Ms. Carmody's actions. In fact, when Ms. Sankano told me that she no longer wanted to work with Ms. Carmody and wanted to move her office away from Ms. Carmody, I worked with Henry Liu and the practice group to ensure that Ms. Sankano would have the opportunity to work with other partners in the practice group.

**Bonuses at Pepper Hamilton**

12. At Pepper Hamilton, ELAs were generally not awarded bonuses. In 2020, no ELAs at Pepper Hamilton received a bonus for their work in 2019.

13. After the merger in July 2020, associates at Troutman were eligible for two types of bonuses: an hours-based bonus for 2020 if they achieved 2100 hours through a combination of billable hours and nonbillable Total Contribution Hours, and a merit-based bonus, if they had very high levels of performance.

14. Ms. Sankano did not qualify for an hours-based bonus for 2020 because her billable hours plus Total Contribution Hours did not exceed 2100 hours. According to the firm's records, Ms. Sankano had 1394 billable hours in 2020 (working first for Pepper Hamilton and then for Troutman), 267.3 hours working on pro bono matters, and 73.5 other Total Contribution Hours, for a total of 1737 hours. Ms. Sankano also did not qualify for a merit-based bonus for 2020, because her work performance as a first-year associate was solid but not exceptional.

15. In this regard, Ms. Sankano was no different from the vast majority of associates in her Troutman class year (2019). Because they were first-year associates, very few qualified for a bonus for 2020. The Associate Development Committee made the determination that Ms. Sankano did not qualify for the hours-based bonus or the merit-based bonus for her work in 2020. This recommendation was shared with the MFH practice group, who did not disagree.

16. Even if every hour that Ms. Sankano had worked for Ms. Carmody in 2020 had been treated as billable and counted towards the bonus, Ms. Sankano still would not have qualified for the hours-based bonus for 2020. In 2020, Ms. Sankano had 378.2 nonbillable hours, which when added to her 1394 billable hours and her 267.3 pro bono hours still totaled only 2039.5 hours– less than the 2100 hours required to receive an hours-based bonus.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  
Audrey Wisotsky

_____January 30, 2025_____  
Date

| | |
|---|---|
| **From:** | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
| **Sent:** | Tue 12/24/2019 12:19:17 PM (UTC-05:00) |
| **To:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Subject:** | RE: Gita |

We will catch up.  It will hurt her eventually if time doesn't get in.

**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 12:04 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks!

We've been closing a deal a day this past week and have two more to go before the end of the year.  These are all fixed fee.  I know it is important to track her time, but need to get these deals closed!

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:57 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Okay lets discuss – her time needs to get in before the 31st.  She is still missing November time and basically has no billable hours.

Good luck with deals.

App.C-Wisotsky-Ex.1
Troutman_00005920

Audrey

**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:54 AM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks Audrey, and happy holidays to you!

Gita has been working, we are swamped with end of year closings, I've asked her to give her time to me so I can review.

So I'm the hold up, but will need to dig out when we get all these last deals closed.

Thanks!
Christine


**Christine Waldmann Carmody**
Partner

2000 K Street, N.W., Suite 600
Washington, D.C. 20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:25 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** Gita
**Sensitivity:** Private

Christine,

We need to discuss Gita's hours.  She is not entering time and I wanted to speak to you before I reach out to her.

Please let me know when we can discuss.

Have a Merry Christmas!

Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



**From:** Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA]
**Sent:** Thur 2/6/2020 3:42:35 PM (UTC-05:00)
**To:** Waldmann, Christine[WALDMANC@pepperlaw.com]
**Subject:** RE: Gita

Christine,

You do not have to charge the client. You need to take the write off.

Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, February 6, 2020 3:37 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Hi Audrey, she has been entering billable time, but also has nonbillable time since we can't charge a client for all the learning curve?

Christine

---


On February 6, 2020 at 3:31:49 PM EST, Wisotsky, Audrey D. <wisotska@pepperlaw.com> wrote:
Christine,

We need to discuss asap. Gita has to have her time entered as billable time. Please let me know when we can discuss.

App.C-Wisotsky-Ex.2
Troutman_00005914

Audrey

**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Wednesday, January 29, 2020 9:50 AM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Hi Audrey,

Gitas time is being entered weekly, if not daily now. I review it before it goes in, as the learning curve is steep.

I will be out of the office for a closing on Friday, but I am available next week, just let me know when.
Christine

**Christine Waldmann Carmody**
Partner

2000 K Street, N.W., Suite 600
Washington, D.C. 20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Wednesday, January 29, 2020 9:39 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Christine,

I hope all is well. Please let me know if you are available on Friday to discuss Gita's time and how it is being

App.C-Wisotsky-Ex.2

Troutman_00005915

recorded.

Thanks in advance,
Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, January 2, 2020 4:25 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Audrey, I am out of the office on vacation, traveling all day today and tied up on work calls tomorrow. I will be back in the office late next week and can tackle gita's time then. It will not impact any billing, as noted in my prior message, and much will be training, but I want to move some of her time to billed, and that will take a few hours.

Christine


---
On January 2, 2020 at 9:06:24 AM MST, Wisotsky, Audrey D. <wisotska@pepperlaw.com> wrote:
Christine,

Gita still does not have time entered. I need to discuss with you this morning.

Thanks in advance,
Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 12:04 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks!

We've been closing a deal a day this past week and have two more to go before the end of the year. These are all fixed fee. I know it is important to track her time, but need to get these deals closed!

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:57 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Okay lets discuss – her time needs to get in before the 31st. She is still missing November time and basically has no billable hours.

Good luck with deals.

Audrey


**Audrey D. Wisotsky**
Partner


Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799

App.C-Wisotsky-Ex.2
Troutman_00005917

p: 215.981.4076 | f: 866.422.4232



**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:54 AM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks Audrey, and happy holidays to you!

Gita has been working, we are swamped with end of year closings, I've asked her to give her time to me so I can review.

So I'm the hold up, but will need to dig out when we get all these last deals closed.

Thanks!
Christine


**Christine Waldmann Carmody**
Partner


2000 K Street, N.W., Suite 600
Washington, D.C.  20006-1865
p: 202.220.1231 | f: 202.220.1665

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:25 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** Gita
**Sensitivity:** Private

Christine,

We need to discuss Gita's hours.  She is not entering time and I wanted to speak to you before I reach out to her.

Please let me know when we can discuss.

Have a Merry Christmas!

Audrey


**Audrey D. Wisotsky**
Partner


Suite 400 | 301 Carnegie Center

Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | <u>bio</u>

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

App.C-Wisotsky-Ex.2

Troutman_00005919

| | |
|---|---|
| **From:** | O'Connor, Carrie M.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=RECIPIENTS/CN=SAUERWEC] |
| **Sent:** | Thur 3/5/2020 11:07:22 AM (UTC-05:00) |
| **To:** | Wisotsky, Audrey D.[wisotska@pepperlaw.com] |
| **Cc:** | Balaza, Norma[balazan@pepperlaw.com] |
| **Subject:** | Gita Sankano |
| **Attachment:** | Gita Sankano Bio.pdf |
| **Attachment:** | Gita Sankano Evaluation Summary.pdf |
| **Attachment:** | Gita Sankano Summary Sheet.docx |

Audrey,

We have all of the information for Gita Sankano's interim evaluation. Her bio, summary sheet and evaluation summary are attached. I did not mark her as late entering time since it is due to Christine Waldmann and not her time entry practices.

Best,

Carrie

**Carrie M. O'Connor**
Manager of Associate Development



3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4540



App.C-Wisotsky-Ex.3
Troutman_00006013

**Pepper Hamilton LLP**
Attorneys at Law

# GITA F. SANKANO
### Associate

## OVERVIEW

Gita F. Sankano is an associate in the Financial Services Practice Group of Pepper Hamilton LLP, resident in the Washington office.

Ms. Sankano is admitted to practice in Maryland (she is not admitted in the District of Columbia). Ms. Sankano is under supervision by principals of Pepper Hamilton LLP who are members of the D.C. Bar.



Washington, DC
Phone: 202.220.1251
Fax: 202.220.1465
sankanog@pepperlaw.com

## ACTIVITIES/HONORS

### ACTIVITIES

**ALLIANCE OF BLACK WOMEN ATTORNEYS**
Member

**MARYLAND STATE BAR ASSOCIATION**
Member

**BALTIMORE CITY BAR ASSOCIATION**
Member

## EDUCATION

- J.D., *cum laude*, University of Maryland Francis King Carey School of Law, 2018, associate symposium editor, *Journal of Business & Technology Law*; staff editor, *The Authority National Affordable Housing Digest*
- M.A., Public Administration, City University of New York, John Jay College, 2014
- B.A., Political Science, City University of New York, John Jay College, 2011

## BAR ADMISSIONS

- Maryland

## CLERKSHIPS

- Hon. Michael W. Reed: Court of Special Appeals of Maryland, Baltimore, MD

1

## 2020 Interim Attorney Evaluation

**Evaluatee: Gita Sankano**     | 1 completed | | 0 declined |

### Questions

**What is this associate doing well?**

- Waldmann, Christine — Gita has a very positive attitude and excellent energy, and is always interested in learning new skills. She is a hard worker, and making good progress in developing proficiency in the many areas she needs to learn. She is being confronted with a lot of new information and is building a good base.

**What does this associate need to do to get to the next level?**

- Waldmann, Christine — Gia is careful and thoughtful, but what we do is extremely detail oriented, down to the smallest level, and she needs to remember to re-read instructions and address comments exactly as requested while she is in the learning phase, and to focus on getting each piece perfect and to use everything she knows for each task. Her focus is good - the perfection will come. She is putting in the hard work to get there.

### Final Comments

**Please provide any additional comments you may have.**

- Waldmann, Christine — I like working with Gita, and I hope she feels she is learning and growing in her role here. We are buried, so need to keep on track with continuous progress.

## ADD ATTORNEY BIO FROM PEPPERNET

| | |
|---|---|
| **Name**: Gita F. Sankano | **Start Date**: 08/30/2019 |
| **Practice Group/ Department**: Financial Services | **Office**: Washington, DC |
| **Class Year:** 2019 | **Level**: 1 |
| **JD Year:** 2018 | **Previous Employment:** 2018-19 Law Clerk to Hon. Michael W. Reed, Court of Special Appeals of Maryland |
| **December 2019 (YTD billable only):** | **February 2020 (YTD billable only):** -52% |
| **December 2019 (YTD billable + pro bono):** | **February 2020 (YTD billable + pro bono):** -45% |
| **Late Time Entry (YTD) for 2019**: n/a | **Late Time Entry (YTD) for 2020**: n/a |
| **Associate Mentor:** David Bly | |

**Associate's Questions / Concerns:**


**Supervisors (See evaluation summary for feedback):**

Christine Waldmann

#57160900 v1

## ASSOCIATE SUMMARY SHEET
## INTERIM EVALUATIONS

| | |
|---|---|
| Process Explanation | Interim designed to be a dialogue about how things are going, from your perspective and the Firm's perspective. You'll get feedback but we want to know if there additional supports that would be helpful. Different from formal evaluation process. |
| Overall, how are things going from your perspective? | |
| Feel you are getting integrated into your practice group? Office? Firm? | |
| Partner mentor / Associate Mentor or Connection - Are you using / meeting with both? | |
| What's your perspective on the work? Are you enjoying it? Learning? Being challenged? | |
| What feedback have you received directly? Based on the feedback you've received, how do you think you're performing? | |
| Productivity / Ability to Manage Workload<br>* hours variance (billable)<br>* hours variance (w/ pro bono) | How well are you managing your workload? You are / are not meeting your hours target. Expectations. If need work, need to be proactively reaching out and take pro bono. PB hours count but be mindful of balance. Conversely, if get overwhelmed, also need to raise your hand. If conflicting deadlines, let supervising attorneys work it out. |
| Timekeeping | Following and understanding policy? |
| General Feedback Message | All of that's consistent/not consistent with what we have heard. Takeaway is: strong start / good start / other |
| Specific feedback | See separate sheet. |
| Questions or concerns? | |

-2-

#57160900 v1

App.C-Wisotsky-Ex.3

Troutman_00006017

ASSOCIATE SUMMARY SHEET
INTERIM EVALUATIONS

What do you see as your
strengths?

What do you think you can /
should be doing to elevate
your performance and continue
progressing?

-3-

#57160900 v1

App.C-Wisotsky-Ex.3

Troutman_00006018