**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GITA F. SANKANO,** | |
| **Plaintiff,** | **Case No. 1:24-cv-00142** |
| **v.** | |
| **TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,** | |
| **Defendants.** | |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Appendix E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GITA F. SANKANO,

                   Plaintiff,

v.                                                        Case No. 1:24-cv-00142

TROUTMAN PEPPER HAMILTON
SANDERS LLP and BRIAN IWASHYNA,

                   Defendants.

## DECLARATION OF BRIAN IWASHYNA

The undersigned states the following:

1.      My name is Brian Iwashyna.  I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2.      Prior to July 1, 2020, I was a partner at Troutman Sanders LLP.  On July 1, 2020, resulting from its combination with Pepper Hamilton LLP ("Pepper Hamilton"), Troutman Sanders changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman").  On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3.      I was a partner in Troutman's Multifamily Housing Finance ("MFH") practice group throughout the time Gita Sankano was employed by Troutman, and I am currently a partner in MFH.

4.      From January 1, 2008 through December 31, 2023, I served as the MFH Practice Group Leader at Troutman Sanders and then Troutman.

## Efforts to Integrate Gita Sankano into the Multifamily Housing Finance Practice Group

5.      In the pre-merger discussions between Troutman Sanders and Pepper Hamilton, it was decided that all of the attorneys in Pepper Hamilton's Financial Services practice group who practiced in the area of multifamily housing finance would join the MFH practice group at Troutman when the firms combined.  Gita Sankano was a member of Pepper Hamilton's Financial Services practice group practicing in the area of multifamily housing finance and therefore was assigned to the MFH practice group at Troutman on July 1, 2020.  Ms. Sankano was placed in MFH automatically, not as a result of any request she made.

6.      In June 2020, I received an email from Audrey Wisotsky at Pepper Hamilton, following up on a request I had received from Henry Liu (another partner at Pepper Hamilton), asking if the attorneys working on Fannie Mae and Freddie Mac loan transactions (the "Agency Team")

could provide work to Ms. Sankano.  *See* <u>Exhibit 1</u>.  During subsequent conversations, Ms. Wisotsky told me that Ms. Sankano was available for work assignments because her hours were low.  I was not concerned by Ms. Wisotsky's statement that Ms. Sankano's hours were low and did not judge Ms. Sankano on that basis, because I know there are many reasons why an associate's hours might be low.  The Agency Team was busy at that time, so I was pleased to have Ms. Sankano join that team.

7.      After receiving the email from Ms. Wisotsky in June 2020, I began efforts to integrate Ms. Sankano into the Agency Team.  I suggested that Ms. Sankano begin by working on second attorney reviews ("SARs"), which are typically handled by junior associates, so she could familiarize herself with the transactions that the Agency Team handled.  I also asked Ashanté Smith, another MFH partner, to serve as a mentor to Ms. Sankano, as I knew Ms. Smith was particularly good at mentoring associates.  However, Ms. Smith was on medical leave and was unable to help at that time.

8.      On September 2, 2020, I checked in with Ms. Sankano and asked if she was working on SARs with the Agency Team, and she said she was.  I also asked Ms. Sankano to send Nora Nickel and me an email every week describing her work assignments and hours.  Ms. Sankano agreed.  *See* <u>Exhibit 2</u>.  Ms. Nickel and I wanted to assist Ms. Sankano's transition and ensure that she was integrating into the MFH practice group and getting enough work, with exposure to different types of projects and attorneys.  Ms. Sankano provided updates on an approximately weekly basis, from September 2020 through December 2021.  When I received these weekly updates, I reviewed Ms. Sankano's hours, but I did not review the substance or quality of her work product.

9.      In response to Ms. Sankano's weekly email updates or the monthly billable hours reports to which I had access as the MFH Practice Group Leader, I frequently praised Ms. Sankano for her high billable hours.  *See, e.g.*, <u>Exhibit 3</u>.  Ms. Nickel and I also praised Ms. Sankano for working with a variety of attorneys.  *See, e.g.*, <u>Exhibit 4</u>.  For instance, on April 12, 2022, I praised Ms. Sankano for her hours in March 2022 and asked about the attorneys with whom she was working.  Ms. Sankano responded that she was working with six attorneys and had contacted two other attorneys for more work.  In response, I said, "You are doing everything right. Keep it up. That is a perfect approach."  <u>Exhibit 5</u>.  My remarks in this email were not a commentary on the quality of her work.

10.     During Ms. Sankano's first year in the MFH practice group, Ms. Nickel and I checked in with Ms. Sankano periodically to see how she was doing and to make sure she was receiving feedback from the attorneys with whom she was working.  Ms. Sankano regularly assured us that she was doing well and was getting feedback that was very helpful.  *See, e.g.,* <u>Exhibit 6</u>.

## Ms. Sankano's Limited Work for Me

11.     I worked with Ms. Sankano on a few deals in late 2020.  I thought she did a very good job as the junior associate on those deals, and I gave her that positive feedback.  I did not work on any deals with Ms. Sankano after that time period.  All of my impressions about Ms. Sankano's work product in 2021, 2022, and 2023 were formed based on what other MFH

partners told me about her work (either by email or in conversations) or what I read in Ms. Sankano's written performance evaluations.

**Feedback from MFH Partners About Ms. Sankano's Work Product**

12.     During Ms. Sankano's employment with Troutman from 2020 through 2023, in my role as MFH Practice Group Leader, I solicited and received feedback from a number of MFH partners who expressed their concerns about Ms. Sankano's work performance.  Some of that feedback is reflected in the written evaluations that MFH partners submitted in connection with Ms. Sankano's annual associate performance review that the firm conducts for all associates. *See* Exhibit 7 (2020); Exhibit 8 (2021); Exhibit 9 (2022); and Exhibit 10 (2023).  I also received feedback from MFH partners through emails and conversations, and I describe several examples below:

Feedback from Scott Fireison

13.     In an email to me on September 3, 2020, Scott Fireison wrote that he had previously worked with Ms. Sankano at Pepper Hamilton and "did not find her ability acceptable (cost me more time than saved me)." Exhibit 11.  Based on this email, I concluded that Mr. Fireison did not wish to work with Ms. Sankano anymore, and I never asked him to work with Ms. Sankano again.

Feedback from Jonathan Lautt

14.     Jonathan Lautt, a MFH partner in Richmond, was one of the first Agency Team partners who worked with Ms. Sankano after the merger.  In October 2020, I asked Mr. Lautt how Ms. Sankano was doing on work for him.  He responded in two emails on October 13, 2020.  In the first email, Mr. Lautt stated that it had been "a little rough" working with Ms. Sankano, explaining that she had had a number of major "misses" due to syntax and a failure to proofread and not paying attention.  Mr. Lautt also told me there had been several instances where Ms. Sankano left in phrases and paragraphs from prior deals that obviously did not apply.

15.     Subsequently in 2021, after Mr. Lautt had worked with Ms. Sankano on more deals, Mr. Lautt told me that he was not happy with Ms. Sankano's work product, and he did not want to work with Ms. Sankano anymore.  After that, Mr. Lautt did not work much with Ms. Sankano directly (although sometimes, the associates working on his deals would bring her in to perform specific tasks).

16.     In May 2023, I asked Mr. Lautt to work with Ms. Sankano again, and he agreed to do so. I then exchanged emails with Nora Nickel to brainstorm ways to make Mr. Lautt's experience with Ms. Sankano go well, such as encouraging Ms. Sankano to have better communications with Mr. Lautt and to consult Ms. Smith as a resource (since Ms. Smith had successfully worked on a recent deal with Mr. Lautt).  *See* Exhibit 12.  However, after working with Ms. Sankano again in 2023, Mr. Lautt told me that he thought Ms. Sankano's work product had not materially improved, and she was still not learning from feedback he gave her.

Feedback from S.R. Sidarth

17.     S.R. Sidarth is a MFH partner in Washington, D.C., who worked with Ms. Sankano in 2021.  However, in August 2021, I learned that Mr. Sidarth did not want to work with Ms. Sankano on any new deals, unless there was a senior associate on the deal to oversee Ms. Sankano's work, given her poor performance on his prior deals.

Feedback from Matt Bowsher

18.     In November 2020, Matt Bowsher, a MFH partner in Washington, D.C. told me that he was conducting one-on-one training with Ms. Sankano and getting her involved in his deals.  *See* Exhibit 13.  I was pleased that Ms. Sankano was receiving this individualized training from a partner in her office who had previously worked for Freddie Mac.

19.     However, by June 2021, Mr. Bowsher was expressing concerns about Ms. Sankano's work performance, especially her lack of substantive knowledge or progression.  In a June 20, 2021 email (forwarded to me by Ms. Nickel), Mr. Bowsher wrote that he liked Ms. Sankano and had spent months training her, but she had no idea about closing logistics, adding:

> I like many things about her, I don't want to race to judgement, but wow the amount of hand-holding necessary is daunting, and I'm not the only one who feels this way. just doesn't seem to naturally make a lot of the same basic connections as other first-years I've seen, including Kimberly.

Exhibit 14.

20.     From mid-2021 through the spring of 2022, Mr. Bowsher expressed multiple concerns to me about Ms. Sankano's work performance, including her lack of substantive knowledge (despite receiving significant training and feedback), and the sloppiness in her work product.  By late 2022, Mr. Bowsher told me he had lost confidence in Ms. Sankano and did not want to work with her anymore.

21.     In the spring of 2022, I spoke with Whitney Loughran, a senior associate in the MFH practice group, about the concerns raised to me about Ms. Sankano's work performance, because I knew that Ms. Loughran worked with Ms. Sankano and served as an unofficial mentor to her.  Ms. Loughran was somewhat dismissive of the concerns, and she replied that Ms. Sankano's mistakes were appropriate given her level.  Ms. Loughran also guessed that the person who had raised the concerns with me was Mr. Bowsher, and she asked me whether Mr. Bowsher would have done the same thing (*i.e.*, brought the complaint to me) if the associate making the mistakes had been Austin Sargent.  I understand that Ms. Loughran testified in this case that by referring to Mr. Sargent, she was indicating her belief that there was a difference in how Mr. Bowsher would have treated a white associate as compared to how he treated Ms. Sankano, a Black associate.  At the time of the conversation, I did not believe that Ms. Loughran's comment was intended to mean different treatment based on race.  Ms. Loughran never mentioned race in our conversation.

22.      I think it was appropriate for Mr. Bowsher to share his concerns about Ms. Sankano's work performance with me.  One of my responsibilities as Practice Group Leader was to monitor the performance of the associates in the MFH practice group, and I regularly solicited and received reports regarding associates' performance from partners.  Ms. Loughran was not a partner at that time, so she might not have realized that partners frequently shared feedback on associates with me.

Feedback from Lindsey Crawford

23.      Lindsey Crawford is a partner in the MFH group in Washington, D.C., who worked with Ms. Sankano on several deals.  When she first began working with Ms. Sankano in 2021, Ms. Crawford indicated to Ms. Nickel that she was relatively happy with Ms. Sankano's work (and Ms. Nickel shared that feedback with me).  Ms. Crawford praised Ms. Sankano's attitude and work ethic, and indicated that she missed some things but caught other things.  Over time, however, I realized that while Ms. Crawford was willing to work with Ms. Sankano, Ms. Crawford assigned only the easier deals to Ms. Sankano (even as Ms. Sankano increased in seniority), but chose other associates (sometimes even ones junior to Ms. Sankano) to handle more complex deals.  I concluded that Ms. Sankano was not a "go-to" associate for Ms. Crawford on a long-term basis.

Feedback from Peter Strup

24.      Peter Strup is a MFH partner in Richmond who worked with Ms. Sankano on many deals.  In 2021, Mr. Strup asked me for approval for Ms. Sankano to visit our Richmond office at the firm's expense.  I approved her trip and indicated that Ms. Sankano should visit the Richmond office often or even relocate to Richmond, if she wished.  My suggestion was intended to aid Ms. Sankano's professional development and deeper integration into the MFH practice; it had nothing to do with her race.  Ms. Sankano visited our Richmond office for a week in May 2021, but I do not believe she ever visited after that.

25.      In 2021, 2022, and 2023, I talked with Mr. Strup on a number of occasions about Ms. Sankano's work performance.  Mr. Strup shared with me that Ms. Sankano did not seem to understand the substance of deals, and she seemed unable to apply learnings from one deal to the next.  If she received specific instructions of what to do on a deal, she could generally do that.  But she struggled if she had to extrapolate from her past experience and apply it in a new or slightly different way, as is expected of associates as they progress in seniority.  Mr. Strup also told me that Ms. Sankano made mistakes, including failure to update checklists accurately.

26.      In April 2023, I talked with Mr. Strup again about Ms. Sankano's work performance, and Mr. Strup told me that Ms. Sankano's performance problems had not improved, and things were not working out with her.

Feedback from Dameon Rivers

27.    Dameon Rivers is a MFH partner in Washington, D.C., who joined Troutman in 2022.  In the fall of 2022, when an associate who had worked with Mr. Rivers left the firm, I encouraged Mr. Rivers to work with Ms. Sankano, and he agreed.

28.    In April 2023, I checked in with Mr. Rivers about how Ms. Sankano was doing.  Mr. Rivers told me during our conversation that he thought Ms. Sankano had a "low ceiling" and was not picking up on substantive skills and knowledge, despite the training and feedback that Mr. Rivers and others on his team had provided to her.  Mr. Rivers told me that he did not see any improvement in Ms. Sankano's performance over time and therefore would not work with her anymore.

Feedback from Nora Nickel

29.    At my request, Ms. Nickel worked with Ms. Sankano on a deal in the summer of 2023.  After the deal was completed, Ms. Nickel sent Ms. Sankano an email outlining her detailed feedback on this deal, and then forwarded it to me.  In that email, Ms. Nickel told Ms. Sankano that she needed to slow down, take time to review things more closely, proofread emails, and rely less on her assistant.  Ms. Nickel also talked about mistakes that Ms. Sankano had made by failing to edit a template from one deal before sending it to parties on another deal and by sending the wrong loan documents to a borrower.  *See* Exhibit 15.

30.    Ms. Nickel also spoke with me about other mistakes that Ms. Sankano made on her deals, as well as similar concerns about Ms. Sankano's poor work performance that Ms. Nickel had received from other partners in the MFH practice group.

Feedback from Jennifer Bojorquez

31.    On July 6, 2023, I sent Ms. Sankano an email complimenting her hours for June and asking about her workload.  When she said that her July was not as busy, I suggested she reach out to Jennifer Bojorquez, a partner in the MFH group in Orange County, California, for work.  *See* Exhibit 16.

32.    Ms. Bojorquez worked with Ms. Sankano in July 2023.  On August 2, 2023, I emailed Ms. Bojorquez to ask how Ms. Sankano was doing.  Ms. Bojorquez stated that Ms. Sankano had a few minor things to improve upon here and there, but overall, working with her had been a positive experience.  *See* Exhibit 17.

33.    After I received the August 2, 2023 email from Ms. Bojorquez, I called her to obtain more details about her experience working with Ms. Sankano.  During that conversation, I told Ms. Bojorquez that Ms. Sankano was a fourth-year associate. Ms. Bojorquez indicated that she shocked by that, saying that she had assumed that Ms. Sankano was much more junior than that, given her work on their deals. Ms. Bojorquez stated that while she thought Ms. Sankano had done fairly well for a junior associate, her performance was not at the level Ms. Bojorquez would have expected for a mid-level associate.  Specifically, Ms. Bojorquez told me that she had some

6

concerns about Ms. Sankano's work performance. Ms. Bojorquez also told me that Ms. Sankano seemed to lack substantive knowledge on some basic MFH concepts.

**<u>Discussions in the Spring and Summer of 2023 Leading Up to My Decision to Terminate Ms. Sankano's Employment</u>**

34.     My conversation with Mr. Rivers in the spring of 2023 was a tipping point for me. By that time, a number of MFH partners (including most of the MFH partners in Ms. Sankano's Washington, D.C. office) had decided they would no longer work with Ms. Sankano on their deals. In light of this, I had hoped that Mr. Rivers, as a new partner, would be a lifeline for Ms. Sankano. When Mr. Rivers said that he would not work with Ms. Sankano, I began to consider separating Ms. Sankano from the firm.

35.     On April 19, 2023, I emailed Marshall Tucker and Nora Nickel, informing them that I thought "we are going to have to make a hard call on her at some point" and asking both of them to work with Ms. Sankano on their deals. *See* <u>Exhibit 18</u>. At this point, I was pretty confident that we would have to terminate Ms. Sankano's employment. I knew that Mr. Tucker (as a member of the Associate Development Committee ("ADC")) and Ms. Nickel (as one of the MFH group's Professional Development Partners) would be part of the group discussing Ms. Sankano's employment, and I wanted them to be comfortable with the hard decision to terminate Ms. Sankano's employment.

36.     In May 2023, I attended a meeting of all of the firm's Practice Group Leaders. In that meeting, all Practice Group Leaders were asked to "take a hard look" at our associates, particularly the mid-level and senior associates, to determine their likely future path at the firm. Following that meeting, I sent an email to the MFH Practice Director, Mary Cabell Sulc, asking her for information about the MFH associates, the new "Career Path" option that the firm planned to offer, and certain MFH associates I referred to as our "problem people," including Ms. Sankano. *See* <u>Exhibit 19</u>.

37.     On June 16, 2023, I participated in a meeting to discuss the associates in the MFH practice group and their path forward at the firm. In attendance with me were other members of the MFH leadership team responsible for associate development (Blair Schiff, Nora Nickel, and Marshall Tucker), the MFH Practice Director (Mary Cabell Sulc), representatives of the firm's Legal Talent department, and the Chair of the ADC. During this meeting, we discussed concerns about Ms. Sankano's performance. While I do not remember all details of the discussion, the general theme was that Ms. Sankano was not performing at the substantive level expected of a rising fifth-year associate. We discussed that it was unlikely Ms. Sankano would be promoted to partner, and we considered an option of moving Ms. Sankano from the partnership track to the newly formed career path for associates, but we ultimately deferred any final decisions until we had a chance to consider the upcoming 2023 performance evaluations. In the interim, we agreed to refer Ms. Sankano to participate in the firm's professional coaching program.

38.     On August 14, 2023, I had an in-depth discussion with Sona Spencer, the firm's Chief Legal Talent Officer, to discuss Ms. Sankano's employment. Ms. Spencer was aware that the MFH practice group had significant concerns about Ms. Sankano's work performance and had

doubts about a future path for her at the firm, based on her performance to date.  Ms. Spencer advised me that if we knew Ms. Sankano likely would never become a partner at the firm, we needed to make the hard decision to terminate Ms. Sankano's employment.  Ms. Spencer also advised that delaying the termination could actually disadvantage Ms. Sankano because the more senior associates become, the harder it can be for them to find another job.

39.     During that conversation, Ms. Spencer and I discussed the pros and cons of placing Ms. Sankano on a Performance Improvement Plan ("PIP").  Ms. Spencer explained that a PIP or a Corrective Action Plan ("CAP") should be used only when the associate's performance problems can realistically be fixed within a 30-, 60-, or 90-day period, and the associate can show measurable improvement within that timeframe.  We discussed that Ms. Sankano's lack of substantive development exhibited over three years, even after receiving significant training and partner feedback, likely could not be fixed within such a period, so a PIP or CAP was not appropriate.

40.     During our conversation on August 14, 2023, I asked Ms. Spencer whether the firm's new "career path" option might be a good fit for Ms. Sankano.  Ms. Spencer explained that the career path should not be used as a "dumping ground" for poorly performing associates.  Rather, associates could be moved from the partnership track to the newly formed career path only if they were good performers who either did not have a business case for promotion to partner or preferred a smaller time commitment to the firm.  We discussed that Ms. Sankano did not meet the criteria, given her performance problems, so a career path position was not an option for her.

41.     Based on my conversation with Ms. Spencer, I concluded that we would likely need to terminate Ms. Sankano's employment.  But Ms. Spencer suggested that we wait to review the 2023 performance evaluations before taking any action.

42.     On October 12, 2023, the firm's Legal Talent department sent me a link to access the performance evaluations for the associates in the MFH practice group.  I saw that Ms. Sankano's performance evaluations had gotten worse than they had been in previous years, and contained more negative comments and "needs improvement" ratings.

43.     On October 24, 2023, I met with members of the MFH leadership team responsible for associate development (Blair Schiff, Nora Nickel, and Marshall Tucker), the incoming MFH Practice Group Leader (Virginia Stitzer), and the MFH Practice Director (Mary Cabell Sulc) to discuss the MFH associates in light of their 2023 performance evaluations.  During that meeting, we discussed that Ms. Sankano's performance evaluations indicated that she was performing poorly and not meeting the expectations for an associate at her level of seniority, thus confirming the concerns that we had discussed in the June 16, 2023 meeting.  We also discussed concerns raised by various partners (including, but not limited to, Peter Strup, Lindsey Crawford, Dameon Rivers, and Jennifer Bojorquez) about how Ms. Sankano was not taking her analysis and work product to the next level, as expected of a rising fifth-year associate in the MFH practice group.  Mr. Tucker and Ms. Nickel also shared their own concerns about Ms. Sankano's work performance, based on their own work with her. Ms. Stitzer told the group that Ms. Sankano was spending more hours working on SARs than other associates (particularly associates at her level) and that she was not conducting the higher level of review during those SARs that the group

would expect from someone at her level.  From all of this, I concluded that Ms. Sankano's performance problems included a lack of substantive knowledge on deals, sloppiness and lack of attention to detail, problems issue-spotting, and a failure apply learnings from one deal to the next.  During the October 24, 2023 meeting, we also discussed the alternative options of terminating Ms. Sankano's employment, giving her another year to improve, or putting her on a PIP or a CAP.  At no time during this meeting did we discuss or reference Ms. Sankano's race or the fact that she had filed a complaint with Human Resources about Mr. Bowsher's August 2023 email.

44.    I did not consult with Whitney Loughran about my decision to terminate Ms. Sankano's employment because Ms. Loughran was a fellow associate of Ms. Sankano's, not a partner, and such consultation would have been inappropriate.  When I was the MFH Practice Group Leader, I did not consult with any associates about termination decisions involving other associates.

## My Decision to Terminate Ms. Sankano's Employment

45.    I made the decision to terminate Ms. Sankano's employment, with input from the other members of the MFH practice group leadership team responsible for associate performance (Blair Schiff, Nora Nickel, and Marshall Tucker) and guidance from the firm's Chief Legal Talent Officer, Sona Spencer.  I decided to terminate Ms. Sankano's employment because she was not performing at our expectations for an associate at her level (a mid-level associate going into their fifth year).

46.    In the first few years of her practice, Ms. Sankano generally met the firm's expectations for a junior associate, especially in her good attitude and eagerness to work.  But as she became a mid-level associate, Ms. Sankano's performance did not progress in line with the firm's expectations for such associates.  The MFH practice group is a volume practice, closing hundreds of deals per month.  In order to meet our professional obligations to the firm's clients and provide effective and cost-efficient services to clients, the firm expects mid-level and senior-level MFH associates to take full ownership of their deals, think critically about the transactions and the client's interests, apply deeper substantive knowledge, and avoid mistakes.

47.    Based on Ms. Sankano's written performance evaluations and the oral and written feedback about Ms. Sankano's work performance that I had received from multiple MFH partners, I concluded that Ms. Sankano was not meeting the firm's expectations for a rising fifth-year associate in the MFH practice group.  Ms. Sankano had just completed her fourth year of practice, but she was still operating like a junior associate and making repeated, but preventable, mistakes.  Ms. Sankano had received several ratings of "2" or "needs improvement" in her performance evaluations, with comments noting a continued lack of attention to detail, mistakes and sloppiness in her work product, poor substantive knowledge, and inability to effectively apply learnings from one deal to the next.  These issues had been noted in Ms. Sankano's performance evaluations for three years; however, the more senior Ms. Sankano became, the more troubling her performance problems became, as we typically expect associates' performance to improve in these areas as they gain experience.  Ms. Sankano simply was not progressing in her substantive legal skills, despite years of training and feedback from MFH partners.  Moreover, several partners had decided not to work with Ms. Sankano, or would only

work with her on their less complex deals.  These facts – coupled with the firm's increased focus on associate performance management – led to my decision to terminate Ms. Sankano's employment in November 2023.

48.      Absolutely no part of my decision to terminate Ms. Sankano's employment was based on or influenced by her race or her internal complaint about Mr. Bowsher's August 3, 2023 email.

49.      I did not think it was appropriate to place Ms. Sankano on a PIP or a CAP because the performance problems could not be realistically be fixed within a 30, 60, or 90-day period.  For three years, Ms. Sankano had been trained on the substance of MFH deals and counseled about the need to slow down, pay attention to detail, and think critically about her work, and she had not fixed the problems in these areas.  Due to Ms. Sankano's continued performance problems, I also did not think it was appropriate to move her from the partnership track to a career path position.

50.      Ms. Sankano's hours were not a factor in my decision to terminate her employment.  That Ms. Sankano had good billable hours did not mean that her work product was strong.  Associates in the MFH practice group usually have very high billable hours due to the volume of the work.  I had also noticed that Ms. Sankano had high hours in part because she choose to do a large number of second attorney reviews ("SARs") and recorded a lot of time on them.  The MFH practice group uses SARs as a post-closing quality control check; an associate who did not work on the deal reviews the loan documents for any discrepancies or missing items.  Generally, SARs are conducted by junior associates, who "pick up" the SARs voluntarily; the practice group does not typically assign SARs to associates.  Reports I reviewed from May 2023 through November 2023 show that (a) Ms. Sankano, who was then a fourth-year associate, did more SARs than other MFH associates (even more junior ones), (b) Ms. Sankano spent more time on each SAR than other MFH associates, and (c) the SARs work Ms. Sankano did was a bigger percentage of Ms. Sankano's overall billable hours than it was for other MFH associates – sometimes as much as 30% of her entire workload.  *See, e.g.,* Exhibit 20.

51.      On November 2, 2023, I met with the other members of the MFH leadership team responsible for associate development (Mr. Schiff, Ms. Nickel, Mr. Tucker, and Ms. Stitzer), Legal Talent representatives (Kalle Covert and Sona Spencer), the chair of the ADC (Steve Hewitson), and the MFH Practice Director (Mary Cabell Sulc) to discuss the MFH practice group's associates.  During that meeting, we informed Legal Talent and the ADC of the decision to terminate Ms. Sankano's employment.

52.      I was aware that Mr. Schiff, Mr. Tucker, and Kalle Covert (in Legal Talent) met with Ms. Sankano on November 29, 2023, to inform her of the firm's decision to terminate her employment, and to offer her three months of severance pay and confidential job search leave, so that she had sufficient time to find another job.

53.      The MFH practice group did not hire anyone to replace Ms. Sankano after her employment was terminated.

**Email that Matt Bowsher Sent to Ms. Sankano in May 2022**

54.    On May 3, 2022, I received emails from Whitney Loughran and Ashanté Smith asking to speak with me about an email that Mr. Bowsher sent to Ms. Sankano about a deal they were working on. Mr. Bowsher had told Ms. Sankano to correct a statement she had made that no local opinions were required because it was a supplemental loan. *See* Exhibit 21. When I read Mr. Bowsher's email, I realized that he was factually incorrect – local opinions were no longer required for supplemental loans – but I did not see any issues with his email to Ms. Sankano, except that he was mistaken about the agency's requirement regarding local opinions. The language that Mr. Bowsher used in his email to Ms. Sankano was professional and appropriate.

55.    I spoke with both Ms. Loughran and Ms. Smith about the email Mr. Bowsher sent to Ms. Sankano on May 3, 2022. They both indicated to me that they thought it was inappropriate for Mr. Bowsher to criticize Ms. Sankano's work performance when he was making mistakes like this. At no time did Ms. Loughran or Ms. Smith indicate to me that they thought Mr. Bowsher had sent this May 2022 email to Ms. Sankano because she is Black. Ms. Loughran and Ms. Smith also never suggested to me that Ms. Sankano had complained that this email was racially discriminatory. I did not see anything in Mr. Bowsher's email that indicated he was sending it to Ms. Sankano because she is Black or that he treated her differently because of her race.

**Email that Matt Bowsher Sent to Ms. Sankano in August 2023**

56.    On August 3, 2023, Ms. Sankano forwarded to me an email that she had received from Matt Bowsher, asking "Can I speak to you about this." Exhibit 22. Minutes later, Mr. Bowsher sent me the same email, saying "You should probably be aware that I'm having this type of communication with Gita." Exhibit 23. An hour later, Ms. Sankano sent another email to me and three other partners (Nora Nickel, Ashanté Smith, and Marshall Tucker), stating "I'm sorry I had enough with Matt and how he addresses me," and forwarding Mr. Bowsher's original email and Ms. Sankano's response to him. Exhibit 24.

57.    I also received voicemail messages from several MFH partners who had spoken with Ms. Sankano about the incident, including Lindsey Crawford, Blair Schiff (MFH Professional Development Partner and ADC member), Marshall Tucker (ADC member), and Ashanté Smith (MFH DEI Partner). I also talked with Mr. Tucker and Ms. Smith about the email exchange between Mr. Bowsher and Ms. Sankano and about their conversations with Ms. Sankano.

58.    The people who emailed me or talked with me about Mr. Bowsher's email never indicated that Ms. Sankano thought his email was racially motivated. Moreover, at no time did anyone at the firm ever tell me that Mr. Bowsher had made a racist comment to them or sent them a racist email.

59.    I did not contact Ms. Sankano myself to discuss her email exchanges with Mr. Bowsher for two reasons. First and most importantly, I knew that a number of MFH partners with leadership roles and good relationships with Ms. Sankano had already spoken with her. Second, I was traveling for work during this time and extremely busy on other matters.

60.     I thought that Mr. Bowsher's August 3, 2023 email to Ms. Sankano was unfortunately harsh in tone, but typical of emails that Mr. Bowsher had sent to others (including me) on prior occasions, so I did not see an urgent need for me to address the issue directly with Ms. Sankano. I myself had received emails from Mr. Bowsher that were wordy, harsh, and condescending – both during my time as his Practice Group Leader and, before that, when I worked on deals with Mr. Bowsher while he was at Freddie Mac.  I did not think that the email Mr. Bowsher sent to Ms. Sankano was different than the type of emails he sent to others at the firm and outside the firm.

61.     I thought that the content of Mr. Bowsher's August 3, 2023 email was accurate and appropriate, and I understood the frustration that Mr. Bowsher conveyed, because from the email exchange, it was apparent that (a) Ms. Sankano's communications were imprecise, contradictory, and confusing, and (b) Ms. Sankano refused to acknowledge her errors.  Mr. Bowsher's email did not reference Ms. Sankano's race at all, and I did not think that Mr. Bowsher's email to Ms. Sankano was racist in any way.

62.     On August 18, 2023, I learned that the firm's Human Resources department was investigating a complaint that Ms. Sankano filed concerning Mr. Bowsher's August 3, 2023 email.  I was not interviewed by Human Resources during the investigation.  However, after the investigation was completed, a member of our firm's Office of General Counsel briefed me about the investigation findings that Mr. Bowsher's email was inappropriate in tone, but that there was no evidence of discriminatory behavior or retaliatory actions in violation of any of the firm's policies or actions creating a hostile work environment based on race.  Following this briefing, I contacted Mr. Bowsher and counseled him to improve his communication style to be less condescending and wordy.  He indicated that he understood, and he seemed to be sincere in wanting to improve.

63.     I was not angry or annoyed in any way that Ms. Sankano had filed a complaint with Human Resources about Mr. Bowsher's email.  Rather, based on the firm's policy, that was the correct course of action for Ms. Sankano to take.  I have attended the firm's training sessions for its partners and members of management about its prohibition on discrimination, harassment, and retaliation, and I fully support those prohibitions and the investigation process.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

*Brian Iwashyna*

8D92F9A049344E1...

Brian Iwashyna

1/30/2025

Date

12

| | |
|---|---|
| **From:** | Wisotsky, Audrey D.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AUDREY.WISOTSKY] |
| **Sent:** | Mon 2/26/2024 8:44:34 PM (UTC-05:00) |
| **To:** | Wisotsky, Audrey D.[Audrey.Wisotsky@troutman.com] |
| **Subject:** | FW: Gita Sankano - First Year Associate - Multi-family group at Pepper |

**Audrey D. Wisotsky**
**Partner**
**troutman pepper**
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Friday, June 26, 2020 11:11 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>
**Cc:** Liu, Henry <liuh@pepperlaw.com>
**Subject:** Gita Sankano - First Year Associate - Multi-family group at Pepper
**Sensitivity:** Private

Brian,

I hope you are doing well in these crazy times.  I am Pepper's Partner in Charge of Associate Development and will be the Talent Development Partner at Troutman Pepper.  I look forward to meeting you in person one day soon!

Henry Liu told me he spoke to you about the possibility of Gita Sankano working with the Troutman multi-family group.  Gita Sankano started with us as a first year associate in September of 2019.  She has been working primarily for Christine Waldmann but she needs a broader experience.  Blair Schiff has started to give her some work as well.

We would like to find a way for Gita to have the opportunity to work with your group.  Please let me know if we can set up a time to discuss a plan for Gita.

Thanks in advance,
Audrey
**Audrey D. Wisotsky**
Partner

**Pepper Hamilton LLP**
Attorneys at Law

Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

| | |
|---|---|
| **From:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| **Sent:** | Wed 9/2/2020 10:34:49 PM (UTC-04:00) |
| **To:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Cc:** | Nickel, Nora Garcia[nora.nickel@Troutman.com] |
| **Subject:** | RE: Just checking in |

Yes please.  In theory we are all one group now!  It is actually a PERFECT opportunity for you to learn from both sides and help us figure out the pros and cons of each.

I like this plan more and more!!!!

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402
brian.iwashyna@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, September 2, 2020 10:32 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Just checking in

Hi Brian,

Sure! I can do that. I'm also working with Henry's group as well. Would like me to include those projects as well?

Sincerely,
Gita

On September 2, 2020 at 10:30:02 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:
Perfect.  Keep me in the loop.
Please send me (and Nora) a very short, very informal email once a week with a very basic description of the stuff you work on each week.  I don't want it to be something you stress about.  But it will help (1) remind me to make sure I keep pushing people to use you and (2) let me watch to make sure you are getting the right exposure to different kind of projects.

Cool?

**Brian J. Iwashyna**
**Partner**
troutman **pepper**

App.E-Iwashyna-Ex.2

Troutman_00004428

Direct: 804.697.1402
brian.iwashyna@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, September 2, 2020 10:19 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Re: Just checking in

Hi Brian!

Yes they have and they have been amazing! Yes I would really appreciate that. Thank you, Brian!

Sincerely,
Gita

On September 2, 2020 at 9:34:26 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:
Month end was crazy.  Did others reach out to you with SARs?

We are SUPER busy, so I am going to encourage people to start getting you to help with other projects too.  Cool?

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his
_____

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues.

App.E-Iwashyna-Ex.2

| | |
|---|---|
| **From:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Sent:** | Fri 10/2/2020 5:03:34 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@Troutman.com] |
| **Subject:** | RE: September Hours |

Thank you, Brian. I truly appreciate all you have done. I will keep you to speed and ensure that I am sending my weekly reports. Thank you again!

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Friday, October 2, 2020 5:02 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Subject:** RE: September Hours

I generally think 200 hours a month in our group is a good goal for associates. There is typically endless work, so you should be able to bill almost your entire day.

Really really GREAT job getting up to speed so quickly.

Please keep me in the loop so I can make sure you are getting the work you need.

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Friday, October 2, 2020 4:59 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Schiff, Blair L. <Blair.Schiff@Troutman.com>; Liu, Henry <Henry.Liu@troutman.com>
**Subject:** RE: September Hours

Thank you, Brian!

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Friday, October 2, 2020 4:55 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@Troutman.com>; Schiff, Blair L. <Blair.Schiff@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>
**Subject:** September Hours

NICE JOB!!!!

App.E-Iwashyna-Ex.3

Troutman_00002038

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his

_____

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.3

Troutman_00002039

| | |
|---|---|
| **From:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Sent:** | Thur 9/2/2021 4:36:15 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@Troutman.com] |
| **Cc:** | Nickel, Nora Garcia[nora.nickel@Troutman.com] |
| **Subject:** | RE: August Hours |

Thank you!!

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Thursday, September 2, 2021 4:35 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@Troutman.com>
**Subject:** August Hours

Wow!!!!
Nice work.

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

---

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.3

Troutman_00002442

**From:**   Iwashyna, Brian J. [/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ]
**Sent:**   7/5/2021 8:36:22 PM
**To:**     Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano]
**Subject:**  June Hours


GREAT JOB!!!!!!!!!!!!!!!!!!!!!


**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 ¦ Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
_____

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.3

Troutman_00001177

| | |
|---|---|
| **From:** | Iwashyna, Brian J. [/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | 3/2/2022 8:43:44 PM |
| **To:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
| **Subject:** | RE: Feb Hours |

Let me know if you need anything.
Thank you for being awesome!


## Brian J. Iwashyna
**Partner**
troutman **pepper**
Direct: 804.697.1402 ¦ Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, March 2, 2022 8:43 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Re: Feb Hours

Thank you!!


## Gita F. Sankano
**Associate**
troutman **pepper**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com


On March 2, 2022 at 8:41:35 PM EST, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:

Nice job!


## Brian J. Iwashyna
**Partner**
Direct: 804.697.1402 ¦ Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
_____
troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.3

| | |
|---|---|
| **From:** | Nickel, Nora Garcia [/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
| **Sent:** | 10/4/2020 8:19:29 PM |
| **To:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj]; Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
| **Subject:** | RE: Assignments (9/28/2020-10/4/2020) |

Agreed!!!  You are getting lots of great experience for a variety of people.  Nice work!

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259
nora.nickel@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Sunday, October 4, 2020 7:22 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Assignments (9/28/2020-10/4/2020)

I love seeing lots of SARs and lots of work from a variety of people.  GREAT job!!!

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, October 4, 2020 7:20 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Assignments (9/28/2020-10/4/2020)

Good Evening Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**

App.E-Iwashyna-Ex.4

Troutman_00001156

2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.4

Troutman_00001157

| | |
|---|---|
| **From:** | Sankano, Gita F. [Gita.Sankano@Troutman.com] |
| **Sent:** | 4/12/2022 4:34:26 PM |
| **To:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj] |
| **CC:** | Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **Subject:** | RE: March Hours |

Thank you!!!


**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ┊ Internal: 803-1251
gita.sankano@troutman.com


On April 12, 2022 at 4:33:46 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:

You are doing everything right.   Keep it up.   That is a perfect approach.


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 ┊ Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Tuesday, April 12, 2022 4:25 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: March Hours

Thank you, Brian!

I'm mostly working with Whitney, Peter, Lindsey, and I'm on a few deals with Ari, Sidarth, and Matt. I also reached out to Jeremy because I wanted to get on one of his pool deals and I reached out to Jennifer.

I'm trying to work with as many Partners and Senior Associates to see how they do things.


**Gita F. Sankano**
**Associate**
troutman **pepper**

App.E-Iwashyna-Ex.5

Troutman_00001186

Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Tuesday, April 12, 2022 4:20 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Subject:** March Hours

Nice job!!!

Who are you working with mostly now?

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

☐ · · · · · · · · · · · · · · · · · · · · · · · · · · ☐

| | |
|---|---|
| **From:** | Sankano, Gita F. [Gita.Sankano@Troutman.com] |
| **Sent:** | 8/29/2021 7:51:43 PM |
| **To:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **Subject:** | RE: Assignments (08/23/2021 - 08/29/2021) |

Thank you!!! Yes I'm learning a lot. Natalie has been very helpful.

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

On August 29, 2021 at 7:50:20 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:

Nice!   You learning a lot?   Getting good feedback from everyone?

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · □ -

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, August 29, 2021 7:34 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Assignments (08/23/2021 - 08/29/2021)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
_____

**troutman pepper**

App.E-Iwashyna-Ex.6

Troutman_00001172

401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

_____

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.6

Troutman_00001173

Evaluatee: Gita Sankano                                                        comment 12-7 evaluation

[7 completed]  [0 declined]

## Evaluatee Profile

| Profile | Value |
|---|---|
| TP Office | Washington - PH |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

## Matter Report

| Evaluator | Client | Matter | Hours |
|---|---|---|---|
| <Unassigned> | EquityPlus LLC (148034) | Assignment of Norris Ridge (000002) | 10.00 |
| | Firm Sponsored Special Project (999918) | Diversity Committee (046039) | 11.20 |
| | Walker & Dunlop, LLC (028516) | Loan on Wedgewood Towers, TN/FHLMC/FRED (002060) | 11.80 |
| Carmody, Christine Waldmann | Bellwether Enterprise (147973) | Kenmore Commons (000007) | 54.50 |
| | Berkadia Commercial Mortgage LLC (139187) | Greyhawk Townhomes (000327) | 44.00 |
| | | Seagirt (000310) | 21.10 |
| | Berkeley Point Capital LLC, d/b/a Newmar (138377) | Covington Townhomes (000343) | 35.70 |
| | | Midlothian – Final (000311) | 25.00 |
| | Firm Sponsored Special Project (999918) | ABA HUD Book (046285) | 75.00 |
| | Funding Incorporated (129820) | HUD Approvals (000004) | 31.80 |
| | Gershman Investment Corp. (148653) | Metro North Apartments (000003) | 118.30 |
| | | Wrigleyville Apartments (000002) | 79.00 |
| | Greystone Funding Company, LLC (125181) | Alaris Health at Belgrove (000678) | 35.70 |
| | | Bristol Section 241 (000659) | 51.30 |
| | Mid-City Financial Corporation (144439) | Village Square (000007) | 39.30 |
| | Newmark Knight Frank (222688) | Loan on Salt River Apts, AZ/FHA/MAP (001104) | 10.90 |
| | Rose Community Capital, LLC (131067) | Royal Mall IRR (000138) | 12.00 |
| Iwashyna, Brian | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| | KeyBank National Association (033631) | Loan on Montclair Apt Homes, MD/FHLMC (000694) | 15.50 |
| Liu, Henry | CBRE Capital Markets, Inc. (032105) | Loan on Morton Village, MA/FNMA (002041) | 10.30 |
| | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| | Walker & Dunlop, LLC (028516) | Ln/JSM Affordable Portfolio (8), CA/FNMA (002071) | 45.00 |
| | | Loan on Montecito Terraces, CA/FHLMC (002051) | 23.00 |
| Nickel, Nora | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| Rogoff, Andrew | Pro Bono (989960) | Celestine Efuencha (054113) | 35.20 |
| | | Mody Ibrahima Sylla (054057) | 99.50 |
| | | Pepper Center Immigration Work (054031) | 88.20 |
| Stitzer, Virginia | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| | Jones Lang LaSalle (018413) | Ln/Starwood NHC Portfolio (28)/FHLMC (000348) | 10.80 |
| Strup, Peter | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| Vale, Anthony | Pro Bono (989960) | Celestine Efuencha (054113) | 35.20 |
| | | Mody Ibrahima Sylla (054057) | 99.50 |
| | | Pepper Center Immigration Work (054031) | 88.20 |
| | Rose Community Capital, LLC (131067) | Royal Mall IRR (000138) | 12.00 |
| Wormser, David | 1315 Capital (145165) | Homestead Strategic Holdings, Inc. (000004) | 17.30 |

## Extent of Contact and Supervision

**Extent of contact**

* I worked with this associate a moderate amount during this evaluation cycle.
  - Rogoff, Andrew
  - Stitzer, Virginia
  - Strup, Peter
  - Vale, Anthony
  - Wormser, David
* I worked with this associate briefly during this evaluation cycle.
  - Liu, Henry
  - Nickel, Nora

## PERFORMANCE/LEGAL SKILLS: Knowledge and Expertise, Research, Analysis, Judgment

**Rate the associate's performance in this competency area.**
**In the comment box, explain the reasons for your rating.**

* The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
  - Rogoff, Andrew
  - Strup, Peter
* The associate's performance was strong in this evaluation cycle because (complete explanation in comment box)
  - Stitzer, Virginia
* The associate's performance was good in this evaluation cycle but the associate needs to work on the following areas (complete explanation in comment box)
  - Liu, Henry
  - Nickel, Nora
  - Vale, Anthony
  - Wormser, David

**Explain the reason(s) for your rating.**

- Liu, Henry — Gita only handled a very limited amount of matters for me, so it's difficult to have a complete judgment, but she is an eager learner and willing to work hard. She needs to continue to gain experience/exposure to our practice, and work on attention to detail (one are that needs work, as some of her work product would have typographical errors, non-sequiters)

- Nickel, Nora — Gita is still learning, but she eagerly dives into each new project and learns from each new assignment. She needs to continue taking new assignments, but her current trajectory is very promising.

- Rogoff, Andrew — Our client in this asylum case is from Mauritania and, although he speaks French, he is more comfortable and precise in his first language, Soninke. As we were about to invest in an interpreter, we decided to take a one-in-a-million chance of sending a firm-wide email to locate someone who might know someone who could translate for us. Gita, it turns out, if fluent in Soninke and she

App.E-Iwashyna-Ex.7

Troutman_00000897

volunteered to assist. At that time, I didn't know Gita. Based on her request, I slate - gave her the opportunity and she did a great job of that from the start.

Gita gained the confidence of our client instantly, and it is clear that he trusts and relies on her. As we navigate the matter through the immigration court, Gita gets called on to assist and to counsel the client concerning issues ranging from his release on bond to such everyday issues (for US citizens) that turn out to be much more complicated for immigrants, such as obtaining identification documents. I expect that her involvement in the case will deepen as time goes on. She has taken on each of the many unrelated (and novel, to her) issues with relish and passion for our client's cause.

| | |
|---|---|
| - Stitzer, Virginia | Gita has been a pleasure to work with! She's a quick learner, eager to take on more work and responsiblities. I'm excited to have her on the team and look forward to working with her more! |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Gita worked on some immigration cases, most recently a habeas petition. Gita is not a litigator and this showed somewhat in her work. Although I admire her willingness to step up and do pro bono work, Gita did not meet the high standard necessary for filing in federal court. I encourage Gita to pay closer attention to her writing and the "polish" of written work. |
| - Wormser, David | I have been involving Gita in my IP due diligence work in connection with M&A transactions. Thee "good" rating is not a criticism. She brings great enthusiasm and general legal knowledge to these projects but, since she is brand new to both M&A and intellectual property, she has much to learn in the "knowledge and expertise" categories. I am confident that with some perseverance she will get there. |

## PERFORMANCE/COMMUNICATION SKILLS: Written Communication
Consider both internal and external communications.

**Rate the associate's performance in this competency area. In the comment box, explain the reasons for your rating.**

- The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
  - Strup, Peter
- The associate's performance was strong in this evaluation cycle because (complete explanation in comment box)
  - Nickel, Nora
  - Stitzer, Virginia
  - Wormser, David
- The associate's performance was good in this evaluation cycle but the associate needs to work on the following areas (complete explanation in comment box)
  - Vale, Anthony
- Not observed
  - Liu, Henry
  - Rogoff, Andrew

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Was not able to observe. |
| - Nickel, Nora | Gita is new and still learning, but makes every effort to send me and Brian her weekly deal list so we can make sure she's getting a variety of work from different people. Still seeing some typos, but attention to detail is getting better. |
| - Rogoff, Andrew | Gita's drafting work has been limited with regard to any complex documents. I am looking forward to great work from her. |
| - Stitzer, Virginia | Gita has strong communication skills. She's professional in her communication as well as effective. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita writes well, as demonstrated by her summaries of the due diligence materials extracted from virtual data rooms. I need to do a better job of teaching her what is important so she can reduce the descriptions to the essentials. It's something else that will come with time and experience. |

## PERFORMANCE/COMMUNICATION SKILLS: Verbal Communication
Consider both internal and external communications.

**Rate the associate's performance in this competency area. In the comment box, explain the reasons for your rating.**

- The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
  - Rogoff, Andrew
  - Stitzer, Virginia
  - Strup, Peter
- Not observed
  - Liu, Henry
  - Nickel, Nora
  - Vale, Anthony
  - Wormser, David

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Not observed. |
| - Nickel, Nora | I have not observed her verbal skills. |
| - Rogoff, Andrew | This may be a unique situation for an associate. Gita has to interpret for us and our client, but she must be attentive to his concerns and willing to follow up with him and with us so that we understand everything the client is saying (and not saying). She makes it look easy. In other conversations just among us English speakers, Gita does a very good job of explaining the issues at hand. |
| - Stitzer, Virginia | Gita has strong communication skills. She's professional in her communication as well as effective. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | nothing to add |
| - Wormser, David | My projects have not given Gita any opportunity to speak with clients or colleagues. |

## PERFORMANCE/MANAGEMENT SKILLS

App.E-Iwashyna-Ex.7

Management skills in the associate area: ownership of matters; dependability; commitment to client care; time and project management, efficiency; ability to delegate and manage others; team work and ability to work well under pressure.

**Rate the associate's performance in this competency area.**
**In the comment box, explain the reasons for your rating.**

- The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
  - Strup, Peter
- The associate's performance was strong in this evaluation cycle because (complete explanation in comment box)
  - Nickel, Nora
  - Rogoff, Andrew
  - Wormser, David
- Not observed
  - Liu, Henry
  - Stitzer, Virginia
  - Vale, Anthony

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Gita is still learning our practice and is mostly working on individualized tasks, so no basis to evaluate. |
| - Nickel, Nora | Gita is eager to help and learn and is trying to work on as many assignments with different people as possible. She meets deadlines and is ready to jump in when possible. |
| - Rogoff, Andrew | Gita's commitment to the client and his case is obvious. Even in the busiest times in her practice, she makes time for his issues. |
| - Stitzer, Virginia | Not observed. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has routinely delivered her work product in a timely manner. |

**Describe any situations in which you have written off this associate's time because of poor quality or inefficiency.**

| | |
|---|---|
| - Liu, Henry | No issues, and I don't expect her to be efficient given that she's still learning. |
| - Strup, Peter | None |
| - Wormser, David | I have no input into the invoices on these M&A transactions. |

OTHER CONSIDERATIONS

**To the extent you are able, describe what contributions the associate made this past year in the following areas:**
**-Expanding or retaining work;**
**-Handling matters directly with existing clients;**
**-Ability to attract new clients; and**
**-Contributions to group efforts to expand business from existing clients and develop new clients**

| | |
|---|---|
| - Liu, Henry | n/a |
| - Nickel, Nora | Gita is new but is diving in to learn as much as she can. Too early to discuss client retention. |
| - Rogoff, Andrew | N/A |
| - Stitzer, Virginia | Gita is eager to learn, as well as a quick learner, which is a wonderful combination! |
| - Strup, Peter | Gita is just getting started in this group, but her ability to do great work on short timelines and make the process smooth for our clients clearly demonstrates that she's headed in a distinct upward trajectory. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has started to take on some of the heavy workload that comes with a highly active M&A market, particularly for private equity clients. I am confident she will shoulder an increasing share of the load over time. |

**What does this associate do really well?**

| | |
|---|---|
| - Liu, Henry | As mentioned, Gita is a hard worker, always accessible, and seem generally interested and willing to learn. |
| - Nickel, Nora | Gita is very responsive and has good work ethic. |
| - Rogoff, Andrew | Interact with our client and gain his confidence. |
| - Stitzer, Virginia | Gita is eager to learn, as well as a quick learner, which is a wonderful combination! |
| - Strup, Peter | She is organized, hard-working, knowledgeable, and thorough. It is hard to ask for much else. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has shown great enthusiasm for the work. |

**What skills does this associate need to improve and/or develop over the course of the next year?**

| | |
|---|---|
| - Liu, Henry | Just continue to learn our practice, ask questions, and gain experience. She also needs to work on attention to detail, but this is not atypical for someone of her year/experience. |
| - Nickel, Nora | Attention to detail. Just reread a few times before sending. |
| - Rogoff, Andrew | If appropriate for the matter, I would like to see Gita draft a brief or memorandum of law in support of our client's claims. |
| - Stitzer, Virginia | Having just started, there's still a lot to learn, but she's doing great and right on pace! |
| - Strup, Peter | She should continue to do what she's doing and continue to grow into his practice. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita needs more experience in the dealing with M&A transactions and intellectual property, which requires only that she continue participating in these projects. I am confident she will develop the skills and knowledge over time. |

FINAL COMMENTS

**State how interested you are in working with this associate again:**

- The associate is among those I would most like to work with because (complete explanation in comment box)
  - Rogoff, Andrew
  - Stitzer, Virginia
  - Strup, Peter
  I would be eager to work with the associate again because

App.E-Iwashyna-Ex.7

Troutman_00000899

* (complete explanation in comment box)
    - Liu, Henry
    - Nickel, Nora
    - Wormser, David
* I would be willing to work with the associate again because
    (complete explanation in comment box)
    - Vale, Anthony

**Explain the reason(s) for your response.**

| | |
|---|---|
| - Liu, Henry | Would like to continue to see Gita grow, gain experience and sharpen her skills. |
| - Nickel, Nora | Although Gita is new to working with our group, I can tell there is a lot of promise and she's hard working. I always want to work with a hard worker. |
| - Rogoff, Andrew | Her enthusiasm for our client's case and the rapport she has developed with him. |
| - Stitzer, Virginia | She does a great job! |
| - Strup, Peter | She's hard-working, organized, knowledgeable, and thorough. |
| - Vale, Anthony | Gita needs to polish her skills to be an effective litigator. |
| - Wormser, David | I appreciate Gita's enthusiasm and have seen the speed with which she has progressed over the few months we have worked together. |

App.E-Iwashyna-Ex.7

2020 Evaluation Status Report

| Evaluatee | Evaluator | Status | Evaluation Date |
|-----------|-----------|--------|-----------------|
| Sankano, Gita | | | |
| | Carmody, Christine Waldmann | Not Started | |
| | Iwashyna, Brian | Not Started | |
| | Liu, Henry | Completed | Dec 20, 2020 |
| | Nickel, Nora | Completed | Dec 20, 2020 |
| | Rogoff, Andrew | Completed | Dec 18, 2020 |
| | Stitzer, Virginia | Completed | Dec 09, 2020 |
| | Strup, Peter | Completed | Dec 21, 2020 |
| | Vale, Anthony | Completed | Dec 05, 2020 |
| | Wormser, David | Completed | Dec 17, 2020 |

App.E-Iwashyna-Ex.7

Troutman_00000901

Evaluatee: Gita Sankano

Performance Evaluation

| 8 completed | | 2 declined |

### 📄 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| <Unassigned> | Berkadia Commercial Mortgage LLC (215247) | Ln/SummerTree & Mason Manor, AL/FNMA (008388) | | 13.40 |
| | | Loan on 223 Lenox Road, NY/FNMA (008330) | | 14.00 |
| | | Loan on Riverside St Johns, FL/FNMA (008002) | | 11.60 |
| | | Loan on Woodmere Apartments, PA/FHLMC (008314) | | 23.90 |
| | | Supp/Central Place & Waterstone, FL/FNMA (008364) | | 16.80 |
| | Capital One Multifamily Finance, LLC (239272) | Ln/Fort Wayne Portfolio (5), IN/FNMA (001094) | | 14.60 |
| | | Loan on The Mark & Oak Manor, MS/FNMA (001375) | | 12.40 |
| | | Loan on Waverly Apartments, MS/FHLMC (001306) | | 12.30 |
| | | Svcng/Haruvi Loans, NY/FNMA (001119) | | 32.60 |
| | | Svcng/Verona at Landover Hills, MD/FHLMC (001201) | | 11.60 |
| | CBRE Capital Markets, Inc. (032105) | Svcng/The Morgan, MD/FNMA (002727) | | 12.00 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Monticello at Town Center, VA/FHLMC (000488) | | 12.90 |
| | | Loan on Yuba Gardens, CA/FNMA (000507) | | 26.60 |
| | | Supp/Meridian at Sutton Square, NC/FHLMC (000542) | | 11.10 |
| | Greystone Servicing Company, LLC (023889) | Loan on Park at Arlington, GA/FNMA (000765) | | 23.50 |
| | Jones Lang LaSalle (018413) | Loan on The Grove at Alban, MD/FHLMC (000489) | | 22.10 |
| | | Supp/Falling Creek Apartments, VA/FHLMC (000466) | | 20.90 |
| | | Svcng/Orion McKinney Apts, TX/FHLMC (000421) | | 12.80 |
| | KeyBank National Association (033631) | Asmp&Supp/Rembrandt Park Apts, ID/FNMA (000777) | | 12.40 |
| | | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | | 12.40 |
| | | Asmp/OZ Impact MHC Pool (4)/FNMA/MH (000759) | | 23.80 |
| | | Ln/Hawthorne Lofts & Centre, NC/FHLMC (000746) | | 14.20 |
| | | Loan on Shaver Green, OR/FHLMC/FRED (000693) | | 17.00 |
| | Newmark Knight Frank (222688) | Svcng/Gull Harbor, FL/FNMA (001160) | | 16.00 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Pinnacle on Pleasant, OH/FNMA (001611) | | 11.60 |
| | | Ln/Nob Hill & Pleasant Hills, PA/FNMA (001570) | | 14.00 |
| | | Loan on Park at 33rd Apts, AZ/FHLMC (001543) | | 36.90 |
| | | Loan on Riverside, AZ/FHLMC (001594) | | 26.20 |
| | | Loan on The Edmond at Hacienda, NV/FNMA (001571) | | 23.20 |
| | | Loan on The Monroe, FL/FHLMC (001523) | | 17.20 |
| | Walker & Dunlop, LLC (028516) | Ln/Broadstone Southside Apts, TX/FNMA (002324) | | 10.10 |
| | | Loan on Lake Crossing, GA/FHLMC (002216) | | 11.10 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Asmp&Supp/The Glen at Bucks, PA/FNMA (003787) | | 12.90 |
| | | Asmp/The Station House, NJ/FNMA (003753) | | 17.70 |
| | | Loan on Oronoco Estates, MN/FNMA/MH (003703) | | 20.10 |
| | | Loan on Sundance West, NV/FHLMC (003720) | | 13.30 |
| | | Supp/Dolphin Portfolio (26)/FHLMC (003751) | | 10.00 |
| Bowsher, Matthew | KeyBank National Association (033631) | Loan on Spring Parc Apartments, TX/FHLMC (000712) | | 39.80 |
| Burke, Natalie | Jones Lang LaSalle (018413) | Loan on The Lockwood, MD/FHLMC (000483) | | 25.10 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on Cooper's Crossing, TX/FHLMC (003800) | | 40.80 |

App.E-Iwashyna-Ex.8

| Evaluator | Matter | | | Hours |
|---|---|---|---|---|
| Crawford, Lindsey | Berkadia Commercial Mortgage LLC (215247) | Loan on West Winfield Acres, SC/FNMA/SBL (008039) | | 27.50 |
| | KeyBank National Association (033631) | Loan on NPM Rochester 8 Pool, NY/FNMA (000773) | | 75.70 |
| | M&T Bank (Multifamily Lending) (032748) | Asmp/The Heights of Knoxville, TN/FNMA (000251) | | 66.90 |
| Dexter, Kevin | Barings Multifamily Capital LLC (246003) | Loan on Kephart Plaza, PA/FHLMC (000067) | | 28.70 |
| | | Loan on Lock Haven Gardens, PA/FHLMC (000066) | | 36.80 |
| | Berkadia Commercial Mortgage LLC (215247) | Loan on Sevilla Place Apts, AL/FHLMC (008092) | | 29.70 |
| Loughran, Whitney | Jones Lang LaSalle (018413) | Loan on Lightner Creek Village, CO/FHLMC (000438) | | 25.60 |
| | KeyBank National Association (033631) | Loan on Hawthorne at the Peak, NC/FHLMC (000737) | | 30.60 |
| | Walker & Dunlop, LLC (028516) | Loan on Florin Hill Apartments, PA/FNMA (002191) | | 31.40 |
| | | Loan on Vantage Pointe, CA/FHLMC (002132) | | 33.20 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on Cooper's Crossing, TX/FHLMC (003800) | | 40.80 |
| Mufarrige, Kelly | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Nickel, Nora | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Rogoff, Andrew | <General Matter> | | Working on a pro bono matter (immigration) | 0.00 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Sidarth, S.R. | Berkadia Commercial Mortgage LLC (215247) | Asmp/ReNew One Eleven, AZ/FHLMC (008288) | | 58.60 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Carpenter Village&Commons/FHLMC/FRED (000511) | | 71.00 |
| | | Ln/Waterleaf at Neely Ferry, SC/FHLMC (000480) | | 50.90 |
| Strup, Peter | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Flagler Pointe, FL/FHLMC (008312) | | 31.10 |
| | | Loan on Pizzo Portfolio (4), NJ/FHLMC (008032) | | 95.20 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Tucker, Marshall | Berkadia Commercial Mortgage LLC (215247) | Ln/Carlton Arms North & MagVal, FL/FNMA (008295) | Reviewed all due diligence and loan documents | 24.20 |
| Vaughan, Matthew | KeyBank National Association (033631) | Loan on ReNew 2900, NV/FHLMC (000763) | | 40.00 |

## Extent of Contact and Supervision

### Extent of contact

- ◦ I worked with this associate extensively during this evaluation cycle.
  - Crawford, Lindsey
  - Loughran, Whitney
- ◦ I worked with this associate a moderate amount during this evaluation cycle.

App.E-Iwashyna-Ex.8

Troutman_00000512

- Dexter, Kevin
- Mufarrige, Kelly
- Nickel, Nora
- Sidarth, S.R.
- I worked with this associate briefly during this evaluation cycle.
  - Tucker, Marshall
- I did not supervise this associate's work but I have a basis on which to comment on the associate's client work or non-billable contributions.
  - Lucas, Kassem


**Associate Performance: The Rating Scale**
On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas.

---

**The Rating Scale:**
**5. Stellar performance; consistently exceeds expectations. This rating should be reserved only for the very best associates at the firm.**
**4. Above-average performance that often exceeds expectations. This is a strong associate.**
**3. Satisfactory performance that meets expectations for an associate of that class year.**
**2. Needs improvement and does not meet expectations for an associate of that class year.**
**1. Consistently and significantly underperforming.**
**N/A. Not observed.**


**Associate Performance: Legal Skills**
Please rate how well the associate is performing each of the following skills.
**Knowledge and Expertise**

- 4
  - Loughran, Whitney
  - Mufarrige, Kelly
- 3
  - Crawford, Lindsey
  - Dexter, Kevin
  - Nickel, Nora
  - Tucker, Marshall
- 2
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem

**Research and Analysis**

- 4
  - Crawford, Lindsey
  - Loughran, Whitney
  - Mufarrige, Kelly
  - Tucker, Marshall
- 3
  - Dexter, Kevin
  - Nickel, Nora
- 2
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem

**Professional Judgment**

- 5
  - Loughran, Whitney
- 4
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Sidarth, S.R.
  - Tucker, Marshall
- 3
  - Crawford, Lindsey
  - Nickel, Nora
- n/a
  - Lucas, Kassem


**Associate Performance: Communication Skills**
Please rate how well the associate is performing each of the following skills.
**Written Communication**
**(including legal writing, drafting and professional writing skills)**

- 4
  - Crawford, Lindsey
  - Loughran, Whitney

App.E-Iwashyna-Ex.8

Troutman_00000513

- Mufarrige, Kelly
- Tucker, Marshall
- 3
  - Dexter, Kevin
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem

**Oral Communication**

- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Mufarrige, Kelly
- 3
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem


**Associate Performance: Management Skills**

Please rate how well the associate is performing each of the following skills.

**Ownership of Matters**

- 5
  - Loughran, Whitney
- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Dependability**

- 5
  - Loughran, Whitney
  - Sidarth, S.R.
  - Tucker, Marshall
- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
- n/a
  - Lucas, Kassem

**Commitment to Client Care**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
- 4
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem
  - Tucker, Marshall

**Time and Project Management**

- 5
  - Loughran, Whitney
- 4
  - Crawford, Lindsey
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- 3
  - Dexter, Kevin
  n/a

App.E-Iwashyna-Ex.8

- Lucas, Kassem

**Associate Performance Management Skills (cont'd)**

**Ability to Delegate and Manage Others**

- n/a
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Lucas, Kassem
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall

**Teamwork**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
  - Mufarrige, Kelly
- 4
  - Dexter, Kevin
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem
  - Tucker, Marshall

**Responsiveness**

- 5
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Ability to Work Well Under Pressure**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
- 4
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Associate Performance: Comments**

**Please provide specific examples on this associate's performance.**
**In particular, please explain any ratings of 1 or 5.**

| | |
|---|---|
| - Crawford, Lindsey | Gita's can do attitude and constant willingness to cover for colleagues who are sick, on paternity leave or simply not getting work done is beyond compare. What she lacks in expertise or deep experience, she makes up for in willingness to try and desire to learn.<br><br>I would like to see Gita slow down a bit so that she can better absorb the substance behind the matters on which we work. She is already beyond amazing at keeping the trains running on time for the deals on which we are working. |
| - Dexter, Kevin | Gita eager to learn and stay on top of assignments and is responsive to feedback. |
| - Loughran, Whitney | Gita is a reliable and dependable member of my team. The is engaged and enthusiastic about our practice. She is organized and quick to respond and complete tasks. |
| - Lucas, Kassem | Gita is a true leader and I expect great things from her in the future. She did an excellent job presenting to students at Penn Law on being a successful associate. Her tips were well-received and on point. |
| - Mufarrige, Kelly | Gita is a pleasure to work with. She's very responsive, eager to help on projects and works well with clients. |
| - Nickel, Nora | Gita has been great to work with and has come a long way over the past year. Her positive can-do attitude really makes her shine and an absolute pleasure to work with. We are invested in her growth and success with the MFH team and we look forward to continuing to work with her. |

App.E-Iwashyna-Ex.8

| | |
|---|---|
| - Sidarth, S.R. | Gita is responsive - she is always available on to provide and is highly responsive. Clients and borrowers enjoy working with her. |
| - Tucker, Marshall | I picked up two deals for an attorney in the group who was going on maternity leave. Gita was already working on the deals. She did an amazing job getting me up to speed on the deals and adjusting to my work style versus the attorney who was previously working on the deal. She handled all the work that I asked of her. |

## Comments

**Please describe what contributions the associate made this past year in the following areas:**
-Expanding or retaining work;
-Handling matters directly with existing clients;
-Demonstrating an ownership mentality;
-Attracting new clients or generating new matters; and
-Contributing to group efforts to expand business from existing clients and develop new clients

| | |
|---|---|
| - Crawford, Lindsey | See prior response |
| - Dexter, Kevin | N/A - second year and/or was not in a position to view this. |
| - Loughran, Whitney | Gita is a team player and is always willing to do what she can to help the team. She is communicative and meets deadlines. She is eager to increase her substantive knowledge. |
| - Mufarrige, Kelly | Gita is able to handle matters with minimal supervision. She has a good understanding of the subject matter and works with clients directly. |
| - Nickel, Nora | Gita takes a lot of pride and ownership on her deals. Her can-do attitude and strong work ethic help the people she works with maintain and grow relationships with various clients. |
| - Sidarth, S.R. | Clients enjoy working with her. |
| - Tucker, Marshall | n/a |

## Comments (cont'd)

**What does this associate do really well?**

| | |
|---|---|
| - Crawford, Lindsey | Makes the people with whom she is working (both externally and internally) feel like they are a high priority at all times, Get's deals closed; Maintains a phenomenal attitude. |
| - Dexter, Kevin | Gita did a great job looking for feedback and being eager to learn. |
| - Loughran, Whitney | Quick to respond Meets deadlines Exceeds expectations often |
| - Lucas, Kassem | She is truly motivated and steps up when others will not. |
| - Mufarrige, Kelly | Gita is great about time management and responsiveness. If I assign her work, it is always completed on time or she communicates to me exactly when the assignment will be completed. |
| - Nickel, Nora | Can-do attitude. |
| - Sidarth, S.R. | She is very on task and on deadline. You will not get late work product from her. Checklists go out weekly like clockwork. |
| - Tucker, Marshall | Gita did an excellent job staying on top of the deal and getting the weekly checklists out before I needed them. |

## Comments (cont'd)

**What skills does this associate need to develop and/or improve over the course of the next year?**

| | |
|---|---|
| - Crawford, Lindsey | Slowing down when processing transactions and circulating documents, so that we can catch issues and so that she can build her absorption of the various and varying deal structures. She is super bright and hard working, just needs to pause and to accept that something may work on one transaction or for one partner, but may not work for another. |
| - Dexter, Kevin | Gita should continue working on taking concepts/experience learned in deals and applying it to future transactions. |
| - Loughran, Whitney | This will be the year for Gita to really increase her substantive knowledge of Freddie and Fannie. I would like to see Gita asking more questions in order to learn the "why" of the tasks she completes on a daily basis. |
| - Lucas, Kassem | Find opportunities to lead. |
| - Mufarrige, Kelly | Gita is great at the day-to-day, but she should continue to focus on the higher level issues that arise on deals and the overall Fannie and Freddie programs. |
| - Nickel, Nora | n/a |
| - Sidarth, S.R. | Developing knowledge of the practice and her skill set. She needs to be put in a leading position on deals to further her development. |
| - Tucker, Marshall | It seems like Gita is on the right path. |

App.E-Iwashyna-Ex.8

**Comments (cont'd)**

**Provide any additional comments about this associate including but not limited to client feedback on the associate's performance.**

| | |
|---|---|
| - Dexter, Kevin | Thanks for the help this year! |
| - Loughran, Whitney | Thanks for being so reliable and dependable. Gita also has the BEST attitude around and makes me laugh always. I'm glad we will be working together so much in the future. |
| - Mufarrige, Kelly | Gita is doing a great job and is a great associate to work with. She is reliable and great at communicating with clients and other team members. The more deal exposure Gita has and the more she's able to work through the higher level issues on deal, the more she will excel. |
| - Nickel, Nora | n/a |
| - Sidarth, S.R. | Clients enjoy working with her. |
| - Tucker, Marshall | Gita has gotten good feedback from other attorneys in the group as well. |

⊘ **Decline Report**

| Evaluator | Evaluator Decline Reason |
|---|---|
| Rogoff, Andrew | I submitted an evaluation for Gita last year on a pro bono matter in which we represent an individual seeking asylum. Because of immigration court backlogs and the COVID pandemic, the case progressed little this year. Nevertheless, the client has come to rely on Gita, thanks to her language and personal skills, and she has become his point of contact with the firm. The client lives with great stress due to his personal history as well as the uncertainty of his future in this country, and Gita continues to work with him on whatever twists and turns his life and the case take. I hope that, in the next year, I will have more to say about her work. |
| Bowsher, Matthew | I only worked with Gita directly on one deal, and it was nearly a year ago (Jan/Feb), and it was one of the first few deals she had handled, and I'm sure she has learned and improved a TON since that time, so I do not feel qualified to provide an accurate analysis of per current abilities. |

App.E-Iwashyna-Ex.8

2021 Evaluation Status Report

**Sankano, Gita**

| Evaluator | Status | Evaluation Date |
|---|---|---|
| Bowsher, Matthew | ✖ Declined | Dec 05, 2021 |
| Burke, Natalie | ⬤ Not Started | |
| Crawford, Lindsey | ✔ Completed | Dec 05, 2021 |
| Dexter, Kevin | ✔ Completed | Dec 15, 2021 |
| Loughran, Whitney | ✔ Completed | Dec 15, 2021 |
| Lucas, Kassem | ✔ Completed | Dec 15, 2021 |
| Mufarrige, Kelly | ✔ Completed | Dec 16, 2021 |
| Nickel, Nora | ✔ Completed | Dec 12, 2021 |
| Rogoff, Andrew | ✖ Declined | Dec 02, 2021 |
| Sidarth, S.R. | ✔ Completed | Dec 10, 2021 |
| Strup, Peter | ⬤ Not Started | |
| Tucker, Marshall | ✔ Completed | Dec 15, 2021 |
| Vaughan, Matthew | ⬤ Not Started | |

App.E-Iwashyna-Ex.8

Troutman_00000518

2022 Associate Evaluation

**Evaluatee: Gita F Sankano**

| 10 completed | | 1 declined |

## 📄 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| <Unassigned> | Berkadia Commercial Mortgage LLC (215247) | Asmp/ReNew One Eleven, AZ/FHLMC (008288) | | 21.00 |
| | | Ln/SummerTree & Mason Manor, AL/FNMA (008388) | | 10.20 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | | 13.30 |
| | | Loan on Rosemore Gardens, PA/FHLMC (008820) | | 10.10 |
| | | Loan on Stirling Court Apts, NJ/FHLMC (008821) | | 10.00 |
| | | Loan on Summit Park, PA/FNMA (008851) | | 14.80 |
| | | Loan on Sunchase Longwood, VA/FNMA/ACQ (008992) | | 13.20 |
| | | Loan on Walnut Creek & Valley, KY/FNMA (008461) | | 13.30 |
| | | Supp/Glen at Lewisville, TX/FHLMC (008710) | | 13.80 |
| | | Supp/Glen at North Creek, WA/FHLMC (008652) | | 20.60 |
| | | Supp/Pillar Portfolio (16)/FHLMC (008937) | | 18.30 |
| | | Svcng/Downtown 5th, FL/FHLMC (008909) | | 17.90 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Carpenter Village&Commons/FHLMC/FRED (000511) | | 13.60 |
| | | Loan on Franklin School, MT/FNMA (000562) | | 18.00 |
| | | Loan on Yuba Gardens Apartments, CA/FNMA (000586) | | 24.40 |
| | | Supp/Elevate Brier Creek, NC/FHLMC (000572) | | 18.10 |
| | | Supp/Meridian at Sutton Square, NC/FHLMC (000542) | | 22.00 |
| | | Svcg/Gulfshore Apartments (000576) | | 11.70 |
| | Greystone Servicing Company, LLC (023889) | Loan on Heights at 2121, TX/FNMA (000895) | | 14.90 |
| | Jones Lang LaSalle (018413) | Loan on Point at Bella Grove, FL/FHLMC (000667) | | 11.20 |
| | | Loan on Redbud Estates, KS/FHLMC/MH (000669) | | 11.30 |
| | | Supp/Andorra Point, PA/FHLMC (000613) | | 27.50 |
| | | Supp/Confluence at Three Springs,CO (000625) | | 13.70 |
| | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Roosevelt Townhomes, CA/FNMA (000009) | | 12.80 |
| | KeyBank National Association (033631) | Loan on Halstead Manchester, NH/FHLMC (000852) | | 23.70 |
| | | Loan on Meadowbrook MHC, WA/FNMA/MH (000801) | | 38.90 |
| | | Loan on Pointe at Irving Park, NC/FNMA (000855) | | 13.40 |

App.E-Iwashyna-Ex.9

Troutman_00000485

Case 1:24-cv-00142-JMC    Document 27-7    Filed 01/31/25    Page 42 of 120

| Evaluator | Client | Matter | Hours |
|---|---|---|---|
| | | Loan on ReNew Creve Coeur, MO/FNMA (000795) | 21.20 |
| | | Loan on Villa Lago Apartments, TX/FHLMC (000856) | 11.40 |
| | | Supp/Arcadia Cove, AZ/FHLMC (000807) | 17.90 |
| | | Supp/Denim Scottsdale, AZ/FNMA (000879) | 11.70 |
| | | Supp/Glen at Mesa, AZ/FNMA (000804) | 13.40 |
| | | Supp/Rembrandt Park Apts, ID/FNMA (000777) | 13.20 |
| | | Supp/Water's Edge, FL/FHLMC (000841) | 12.30 |
| | | Svcng/Harmony Housing I/FNMA (000850) | 10.50 |
| | Newmark Knight Frank (222688) | Ln/The Villages at City Center, VA/FHLMC (001398) | 29.20 |
| | | Svcng/Gull Harbor, FL/FNMA (001160) | 26.50 |
| | ORIX Real Estate Capital, LLC (033737) | Ln/Alta Verde Workforce Housing, CO/FNMA (000683) | 20.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Pinnacle on Pleasant, OH/FNMA (001611) | 19.40 |
| | | Asmp/Villages (4), KY/FNMA (001650) | 13.40 |
| | | Loan on Timber Court, IL/FNMA (001661) | 16.70 |
| | | Supp/Lake Lucerne Towers, FL/FHLMC (001660) | 26.50 |
| | | Supp/Northern Cross, TX/FHLMC (001625) | 24.70 |
| | Walker & Dunlop, LLC (028516) | Ln/Broadstone Southside Apts, TX/FNMA (002324) | 10.10 |
| | | Loan on Cromwell at Plum Creek TX/FNMA (002364) | 15.60 |
| | | Loan on Homestead Gardens, NJ/FHLMC (002504) | 17.50 |
| | | Loan on Top of the Hill, DE/FHLMC (002503) | 16.50 |
| | | Supp/Florin Hill Apartments, PA/FNMA (002530) | 15.30 |
| Bojorquez, Jennifer A | Capital One Multifamily Finance, LLC (239272) | Ln/Spruce Kansas City 2 pack, MO/FHLMC (001612) | 54.90 |
| Bowsher, Matthew R | Jones Lang LaSalle (018413) | Loan on Estates at Palm Bay, FL/FHLMC (000594) | 36.20 |
| | Newmark Knight Frank (222688) | Loan on Venetian on Ella, TX/FHLMC (001397) | 27.20 |
| | Walker & Dunlop, LLC (028516) | Loan on 1430Q, CA/FHLMC (002422) | 58.70 |
| Burke, Natalie A | Berkadia Commercial Mortgage LLC (215247) | Svcng/Alpha Mill, NC/FNMA (008646) | 39.00 |
| | Capital One Multifamily Finance, LLC (239272) | Ln/Spruce Kansas City 2 pack, MO/FHLMC (001612) | 54.90 |
| Crawford, Lindsey | Greystone Servicing Company, LLC (023889) | Asmp/CONTI Portfolio (21)/FNMA (000814) | 41.00 |
| | KeyBank National Association (033631) | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | 47.70 |
| | | Loan on NPM Rochester 8 Pool, NY/FNMA (000773) | 80.10 |

App.E-Iwashyna-Ex.9

| Evaluator | Client | Matter | Hours |
|---|---|---|---|
| | | Loan on Pebblebrooke Villas, KS/FNMA (000812) | 34.20 |
| | | Loan on Rocky Glen MHC, WV/FNMA/MH (000818) | 44.00 |
| | | Supp/Westport Portfolio (3), KS/FNMA (000845) | 43.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Supp/Pinnacle on Pleasant, OH/FNMA (001637) | 29.10 |
| | Walker & Dunlop, LLC (028516) | Supp/3310 Apartment Homes, CA/FNMA (002467) | 26.30 |
| Ebi, Ari | Grandbridge Real Estate Capital LLC (230736) | Loan on Addison Point, NC/FHLMC (000568) | 28.10 |
| | KeyBank National Association (033631) | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | 47.70 |
| | | Loan on NPM Rochester 8 Pool, NY/FNMA (000773) | 80.10 |
| Loughran, Whitney D | KeyBank National Association (033631) | Loan on Riverwalk Lofts, MA/FHLMC (000808) | 25.60 |
| | | Loan on The Collection Midtown, VA/FNMA (000836) | 28.70 |
| McPherson, David J | Walker & Dunlop, LLC (028516) | Loan on Skyline Trinity, TX/FNMA (002382) | 26.30 |
| Mufarrige, Kelly A | Capital One Multifamily Finance, LLC (239272) | Loan on The Alden South Hills, PA/FHLMC (001477) | 27.20 |
| | Jones Lang LaSalle (018413) | Loan on Estates at Palm Bay, FL/FHLMC (000594) | 36.20 |
| Nickel, Nora G | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | 33.30 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | 47.10 |
| | | Svcng/LIV Northgate, AZ/FHLMC (003113) | 16.80 |
| Popoola, Lanre A | Arbor Commercial Mortgage, LLC (216000) | Ln/ San Tropez Apartments, NV/ FNMA (001123) | 10.30 |
| | | Ln/Chicago Emerald Port, IL /FNMA DUS (001140) | 12.30 |
| | | Loan on Diamond Townhomes, SC/FNMA (001105) | 16.80 |
| | | Supp/ Haven Hill Exchange, GA/FNMA DUS (001129) | 11.60 |
| Sidarth, S.R. | Grandbridge Real Estate Capital LLC (230736) | Loan on Addison Point, NC/FHLMC (000568) | 28.10 |
| | KeyBank National Association (033631) | Ln/Governors House Apts, IL/FHLMC/FRED (000817) | 28.50 |
| Strup, Peter D | Berkadia Commercial Mortgage LLC (215247) | Loan on Champion's Walk Apts, FL/FHLMC (008755) | 39.90 |
| | | Loan on Sea Aire Apartments, NJ/FHLMC (008713) | 40.10 |

## Extent of Contact and Supervision

### Extent of contact

- I worked with this associate extensively during this evaluation cycle.

App.E-Iwashyna-Ex.9

Troutman_00000487

- Crawford, Lindsey
- Loughran, Whitney D
- ▪ I worked with this associate a moderate amount during this evaluation cycle.
  - Bowsher, Matthew R
  - Ebi, Ari
  - Mufarrige, Kelly A
  - Strup, Peter D
- ▪ I worked with this associate briefly during this evaluation cycle.
  - Bojorquez, Jennifer A
  - Nickel, Nora G
  - Popoola, Lanre A
  - Sidarth, S.R.

## Associate Performance: Rating Scale

On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas. If you have not directly observed this skill, please select N/A.

**Rating Scale:**
**5 – Stellar performance and consistently exceeds expectations.**
**4 – Above average and often exceeds expectations**
**3 – Satisfactory performance and meets expectations for class year**
**2 – Needs improvement and does not meet expectations for class year**
**1 – Consistently and significantly underperforming**
**N/A – not observed**

## Associate Performance: Legal Skills

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Knowledge & Expertise** - Demonstrates an appropriate understanding of their area of law. Answers level-appropriate questions clearly and with certainty.
**Research & Analysis** - Provides thorough and complete analyses, demonstrating a clear understanding of the issues.
**Professional Judgment** - Identifies and prioritizes issues and provides practical solutions and approaches.
**Practice Experience** - Associate has gained practical experience in their area of focus and seeks out additional opportunities to enhance skillset.

## Knowledge & Expertise

- ▪ 4
  - Ebi, Ari
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Nickel, Nora G
- ▪ 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Popoola, Lanre A
  - Strup, Peter D
- ▪ 2
  - Sidarth, S.R.

## Research & Analysis

- ▪ 5
  - Loughran, Whitney D

App.E-Iwashyna-Ex.9

Troutman_00000488

- 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Popoola, Lanre A
  - Strup, Peter D
- 2
  - Sidarth, S.R.

## Professional Judgment

- 4
  - Bowsher, Matthew R
  - Ebi, Ari
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

## Practice Experience

- 5
  - Bowsher, Matthew R
- 4
  - Crawford, Lindsey
  - Ebi, Ari
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

App.E-Iwashyna-Ex.9

Troutman_00000489

**Associate Performance: Professional Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Written Communication** - Communication is clear, concise, and well-organized.
**Oral Communication** - Communication is clear, concise, and well-organized.
**Time & Project Management** - Completes assignments within applicable budgeted time constraints and balances priorities.
**Critical Thinking & Problem Solving** - Assimilates, analyzes and synthesizes complex information.

## Written Communication (including legal writing, drafting and professional writing skills)

- 4
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

## Oral Communication

- 5
  - Crawford, Lindsey
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bowsher, Matthew R
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Popoola, Lanre A
  - Strup, Peter D
- N/A
  - Ebi, Ari
  - Sidarth, S.R.

## Time & Project Management

- 5
  - Bowsher, Matthew R
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Critical Thinking & Problem Solving

- 4

App.E-Iwashyna-Ex.9

- Loughran, Whitney D
- Mufarrige, Kelly A
- 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Nickel, Nora G
  - Popoola, Lanre A
  - Strup, Peter D
- 2
  - Sidarth, S.R.
- N/A
  - Ebi, Ari

**Associate Performance: Accountability & Ownership**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Ownership of Matters** - Takes accountability for quality and timeliness of work product and provides proactive status updates.
**Collaboration** - Works well with others and demonstrates courtesy and professionalism in interactions with all clients and firm personnel.
**Dependability** - Fulfills responsibilities and meets deadlines.
**Responsiveness** - Responds to emails and phone calls promptly and professionally.
**Delegation & Management** - Understands the importance of leverage and utilizes resources appropriately.

## Ownership of Matters

- 5
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D
- N/A
  - Bojorquez, Jennifer A

## Collaboration

- 5
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
- 3
  - Bowsher, Matthew R
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Responsiveness

- 5
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Delegation & Management

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 3
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D
- N/A
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G

**Associate Performance: Client Service & Business Acumen**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Commitment to Client Care** - Strives to impress clients in all interactions and through quality of work.
**Firm Operations** - Understands firm resources and practices, and adheres to firm policies and protocols.
**Resourcefulness & Efficiency** - Meets or beats deadlines; consistently looks for ways to improve or add value.
**Contributes to expanding or developing work with existing and new clients** - Shows a commitment

App.E-Iwashyna-Ex.9

Troutman_00000492

**Commitment to Client Care**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bojorquez, Jennifer A
  - Ebi, Ari
  - Nickel, Nora G
  - Sidarth, S.R.
- 3
  - Bowsher, Matthew R
  - Popoola, Lanre A
  - Strup, Peter D

**Firm Operations**

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Strup, Peter D
- 4
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Sidarth, S.R.
- N/A
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Popoola, Lanre A

**Resourcefulness & Efficiency**

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Sidarth, S.R.
- 3
  - Popoola, Lanre A
  - Strup, Peter D

**Contributes to expanding or developing work with existing and new clients**

- 5
  - Loughran, Whitney D
- 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R

App.E-Iwashyna-Ex.9

Troutman_00000493

- Popoola, Lanre A
- Strup, Peter D
- 2
  - Sidarth, S.R.
- N/A
  - Ebi, Ari

## Associate Performance: Firm & Community Service

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Pro Bono** - Actively participates in pro bono matters.
**Firm Citizenship** - Actively participates in firm and community activities.
**DEI Commitment** - Welcomes different ideas and viewpoints, supports colleagues, and shows respect to everyone at the firm. Participates in programs that promote diversity and inclusion.

### Pro Bono

- 5
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- N/A
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Popoola, Lanre A
  - Strup, Peter D

### Firm Citizenship

- 5
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- 3
  - Nickel, Nora G
- N/A
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Popoola, Lanre A
  - Strup, Peter D

### DEI Commitment

- 5
  - Bowsher, Matthew R
  - Ebi, Ari
  - Loughran, Whitney D
- 3
  - Nickel, Nora G
  - Sidarth, S.R.
- N/A
  - Bojorquez, Jennifer A
  - Crawford, Lindsey

App.E-Iwashyna-Ex.9

## Associate Performance: Commentary

**Please describe the contributions the associate made to the Firm's success this past year.**

- Bojorquez, Jennifer A

My work with Gita is limited. She is very eager to do work and learn the MFH practice. Gita also has a great attitude.

- Bowsher, Matthew R

Gita is exceptionally responsive, beyond compare. New matters are opened immediately, checklists issued immediately, LIAs are always drafted long before they're due, as are loan docs. She's also excellent about following-up on needed items; whereas many associates at her level often issue the checklist and call it a day, Gita proactively follows-up on specific items she needs.

- Crawford, Lindsey

Gita is a super hard worker, she is very organized and stays on top of all tasks. Clients give her rave reviews.

- Ebi, Ari

Gita is well-organized, capable, and committed to improving her practice. She tackles difficult issues with aplomb, asks questions and studies materials in order to ensure she is gaining knowledge in the practice area, and is a great firm citizen with involvement in client events, pro bono matters, and diversity initiatives. I look forward to seeing how she continues to develop as a mid-level associate!

- Loughran, Whitney D

Gita is my go to associate for the majority of my matters. She is always responsive and quick to get projects done. She is communicative with me in the event her assignments will be delayed and doesn't leave me wondering where she is. We've also had the opportunity to meet several of our clients this year and she is warm, inviting and personable. She also has found time for participation in pro bono matters. Finally, I know Gita has had a few tough personal matters to work through this year and as someone who knows intimately how hard it is to balance, she handled those situations with grace and professionalism.

- Mufarrige, Kelly A

Gita has always been extremely helpful and enjoyable to work with. She's very responsive and clients like her.

- Nickel, Nora G

Gita's attitude on deals is great. She's always eager to help and learn. I've enjoyed working on a couple hairy deals with her. They definitely tested patience and Gita has a lot of it!

- Popoola, Lanre A

N/A

- Sidarth, S.R.

I worked less with Gita over the past year than in the prior 12 months -- we brought in a couple of more junior associates with whom I worked more closely. She is a team player who has been willing to pitch in as I have gotten very busy late in the year.

- Strup, Peter D

Gita has helped with a good number of transactions this year and made meaningful contributions to getting them closed.

## Comments (cont'd)

**What does this associate do really well?**

- Bojorquez, Jennifer A

Gita is very responsive and eager to learn the practice.

- Bowsher, Matthew R

See prior comment; her best attribute is her responsiveness, her natural desire to stay ahead of the curve, and to get things done well in advance

App.E-Iwashyna-Ex.9

Troutman_00000495

area. Documentline. I've never seen anything like it as more exceptional in this

| | |
|---|---|
| - Crawford, Lindsey | Gita makes the trains run on time. She is well steeped in our processes and makes excellent use of iManage. This allows her to find documents at the drop of a hat. Gita is exceptionally responsive, sometimes to a fault. In her haste to respond errors are sometimes made. |
| - Ebi, Ari | Takes responsibility for tasks, excels at maintaining communication. |
| - Loughran, Whitney D | Efficiency<br>Responsiveness<br>Great with clients |
| - Mufarrige, Kelly A | Gita does a great job of communicating with both myself and the clients. She also has a great confidence about her that will definitely benefit her in the future when it comes to client development. |
| - Nickel, Nora G | - Great attitude<br>- Dependability |
| - Popoola, Lanre A | I have worked on a few deals with Gita, and on each deal, Gita does a good job managing the deal timeline by circulating legal checklist that communicate what is outstanding on the transaction to the working group to keep all partied on task. |
| - Sidarth, S.R. | Gita is on the ball with her matters. She pushes the team to stay ahead of deadlines and circulate items to the client and borrower's counsel on a regular basis. |
| - Strup, Peter D | Gita has a lot of enthusiasm and wants very much to do her job well and make sure that clients are happy. Her attitude of self-improvement and willingness to learn is fantastic. |

## Comments (cont'd)

### What skills does this associate need to improve and/or develop over the course of the next year?

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita should work on communication and making sure that the partner/senior associate has signed off on work product before it's sent to clients. |
| - Bowsher, Matthew R | For a 2019 grad, I'd like to see more attention to detail, more independent analysis, and demonstration of a deeper level of understanding of the underlying issues, rather than merely moving the checklist forward at lightspeed. I would gladly see her responsiveness be slowed to a mere mortal level if it allowed her to focus on these other areas. While it's certainly important to keep things moving forward, it cannot come at the cost of a consistently solid work product. She's now at a level of experience where more is expected than merely pushing things forward. Some recent examples:<br><br>• In our legal intro email, she attached the Application for an entirely different deal. In that same email, she wrote "we'll prepare the closing checklist in the coming days" but then later in the email she contradicts this by saying "we prepared the closing checklist, see below". In that same email, she asked for title commitments "for each property", yet this was a one-property deal. 3 mistakes in one short email, 1 of which was particularly embarrassing and could've been potentially catastrophic for our client, and all of which could've been caught with a simple careful proofread. |

App.E-Iwashyna-Ex.9

Troutman_00000496

delivery coordinators email says "the Survey Cert is inconsistent with the Survey", and the coordinator took the time to set forth two screenshots, one of the applicable portion of the Survey Cert and one of the applicable part of the Survey. Anyone could clearly see that the Cert refers to a different date than the date shown on the Survey. The delivery coordinator literally painted a picture of the inconsistency, did all the work, the reader of the email didn't need to review the docs, it was right there, all of the info. Gita's response was, "what exactly is the inconsistency?"

We all make mistakes, I make them every day, but it's the type of mistakes that are important, and for a 2019 grad I'd like to see Gita improve on reducing the number of mistakes which could easily be prevented paying more attention to detail, giving more careful thought to responses and analysis.

| | |
|---|---|
| - Crawford, Lindsey | A greater depth of substance and the reasons behind why certain documentation is acceptable while other documentation is not. |
| - Ebi, Ari | Continuing to become more familiar with complex deal types and issues. |
| - Loughran, Whitney D | Gita has process down and knows who to go to for help, but I'd love to see her problem solving skill develop and for her to develop more of a process to answer questions she may have on her own. This will lead to an increase in substantive knowledge of subject matter. |
| - Mufarrige, Kelly A | Just general knowledge of the multifamily housing space - this will come with time. |
| - Nickel, Nora G | Gita is super responsive, which is great, but I think it would benefit her to slow down a little in order to better understand the big picture. |
| - Popoola, Lanre A | Gita has expressed an interest in working on affordable housing transactions and I look forward to working with her in the next year and help her strengthen her understanding of this type of transaction so that she can better analyze the affordable housing documents. |
| - Sidarth, S.R. | Gita needs to become both more thorough and more efficient. My focus would first be on thoroughness -- making sure that she ties off loose ends on her matters (including asking questions if not exactly sure what is to be done). Then the next goal is greater efficiency -- some assignments are probably still taking too long at her class level.

I think Gita would also benefit from being in the office more -- it is hard to develop skills and grow interpersonal relationships remotely. Hopefully 2023 will provide that opportunity. |
| - Strup, Peter D | Gita's biggest area for improvement is making sure to ask questions early and often when handling a transaction. I would like for her to make sure to question what she knows and to ask the partners and associates whom she works with about the right way to handle a particular issue, even if she's fairly certain of the correct approach.

I also want to make sure she knows that she will never be expected to have all of the answers, but that I want her to make sure she knows how to get those answers when something comes up. This involves expanding her internal network and feeling confident that she can take questions to the people she works with. |

App.E-Iwashyna-Ex.9

I have spoken with Gita about this on some recent transactions, so I know she is working on it and fully anticipate that she will improve in the coming year.

## Comments (cont'd)

**Provide any additional comments about this associate including but not limited to client feedback on the associate's performance.**

| | |
|---|---|
| - Bojorquez, Jennifer A | None |
| - Bowsher, Matthew R | See prior comments. |
| - Crawford, Lindsey | See previous comments |
| - Ebi, Ari | I am always glad to have Gita on a deal helping move things forward and keeping organized -- it's an invaluable skill valued by senior attorneys and clients alike. |
| - Loughran, Whitney D | Gita is a wonderful asset to the team! |
| - Mufarrige, Kelly A | Clients are always happy with Gita's performance on a deal. |
| - Nickel, Nora G | n/a |
| - Popoola, Lanre A | N/A |
| - Sidarth, S.R. | Clients respond well to Gita. I appreciate her willingness to help in a variety of ways. |
| - Strup, Peter D | Gita has a lot of potential! As I mentioned before, I just want her to be more comfortable asking questions early and often. |

## ⊘ Decline Report

| Evaluator | Evaluator Decline Reason |
|---|---|
| McPherson, David J | In anticipation of my retirement at the end of this year, I have not actively worked on any matters this year. |

Printed: Oct 08, 2023

2023 Associate Evaluation

Associate:  Gita F Sankano

| 11 completed | | 0 declined |

## Associate Profile

| Profile | Value |
| --- | --- |
| TP Office | Washington |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

## Matter Report

| Evaluator | Client | Matter | Comments | Hours |
| --- | --- | --- | --- | --- |
| <Unassigned> | Arbor Commercial Mortgage, LLC (216000) | Ln/Horizons at Steele Creek, NC/FNMA (001159) | | 12.00 |
| | | Loan on Honeytree Apartments, NC/FNMA (001207) | | 16.40 |
| | | Loan on Magnolia & Briarwood, GA/FNMA (001219) | | 10.30 |
| | | Supp/Gwinnett Station Apts, GA/FNMA (001218) | | 14.10 |
| | | Supp/Oaks at Northgate, NC/FNMA (001206) | | 17.90 |
| | Berkadia Commercial Mortgage LLC (215247) | Ln/Highlands of East Atlanta, GA/FHLMC (009332) | | 19.80 |
| | | Ln/Salem Harbour Apartments, PA/FNMA (009548) | | 14.30 |
| | | Supp/Hancock Estates, MA/FHLMC (009370) | | 15.20 |
| | CPC Mortgage Company LLC (257470) | Loan on 153 Main Street, CT/FHLMC (000038) | | 48.00 |
| | | Loan on Austin United Alliance, IL/FHLMC (000035) | | 18.50 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Ventas Atria Portfolio 24/FHLMC/SR (000613) | | 13.20 |
| | | Supp/ARIUM Gulfshore, FL/FNMA (000590) | | 15.80 |
| | | Supp/Preserve @ Henderson Beach, FL/FNMA (000589) | | 15.50 |
| | Greystone Servicing Company, LLC (023889) | Loan on Cardinal Oaks, TX/FNMA (000917) | | 10.20 |
| | | Supp/Windsor Falls, NC/FNMA (000925) | | 17.80 |
| | Jones Lang LaSalle (018413) | Ln/Whispering Oaks Parkwood Villa/FHLMC (000709) | | 46.70 |
| | | Supp/Carrington Park, NC/FNMA (000698) | | 17.50 |
| | | Supp/Elan Apartments, TX/FNMA (000697) | | 16.30 |
| | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Evergreen Apartments, UT/FNMA (000026) | | 14.00 |
| | KeyBank National Association (033631) | Asmp/Windmill Apartments, CO/FHLMC (000888) | | 19.20 |
| | | Ln&EnvRev/Lake Village, MI/FNMA (000960) | | 22.00 |
| | | Ln/Orchard & Prescott & N Keene/FHLMC (000864) | | 15.70 |
| | | Loan on North Downtown Athens, GA/FHLMC (000865) | | 12.40 |
| | | Loan on NXRT Portfolio (19)/FHLMC (000887) | | 17.90 |
| | | Supp/Denim Scottsdale, AZ/FNMA (000879) | | 21.10 |
| | | Svcng/Rembrandt Park Apartments, ID/FNMA (000909) | | 18.80 |
| | | Svcng/Village Green Apartments, CA/FNMA (000910) | | 18.00 |
| | Lument Real Estate Capital, LLC (033737) | Ln/Smith Ranch Workforce, CO/FHLMC (000720) | | 21.90 |
| | Merchants Capital (252794) | Loan on Aspen Court, IL/FNMA (000012) | | 16.90 |
| | Newmark Knight Frank (222688) | Loan on Northaven Park, TX/FHLMC (001437) | | 43.50 |
| | | Loan on Venetian on Ella, TX/FHLMC (001397) | | 11.40 |
| | | Svcng/Gull Harbor, FL/FNMA (001160) | | 26.70 |
| | Newpoint Real Estate Capital LLC (246003) | Ln/102-148 Concord Lane, NY/FNMA (000161) | | 37.80 |
| | NorthMarq Capital Finance (230806) | Supp/The Sanctuary, NV/FNMA (000054) | | 17.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Villages (4), KY/FNMA (001650) | | 23.00 |
| | | Supp/2023 Threshold Portfolio (14)/FNMA (001723) | | 15.00 |
| | | Supp/Fairview Village Apts, OH/FNMA (001706) | | 12.60 |
| | | Supp/Lake Lucerne Towers, FL/FHLMC (001660) | | 14.20 |
| | Walker & Dunlop, LLC (028516) | Asmp&Supp/Ravine Bluff, OH/FHLMC (002541) | | 20.30 |

App.E-Iwashyna-Ex.10

Troutman_00000942

| Evaluator | | Matter | | Hours |
|---|---|---|---|---|
| | | Ln/Freeman Webb Portfolio (18)/FHLMC (002599) | | 16.60 |
| | | Ln/Patriot Manor Apartments, VI/FHLMC (002640) | | 19.50 |
| | | Loan on Chestnut Lake Apts, OH/FHLMC (002607) | | 13.60 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Glen at Bucks, PA/FNMA (004228) | | 16.40 |
| | | Supp/Glen at Hidden Valley, NV/FHLMC (004080) | | 20.60 |
| Bojorquez, Jennifer A | Capital One Multifamily Finance, LLC (239272) | Asmp/Nineteen01, CA/FHLMC (001969) | | 38.00 |
| | | Ln/The Preserve at Sunnyside, OR/FHLMC (001961) | | 27.90 |
| | | Loan on Town Center Park, OR/FHLMC (001962) | | 29.10 |
| Crawford, Lindsey | KeyBank National Association (033631) | Asmp/Gladden Farms, IN/FNMA (000866) | | 28.10 |
| | | Asmp/Pointe at Stoneybrook, KY/FNMA (000867) | | 29.00 |
| | | Asmp/Sabal Chase, FL/FNMA (000868) | | 43.80 |
| | | Loan on 930 on Broadway, NY/FNMA (000970) | | 28.80 |
| | | Loan on Clifton Heights, NY/FNMA (000919) | | 51.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | | Loan on Copper Creek, NC/FNMA (001669) | | 25.20 |
| | | Loan on Oaks at Hickory, TN/FNMA (001722) | | 34.80 |
| Lautt, Jonathan J | <General Matter> | | Jon and I did a few servicing matters this year | 0.00 |
| Loughran, Whitney D | KeyBank National Association (033631) | Loan on Oakgrove Apartments, OR/FNMA (000945) | | 28.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Park at Avellino, FL/FNMA (004180) | | 21.30 |
| | | Loan on The Park at Via Veneto, FL/FNMA (004179) | | 16.50 |
| Mufarrige, Kelly A | Jones Lang LaSalle (018413) | Ln/Dairy Ashford & Braeswood, TX/FHLMC (000867) | | 38.30 |
| | | Loan on Falls of Town Park, TX/FHLMC (000833) | | 20.90 |
| | | Loan on Falls of Wilcrest, TX/FHLMC (000861) | | 27.40 |
| | KeyBank National Association (033631) | Loan on The Mark 7120, GA/FNMA (000918) | | 29.60 |
| Nickel, Nora G | Berkadia Commercial Mortgage LLC (215247) | Loan on Oak Plaza, FL/FHLMC (009604) | | 30.20 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Avenue 25, AZ/FNMA (003438) | | 17.30 |
| Smith, Ashante L | <General Matter> | | Assisted Ashante with some of her servicing matters | 0.00 |
| Stitzer, Virginia L | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| Strup, Peter D | Berkadia Commercial Mortgage LLC (215247) | Loan on Merion Stratford, CT/FHLMC (009487) | Freddie CME | 23.60 |
| | | Loan on The Monroe, FL/FHLMC (009518) | Freddie CME | 23.20 |
| | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| | | Loan on Yuba Gardens Apartments, CA/FNMA (000586) | | 18.50 |
| Tucker, Marshall D | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Hamilton Arms, NJ/FNMA (000036) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 17.00 |
| | | Loan on Holly Brook, NY/FNMA (000038) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 10.10 |
| | | Loan on Zachary Arms, NJ/FNMA (000039) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 11.30 |

## Extent of Contact and Supervision

**Extent of contact**

* I worked with this associate extensively during this evaluation cycle.
  - Loughran, Whitney D
* I worked with this associate a moderate amount during this evaluation cycle.
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Strup, Peter D
* I worked with this associate briefly during this evaluation cycle.
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Tucker, Marshall D
* I did not supervise this associate's work but I have a basis on which to comment on the associate's client work or non-billable contributions.
  - Lucas, Kassem L
  - Stitzer, Virginia L

App.E-Iwashyna-Ex.10

Troutman_00000943

**Associate Performance: Rating Scale**

On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas. If you have not directly observed this skill, please select N/A.

**Rating Scale:**
5 – Stellar performance and consistently exceeds expectations.
4 – Above average and often exceeds expectations
3 – Satisfactory performance and meets expectations for class year
2 – Needs improvement and does not meet expectations for class year
1 – Consistently and significantly underperforming
N/A – not observed

**Associate Performance: Legal Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Knowledge & Expertise** - Demonstrates an appropriate understanding of their area of law. Answers level-appropriate questions clearly and with certainty.
**Research & Analysis** - Provides thorough and complete analyses, demonstrating a clear understanding of the issues.
**Professional Judgment** - Identifies and prioritizes issues and provides practical solutions and approaches.
**Practice Experience** - Associate has gained practical experience in their area of focus and seeks out additional opportunities to enhance skillset.

**Knowledge & Expertise**

* 4
  - Loughran, Whitney D
* 3
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Research & Analysis**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Nickel, Nora G
  - Smith, Ashante L
* 2
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Professional Judgment**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Nickel, Nora G
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Practice Experience**

* 5
  - Loughran, Whitney D
* 4
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L

App.E-Iwashyna-Ex.10

Troutman_00000944

- Tucker, Marsha D
* 2
- Lautt, Jonathan J
- Strup, Peter D
* N/A
- Lucas, Kassem L

App.E-Iwashyna-Ex.10

Troutman_00000945

Associate Performance: Professional Skills

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Written Communication** - Communication is clear, concise, and well-organized.
**Oral Communication** - Communication is clear, concise, and well-organized.
**Time & Project Management** - Completes assignments within applicable budgeted time constraints and balances priorities.
**Critical Thinking & Problem Solving** - Assimilates, analyzes and synthesizes complex information.

**Written Communication (including legal writing, drafting and professional writing skills)**

* 5
  - Tucker, Marshall D
* 4
  - Loughran, Whitney D
  - Smith, Ashante L
  - Stitzer, Virginia L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
* 2
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Oral Communication**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Nickel, Nora G
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Time & Project Management**

* 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Critical Thinking & Problem Solving**

* 4
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Tucker, Marshall D
* 2
  - Crawford, Lindsey
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

Associate Performance: Accountability & Ownership

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Ownership of Matters** - Takes accountability for quality and timeliness of work product and provides proactive status updates.
**Collaboration** - Works well with others and demonstrates courtesy and professionalism in interactions with all clients and firm personnel.

App.E-Iwashyna-Ex.10

Troutman_00000946

**Dependability** - Fulfills responsibilities and meets deadlines.
**Responsiveness & Availability** - Responds to emails and phone calls promptly and professionally. Makes themselves available when expected, whether in the office, virtually, by phone or other means.
**Delegation & Management** - Understands the importance of leverage and utilizes resources appropriately.

**Ownership of Matters**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Collaboration**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Nickel, Nora G
  - Strup, Peter D
* 2
  - Lautt, Jonathan J
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Dependability**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Stitzer, Virginia L
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Responsiveness & Availability**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Delegation & Management**

* 5
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Crawford, Lindsey
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Stitzer, Virginia L

App.E-Iwashyna-Ex.10

**Associate Performance: Client Service & Business Acumen**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Commitment to Client Care** - Strives to impress clients in all interactions and through quality of work.
**Firm Operations** - Understands firm resources and practices, and adheres to firm policies and protocols.
**Resourcefulness & Efficiency** - Meets or beats deadlines; consistently looks for ways to improve or add value.
**Contributes to expanding or developing work with existing and new clients** - Shows a commitment to building internal and external network.

**Commitment to Client Care**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Firm Operations**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Strup, Peter D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
* N/A
  - Bojorquez, Jennifer A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Resourcefulness & Efficiency**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* 2
  - Stitzer, Virginia L
* N/A
  - Lucas, Kassem L

**Contributes to expanding or developing work with existing and new clients**

* 5
  - Loughran, Whitney D
* 4
  - Bojorquez, Jennifer A
* 3
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Associate Performance: Firm & Community Service**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Pro Bono** - Actively participates in pro bono matters.
**Firm Citizenship** - Actively participates in firm and community activities.
**DEI Commitment** - Welcomes different ideas and viewpoints, supports colleagues, and shows respect to everyone at the firm. Participates in

App.E-Iwashyna-Ex.10

**Pro Bono**

* 5
  - Loughran, Whitney D
* 4
  - Bojorquez, Jennifer A
* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Strup, Peter D
  - Tucker, Marshall D

**Firm Citizenship**

* 5
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
* 3
  - Smith, Ashante L
* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
  - Tucker, Marshall D

**DEI Commitment**

* 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D

**Associate Performance: Commentary**

**Please describe the associate's contributions
to the Firm's success this past year.**

| | |
|---|---|
| - Bojorquez, Jennifer A | I only started working with Gita in the past few months. She was persistent in her request for work and is eager to learn and be mentored. She has drafted the first versions of analysis and has managed due diligence checklists, helping us to stay on top of deals that had shorter than normal timelines. |
| - Crawford, Lindsey | Gita has marketed herself across the entire group and started working with other partners and senior associates. She is always looking for ways to enhance her personal brand and that of the team and the firm. |
| - Lautt, Jonathan J | Unknown |
| - Loughran, Whitney D | Gita has worked with me extensively over the last year on several projects. Gita is also very involved with pro bono and DEI matters on top of her workload. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita is a team player. She's always willing to help out on deals. She also does a good job checking in to see if there are matters that she can assist on. |
| - Nickel, Nora G | I don't work with Gita often, but the times that I have, Gita is very responsive, proactive and always eager to assist. |
| - Smith, Ashante L | Gita has contributed to the team by working on new loan originations (including large pools) and servicing matters. She is able to assist in various capacities - from handling discrete matters like due diligence reviews to coordinating deals from beginning to end with some supervision. Gita has routinely demonstrated a willingness to pitch in where needed.<br><br>Gita has engaged in several client development events. She remains an active participant in the BAAG Affinity Group and has also participated in multiple firm-sponsored conferences. |
| - Stitzer, Virginia L | I haven't worked on a deal with Gita in this review cycle. |
| - Strup, Peter D | Gita has worked with me on a number of transactions this year. |
| - Tucker, Marshall D | Gita has been very involved in the practice group and firm activities. |

**What does this associate do really well?**

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita is very responsive and will jump on an assignment when received. She is very reliable, and I know that she'll work West Coast hours and weekends if something needs to be completed. She readily takes ownership of matters and acknowledges when a situation should have been handled differently. |

App.E-Iwashyna-Ex.10

Troutman_00000949

- Crawford, Lindsey — Gita timely updates transactions and related checklists and reminds the larger deal team of must haves throughout the deal cycle.
- Lautt, Jonathan J — Unknown
- Loughran, Whitney D — Gita is very responsive and communicative. She takes ownership of her tasks and works hard to keep deals moving forward.
- Lucas, Kassem L — .
- Mufarrige, Kelly A — Gita is efficient and keeps deals moving forward (always sends weekly checklists, sends prompts responses, reviews documents and sends comments promptly).
- Nickel, Nora G — Gita is very responsive, proactive and always eager to assist. She's timely with checklists and can navigate through routine deals and routine diligence.
- Smith, Ashante L — Gita is extremely responsive and turns work product quickly. This is a very useful tool when we are in our full 'busy' mode. She actively pursues work and will reach out anytime she has capacity to take on more. She is also communicative and proactive on assignments and will offer to assist beyond the scope of the initial assignment - suggesting where she can be of use. Gita has a thorough understanding of the team's practices and procedures as well as the mechanics of a deal. Gita also has a collaborative attitude and seems to enjoy working with a number of attorneys across offices.
- Stitzer, Virginia L — Gita is hard-working and eager to take on new things. She's quick to volunteer for SARs, which are a crucial part of each deal.
- Strup, Peter D — Gita's attitude and commitment to self-improvement is commendable. She wants to succeed.
- Tucker, Marshall D — Gita is very responsive and on top of deals.

**What skills does this associate need to improve and/or develop over the next year?**

- Bojorquez, Jennifer A — Gita needs to work on developing her pragmatic thinking skills. For example, with respect to document modifications, just because a sponsor got approval on doc mods on a prior deal doesn't mean all of those doc mods are applicable on a new deal, such as mods addressing litigation involving one borrower. But it has come up in other contexts as well. There is no "one size fits all" in the work we do, and she needs to think through the circumstances at hand and determine if what was done before really makes sense.
  I also think that Gita needs to gain more substantive knowledge of certain legal issues. I cannot yet tell if she has simply not worked on deals with certain attributes or she hasn't retained knowledge of issues previously encountered.
  Gita sometimes "jumps the gun" with sending documents or emails to clients or the opposing parties before I've reviewed what is being sent. I realize she is being proactive, but sometimes I'd like the opportunity to review communication and documents before they go out.
- Crawford, Lindsey — Gita needs to better understand substance --the why behind the documents being used and advice being given. Her focus has been on how someone addressed an issue or process before rather than why that happened, whether the prior iteration was correct and whether that iteration is actually applicable to the case at hand.
- Lautt, Jonathan J — Welcome instruction that is aimed at giving the client a suitable work product.
- Loughran, Whitney D — Over the next year, I'd like to see Gita work to not just understand the mechanics of a deal (which I think she knows very well), but substantively understand the reasoning behind each step. I'd like to see her be able to spot abnormalities in a deal quickly so we can work together to determine the best course of action to address the issue that might not fit into the usual mold or process.
- Lucas, Kassem L — .
- Mufarrige, Kelly A — Gita needs to work on thoroughness and developing a more in depth understanding of the Fannie/Freddie programs. At this point, Gita should have a firm grasp on the loan documents, transfers, common doc mods, etc. However, most of these higher level items still fall to the partner or senior associate. Gita should work on taking on a larger role on deals.
- Nickel, Nora G — Gita needs to slow down and focus on the quality of her work product. I receive things in a timely manner but often have to make changes and edits to the final work product because of mistakes. Because of this, I sometimes have some hesitation with Gita communicating directly with borrower's counsel and/or the client. This doesn't happen all the time, but enough where I still feel the need to go back and check behind her on most things.

  I also think Gita relies on the LPAs too much. When revisions are requested and made, they should still be reviewed by the supervising attorney before being circulated to borrower's counsel and/or our clients. By doing the reviews herself, it will improve the work product and enable her to take more ownership of a deal.
- Smith, Ashante L — Gita should continue to work on slowing down a beat, when time permits. She is so efficient with her initial work product that I think she will often have time to revisit work with an even closer eye to detail and still meet or exceed deadlines. I think that "pause" will help to provide a final work product that is both timely and free of any minor errors/oversights.

  Also, as Gita is transitioning from a junior to mid-level associate, I'm aware that she is focusing on viewing deals holistically; putting together all the fundamental building blocks that she's already learned to demonstrate her understanding of how they work together and anticipating next steps. I think this is level appropriate and support that focus over the next year.
- Stitzer, Virginia L — I note that my response to this is limited to second attorney reviews. However, in observing those, Gita needs to work on being more diligent in her reviews and on taking it to the next level. After a year or so, we'd like to see her looking for all of the SAR checklist items as well as a higher-level review of document modifications, etc, and she's not consistently taking her reviews to the next level.
- Strup, Peter D — Gita's development has lagged behind other associates in her class year. I would like for her to work to develop stronger relationships with partners and associates by having open conversations about her performance and by being self-critical and improving her skills and knowledge of the various loan programs our firm handles. It's easiest to do this in the middle of a transaction, but she may need to do some of that outside of an active deal.
- Tucker, Marshall D — Gita needs to seek out complex work so she can take the next step in her career. She has a good handle on the basics of a deal but I'm not sure she's getting exposure to more complex matters.

**Provide any additional comments about this associate, including but not limited to client feedback on the associate's performance.**

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita needs to invest in herself - she's in it for the long haul, and there's a lot of fun in developing business. I think she needs to focus on developing her skills and relationships in our practice group, not on developing outside business. Once she demonstrates her competence in the practice group and instills confidence in the partners in our group, the business will naturally grow. |
| - Crawford, Lindsey | Gita needs to ask, list absorbed (and if information is not absorbed, ask more questions) and analyze legal issues and documentation the way others at or in many instances below her year are doing. |
| - Lautt, Jonathan J | None. |
| - Loughran, Whitney D | Gita is working very hard to advance within the practice group. She is dependable, responsive and eager to learn. She helps me tremendously in keeping deals on track. A dedication to client care is very clear with Gita and it is important to her that our clients are taken care of. |
| - Lucas, Kassem L | Gita played a vital role in the Firm's DEI initiatives and should be recognized for her efforts. |
| - Mufarrige, Kelly A | I've never received negative feedback from a client on Gita's performance. Clients enjoy working with Gita. |
| - Nickel, Nora G | Gita and I worked on a deal called Oak Plaza. It was a straightforward FL A&R deal with a repeat sponsor of mine. I've provided specific feedback after that deal closed which Gita appreciated. I discussed the things she did well and the areas that needed improvement. |
| | I thought it was helpful when Gita shared her thought process when reviewing diligence and documents. It helped me better understand where she was coming from which helped me teach her and explain my reasoning. I recommend that Gita continue to express her reasoning so people can better understand how to teach and mentor her. |
| | Gita has a great attitude, and her responsiveness is always appreciated. She also always gets assignments back to me on time or early. But I think she really needs to focus on her work product this year. Slow down and reread emails and memos before sending things out for review. Slow down to absorb the information provided and see how your growing knowledge base can be applied to the deal. Ask questions and be prepared to explain your answers. |
| - Smith, Ashante L | Gita has demonstrated a strong dedication to the team and the firm. She actively seeks guidance and constructive feedback to learn and grow. Gita has also demonstrated strong networking skills that are useful for client development. |
| - Stitzer, Virginia L | n/a |
| - Strup, Peter D | There have been some situations where checklists that Gita prepared were not updated accurately. We all miss things sometimes, but perfecting the 'little things' such as proofreading work, adhering to deadlines, and following instructions meticulously are helpful whether we are fast or slow. I would also like for Gita to deepen her understanding of the 'big picture' concepts. This involves comprehending how her work fits into larger projects and asking questions about variations on issues that arise during the term of a particular transaction so she can be prepared if they come up on future deals. By grasping these broader concepts and expanding her knowledge-base, she can better anticipate needs, make more informed decisions, and contribute more effectively and efficiently. |
| - Tucker, Marshall D | n/a |

**Confidential Feedback**

**Is there any additional feedback you would like
to share with the Associate Development Committee/PG Leadership?**

**NOTE: Your response to this question will not be shared
with the Associate during the annual evaluation process.**

| | |
|---|---|
| - Bojorquez, Jennifer A | It seems that she's behind her peers in the group from a development perspective, but I have not yet determined whether that is due to a lack of teaching and mentorship (this is what Gita says), or from a lack of understanding of MFH concepts. |
| - Crawford, Lindsey | Clients really like Gita as do I. We would like to see her succeed and hope this year makes all the difference. |
| - Lautt, Jonathan J | I haven't worked with Gita a ton. In the limited contact we've had she doesn't seem to appreciate my coaching her up. |
| - Loughran, Whitney D | I enjoy working with Gita. Her focus over the next year needs to be on substantive understanding of the subject matter and I hope others will join me in assisting her with that task. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Working with Gita is a bit complex at times. On the one hand, she's very efficient and responsive; but, on the other hand, she needs to be more thoughtful and cautious in her responses. There seems to be a bit of stagnation with Gita's progression. At this point, she should be leading deals. However, she still plays a more junior role on deals. |
| - Nickel, Nora G | n/a |
| - Smith, Ashante L | N/A |
| - Stitzer, Virginia L | n/a |
| - Strup, Peter D | N/A |
| - Tucker, Marshall D | I understand that other partners and senior associates in the practice group have had complaints about Gita's work product. I only briefly worked with Gita, and I did not experience any of the same issues. However, the matters that we worked on were not complex in nature, so it did not require complex analysis which is the noted issue for Gita. |

App.E-Iwashyna-Ex.10

Troutman_00000951

2023 Evaluation Status Report

**Sankano, Gita F**

**Multifamily Housing Finance**

2019

| Evaluator | Evaluator TP PracticeGroup | Status | Evaluation Date |
|---|---|---|---|
| Bojorquez, Jennifer A | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Crawford, Lindsey | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Lautt, Jonathan J | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Loughran, Whitney D | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Lucas, Kassem L | Business Litigation | ✔ Completed | Oct 06, 2023 |
| Mufarrige, Kelly A | Multifamily Housing Finance | ✔ Completed | Oct 05, 2023 |
| Nickel, Nora G | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Smith, Ashante L | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Stitzer, Virginia L | Multifamily Housing Finance | ✔ Completed | Sep 20, 2023 |
| Strup, Peter D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Tucker, Marshall D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |

App.E-Iwashyna-Ex.10

Troutman_00000952

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Thursday, September 3, 2020 8:21 AM
**To:** Fireison, Scott <Scott.Fireison@Troutman.com>
**Subject:** RE: Great Real Estate Attorneys & Paralegal!

Blair and Nora are the Professional Development Partners for our practice group.  They would help Mary Cabell and me coordinate any hiring.

I get monthly billable hour reports.  It does look like your August was busy – 200 hours!  But the months before that show you at 147, 140, 107, 116.  Brendan's hours for August were only 123!  And before that 158 and 138... Let me know if those numbers don't appear accurate to you.

Based on the hour report, it seems like Brendan still a lot more room on his plate for extra work.

We also just approved a Law Clerk for you.

The group and firm are committed to Gita.  We need to give her another chance.  Richmond multifamily is actively pushing her work and helping to train her now.  I would encourage you to do the same.
I also think Adrian (and other real estate associates) have more availability to help.
There are a few multifamily associates not working at 100% that we can make available to you.

Blair, Nora, MC and I are all happy to help you coordinate getting the support you need.  At this point, I don't see why we would ever be turning down work.

That being said – the goal is always to grow the group.  As I just told another partner yesterday: Multifamily is always hiring!  I am always looking for great new people to bring in, we just need to be thoughtful and strategic about it to make sure we are using everyone we have to full capacity too.

Lets come up with a plan for us helping to get you support for all of your immediate needs now.  And we can keep the option of a new associate on our radar.

**Brian J. Iwashyna**
**Partner**
troutman pepper
Direct: 804.697.1402
brian.iwashyna@troutman.com

**From:** Fireison, Scott <Scott.Fireison@Troutman.com>
**Sent:** Thursday, September 3, 2020 7:36 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Great Real Estate Attorneys & Paralegal!

Brian, hope you are having a good morning.  As you may know, Brendan O'Regan and I are billing ten hour days with no end in sight (end of year pace is going to start soon and make it worse).  I made Brendan take a week off and shut down to keep himself from breaking, but otherwise we are pressed to a wall, and I have been turning down significant amounts of work.  Adrian Boddie, of the RE group has jumped in to help some, but he also has a day job, and he is too old to learn HUD and LIHTC specializations.  Gita was never my pick and I did not find her ability acceptable (cost me

App.E-Iwashyna-Ex.11

more time than saved me).
We are going to need another associate. Not good circumstance (Covid) to hire right now, but I suspect anything like that takes many people and much time. How does the process start here at Troutman? I don't want it on your plate, but is there someone you can point me to, to get the process lining up?

Also, is there a way that Partners can see an associate's statistics? How busy they are, etc.?
Thank you, when you have time.
Scott

Scott E. Fireison, troutman pepper, 2000 K Street, NW, Suite 600, Washington, DC 20006
scott.fireison@troutman.com, 202-220-1572

---

**From:** Fireison, Scott
**Sent:** Tuesday, September 1, 2020 1:36 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Waldmann, Christine <Christine.Waldmann@Troutman.com>; Schiff, Blair L. <Blair.Schiff@Troutman.com>
**Subject:** FW: Great Real Estate Attorneys & Paralegal!

I do not know how things or plans, or processes work, but I do think that all of us expect continued growth. GSE clients are beginning to knock on the door for FHA (that will be a tough flood to meet); Fannie and Freddie keep growing and will expand further into affordable housing; and I turned down $400K in work so far this quarter.
I bet (when Covid is settled some) we are all going to wonder how we let the time slip by and others got work from our longstanding clients.
But that may just be me.
See below – and I think it might be a good idea to think about it as we look into next year, and as we exhaust ourselves to get through this year under circumstances that have stopped our escalator for bench building.

Scott

Sscott E. Fireison, troutman pepper, 2000 K Street, NW, Suite 600, Washington, DC 20006
scott.fireison@troutman.com, 202-220-1572

---

**From:** McGrory, Anne-Laure (04510) <Anne-Laure.McGrory@roberthalflegal.com>
**Sent:** Tuesday, September 1, 2020 10:40 AM
**To:** Fireison, Scott <Scott.Fireison@Troutman.com>
**Subject:** Great Real Estate Attorneys & Paralegal!

**EXTERNAL SENDER**

Hi Scott,

I hope you're doing well and staying safe!

I don't know if any of your hiring needs have changed but I wanted to let you know about some great candidates I'm working with. Descriptions of each are below:

<u>Commercial Real Estate Attorney #1</u>
- Commercial Real Estate Attorney
- Commercial real estate attorney with several years of experience
- Practice includes multi-family and affordable housing work including drafting and negotiating documents for real estate transactions including acquisitions, dispositions and financing of land
- Also has experience with loan portfolio purchases and sales and commercial leasing

<span style="color:red">App.E-Iwashyna-Ex.11</span>

- Licensed in DC and MD

**Commercial Real Estate Attorney #2**
- Commercial real estate and lending attorney with several years of experience
- Practice includes working on affordable housing and Fannie Mae transactions
- Has additional experience with negotiating and closing New Markets Tax Credits transactions as well as acquisition, development and leasing work
- Licensed in DC

**Real Estate Paralegal**
- Real estate paralegal with 10+ years of experience
- Experience includes working for a firm and legal department of a company
- Specific experience centers around preparing lease documents, preparing and processing real estate closings for refinances, commercial and residential deals
- Fantastic reference!
- Has experience with QuickBooks and Qualia

Please let me know if you would have any interest in speaking with these candidates, seeing their resumes or learning additional information?

If you are hiring but looking for a different skill set, please let me know as the candidates above are just a small sample of the total amount of candidates we are working with.

Thanks so much and I look forward to hearing from you.
Best regards,

**Anne-Laure (Eliasson) McGrory, Esq.**
Vice President - Permanent Placement 10 years
202.626.0260 x50310   202.626.4950 fax
Connect with me: LinkedIn

**Robert Half Legal** | 1401 I Street NW | Suite 400 | Washington, DC | 20005 USA | roberthalflegal.com



MORE THAN JUST STAFFING & RECRUITING
eDiscovery & Litigation Managed Review | Compliance | Information Governance | Operational Risk | Internal Investigations & Audit | Mergers and Acquisitions | Financial Investigations | AML & KYC | Contract Management and Review | Records Management | Data Privacy | Cyber Security | Electronically-Stored Information (ESI)

App.E-Iwashyna-Ex.11

Troutman_00005933

| | |
|---|---|
| **From:** | Smith, Ashante L.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SMITHAL] |
| **Sent:** | Tue 5/16/2023 4:43:25 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Bcc:** | Smith, Ashante L.[ashante.smith@troutman.com] |
| **Subject:** | RE: FW: Gita |

As an update, Gita also reached out to me this afternoon and we chatted. I've told her she can contact me anytime if she has questions on servicing matters.

I'll reiterate B's earlier comments, Gita definitely has a positive attitude and wants to work hard and succeed.

We also discussed some general practice tips, ways to proactively engage and communicate with assigning attorneys to make sure deals flow smoothly, and some things to be mindful of at this stage of her career (*i.e. treating assigning attorneys as her clients, building upon fundamentals, focusing more on the substance of deals that the routine mechanics, making sure she understands the natural flow of a deal and what her role should be at each stage, and reiterating the need to focus on attention to detail, etc.*). We also hope to have the opportunity to chat more during the firm's upcoming leadership academies in Nashville.
-AS

**Ashanté L. Smith**
**Partner**
troutman pepper
Direct: 804.697.1321 | Internal: 15-1321
ashante.smith@troutman.com
Pronouns: she, her, hers

---

**From:** Smith, Ashante L.
**Sent:** Tuesday, May 16, 2023 11:39 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: FW: Gita

I'm certainly happy to be a resource.

**Ashanté L. Smith**
**Partner**
troutman pepper
Direct: 804.697.1321 | Internal: 15-1321
ashante.smith@troutman.com
Pronouns: she, her, hers

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Tuesday, May 16, 2023 11:36 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Smith, Ashante L. <ashante.smith@troutman.com>

App.E-Iwashyna-Ex.12

Troutman_00006158

**Subject:** RE: FW: Gita

I was thinking that we should all push her to try to have excellent communication with Jon.    Maybe use Ashante as a resource for questions too.    I know that Jon loves Ashante's work product.


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Tuesday, May 16, 2023 11:33 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Smith, Ashante L. <ashante.smith@troutman.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Re: FW: Gita

Great and thank you. Would it be helpful for Jon to have a call with her to lay out expectations?  Just want Gita to be in the best position to be successful.

**Nora Garcia Nickel**
**Partner**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

On May 16, 2023 at 9:55:27 AM CDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:
See below.   I am in DC and just talked to her about making sure she is hustling and finding opportunities for work.  I encouraged her to reach out to Jon.  Jon is super busy and has a ton of different kinds of work.   I think it could be a good fit for her.

I love that she called him as soon as I gave her the idea.   She definitely has an amazing attitude and willingness to work.


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

App.E-Iwashyna-Ex.12

**From:** Lautt, Jonathan J. <Jon.Lautt@troutman.com>
**Sent:** Tuesday, May 16, 2023 10:52 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Sports Backers Lunch today

Gita just called me – I'll loop her in again and take another shot at this!

**Jon Lautt**
**Partner**
**troutman** **pepper**
Direct: 804.697.1422 | Mobile: 704.995.6930 | Internal: 15-1422
jon.lautt@troutman.com

App.E-Iwashyna-Ex.12

Troutman_00006160

| | |
|---|---|
| **From:** | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | Thur 11/12/2020 11:17:37 PM (UTC-05:00) |
| **To:** | Bowsher, Matthew R.[Matthew.Bowsher@troutman.com] |
| **Subject:** | RE: |

It doesn't look like January is going to slow down at all.  I am scared.  Everyone is tired and burnt out.

I definitely agree that you get the harder deals.  That is an great place for you as far as the group is concerned, it will lead to more total volume for the group.  You have had an amazing year.  Thank you!  At some point I want to talk to you about your compensation too.  You have made last year's push seem like a no-brainer!  I want to make sure you are just as happy next year too.

I am very happy with Gita so far.  I think she has the potential to be a rockstar.  I have her running checklists on 3 deals with me right now and she is crushing them.  I agree on Zara.

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, November 12, 2020 11:01 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE:

Yes.  And it's not just the volume, it's the fact that most of them are hairy, not stuff that associates can handle solo.  Two clients have admitted that they tend to send me their harder/heavier stuff, which makes sense and I'm flattered, but it's drowning me.

I set-up weekly calls with Gita, we start on Tuesday, gonna spend 30 mins every week teaching her how to do Freddie loans.  Zara seems like a lost cause, he's constantly sending us everything late even though he shows "green" on his status.  Gita seems to be much more interested in helping our group, becoming part of it.  If she climbs the curve half as quickly as Kimmie did, we'll have another functioning associate in 6 months, COVID bedamned.

My son tells me Boba Fett lived, officially.  Fans always suspected/hoped of course, but last week they scripted it into The Mandalorian, so apparently now it's part of the official Star Wars canon, he officially survived the Sarlac pit.   Not sure how I feel about that.   Like part of my childhood was a lie, or something.

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423

App.E-Iwashyna-Ex.13

matthew.bowsher@troutman.com

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Thursday, November 12, 2020 10:21 PM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:**

I assume you are still getting killed with endless deals, right?


**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Preferred pronouns: he, him, his
—————————————
**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.13

Troutman_00006680

| | |
|---|---|
| **From:** | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | Mon 6/21/2021 1:45:52 PM (UTC-04:00) |
| **To:** | Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Subject:** | RE: Follow-Up |

Reminder

## Brian J. Iwashyna
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Sunday, June 20, 2021 10:55 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** FW: Follow-Up
FYI.
If you have time, can we catch up on this tomorrow?
## Nora Garcia Nickel
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Sunday, June 20, 2021 10:48 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Follow-Up
Meh.'m not sure, to be honest, because Tom (not I) delegated it to her and reviewed it.So I'll have to ask him.I did review her PSA Analysis, and she totally missed the condo restriction; it wasn't in the form deed as you'd usually expect, rather it was in a separate restrictive covenant, but still, she obviously didn't read the covenant or perform a simple search for the word "condo".
I like Gita on a personal level, and I spent many hours Zooming with her (we met once every week for a few months) to provide training, but despite all the deals she's done, she still seems sushi raw on the basics, I mean like she had absolutely no idea as to basic closing logistics (funds are released to borrower <u>after</u> we give our authorization… how could it possibly make sense for our authorization to come after funds have already been released?) or even the fundamentals of contract law (if the commitment hasn't been signed, why would you need an <u>amendment</u> rather than simply modifying the existing draft commitment?).I like many things about her, I don't want to race to judgement, but wow the amount of hand-holding necessary is daunting, and I'm not the only one who feels this way. just doesn't seem to naturally make a lot of the same basic connections as other first-years I've seen, including Kimberly.Maybe once she makes all those connections and figures it all out, she'll be awesome?And/or maybe I just have unrealistic expectations, possibly jaded by how quickly Kimmie has climbed the learning curve?
As soon as I have a vanilla deal without someone else's name on it, I look forward to giving it to her and working with her again directly, without Tom in the middle, just her and I, and we'll see how far she's come over the past few months since I closed my last deal with her.
## Matthew R. Bowsher
**Partner**

App.E-Iwashyna-Ex.14

**troutman** pepper
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Sunday, June 20, 2021 10:27 PM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** Follow-Up

Hey!I saw Gita did a condo analysis for you.How did that go?I know she's still learning, but she's been very proactive on my deal.Just trying to see how she's working with others.

## Nora Garcia Nickel

**Partner**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

| From: | Nickel, Nora Garcia[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
|---|---|
| Sent: | Wed 6/28/2023 10:58:49 AM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Tucker, Marshall D.[Marshall.Tucker@troutman.com]; Smith, Ashante L.[ashante.smith@troutman.com] |
| Subject: | FW: Oak Plaza - Feedback |

Just FYI.

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Wednesday, June 28, 2023 10:55 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Oak Plaza - Feedback

One last thing – I need to really work on slowing down. It's hard but I'm trying. This was the best feedback I received all year

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, June 28, 2023 10:30 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** Oak Plaza - Feedback

Hi Gita,

Thanks again for your help with this deal!I'm trying to be better about providing feedback to associates after each deal while the deal is still fresh!

You are always very timely, responsive and proactive.You are so fast that I'm often behind and trying to catch up with you!You understand the mechanics of a deal and the order of things that need to occur in connection with getting a deal to the finish line.You also had a great catch with the borrower's org structure when comparing the org chart against the org docs received.I also appreciate you sharing your thought process when reviewing diligence and documents.It helps me better understand where you are coming from and gives me an opportunity to teach and provide answers.A good example is our discussion as to which parties the survey certificate should be certified to.

For improvement, I recommend you slow down and take time to review things more closely.There were a handful of errors that could have been corrected if a little more time was spent reviewing.For example, when sending out draft docs, you used a "template" email that had deal specific nuances from another deal that were not removed.In that same email, non-Borrower loan documents were included in the email and sent to the Borrower as part of the draft loan documents.I know this happens, especially when we have a lot of deals on our plate, but I think it will be very helpful for you to slow down and proofread emails before circulating.Also, I think you rely on LPAs a little too much.They are there to help us do our jobs better and more efficiently, but it is our job to review the information they prepare and send us.Once drafts/revisions are complete, it's our responsibility to go back and confirm everything was done correctly before we circulate to others.It takes extra time up front but will save us time later on the back end.I promise!

App.E-Iwashyna-Ex.15

If you have any questions or comments, please don't hesitate to reach out.Thanks again for your help on this one!I'll try and get you on another one soon.

**Nora Garcia Nickel**
**Partner**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.15

Troutman_00006624

| From: | Sankano, Gita F.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GITA.SANKANO] |
|---|---|
| Sent: | Thur 7/6/2023 2:22:10 PM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| Subject: | RE: June Hours |

Will do ! And thank you!!


**Gita F. Sankano**
**Associate**
**troutman**pepper
Direct:202.220.1251|Internal:803-1251
gita.sankano@troutman.com
Pronouns: she, her,


**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com


On July 6, 2023 at 2:21:31 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:

Jennifer is always looking for help.She could be a great recourse for you.Make sure you make her happy and then push her to give you more work.
**Brian J. Iwashyna**
Partner
**troutman pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


☐ · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ -

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, July 6, 2023 2:17 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Re: June Hours
THANK YOU!
Lindsey and whit of course. I have a 5 pack with Marshall and a two pack with Jennifer.
My July is not as busy but it should be steady (I think).


**Gita F. Sankano**

App.E-Iwashyna-Ex.16

Troutman_00003619

**Associate**
**troutmanpepper**
Direct:202.220.1251|Internal:803-1251
gita.sankano@troutman.com
Pronouns: she, her,

**Gita F. Sankano**
**Associate**
**troutman pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

☐ · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ -


On July 6, 2023 at 2:15:43 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:
Nice job staying busy.
Who are you getting work from?
How does July look?

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
──────────────────

**troutman pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

☐ · · · · · · · · · · · · · · · · · · · · · · · · · · ☐

**From:**          Tucker, Marshall D.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP
                   (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TUCKERMD]
**Sent:**          Wed 8/2/2023 4:47:17 PM (UTC-04:00)
**To:**            Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Nickel, Nora
                   Garcia[nora.nickel@troutman.com]
**Subject:**       RE: RE: I love working with Jennifer!!

She's been doing well on my deals as well.

**Marshall D. Tucker**
**Partner**
troutman pepper
Direct: 804.697.1895 | Internal: 15-1895
marshall.tucker@troutman.com

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, August 2, 2023 4:43 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Subject:** Fwd: RE: I love working with Jennifer!!

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
_____

troutman pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

---------- Forwarded message ----------

**From:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Date:** August 2, 2023 at 4:29:01 PM EDT
**Subject:** RE: I love working with Jennifer!!
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>

Well, that's nice of her. She's doing well. A few minor things to improve upon here and there,
but overall, working with her has been a positive experience. And she showed a lot of initiative
by reaching out to me a few times for work, which I appreciate.

App.E-Iwashyna-Ex.17

**Jennifer A. Bojorquez**
**Partner**
Direct: 949.622.2727 | Mobile: 949.326.3306 | Internal: 18-2727
jennifer.bojorquez@troutman.com

———————

troutman **pepper**
5 Park Plaza, Suite 1400
Irvine, CA 92614
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, August 2, 2023 10:43 AM
**To:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Subject:** FW: I love working with Jennifer!!

Just FYI.   How is Gita doing?

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Mobile: 804.467.1403 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Tuesday, August 1, 2023 7:37 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** I love working with Jennifer!!

I'm learning a ton from her and she's amazing!

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

———————

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.17

Troutman_00005866

| From: | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
|---|---|
| Sent: | Wed 4/19/2023 10:34:09 AM (UTC-04:00) |
| To: | Nickel, Nora Garcia[nora.nickel@troutman.com] |
| Subject: | RE: Gita |

Your door is still closed

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:17 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Gita

Understood.I'll try to find a deal where she would be a good fit.
It would be helpful for the folks that have currently worked with her to have documentation of their conversations as well – Dameon, Peter and Lindsey.I don't want her to be "blindsided" at the end.That's all.I really like her as a person, but it seems like this type of work isn't quite meshing with her.

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:09 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Gita

I think we are going to have to make a hard call on her at some point and I think it would be helpful if you could use her on one or two deals before that.So that we can talk from direct experience.I am going to push Marshall to do the same.

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:01 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Gita

No, I haven't.And we still need to revisit her.I chatted with Dameon, Lindsey and Peter.
About to jump on a call, but should be done by 10:15.

App.E-Iwashyna-Ex.18

**Nora Garcia Nickel**
**Partner**
**troutman** pepper
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 9:55 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Gita
Have you worked with her recently?
**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

_____

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

| | |
|---|---|
| **From:** | Tucker, Marshall D.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TUCKERMD] |
| **Sent:** | Wed 4/19/2023 11:21:31 AM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| **Subject:** | RE: Gita |

Got it. I'll keep in that in mind as new deals come in.

**Marshall D. Tucker**
**Partner**
troutman **pepper**
Direct: 804.697.1895 | Internal: 15-1895
marshall.tucker@troutman.com

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:08 AM
**To:** Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Subject:** RE: Gita

Dameon didn't have a great experience and doesn't want to use her anymore.   I think we are going to have to make a hard call on her at some point and I think it would be helpful if you could use her on one or two deals before that.   So that we can talk from direct experience.   I am going to push Nora to do the same.

**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

**From:** Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:00 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Gita

Nope. Strup was doing some work with her in the past. She getting better or worse?

**Marshall D. Tucker**
**Partner**
troutman **pepper**
Direct: 804.697.1895 | Internal: 15-1895
marshall.tucker@troutman.com

App.E-Iwashyna-Ex.18

Troutman_00005867

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 9:55 AM
**To:** Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Subject:** Gita

Have you worked with her recently?

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
_____

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.18

Troutman_00005868

| From: | Sulc, Mary Cabell[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SHERROMC] |
|---|---|
| Sent: | Tue 5/30/2023 5:46:38 PM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| Subject: | RE: PGL Meeting |

In case it is helpful

|  | **Attorney I** | **Attorney II** | **Counsel** |
|---|---|---|---|
| **Responsibilities** | • Routine matters<br>• Often high-volume and repeatable/predictable work.<br>• Predictable schedule & work assignments. | • Complex matters<br>• Moderate client support<br>• May supervise matters<br>• Predictable schedule & work assignments. | • High level client support<br>• Demonstrated expertise<br>• Supervise matters & train |
| **Expectations** | • 1200-1800 Hours<br>• Entry Level+ | • 1500-1800 Hours<br>• Supervise, delegate matters<br>• 5+ years minimum | • 1700+ Hours<br>• Supervise, delegate, train<br>• Participate in BD activities<br>• 8+ years minimum |
| **Compensation** | • $90K - $200K<br>• Bonus Eligible | • $150K - $275K<br>• Bonus Eligible | • $250K - $300K+<br>• Bonus Eligible |

**Mary Cabell Sulc**
**Practice Director**
troutman pepper
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Tuesday, May 30, 2023 4:25 PM
**To:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Subject:** PGL Meeting
Do we have any "Need Info" senior associates?
Do you have our "Margin" / "Comp Index" number on our associates?Do they use WATY for that calculation?
Is the "Career Track" / Alternate Path option available now?I didn't think they had actually rolled that out yet.
What year is Iyanna?Gita? Any other problem people that I am not thinking about?
**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

troutman pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.19

| From: | Pittman, Tiffany A.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7F789AE6483473C93A26B28A82BB8C1-NORWOOD,] |
|---|---|
| Sent: | Fri 11/3/2023 1:04:37 PM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| Cc: | Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com]; Schreher, Leigh H.[Leigh.Schreher@troutman.com]; Stitzer, Virginia Lane[virginia.stitzer@troutman.com] |
| Subject: | SAR Time Entries - October 2023 |
| Attachment: | SAR Entries - October 2023.xlsx |

Good afternoon,
The October Time Summary and SAR Time Entry analysis is attached and provided below. Compared to September, the Associates as a whole billed 7.6% more hours (440.9 hours) in October and those who completed SARs collectively spent almost 16% more time on SARs (40.3 hours) than last month, the number of Associates completing SARs increased from 17 to 18, and more SARS were completed overall (12% increase; 18 more SARs over September); however, the average amount of SARs completed by Associates (8.5) and average time spent on SARs (1.6 hours; 4%) remained steady over last month. Please let me know if you have any questions. Thanks!

**October Time Summary**

| Associate | All Billed Hours | SAR Hours | SAR Percentage |
|---|---|---|---|
| Blanchard, Michael | 200.1 | 7.9 | 4% |
| Burton, Hannah E. | 187.3 | 20.4 | 11% |
| Draper, Iyanna M. | 129.7 | 13.1 | 10% |
| Ebi, Ari | 211.3 | 0 | 0% |
| Echard, Taylor | 193.7 | 10.7 | 6% |
| Ernst, Kristen | 166.1 | 0 | 0% |
| Foster, Brooke | 150.8 | 4.5 | 3% |
| Gershen, Alexander E | 135.4 | 0 | 0% |
| Gesang, Drolma | 204.1 | 0 | 0% |
| Hemnani, Vishal M. | 206.4 | 0 | 0% |
| Hurlburt, Randall | 103.6 | 0 | 0% |
| Imboden, Zachary | 187.5 | 1 | 1% |
| Irvin, Samuel A. | 135.7 | 0 | 0% |
| Jamison, Jam P. | 81.6 | 18.4 | 23% |
| Kizner, Corinne S. | 204.9 | 0 | 0% |

App.E-Iwashyna-Ex.20

Troutman_00004825

| | | | |
|---|---|---|---|
| Koester, Lauren E | 169.5 | 0 | 0% |
| Krugovykh, Alina | 200.4 | 0 | 0% |
| Loffman, Chaya | 124.1 | 0 | 0% |
| Loughran, Whitney D. | 122 | 0 | 0% |
| Love, Katie | 199.6 | 22.8 | 11% |
| Messersmith, Leilani B. | 173.3 | 14.4 | 8% |
| Mufarrige, Kelly A. | 70 | 0 | 0% |
| Mulugeta, Abby | 152.1 | 0 | 0% |
| Nabozny, Samson R. | 171.1 | 3.5 | 2% |
| O'Regan, Brendan | 176.2 | 0 | 0% |
| Patel, Ravi | 211 | 2.6 | 1% |
| Popoola, Lanre A. | 215.5 | 0 | 0% |
| Sankano, Gita F | 190.2 | 57.1 | 30% |
| Sargent, Austin C | 183.8 | 2.8 | 2% |
| Schaefer, Ellis | 144 | 5.2 | 4% |
| Scott, Nicole K. | 154.8 | 20.4 | 13% |
| Song, HG | 270.9 | 5.9 | 2% |
| Sullivan, Cristina M. | 118.1 | 9.9 | 8% |
| Tropper, Rachel D. | 162 | 0 | 0% |
| Willis, Gordon F. | 112.4 | 31.7 | 28% |
| **Grand Total** | **5819.2** | **252.3** | **4%** |

**SAR Analysis**

| Associate | Sum of SAR Hours | Average of SAR Hours | Count of SAR Reviews |
|---|---|---|---|
| **Blanchard, Michael** | **7.9** | **1.98** | **4** |
| **Burton, Hannah E.** | **20.4** | **1.85** | **11** |

App.E-Iwashyna-Ex.20

Troutman_00004826

| Name | | | |
|---|---|---|---|
| Draper, Iyanna M. | 13.1 | 2.18 | 6 |
| Echard, Taylor | 10.7 | 2.14 | 5 |
| Foster, Brooke | 4.5 | 0.90 | 5 |
| Imboden, Zachary | 1.0 | 1.00 | 1 |
| Jamison, Jam P. | 18.4 | 2.04 | 9 |
| Love, Katie | 22.8 | 1.43 | 16 |
| Messersmith, Leilani B. | 14.4 | 1.60 | 9 |
| Nabozny, Samson R. | 3.5 | 1.75 | 2 |
| Patel, Ravi | 2.6 | 0.65 | 4 |
| Sankano, Gita F | 57.1 | 2.86 | 20 |
| Sargent, Austin C | 2.8 | 1.40 | 2 |
| Schaefer, Ellis | 5.2 | 1.73 | 3 |
| Scott, Nicole K. | 20.4 | 1.20 | 17 |
| Song, HG | 5.9 | 1.18 | 5 |
| Sullivan, Cristina M. | 9.9 | 1.24 | 8 |
| Willis, Gordon F. | 31.7 | 1.17 | 27 |
| Grand Total | 252.3 | 1.64 | 154 |

**Tiffany A. Pittman**
**MFH Operations Manager**
Direct: 804.697.1449
tiffany.pittman@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

| From: | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
|---|---|
| Sent: | Wed 10/4/2023 4:07:36 PM (UTC-04:00) |
| To: | Nickel, Nora Garcia[nora.nickel@troutman.com] |
| Subject: | FW: SAR Time Entries - September 2023 |
| Attachment: | SAR Entries - September 2023.xlsx |

## Brian J. Iwashyna
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Mobile: 804.467.1403 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

**From:** Pittman, Tiffany A. <Tiffany.Pittman@troutman.com>
**Sent:** Wednesday, October 4, 2023 3:59 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Cc:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>; Schreher, Leigh H. <Leigh.Schreher@troutman.com>
**Subject:** SAR Time Entries - September 2023
Hi Brian,
The September Time Summary and SAR Time Entry analysis is attached and provided below.Please let me know if you have any questions.Thanks!
**September Time Summary**

| Associate | All Billed Hours | SAR Hours | SAR Percentage |
|---|---|---|---|
| Blanchard, Michael | 173.4 | 7.4 | 4% |
| Burton, Hannah E. | 149.2 | 13.6 | 9% |
| Draper, Iyanna M. | 132.3 | 17.9 | 14% |
| Ebi, Ari | 197.5 | 0 | 0% |
| Echard, Taylor | 200.4 | 37.9 | 19% |
| Ernst, Kristen | 196.8 | 0 | 0% |
| Foster, Brooke | 185.6 | 5.6 | 3% |
| Gershen, Alexander E | 105.4 | 0 | 0% |
| Gesang, Drolma | 181.3 | 0 | 0% |
| Hemnani, Vishal M. | 189.8 | 0 | 0% |
| Hurlburt, Randall | 113.9 | 0 | 0% |
| Imboden, Zachary | 164.1 | 0 | 0% |

App.E-Iwashyna-Ex.20

Troutman_00006206

| | | | |
|---|---|---|---|
| Irvin, Samuel A. | 137 | 0 | 0% |
| Jamison, Jam P. | 39.2 | 6.1 | 16% |
| Kizner, Corinne S. | 151.9 | 12.1 | 8% |
| Koester, Lauren E | 155.2 | 0 | 0% |
| Krugovykh, Alina | 125.4 | 0 | 0% |
| Loffman, Chaya | 134.4 | 2.8 | 2% |
| Loughran, Whitney D. | 101.5 | 0 | 0% |
| Love, Katie | 174.5 | 7.7 | 4% |
| Messersmith, Leilani B. | 158.3 | 13 | 8% |
| Mufarrige, Kelly A. | 204 | 0 | 0% |
| Mulugeta, Abby | 131.6 | 8.8 | 7% |
| Nabozny, Samson R. | 207.1 | 0 | 0% |
| O'Regan, Brendan | 161 | 0 | 0% |
| Patel, Ravi | 203.7 | 0 | 0% |
| Popoola, Lanre A. | 163 | 0 | 0% |
| Sankano, Gita F | 134.9 | 28.4 | 21% |
| Sargent, Austin C | 164.4 | 7.4 | 5% |
| Schaefer, Ellis | 56.1 | 0 | 0% |
| Scott, Nicole K. | 191.9 | 14 | 7% |
| Song, HG | 210.6 | 6.8 | 3% |
| Sullivan, Cristina M. | 128.8 | 4 | 3% |
| Tropper, Rachel D. | 160.3 | 0 | 0% |
| Willis, Gordon F. | 93.8 | 18.5 | 20% |
| **Grand Total** | **5378.3** | **212** | **4%** |

**SAR Analysis**

App.E-Iwashyna-Ex.20

Troutman_00006207

| Associate | Sum of SAR Hours | Average of SAR Hours | Count of SAR Reviews |
|---|---|---|---|
| **Blanchard, Michael** | 7.4 | 1.85 | 4 |
| **Burton, Hannah E.** | 13.6 | 1.05 | 13 |
| **Draper, Iyanna M.** | 17.9 | 1.49 | 12 |
| **Echard, Taylor** | 37.9 | 2.92 | 13 |
| **Foster, Brooke** | 5.6 | 1.87 | 3 |
| **Jamison, Jam P.** | 6.1 | 1.53 | 4 |
| **Kizner, Corinne S.** | 12.1 | 1.51 | 8 |
| **Loffman, Chaya** | 2.8 | 2.80 | 1 |
| **Love, Katie** | 7.7 | 0.96 | 8 |
| **Messersmith, Leilani B.** | 13 | 1.18 | 11 |
| **Mulugeta, Abby** | 8.8 | 1.26 | 7 |
| **Sankano, Gita F** | 28.4 | 2.58 | 11 |
| **Sargent, Austin C** | 7.4 | 1.85 | 4 |
| **Scott, Nicole K.** | 14 | 1.27 | 11 |
| **Song, HG** | 6.8 | 1.36 | 5 |
| **Sullivan, Cristina M.** | 4 | 1.33 | 3 |
| **Willis, Gordon F.** | 18.5 | 1.03 | 18 |
| **Grand Total** | 212 | 1.56 | 136 |

**Tiffany A. Pittman**
**MFH Operations Manager**
Direct: 804.697.1449
tiffany.pittman@troutman.com

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.20

Troutman_00006208

| From: | Pittman, Tiffany A.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7F789AE6483473C93A26B28A82BB8C1-NORWOOD,] |
|---|---|
| Sent: | Thur 9/7/2023 3:27:55 PM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| Cc: | Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com]; Schreher, Leigh H.[Leigh.Schreher@troutman.com] |
| Subject: | SAR Time Entries - August 2023 |
| Attachment: | SAR Time Entries - August 2023.xlsx |

Hi Brian,

I attached the SAR Time Entry report for August. I adjusted the format slightly to provide you with two charts:

**1. August Time Summary** – the August Time Summary shows stats for all time billed by each associate in August. This summary also includes a separate column reflecting the amount of hours spent on SARs and the percentage of time billed in August that was spent on SARs. This list includes all associates.

**2. SAR Analysis** – the SAR Analysis provides details about the SARs completed by those associates who entered time reflecting work spent on SARs. This analysis only includes those associates who entered time narratives indicating a SAR was performed, so this chart will not include associates with a zero value for SARs.

I have provided snapshots of each report below, and the attached spreadsheet includes both the reports and raw data used for the analysis. Please let me know if you have any questions.

Thanks!

**August Time Summary**

| Associate | All Billed Hours | SAR Hours | SAR Percentage |
|---|---|---|---|
| Blanchard, Michael | 180.8 | 24.4 | 13% |
| Burton, Hannah E. | 165.1 | 9.6 | 6% |
| Draper, Iyanna M. | 143.3 | 7.7 | 5% |
| Ebi, Ari | 176.8 | 0 | 0% |
| Echard, Taylor | 163.2 | 16.3 | 10% |
| Ernst, Kristen | 160.5 | 0 | 0% |
| Foster, Brooke | 184.1 | 3.4 | 2% |
| Gershen, Alexander E | 125.9 | 0 | 0% |
| Gesang, Drolma | 168.3 | 9.6 | 6% |
| Gupta, Sonali | 109.2 | 11.4 | 10% |
| Hemnani, Vishal M. | 209.7 | 0 | 0% |
| Hurlburt, Randall | 129.6 | 0 | 0% |
| Imboden, Zachary | 216 | 0 | 0% |

App.E-Iwashyna-Ex.20

Troutman_00004805

| | | | |
|---|---|---|---|
| Irvin, Samuel A. | 176 | 0 | 0% |
| Kizner, Corinne S. | 221.2 | 3.1 | 1% |
| Koester, Lauren E | 140.6 | 0 | 0% |
| Krugovykh, Alina | 177.3 | 0 | 0% |
| Loffman, Chaya | 190.5 | 0 | 0% |
| Loughran, Whitney D. | 103.8 | 1.5 | 1% |
| Love, Katie | 194.4 | 15.8 | 8% |
| Messersmith, Leilani B. | 199.8 | 14 | 7% |
| Mufarrige, Kelly A. | 151 | 0 | 0% |
| Mulugeta, Abby | 167.4 | 2.5 | 1% |
| Nabozny, Samson R. | 238.1 | 5.5 | 2% |
| O'Regan, Brendan | 192.7 | 0 | 0% |
| Patel, Ravi | 219.5 | 0.7 | 0% |
| Popoola, Lanre A. | 200 | 0 | 0% |
| Sankano, Gita F | 179.9 | 38 | 21% |
| Sargent, Austin C | 137.9 | 10.3 | 7% |
| Scott, Nicole K. | 198.4 | 21.9 | 11% |
| Song, HG | 123.5 | 8.8 | 7% |
| Sullivan, Cristina M. | 110 | 8.8 | 8% |
| Tropper, Rachel D. | 196.4 | 0 | 0% |
| Willis, Gordon F. | 155.7 | 4.8 | 3% |
| **Grand Total** | **5,806.6** | **218.1** | **4%** |

**SAR Analysis**

| Associate | Sum of SAR Hours | Average of SAR Hours | Count of SAR Reviews |
|---|---|---|---|
| **Blanchard, Michael** | **24.4** | **2.03** | **12** |

App.E-Iwashyna-Ex.20

| | | | |
|---|---|---|---|
| **Burton, Hannah E.** | **9.6** | **0.96** | **10** |
| **Draper, Iyanna M.** | **7.7** | **1.54** | **5** |
| **Echard, Taylor** | **16.3** | **3.26** | **5** |
| **Foster, Brooke** | **3.4** | **1.70** | **2** |
| **Gesang, Drolma** | **9.6** | **3.20** | **3** |
| **Gupta, Sonali** | **11.4** | **1.90** | **6** |
| **Kizner, Corinne S.** | **3.1** | **1.03** | **3** |
| **Loughran, Whitney D.** | **1.5** | **1.50** | **1** |
| **Love, Katie** | **15.8** | **0.99** | **16** |
| **Messersmith, Leilani B.** | **14** | **1.00** | **14** |
| **Mulugeta, Abby** | **2.5** | **1.25** | **2** |
| **Nabozny, Samson R.** | **5.5** | **1.83** | **3** |
| **Patel, Ravi** | **0.7** | **0.70** | **1** |
| **Sankano, Gita F** | **38** | **2.24** | **17** |
| **Sargent, Austin C** | **10.3** | **1.14** | **9** |
| **Scott, Nicole K.** | **21.9** | **1.37** | **16** |
| **Song, HG** | **8.8** | **1.47** | **6** |
| **Sullivan, Cristina M.** | **8.8** | **1.47** | **6** |
| **Willis, Gordon F.** | **4.8** | **1.20** | **4** |
| **Grand Total** | **218.1** | **1.55** | **141** |

**Tiffany A. Pittman**
**MFH Operations Manager**
Direct: 804.697.1449
tiffany.pittman@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.20

Troutman_00004807

| From: | Pittman, Tiffany A.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7F789AE6483473C93A26B28A82BB8C1-NORWOOD,] |
|---|---|
| Sent: | Thur 7/6/2023 4:18:14 PM (UTC-04:00) |
| To: | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| Cc: | Schreher, Leigh H.[Leigh.Schreher@troutman.com]; Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com] |
| Subject: | SAR Entries - June 2023 |
| Attachment: | SAR Entries - June 2023.xlsx |

Hi Brian,
I provided the summary table below and the attached the report showing billable entries related to SARs for the month of June. Let me know if you have any questions.
Thanks!

| Attorney | SAR Hours |
|---|---|
| Burton, Hannah | 7.4 |
| Draper, Iyanna M. | 21 |
| Foster, Brooke | 11.1 |
| Gesang, Drolma | 32 |
| Gupta, Sonali | 37.8 |
| Imboden, Zachary | 5.2 |
| Kizner, Corinne S. | 8.6 |
| Loffman, Chaya | 6.7 |
| Love, Katie | 33.6 |
| Messersmith, Leilani B. | 12.2 |
| Mulugeta, Abby | 6.9 |
| Nabozny, Samson R. | 39.3 |
| Patel, Ravi | 6.4 |
| Sankano, Gita F | 82.3 |
| Sargent, Austin C | 6.5 |
| Scott, Nicole K. | 8.7 |
| Song, HG | 37.6 |
| Sullivan, Cristina M. | 5.2 |
| Willis, Gordon F. | 42.3 |
| **Grand Total** | **410.8** |

**Tiffany A. Pittman**
**MFH Operations Manager**
Direct: 804.697.1449
tiffany.pittman@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

App.E-Iwashyna-Ex.20

| | |
|---|---|
| **From:** | Pittman, Tiffany A.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7F789AE6483473C93A26B28A82BB8C1-NORWOOD,] |
| **Sent:** | Mon 6/5/2023 2:17:54 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| **Cc:** | Schreher, Leigh H.[Leigh.Schreher@troutman.com]; Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com] |
| **Subject:** | SAR Entries - May 2023 |
| **Attachment:** | SAR Entries - May 2023.xlsx |

Hi Brian,
I provided the summary table below and the attached the report showing billable entries related to SARs for the month of May. Let me know if you have any questions.
Thanks!

| Attorney | SAR Hours |
|---|---|
| Burton, Hannah E. | 21.6 |
| Draper, Iyanna M. | 16 |
| Foster, Brooke | 11.9 |
| Gesang, Drolma | 20.8 |
| Gupta, Sonali | 21.8 |
| Imboden, Zachary | 3.2 |
| Kizner, Corinne S. | 2.3 |
| Koester, Lauren E | 1.7 |
| Loffman, Chaya | 7.2 |
| Love, Katie | 25.6 |
| Messersmith, Leilani B. | 7.7 |
| Mulugeta, Abby | 9.2 |
| Nabozny, Samson R. | 2 |
| Patel, Ravi | 4.9 |
| Sankano, Gita F | 30.7 |
| Sargent, Austin C | 4.2 |
| Scott, Nicole K. | 5.5 |
| Song, HG | 22.3 |
| Sullivan, Cristina M. | 3.7 |
| Willis, Gordon F. | 23.2 |
| **TOTAL** | **245.5** |

**Tiffany A. Norwood**
**MFH Operations Manager**
Direct: 804.697.1449
tiffany.norwood@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219

App.E-Iwashyna-Ex.20

Troutman_00004817

| | |
|---|---|
| **From:** | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | Tue 5/3/2022 1:49:06 PM (UTC-04:00) |
| **To:** | Smith, Ashante L.[ashante.smith@troutman.com]; Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Cc:** | Loughran, Whitney D.[whitney.loughran@troutman.com] |
| **Subject:** | RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist |

I talked to Whitney, but I am happy to discuss with others too.   I am around all day.


**Brian J. Iwashyna**
**Partner**
**troutman** pepper
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his




**From:** Smith, Ashante L. <ashante.smith@troutman.com>
**Sent:** Tuesday, May 3, 2022 12:01 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Brian & Nora, I'd also like to touch base with you on this when time permits.

Thanks!

**Ashanté L. Smith**
**Partner**
**troutman** pepper
Direct: 804.697.1321 | Internal: 15-1321
ashante.smith@troutman.com
Pronouns: she, her, hers




**From:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Sent:** Tuesday, May 3, 2022 11:51 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Smith, Ashante L. <ashante.smith@troutman.com>
**Subject:** FW: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Brian and Nora,

I'd like to talk to each of you about this when you have time. Thanks

**Whitney D. Loughran**
**Associate**
**troutman** pepper
Direct: 804.697.1413 | Internal: 15-1413
whitney.loughran@troutman.com
Pronouns: she, her, hers

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Tuesday, May 3, 2022 7:22 AM
**To:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Subject:** FW: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Sankano, Gita F.
**Sent:** Tuesday, May 3, 2022 7:16 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Good morning Matt!

It was my understanding that all local opinions are not required for supplemental loans. In addition to the attached Freddie Mac published opinions guidelines which show no enforceability opinion or local law opinions will be required for supplemental loans, our firm annotated opinions also instructs that no enforceability or local law opinions are required for supplemental loans (see footnote 22). I also have an old email from Jeremy (2016) that Whitney forwarded to which states the same. Please let me know how you'd like to proceed. I'm happy to confirm with Jeremy and Virginia.

Lastly, on the Alden deal Kelly specifically told me that we don't need local opinions on supplemental deals. I'll forward that email shortly.

Thanks,
Gita

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251

gita.sankano@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Tuesday, May 3, 2022 12:11 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Please issue a correction to your statement below.  It is not accurate to say that "no enforceability/local opinions are needed".   See attached form Freddie opinion, and do a search for "supplemental", you'll see that the only opinion which is waived on supplementals is the enforceability opinion.   All of the other opinions labeled as being required from counsel for Property Jurisdiction... i.e., all other "local opinions"...  are still required, to the extent they are applicable.  For example, if our borrower is formed in DE but the property is in PA, then we still need an opinion regarding authorization to do business as a foreign LLC, which comes from local counsel.    See the Alden South Hills supplemental loan for which you recently helped review the opinion; local opinions were required/included.

**Matthew R. Bowsher**
**Partner**
**troutman** pepper
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Monday, May 2, 2022 4:50 PM
**To:** Marrinucci, Andrew <amarrinucci@klehr.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Thank you, Andrew! For the opinion, no enforceability/local opinions are needed because this transaction is a supplemental loan.

Thanks!

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Marrinucci, Andrew <amarrinucci@klehr.com>
**Sent:** Monday, May 2, 2022 4:47 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@Troutman.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

**EXTERNAL SENDER**

Gita,

Attached for your review are the following certified formation documents and standing certificates for the Borrower and Love Andorra A LLC.  Let us know if you have any questions.

Thank you,

App.E-Iwashyna-Ex.21

Andrew

**ANDREW MARRINUCCI  |  ASSOCIATE**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street | Suite 1400 | Philadelphia, PA 19103
t 215.569.4284 | f 215.568.6603
amarrinucci@klehr.com  |  LinkedIn  |  Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Saturday, April 30, 2022 12:19 PM
**To:** Marrinucci, Andrew <amarrinucci@klehr.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@Troutman.com>
**Subject:** Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Target closing date of **6/1/2022**

To help keep us on the same page, below is a legal due diligence checklist. Please review and provide any items/information as soon as available (keeping in mind the timeframes noted below for certain items). We would like to receive the documents/confirm the status highlighted in yellow sometime next week.

**<u>Legal Due Diligence</u>**

- Loan Document Information - **NEED ASAP (see below)**
- Title Commitment/Exceptions Documents - **Under Review**
- Survey - **Waiver Requested - (See Survey Cert provided)**
- Contact Information:
  - Contact info for the escrow / closing agent- **NEED (or confirm same as Title Contact)**
- Copy of any agreement being recorded at closing (including the draft deed if an acquisition) - **NEED (or confirm none) [If the deed (or any other document recorded or to be recorded on title) will contain a prohibition against or any indemnification in connection with the conversion of the Property to a condominium or cooperative structure, it will need to be approved by Lender prior to rate lock]**
- UCC/Judgment/Tax Lien Searches on Borrower (Borrower's counsel to order. Dated within 30 days of closing) - **NEED [See requirements below]**
- Draft Opinion Letter(s) (in the forms provided)
  - Borrower - **NEED**
  - Guarantor - **NEED**
- Asset Management Agreement (or any other agreement with affiliated fees) [Must be subordinate to the Loan] - **NEED (or confirm none)**
- Laundry Lease - **NEED (or confirm none)**
- Confirmation that you have reviewed/approved the draft loan documents - any document modifications need to be reviewed and approved by Freddie Mac and no changes are permitted after rate lock - **NEED [to be circulated]**
- Signature Pages **[to be circulated]**
  - Borrower - **NEED**
  - Guarantor - **NEED**
  - Property Manager - **NEED**
  - Lender - **NEED**

App.E-Iwashyna-Ex.21

**Organizational Documents (Borrower/Guarantor and their sub-entities):**

1.  Love Andorra LLC
    a.  Certificate of Formation - **Confirm no changes. Cert dated  8/13/2020**
    b.  Operating Agreement - **Confirm no changes. Agreement dated 10/15/2020**
        1.  Amendment to Operating Agreement - **NEED (reference new loan)**
    c.  Certificate of Good Standing (DE) (Dated within 30 days of closing) - **NEED**
    d.  Certificate of Good Standing (PA) (Dated within 30 days of closing) - **NEED**

2.  Love Andorra A, LLC
    a.  Certificate of Formation - **NEED**
    b.  Operating Agreement - **NEED**
    c.  Certificate of Good Standing (DE) (Dated within 30 days of closing) - **NEED**


**Loan Document Information (needed from Borrower)**


- Property Manager's Address - **NEED**

**UCC/tax lien/judgment lien search requirements:**
- Name: Borrower's name
- Location:
    - The State in which the entity was formed
    - The local jurisdiction in which the Property is located
    - The State of residence of any individual
- Date: must be dated no earlier than 30 days prior to the Origination Date

**Closing Coordination**

- Executed Escrow Letter from Title - **NEED (after receipt of original recording package)**
- Fully Executed Settlement Statement - **NEED**
- Intercreditor Agreement - **NEED**

Please forward each item as soon as it is available.

Please note that Title/Survey, Borrower Organizational Documents, Draft Opinions, and any requested document modifications all require approval and must be submitted at least 10 business days before rate lock.

Please let me know if you have any questions or need anything from me.


Thanks,


**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
_____

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC  20004

App.E-Iwashyna-Ex.21

Troutman_00006139

troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attachments:
        image001.png (6150 Bytes)

App.E-Iwashyna-Ex.21

| | |
|---|---|
| **From:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
| on behalf of | Sankano, Gita F. |
| **Sent**: | 8/3/2023 12:52:49 PM |
| **To:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj] |
| **Subject:** | FW: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER |

Can I speak to you about this?

## Gita F. Sankano
**Associate**
~~troutman~~ pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 12:44 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I'm concerned that you thought you were "clear".  In fact, you were the opposite of clear.  And the fact that you still don't see this upon further reflection, even after I've taken the time to point it out, is what worries me.

In your first email below (from 11:09am this morning), you stated "**Kelly should be the matter responsible**".  Anyone reading that sentence would reasonably interpret that as a request to make Kelly the matter responsible attorney, i.e. to switch it from 100% Matt to 100% Kelly. There is no other way to interpret that sentence.  If you meant to ask for them to change it from Matt being 100% responsible to Matt only being 70% responsible, that is not what that sentence conveyed.  You added a sentence which said "See below", and then you added a clip of the originally-requested 70/30 split at the end, but that clip with the correct split contradicted your initial sentence which requested that Kelly be 100% matter responsible; that contradiction is what made your communication anything but clear.  Then, adding to the confusion, in your subsequent email, you doubled-down on your initial request, by again saying "**Kelly should be the matter responsible. So it should change from Matt to Kelly.**"   Again, I'm not sure how anyone could read that sentence to mean anything other than what it very clearly says, which is that you're asking to make Kelly "the" matter responsible attorney, i.e. the 100% matter responsible, the only matter responsible attorney, not a 70/30 split with Matt.

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.   If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you
wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any

App.E-Iwashyna-Ex.22

Troutman_00003346

further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

Matt

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:31 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Thank you, Matt.

I thought I was clear with the first email I sent today as it relates to the percentage distribution (see attached).

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 11:28 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

You are confused.  Kelly is not to be the sole 100% matter responsible attorney.   Per your original request, and per the other matters you've previously opened for me and Kelly, it should be 30% Kelly and 70% Matt.

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:17 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I just got a request to change the matter assigned from to Kelly?

Kelly should be the matter responsible. So it should change from Matt to Kelly.

App.E-Iwashyna-Ex.22

I hope that that makes sense!

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Thursday, August 3, 2023 11:14 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
The change request was entered.
Thanks

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman **pepper**
Direct: 757.687.7521 ¦ Internal: 17-7521
lisa.mauriello@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:09 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Lisa,

Kelly should be the matter responsible attorney for this one. See below. Please update.

Thanks!!

| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
|---|---|

App.E-Iwashyna-Ex.22

Troutman_00003348

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ┊ Internal: 803-1251
gita.sankano@troutman.com


**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Wednesday, August 2, 2023 11:31 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
We combined the two properties into one matter, **018413.000867**
Thanks!


**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman **pepper**
Direct: 757.687.7521 ┊ Internal: 17-7521
lisa.mauriello@troutman.com


**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Monday, July 31, 2023 2:10 PM
**To:** MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good afternoon,

Please open the two deals below. We will only need **one client matter number** for these two.

Thanks,

| Client: | JLL |
|---|---|
| Deal Type: | **Freddie Mac** |
| Property Name & Location: | **Falls of Dairy Ashford**<br>**12707 Bellaire Boulevard**<br>**Houston, TX 77072** |
| Matter Opening Atty: | **Matt Bowsher** |
| Matter Responsible Atty: | **Kelly Mufarrige (30%) / Matt Bowsher (70%)** |

App.E-Iwashyna-Ex.22

| Matter Assigned Atty: | Gita Sankano |
|---|---|
| Closing Date: | 08/30/2023 |
| Loan Amount: | $17,400,000 |
| Borrower(s): | Falls of Dairy Ashford LP |
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Braeswood<br>8801 South Braeswood Boulevard<br>Houston, TX 77031 |
| Matter Opening Atty: | Matt Bowsher |
| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| Matter Assigned Atty: | Gita Sankano |
| Closing Date: | 08/30/2023 |
| Loan Amount: | $16,781,000 |
| Borrower(s): | Falls of Braeswood LP |
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 ⋮ Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

| | |
|---|---|
| **From:** | Bowsher, Matthew R.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=99D8D2CBA40440EFA576623B7A8765CF-BOWSHER,] |
| **Sent:** | Thur 8/3/2023 12:59:23 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com] |
| **Subject:** | (FYI, not urgent) re: Gita |

You should probably be aware that I'm having this type of communication with Gita…


## Matthew R. Bowsher
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Bowsher, Matthew R.
**Sent:** Thursday, August 3, 2023 12:44 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I'm concerned that you thought you were "clear".   In fact, you were the opposite of clear.  And the fact that you still don't see this upon further reflection, even after I've taken the time to point it out, is what worries me.

In your first email below (from 11:09am this morning), you stated "**Kelly should be the matter responsible**".  Anyone reading that sentence would reasonably interpret that as a request to make Kelly the matter responsible attorney, i.e. to switch it from 100% Matt to 100% Kelly. There is no other way to interpret that sentence.  If you meant to ask for them to change it from Matt being 100% responsible to Matt only being 70% responsible, that is not what that sentence conveyed.  You added a sentence which said "See below", and then you added a clip of the originally-requested 70/30 split at the end, but that clip with the correct split contradicted your initial sentence which requested that Kelly be 100% matter responsible; that contradiction is what made your communication anything but clear.  Then, adding to the confusion, in your subsequent email, you doubled-down on your initial request, by again saying "**Kelly should be the matter responsible. So it should change from Matt to Kelly.**"   Again, I'm not sure how anyone could read that sentence to mean anything other than what it very clearly says, which is that you're asking to make Kelly "the" matter responsible attorney, i.e. the 100% matter responsible, the only matter responsible attorney, not a 70/30 split with Matt.

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.   If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish. Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any

further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

Matt

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:31 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Thank you, Matt.

I thought I was clear with the first email I sent today as it relates to the percentage distribution (see attached).

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 11:28 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

You are confused.  Kelly is not to be the sole 100% matter responsible attorney.   Per your original request, and per the other matters you've previously opened for me and Kelly, it should be 30% Kelly and 70% Matt.

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:17 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R.
<Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L.
<Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E
<Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I just got a request to change the matter assigned from to Kelly?

App.E-Iwashyna-Ex.23

Troutman_00006687

Kelly should be the matter responsible. So it should change from Matt to Kelly.

I hope that that makes sense!

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Thursday, August 3, 2023 11:14 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R.
<Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L.
<Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E
<Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
The change request was entered.
Thanks

**Lisa Mauriello**
**Firm Intelligence Coordinator**
**troutman** pepper
Direct: 757.687.7521 | Internal: 17-7521
lisa.mauriello@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:09 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R.
<Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L.
<Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E
<Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Lisa,

Kelly should be the matter responsible attorney for this one. See below. Please update.

Thanks!!

| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
|---|---|

App.E-Iwashyna-Ex.23

Troutman_00006688

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com


**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Wednesday, August 2, 2023 11:31 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R.
<Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L.
<Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E
<Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
We combined the two properties into one matter, **018413.000867**
Thanks!

**Lisa Mauriello**
**Firm Intelligence Coordinator**
**troutman** pepper
Direct: 757.687.7521 | Internal: 17-7521
lisa.mauriello@troutman.com


**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Monday, July 31, 2023 2:10 PM
**To:** MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R.
<Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L.
<Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E
<Katie.Stratton@troutman.com>
**Subject:** Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good afternoon,

Please open the two deals below. We will only need **<u>one client matter number</u>** for these two.

Thanks,

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Dairy Ashford<br>12707 Bellaire Boulevard |

App.E-Iwashyna-Ex.23

| | |
|---|---|
| | **Houston, TX 77072** |
| **Matter Opening Atty:** | **Matt Bowsher** |
| **Matter Responsible Atty:** | **Kelly Mufarrige (30%) / Matt Bowsher (70%)** |
| **Matter Assigned Atty:** | **Gita Sankano** |
| **Closing Date:** | **08/30/2023** |
| **Loan Amount:** | **$17,400,000** |
| **Borrower(s):** | **Falls of Dairy Ashford LP** |
| **Guarantor(s) / Key Principals(s):** | **Rao J. Polavarapu** |
| Originator: | **Luke Rogers** |
| **Closer:** | **Patrick McCarren** |

| | |
|---|---|
| Client: | JLL |
| Deal Type: | **Freddie Mac** |
| **Property Name & Location:** | **Falls of Braeswood**<br>**8801 South Braeswood Boulevard**<br>**Houston, TX 77031** |
| **Matter Opening Atty:** | **Matt Bowsher** |
| **Matter Responsible Atty:** | **Kelly Mufarrige (30%) / Matt Bowsher (70%)** |
| **Matter Assigned Atty:** | **Gita Sankano** |
| **Closing Date:** | **08/30/2023** |
| **Loan Amount:** | **$16,781,000** |
| **Borrower(s):** | **Falls of Braeswood LP** |
| **Guarantor(s) / Key Principals(s):** | **Rao J. Polavarapu** |

App.E-Iwashyna-Ex.23

| Originator: | Luke Rogers |
|---|---|
| Closer: | Patrick McCarren |

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**troutman** pepper
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

| | |
|---|---|
| **From:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
| **Sent:** | 8/3/2023 1:59:58 PM |
| **To:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj]; Smith, Ashante L. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=smithal]; Tucker, Marshall D. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=tuckermd]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **Subject:** | FW: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER |
| **Attachments:** | RE: 018413.000867 is now available in iManage |

I'm sorry I had enough with Matt and how he addresses me.

## Gita F. Sankano
**Associate**
~~troutman~~ **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Sankano, Gita F.
**Sent:** Thursday, August 3, 2023 1:59 PM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Matt,

As with the prior deals we worked on with this sponsor including this one, I made it clear that this was a 70/30 split between you and Kelly. In this particular deal, it was the MFH matter department who made the error of not linking the matters and not giving Kelly the proper credit. I called it out this morning that Kelly did not receive the proper credit (see attached). As per my initial email this morning, I stated that Kelly should be the Matter Responsible Attorney and I copied and pasted the percentage spilt. Now could I have reiterated over and over again about the spilt – absolutely! I could have been more specific about the split as you explained below. I appreciate your feedback.

However, what I will not tolerate from you is the condescending tone, my intelligence being questioned (see below),and you belittling me. I have never disrespected you and I will appreciate if you do the same. I worked hard to be here and I deserve to be here like every other associate. I would appreciate if you treat me with respect .

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.  If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

**Gita F. Sankano**
**Associate**
~~troutman~~ **pepper**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 12:44 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I'm concerned that you thought you were "clear".  In fact, you were the opposite of clear.  And the fact that you still don't see this upon further reflection, even after I've taken the time to point it out, is what worries me.

In your first email below (from 11:09am this morning), you stated "**Kelly should be the matter responsible**".  Anyone reading that sentence would reasonably interpret that as a request to make Kelly the matter responsible attorney, i.e. to switch it from 100% Matt to 100% Kelly. There is no other way to interpret that sentence.  If you meant to ask for them to change it from Matt being 100% responsible to Matt only being 70% responsible, that is not what that sentence conveyed.  You added a sentence which said "See below", and then you added a clip of the originally-requested 70/30 split at the end, but that clip with the correct split contradicted your initial sentence which requested that Kelly be 100% matter responsible; that contradiction is what made your communication anything but clear.  Then, adding to the confusion, in your subsequent email, you doubled-down on your initial request, by again saying "**Kelly should be the matter responsible. So it should change from Matt to Kelly.**"   Again, I'm not sure how anyone could read that sentence to mean anything other than what it very clearly says, which is that you're asking to make Kelly "the" matter responsible attorney, i.e. the 100% matter responsible, the only matter responsible attorney, not a 70/30 split with Matt.

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.   If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

Matt

App.E-Iwashyna-Ex.24

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 ⋮ Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:31 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Thank you, Matt.

I thought I was clear with the first email I sent today as it relates to the percentage distribution (see attached).

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ⋮ Internal: 803-1251
gita.sankano@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 11:28 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

You are confused.  Kelly is not to be the sole 100% matter responsible attorney.   Per your original request, and per the other matters you've previously opened for me and Kelly, it should be 30% Kelly and 70% Matt.

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 ⋮ Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:17 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I just got a request to change the matter assigned from to Kelly?

Kelly should be the matter responsible. So it should change from Matt to Kelly.

I hope that that makes sense!

**Gita F. Sankano**
**Associate**

<span style="color:red">App.E-Iwashyna-Ex.24</span>

troutman pepper
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Thursday, August 3, 2023 11:14 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
The change request was entered.
Thanks

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman pepper
Direct: 757.687.7521 ¦ Internal: 17-7521
lisa.mauriello@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:09 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters MFHNewMatters@troutman.com
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Lisa,

Kelly should be the matter responsible attorney for this one. See below. Please update.

Thanks!!

| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
|---|---|

**Gita F. Sankano**
**Associate**
troutman pepper
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

App.E-Iwashyna-Ex.24

Troutman_00001143

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Wednesday, August 2, 2023 11:31 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
We combined the two properties into one matter, **018413.000867**
Thanks!

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman **pepper**
Direct: 757.687.7521 | Internal: 17-7521
lisa.mauriello@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Monday, July 31, 2023 2:10 PM
**To:** MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good afternoon,

Please open the two deals below. We will only need **one client matter number** for these two.

Thanks,

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Dairy Ashford<br>12707 Bellaire Boulevard<br>Houston, TX 77072 |
| Matter Opening Atty: | Matt Bowsher |
| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| Matter Assigned Atty: | Gita Sankano |
| Closing Date: | 08/30/2023 |
| Loan Amount: | $17,400,000 |

App.E-Iwashyna-Ex.24

| Borrower(s): | Falls of Dairy Ashford LP |
|---|---|
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Braeswood<br>8801 South Braeswood Boulevard<br>Houston, TX 77031 |
| Matter Opening Atty: | Matt Bowsher |
| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| Matter Assigned Atty: | Gita Sankano |
| Closing Date: | 08/30/2023 |
| Loan Amount: | $16,781,000 |
| Borrower(s): | Falls of Braeswood LP |
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.E-Iwashyna-Ex.24

Troutman_00001145