**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

GITA F. SANKANO,

          Plaintiff,

      v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP AND BRIAN IWASHYNA,

        Defendants.

Case No. 1:24-cv-00142

---

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Appendix F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GITA F. SANKANO,

          Plaintiff,

      v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP and BRIAN IWASHYNA,

          Defendants.

Case No. 1:24-cv-00142

**DECLARATION OF NORA GARCIA NICKEL**

The undersigned states the following:

1.     My name is Nora Garcia Nickel.  I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2.     Prior to July 1, 2020, I was a partner at Troutman Sanders LLP.  On July 1, 2020, resulting from its combination with Pepper Hamilton LLP ("Pepper Hamilton"), Troutman Sanders changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman").  On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3.     I was a partner in Troutman's Multifamily Housing Finance ("MFH") practice group throughout the time Gita Sankano was employed by Troutman, and I am currently a partner in MFH.

4.     Throughout the time Ms. Sankano was employed by Troutman, I served as one of two Professional Development Partners ("PDPs") for the MFH practice group.  Blair Schiff was the other PDP for MFH throughout this time.

**Efforts to Integrate Gita Sankano into the Multifamily Housing Finance Practice Group**

5.     In September 2020, the MFH Practice Group Leader, Brian Iwashyna, asked Ms. Sankano to send me and him an email every week describing her work assignments and hours.  Ms. Sankano agreed.  Mr. Iwashyna and I wanted to assist Ms. Sankano's transition and ensure that she was integrating into the MFH practice group and getting enough work, with exposure to different types of projects and attorneys.  Ms. Sankano provided the weekly updates from September 2020 through December 2021.  When I received these weekly updates, I reviewed Ms. Sankano's hours, but I did not review the substance or quality of her work product.

6.     During her first year working for the MFH practice group, Mr. Iwashyna and I checked in with Ms. Sankano periodically to see how she was doing and to make sure she was receiving

1

feedback from the attorneys with whom she was working. Ms. Sankano assured us that she was doing well, and was getting feedback that was very helpful. *See, e.g.,* <u>Exhibit 1</u>.

**<u>Ms. Sankano's Work Performance for Me</u>**

7.      I did not work much with Ms. Sankano, but she did work on some deals for me during her employment. Throughout the time she worked for me, Ms. Sankano was eager and responsive, but she often made mistakes in her work.

8.      On April 19, 2023, I received an email from Mr. Iwashyna stating that he thought "we are going to have to make a hard call on [Ms. Sankano] at some point" and asking me to work with her. *See* <u>Exhibit 2</u>.

9.      Based on this request from Mr. Iwashyna, I asked Ms. Sankano to work with me on a few deals. In one of these deals in May 2023, Ms. Sankano sent an email to the borrower's counsel that contained language from another deal that was wholly inapplicable to the deal at issue and the blacklines contained loan documents that are not distributed to the borrower for review. Ms. Sankano also neglected to scrub the recitals from loan documents before they were sent, as she and I had discussed. An email reflecting my feedback to Ms. Sankano about these errors is attached as <u>Exhibit 3</u>.

10.      At the conclusion of the deal, I made it a point to provide Ms. Sankano with detailed feedback about what she did well and what she needed to improve on. On June 28, 2023, I sent Ms. Sankano an email outlining my feedback on this deal. In my email, I told Ms. Sankano:

> For improvement, I recommend you slow down and take time to review things more closely. There were a handful of errors that could have been corrected if a little more time was spent reviewing. For example, when sending out draft docs, you used a "template" email that had deal specific nuances from another deal that were not removed. In that same email, non-Borrower loan documents were included in the email and sent to the Borrower as part of the draft loan documents. I know this happens, especially when we have a lot of deals on our plate, but I think it will be very helpful for you to slow down and proofread emails before circulating. Also, I think you rely on LPAs a little too much. They are there to help us do our jobs better and more efficiently, but it is our job to review the information they prepare and send us. Once drafts/revisions are complete, it's our responsibility to go back and confirm everything was done correctly before we circulate to others. It takes extra time up front but will save us time later on the back end. I promise!

I then forwarded the email with this feedback to Mr. Iwashyna, Marshall Tucker, and Ashanté Smith. *See* <u>Exhibit 4</u>.

11.      On another deal in May 2023, Ms. Sankano sent me an email enclosing the wrong memo and opining that a modification would not be permitted because it was a low-income housing tax

credit deal when it was not.  I explained these errors and my feedback to Ms. Sankano about them in an email.  *See* Exhibit 5.

**My Performance Evaluations of Ms. Sankano**

12.     I completed formal written evaluations of Ms. Sankano's work performance in 2021, 2022, and 2023.  My written evaluations accurately reflected my opinions about Ms. Sankano's work at the time I completed them.

**Feedback Provided to Me About Ms. Sankano and Feedback I Provided to Mr. Iwashyna**

13.     During Ms. Sankano's employment, I heard from several partners and associates about Ms. Sankano's work performance.  In or around April 2023, Peter Strup, Lindsey Crawford, and Dameon Rivers all told me that Ms. Sankano was eager and very responsive, but the quality of her work was not good.  When they first began working with Ms. Sankano, they gave her something of a "pass" because she had just started doing agency work after the merger, attorneys were not working in-office due to COVID, and they did not know how much training she had received.  But after they had worked with her for a while, they realized that she did not seem to be getting it or improving materially.  I also heard that the quality of Ms. Sankano's work on Second Attorney Reviews ("SARs") was not very good.

14.     As PDP for the MFH practice group, I spoke frequently with the MFH Practice Group Leader, Brian Iwashyna, about what I was hearing about associates' performance.  I spoke with Mr. Iwashyna about the information I received from partners about Ms. Sankano's performance.  As discussed above, I also shared with Mr. Iwashyna my feedback on Ms. Sankano's work for me on the deal in May and June 2023, where she made a number of mistakes.

**Discussions in the Spring and Summer of 2023 About Ms. Sankano's Performance**

15.     As noted above, on April 19, 2023, I received an email from Mr. Iwashyna stating that he thought "we are going to have to make a hard call on [Ms. Sankano] at some point."  Exhibit 2.  I understood that this meant that Mr. Iwashyna thought we would likely need to terminate Ms. Sankano's employment in the near future.

16.     On June 16, 2023, I participated in a meeting to discuss the associates in the MFH practice group and their path forward at the firm.  In attendance were the MFH Practice Group Leader (Brian Iwashyna), other members of the MFH leadership team responsible for associate development (Blair Schiff, Marshall Tucker, and me), the MFH Practice Director (Mary Cabell Sulc), representatives of the firm's Legal Talent department, and the Chair of the Associate Development Committee ("ADC").  During this meeting, we discussed concerns about Ms. Sankano's performance.  While I do not remember all details of the discussion, the general theme was that Ms. Sankano was not performing at the substantive level expected of a rising fifth-year associate.  We discussed that it was unlikely Ms. Sankano would be promoted to partner, and we considered an option of moving Ms. Sankano from the partnership track to the newly formed career path for associates, but we ultimately deferred any final decisions until we

had a chance to consider the upcoming 2023 performance evaluations. In the interim, we agreed to refer Ms. Sankano to participate in the firm's professional coaching program.

17.     Following the June 16, 2023 meeting, Ashanté Smith and I set up a call with the firm's Director of Career Coaching & Planning, Tiffany Southerland (now Jordan), to discuss referring Ms. Sankano to the firm's professional coaching program. Coaching is a resource that the firm offers to its attorneys who are in need of career guidance. Coaching is not a step in the associate discipline or termination process (although associates who are struggling may be referred to coaching, or coaching may be suggested to them).

## Decision to Terminate Ms. Sankano's Employment

18.     On October 12, 2023, Legal Talent sent me a link to access the performance evaluations for the associates in the MFH practice group. I saw that Ms. Sankano's performance evaluations had gotten worse and contained several negative comments and "needs improvement" ratings.

19.     On October 24, 2023, the MFH Practice Group Leader (Brian Iwashyna), other members of the MFH leadership team responsible for associate development (Blair Schiff, Marshall Tucker, and me), the incoming MFH Practice Group Leader (Virginia Stitzer), and the MFH Practice Director (Mary Cabell Sulc) met to discuss the MFH associates in light of their 2023 performance evaluations. During that meeting, the group discussed the fact that Ms. Sankano's performance evaluations for 2023 indicated that she was not performing well and was not at the level that she should be, confirming the concerns that we had discussed in the June 2023 meeting. We also discussed concerns raised by various partners (including but not limited to Peter Strup, Lindsey Crawford, Dameon Rivers, Marshall Tucker, Virginia Stitzer and Jennifer Bojorquez) about how Ms. Sankano was not taking her analysis to the next level, as expected of a rising fifth year attorney and Ms. Stitzer reported that Ms. Sankano's SARs were not very good. During that meeting, we discussed whether Ms. Sankano should be terminated, or whether to give her another year to improve, or whether to put her on a performance improvement plan ("PIP") or corrective action plan ("CAP"). We decided to discuss the options with Legal Talent and the ADC. At no time during this meeting did we discuss or reference Ms. Sankano's race or the fact that she had filed a complaint with Human Resources about Mr. Bowsher's August 2023 email. I took notes during that meeting, but they are only shorthand and are not intended to be a transcript of what was discussed in the meeting.

20.     Our MFH Practice Group Leader, Brian Iwashyna, made the decision to terminate Ms. Sankano's employment and communicated that decision to me. I supported and agreed with the decision to terminate Ms. Sankano's employment based on all of the performance problems we had discussed in our June and October meetings, based on feedback provided by the MFH partners in written performance evaluations and conversations throughout Ms. Sankano's employment, and consensus amongst the MFH leadership team responsible for associate development that it was the appropriate action.

21.     Neither Ms. Sankano's race nor the complaint that Ms. Sankano filed with Human Resources about Mr. Bowsher's August 3, 2023 email was something I considered in connection

with my participation in discussions regarding the decision to terminate Ms. Sankano's employment or my support of that decision.

22.     On November 2, 2023, I met with Mr. Iwashyna, the other members of the MFH leadership team responsible for associate development (Mr. Schiff, Mr. Tucker, and Virginia Stitzer), Legal Talent representatives (Kalle Covert and Sona Spencer), the chair of the ADC (Steve Hewitson), and the MFH Practice Director (Mary Cabell Sulc) to discuss the MFH practice group's associates.  During that meeting, we informed Legal Talent and the ADC of the decision to terminate Ms. Sankano's employment.

### Placement of Another Associate on a Corrective Action Plan

23.     In 2023, MFH Practice Group Leader Brian Iwashyna, Marshall Tucker, I decided to place associate Sonali Gupta on a 30-day CAP because she was not entering her time into the system on a regular basis before the weekly deadlines.  We thought that if Ms. Gupta were placed on a CAP, she should be able to improve her time entry within 30 days.  Unfortunately, Ms. Gupta failed to improve her time entry after being placed on a CAP, and her employment was terminated.  To my knowledge, Ms. Gupta is the only associate in the MFH group who has ever been placed on a CAP or a PIP.

### Transfer of Other Associates to Career Path Positions

24.     In 2023, MFH Practice Group Leader Brian Iwashyna and the other members of the MFH leadership team responsible for associate development (Blair Schiff, Marshall Tucker, and I) made the decision to move two associates from partnership track to career path:  Iyanna Draper and Randy Hurlburt.  Ms. Draper was moved to the career path because she had experienced a number of hardships in her life that meant she was not able to meet the hours requirements for a partnership track associate.  Moreover, we determined that she was not likely to have a business case for partnership.  Mr. Hurlburt was moved to career path because his work performance was good, but a downturn in the type of work he did meant that he was not able to meet the billable hours requirements for a partnership track associate.

### Email that Matt Bowsher Sent to Ms. Sankano in May 2022

25.     On May 3, 2022, I received emails from Whitney Loughran and Ashanté Smith asking to speak with me about an email that Mr. Bowsher sent to Ms. Sankano about a deal they were working on.  Mr. Bowsher had told Ms. Sankano to correct a statement she had made that no local opinions were required because it was a supplemental loan.  *See* Exhibit 6. When I read Mr. Bowsher's email, I realized that he was factually incorrect – local opinions were no longer required for supplemental loans – but I did not see any issues with his email to Ms. Sankano, except that he was mistaken about the agency's requirement regarding local opinions.  The language that Mr. Bowsher used in his email to Ms. Sankano was professional and appropriate.  I did not see anything in Mr. Bowsher's May 3, 2022 email that indicated he was sending it to Ms. Sankano because she is Black or treating her differently because of her race.  I identify as being of two races/ethnicities (Asian and Hispanic).

**Matt Bowsher's August 3, 2023 Email**

26.     On August 3, 2023, Ms. Sankano sent an email to me and three other partners (Nora Nickel, Ashanté Smith, and Brian Iwashyna), forwarding an email she had received from Matt Bowsher earlier that day and her response to that email, saying "I'm sorry I had enough with Matt and how he addresses me." <u>Exhibit 7</u>.  However, I was out of the office on vacation at the time Ms. Sankano sent this email.  Ms. Sankano was aware that I was out, as she sent another email to Mr. Schiff and me about this issue, asking to speak with him since I was out.  *See* <u>Exhibit 8</u>.  Mr. Schiff responded to Ms. Sankano immediately (copying me), indicating that he would call her as soon as he got off a call.

27.     When I saw the emails between Mr. Schiff and Ms. Sankano about Mr. Bowsher's email and realized that Mr. Schiff had addressed it with Ms. Sankano, I did not think it was necessary for me to talk to her about it as well.  I did forward a copy of the email to Mr. Iwashyna, who indicated that he was aware of it.  However, later, after I returned from vacation, I reached out to Mr. Schiff to find out what he had discussed with Ms. Sankano.

28.     I thought that the email Mr. Bowsher sent to Ms. Sankano on August 3 was typical of the type of emails Mr. Bowsher sends, because he was frequently wordy and sometimes condescending in his email communications.  I did not think that Mr. Bowsher's August 3 email to Ms. Sankano was racist, and I did not believe that it referenced her race in any way.  No one has ever told me that they thought Mr. Bowsher had made a racist comment to them or sent them a racist email.

**Training Provided to Ms. Sankano**

29.     Associates in the MFH practice group receive both formal training and informal training on topics related to our practice.

30.     One form of formal training that the MFH practice group provides to associates is our Lunch & Learns.  These are training sessions that are offered on various MFH topics.  All associates are invited to these Lunch & Learns.  I coordinated these Lunch & Learns during Ms. Sankano's employment.  During Ms. Sankano's employment, she was invited to Lunch & Learns on the following topics:
- Life of a Loan
- Freddie Reps & Warranties
- Opinions
- Affordable Housing
- Preferred Equity
- Environmental Considerations in Fannie Deals
- HAP Contracts
- Practice Housekeeping
- MFH Post-Closing Overview
- Business Development Planning
- Hedging, Defeasance and More!
- Loan Document Basics

- Assumption Process
- Essential Skills Training, Effective Communication & Feedback

31.     The firm also offers formal training on practice pointers and firm life.

32.     In addition to these formal training programs, associates in MFH receive on-the-job training from the partners and senior associates with whom they are working.  For instance, when I was working with Ms. Sankano, I took the time to explain things to her as they came up in our work together.

33.     The MFH practice group also has a repository of resources in our document management system that all associates can and do access.  This repository contains form documents, agency guidance, templates, and other information about MFH issues.  Associates are expected to consult these resources and review them as needed for their professional development, generally, and for their deals, specifically.

34.     MFH partners also send emails to all attorneys in the practice group from time to time containing updates in the law or client requirements, new developments, and practice pointers.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

*Nora Garcia Nickel*
A1AEC9E48DF44D4...
_____
Nora Garcia Nickel

1/30/2025
_____
Date

| From: | Sankano, Gita F. [Gita.Sankano@Troutman.com] |
| Sent: | 8/29/2021 7:51:43 PM |
| To: | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| Subject: | RE: Assignments (08/23/2021 - 08/29/2021) |

Thank you!!! Yes I'm learning a lot. Natalie has been very helpful.


**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

On August 29, 2021 at 7:50:20 PM EDT, Iwashyna, Brian J. <Brian.Iwashyna@troutman.com> wrote:

Nice!   You learning a lot?   Getting good feedback from everyone?


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


☐ · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ -


**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, August 29, 2021 7:34 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Assignments (08/23/2021 - 08/29/2021)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita


**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
_____

**troutman pepper**

401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

_____

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

Troutman_00001173

| | |
|---|---|
| **From:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Sent:** | Mon 10/19/2020 9:55:08 AM (UTC-04:00) |
| **To:** | Nickel, Nora Garcia[nora.nickel@Troutman.com] |
| **Cc:** | Iwashyna, Brian J.[Brian.Iwashyna@Troutman.com] |
| **Subject:** | RE: Assignments (10/12/2020-10/18/2020) |

Thank you!!!

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Monday, October 19, 2020 9:54 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>
**Subject:** RE: Assignments (10/12/2020-10/18/2020)

Awesome, thanks Gita!  People are really enjoying you "can do" attitude.

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Monday, October 19, 2020 9:34 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Assignments (10/12/2020-10/18/2020)

Hi Nora,

I feel good and I really enjoy doing the work. Yes I am getting feedback, which is extremely helpful. I am learning a lot!

Thank you.

Sincerely,
Gita

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Monday, October 19, 2020 9:29 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Assignments (10/12/2020-10/18/2020)

Looks like you are keeping busy!  How are you feeling with everything?  Are you getting feedback from

App.F-Nickel-Ex.1

Troutman_00002042

folks too?

**Nora Garcia Nickel**
**Partner**
**troutman** pepper
Direct: 804.697.1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, October 18, 2020 5:51 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Assignments (10/12/2020-10/18/2020)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**troutman** pepper
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

Troutman_00002043

| | |
|---|---|
| **From:** | Sankano, Gita F.[Gita.Sankano@Troutman.com] |
| **Sent:** | Mon 12/7/2020 7:49:51 AM (UTC-05:00) |
| **To:** | Nickel, Nora Garcia[nora.nickel@Troutman.com] |
| **Cc:** | Iwashyna, Brian J.[Brian.Iwashyna@Troutman.com] |
| **Subject:** | RE: Assignments (11/30/2020-12/6/2020) |

Thank you, Nora!

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Monday, December 7, 2020 6:46 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>
**Subject:** RE: Assignments (11/30/2020-12/6/2020)

Thanks, Gita!  Looks like you are still working with a variety of people on different things.  Keep it up!

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, December 6, 2020 6:45 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Assignments (11/30/2020-12/6/2020)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

Troutman_00002058

| | |
|---|---|
| **From:** | Sankano, Gita F. [Gita.Sankano@Troutman.com] |
| **Sent:** | 11/30/2020 7:05:52 AM |
| **To:** | Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **CC:** | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj] |
| **Subject:** | RE: Assignments (11/23/2020-11/29/2020) |

Hi Nora,

Yes. I'm getting feedback and training from the people that I've been working with. Everyone has been extremely helpful.

Sincerely,
Gita


On November 29, 2020 at 9:30:01 PM EST, Nickel, Nora Garcia <nora.nickel@troutman.com> wrote:

Thanks!  And thank you for continuing to put together your weekly assignment list.  It's really helpful.

Are you getting feedback/training from the people you are working with?  I know I owe you feedback from our last assignment which compared the form estoppels.  The chart was great and I'll send you a blackline so we can go over my changes.

**Nora Garcia Nickel**
**Partner**
**troutman pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · · □ -


**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, November 29, 2020 8:14 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Assignments (11/23/2020-11/29/2020)


Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita


**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251

App.F-Nickel-Ex.1

Troutman_00001151

gita.sankano@troutman.com
_____

**troutman pepper**
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

| | |
|---|---|
| **From:** | Sankano, Gita F. [Gita.Sankano@Troutman.com] |
| **Sent:** | 12/15/2020 8:07:28 AM |
| **To:** | Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn]; Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj] |
| **Subject:** | RE: Assignments (12/7/2020-12/13/2020) |

Thank you, Nora. Yes it's been busy and I'm learning a lot!

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Tuesday, December 15, 2020 6:41 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>; Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>
**Subject:** RE: Assignments (12/7/2020-12/13/2020)

Thank you!  Looks like you are keeping busy!

**Nora Garcia Nickel**
**Partner**
**troutman pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · · □ -

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, December 13, 2020 7:08 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Assignments (12/7/2020-12/13/2020)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
_____

**troutman pepper**
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

Troutman_00001165

| | |
|---|---|
| **From:** | Iwashyna, Brian J. [/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | 3/1/2021 9:37:43 AM |
| **To:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **Subject:** | RE: Assignments (2/22/2021-2/28/2021) |

Senior's work is VERY slow right now because of COVID.
I will talk to Sid about finding a Shari'ah deal for you.

Thank you for being awesome and making our job so easy!


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 ¦ Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his



**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Monday, March 1, 2021 7:52 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Assignments (2/22/2021-2/28/2021)

Good Morning Nora,

I am getting amazing training and feedback. I just got assigned to my first portfolio deal with Peter. I am very excited about that deal because there are many moving pieces and areas that I have not been exposed to yet.

If possible, I am interested in learning more about Shari'ah and Senior Housing transactions on the Freddie Mac side.

Thank you and Brian, for being invested in my growth in this practice group. I am very grateful.

Sincerely,
Gita


**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Sunday, February 28, 2021 10:27 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>
**Subject:** RE: Assignments (2/22/2021-2/28/2021)

Thank you for continuing to send these to us.  They are helpful!

App.F-Nickel-Ex.1

Troutman_00001166

Do you feel like you are getting good training and feedback?  Is there anything you want to work on in particular or any particular assignments you particularly enjoyed?  No right or wrong answer.  Just helpful to get feedback!

Thanks!

*Please note I'll be out of the office Friday (3/5) through Wednesday (3/10) with very limited access to email and voicemail.  I will return Thursday (3/11).  I apologize for any inconvenience this may cause.

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Sunday, February 28, 2021 7:49 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** Assignments (2/22/2021-2/28/2021)

Hi Brian and Nora,

Please see my assignments for the this week attached.

Sincerely,
Gita


**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 ⋮ Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com
Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.F-Nickel-Ex.1

| | |
|---|---|
| **From:** | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
| **Sent:** | Wed 4/19/2023 10:34:09 AM (UTC-04:00) |
| **To:** | Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Subject:** | RE: Gita |

Your door is still closed

**Brian J. Iwashyna**
**Partner**
troutman pepper
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:17 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Gita
Understood.I'll try to find a deal where she would be a good fit.
It would be helpful for the folks that have currently worked with her to have documentation of their conversations as well – Dameon, Peter and Lindsey.I don't want her to be "blindsided" at the end.That's all.I really like her as a person, but it seems like this type of work isn't quite meshing with her.

**Nora Garcia Nickel**
**Partner**
troutman pepper
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com


**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:09 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Gita
I think we are going to have to make a hard call on her at some point and I think it would be helpful if you could use her on one or two deals before that.So that we can talk from direct experience.I am going to push Marshall to do the same.

**Brian J. Iwashyna**
**Partner**
troutman pepper
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his


**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, April 19, 2023 10:01 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** RE: Gita
No, I haven't.And we still need to revisit her.I chatted with Dameon, Lindsey and Peter.
About to jump on a call, but should be done by 10:15.

**Nora Garcia Nickel**
**Partner**
**troutman** pepper
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, April 19, 2023 9:55 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Gita

Have you worked with her recently?

**Brian J. Iwashyna**
**Partner**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

_____

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

App.F-Nickel-Ex.2

Troutman_00006217

| | |
|---|---|
| **From:** | Nickel, Nora Garcia [/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
| **Sent:** | 5/21/2023 10:38:26 AM |
| **To:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
| **Subject:** | RE: Oak Plaza - Draft Loan Documents |

Appreciate it, thanks!

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 ⦙ Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Sunday, May 21, 2023 10:37 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Oak Plaza - Draft Loan Documents

Sorry ! I'll be more careful with the proof reading before sending out an email.

With the recitals, I removed the lines I had questions about. Apologies!! 😣

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ⦙ Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her,

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ⦙ Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her, hers

On May 21, 2023 at 10:31:54 AM EDT, Nickel, Nora Garcia <nora.nickel@troutman.com> wrote:

Thanks!

App.F-Nickel-Ex.3

We had discussed scrubbing the recitals before sending the drafts. This doesn't appear to have been completed. No need to adjust since we circulated, but I thought we discussed this before sending.

Also, the "draft loan doc" email below has language from another deal. This is not a supplemental loan, there is no boundary adjustment and no further discussion with the board of managers for this deal.

Before sending emails, I think it's important to read the entire email to make sure things are updated accordingly, especially if you are taking language from other deals.

Let me know if you have any questions.

Thanks,

Nora

**Nora Garcia Nickel**
**Partner**
~~troutman~~ **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Friday, May 19, 2023 6:50 PM
**To:** Florentino L. Gonzalez <FGonzalez@shutts.com>; Olga L. Duque <ODuque@shutts.com>
**Cc:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** Oak Plaza - Draft Loan Documents

Good Evening,

Attached are the deal specific draft loan documents for review. As you know, the Lender will be Berkadia, but the loan will be documented on Freddie Mac form documents and assigned to Freddie Mac. Please note these drafts are still subject to the final commitment and rate lock terms.
Freddie Mac will only consider document modifications that are necessary to match a deal specific requirement - i.e. a limited partner with buyout rights. Any request for a document modification needs to (1) explain the deal specific reason for the request, (2) be on one of the form riders found on the Freddie Mac web site (https://mf.freddiemac.com/seller_servicer/legal/loan-documents.html ) and (3) then needs to be approved by both Freddie Mac business and Freddie Mac legal. Because this is a supplemental loan, we can only accept document modifications that were approved in connection with the Senior Loan unless we get additional modifications approved first by the Master Servicer in connection with the Senior Loan. I'm looking into your requests regarding the change in the Board of Managers and the Boundary Line Adjustment. Please let me know immediately if there will be any other document modifications required. We will need to begin working on the Freddie Mac approvals very early in the deal and they will need to be approved <u>prior to rate lock.</u> Freddie will require any document modification requests to be received at least 10 business days prior to rate lock. Additionally, the above link contains Freddie Mac's form loan documents on which the attached draft loan documents are based. **PLEASE NOTE** that through the course of this transaction, other loan documents and/or riders to loan documents (including additional carve-outs to the Note) may be required by Freddie Mac depending on the business/legal terms of the transaction.
Please also note that I am including redlines against **Downtown 5th**, which is the last transaction you closed with Freddie.
Please let me know if you have any questions or need anything else from me.
Thanks!

App.F-Nickel-Ex.3

Troutman_00001604

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her, hers

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.F-Nickel-Ex.3

Troutman_00001605

| | |
|---|---|
| **From:** | Nickel, Nora Garcia[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
| **Sent:** | Wed 6/28/2023 10:58:49 AM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Tucker, Marshall D.[Marshall.Tucker@troutman.com]; Smith, Ashante L.[ashante.smith@troutman.com] |
| **Subject:** | FW: Oak Plaza - Feedback |

Just FYI.

**Nora Garcia Nickel**
**Partner**
troutman **pepper**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Wednesday, June 28, 2023 10:55 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Oak Plaza - Feedback

One last thing – I need to really work on slowing down. It's hard but I'm trying. This was the best feedback I received all year

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, June 28, 2023 10:30 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** Oak Plaza - Feedback

Hi Gita,

Thanks again for your help with this deal!I'm trying to be better about providing feedback to associates after each deal while the deal is still fresh!

You are always very timely, responsive and proactive.You are so fast that I'm often behind and trying to catch up with you!You understand the mechanics of a deal and the order of things that need to occur in connection with getting a deal to the finish line.You also had a great catch with the borrower's org structure when comparing the org chart against the org docs received.I also appreciate you sharing your thought process when reviewing diligence and documents.It helps me better understand where you are coming from and gives me an opportunity to teach and provide answers.A good example is our discussion as to which parties the survey certificate should be certified to.

For improvement, I recommend you slow down and take time to review things more closely.There were a handful of errors that could have been corrected if a little more time was spent reviewing.For example, when sending out draft docs, you used a "template" email that had deal specific nuances from another deal that were not removed.In that same email, non-Borrower loan documents were included in the email and sent to the Borrower as part of the draft loan documents.I know this happens, especially when we have a lot of deals on our plate, but I think it will be very helpful for you to slow down and proofread emails before circulating.Also, I think you rely on LPAs a little too much.They are there to help us do our jobs better and more efficiently, but it is our job to review the information they prepare and send us.Once drafts/revisions are complete, it's our responsibility to go back and confirm everything was done correctly before we circulate to others.It takes extra time up front but will save us time later on the back end.I promise!

App.F-Nickel-Ex.4

Troutman_00006623

If you have any questions or comments, please don't hesitate to reach out. Thanks again for your help on this one! I'll try and get you on another one soon.

**Nora Garcia Nickel**
**Partner**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

_____

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.F-Nickel-Ex.4

Troutman_00006624

| From: | Nickel, Nora Garcia[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
|---|---|
| Sent: | Mon 5/29/2023 8:17:46 PM (UTC-04:00) |
| To: | Sankano, Gita F.[Gita.Sankano@troutman.com] |
| Subject: | RE: Sawmill Heights - Due Diligence |

Hi Gita,
Thanks again for sending.Were you able to pull the memos from the other Troutman deals?If so, can you send to me?
Also, for the docs mods, can you confirm the underlying loan doc language was pulled from the most current Fannie forms?There was an error with the Sawmill Loan Agreement when first drafted, so I just need to double check what was used to pull the blacklines.
For my deals, it's easier for me to review doc mods when I have all the material included in one email.If you can do that going forward, I would appreciate it.
Thanks!

**Nora Garcia Nickel**
**Partner**
troutman pepper
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, May 25, 2023 9:42 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Sawmill Heights - Due Diligence
You're right! It's not and it looks like the mod is already added to the delegated memo.
I owe you comments to the borrower organizational docs and opinion. I'll send shortly.
I more than likely won't be able to get to the regulatory analysis. Sorry for the multiple emails my service is all over the place.

**Gita F. Sankano**
**Associate**
troutman pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her, hers

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Wednesday, May 24, 2023 6:41 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Sawmill Heights - Due Diligence
Thanks!I may have missed, but is this a low income housing tax credit deal?

**Nora Garcia Nickel**
**Partner**
troutman pepper
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>

App.F-Nickel-Ex.5

**Sent:** Wednesday, May 24, 2023 6:36 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Scott, Nicole K. <Nicole.Scott@troutman.com>
**Subject:** RE: Sawmill Heights - Due Diligence
Sorry ! I just noticed I attached the wrong doc memo!

## Gita F. Sankano
**Associate**
troutman pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her, hers

---

**From:** Sankano, Gita F.
**Sent:** Wednesday, May 24, 2023 6:15 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Scott, Nicole K. <Nicole.Scott@troutman.com>
**Subject:** RE: Sawmill Heights - Due Diligence
Hi Nora!
Please see the non-delegated memo attached.
I crossed checked the requested mods with the annotated Loan Agreement (see attached). I do not believe that Fannie will approve the mod request for Section 7.02(a)(3) because this property has a LIHTC agreement (see below).
Section 7.02(a)(3):Other requests for shorter term leases may be incorporated as follows:**"Notwithstanding the foregoing, Residential Leases having initial terms of less than six (6) months but at least one (1) month shall be permitted so long as the total number of such Residential Leases does not exceed ten percent (10%) of all residential units."** Any increase in the threshold amount over 10% must be approved by Fannie Mae. NOTE: This modification is not permitted for LIHTC transactions because LIHTC deals are mandated to have leases with a minimum of 6 months.
Please let me know your thoughts!
Thanks,
Gita

## Gita F. Sankano
**Associate**
troutman pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com
Pronouns: she, her, hers

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Tuesday, May 23, 2023 8:49 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Cc:** Scott, Nicole K. <Nicole.Scott@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** Sawmill Heights - Due Diligence
Hi Gita,
Thanks for helping us with this one.This is for a FANNIE deal.Lots has come in, but we are behind and could use an extra hand.
Attached is some diligence received and some doc mods.I know you are out Thursday and Friday, so just let me know what you can't get to tomorrow.Let me know if you have any questions.Client/matter is 260314.000030.

    1. Doc Mods – The attached is being requested.Can you please do the following:
       a. Cross Check mods against the deals listed below to confirm they were approved.They should

be on iManage if we closed them.

  1. Deal name:Woodgate at Jordan Landing
   a. Lender:Walker & Dunlop
   b. Lender's counsel: Troutman
   c. Closed: 8/27/21
   d. Client/sponsor: Millburn & Company
  2. Deal name:Ambrose Apartments
   a. Lender:CBRE
   b. Lender's counsel: Troutman
   c. Closed: 5/26/22
   d. Client/sponsor:Jackson Square Properties

 b. Compare against Annotated Loan Agreement to confirm which mods are delegated and non-delegated
 c. Prepare Memos – we should be able to pull some analysis info from the deals we closed.Please note these mods have <u>not</u> been approved for our Sponsor before and are all new requests.

2. Org Doc and Opinion Review.Org chart attached.Please mark-up as needed.List of diligence below.

   • KG Sawmill Investors:
    ○ CA Articles of Organization
    ○ Operating Agreement & First Amendment; ***note we are preparing a second amendment***
   • KG Sawmill Managing Member:
    ○ DE Certificate of Formation
    ○ LLC Agreement; ***note we are preparing a first amendment***
   • KG Investors:
    ○ CA Articles of Organization
    ○ Operating Agreement & First Amendment

• Opinion letter; ***note the attached remains subject to the continued review and approval of our firm's Opinion Committee***
• KG Sawmill Investors – Second Amendment to Operating Agreement
• KG Sawmill Managing Member – First Amendment to LLC Agreement
• Trust Docs

3. Regulatory Agreement Analysis – see rent restriction attached.List of exceptions below.I'm still mulling over Exception 19 to see how we want to address.I would probably analyze as a separate use restriction for now.

App.F-Nickel-Ex.5

16.  The condition that the property shall be used for the sole purpose of providing, construc
     maintaining Affordable Housing, as more fully defined therein, and upon the terms, cov
     conditions in that certain document recorded July 28, 2006 as Instrument No. 2006-008
     Official Records.

     **Note: A written consent or waiver may be necessary from the public agency f
     or refinance.**

     AS AMENDED AND RESTATED BY AMENDED AND RESTATED RENT LIMITATION AGREE
     DECLARATION OF RESTRICTIVE COVENANTS Recorded December 16, 2010, Document
     0105174-00.

Including the following because it deals with preferential consideration as to renting to
employees of Northstar-at-Tahoe.

19.  The terms and provisions contained in the document entitled "Memorandum of Entitlem
     executed by and between Northstar Community Housing Corporation, a California non-p
     benefit corporation, and KG INvestors, LLC" recorded December 16, 2010 as Instrumen
     0105175-00 of Official Records.

**Nora Garcia Nickel**
**Partner**
Direct: 804.697.1259 | Internal: 15-1259
nora.nickel@troutman.com
_____

**troutman pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.F-Nickel-Ex.5

Troutman_00001600

| From: | Iwashyna, Brian J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=IWASHYBJ] |
|---|---|
| Sent: | Tue 5/3/2022 1:49:06 PM (UTC-04:00) |
| To: | Smith, Ashante L.[ashante.smith@troutman.com]; Nickel, Nora Garcia[nora.nickel@troutman.com] |
| Cc: | Loughran, Whitney D.[whitney.loughran@troutman.com] |
| Subject: | RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist |

I talked to Whitney, but I am happy to discuss with others too.   I am around all day.


**Brian J. Iwashyna**
**Partner**
troutman **pepper**
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his




**From:** Smith, Ashante L. <ashante.smith@troutman.com>
**Sent:** Tuesday, May 3, 2022 12:01 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Brian & Nora, I'd also like to touch base with you on this when time permits.

Thanks!

**Ashanté L. Smith**
**Partner**
troutman **pepper**
Direct: 804.697.1321 | Internal: 15-1321
ashante.smith@troutman.com
Pronouns: she, her, hers




**From:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Sent:** Tuesday, May 3, 2022 11:51 AM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>; Nickel, Nora Garcia <nora.nickel@troutman.com>
**Cc:** Smith, Ashante L. <ashante.smith@troutman.com>
**Subject:** FW: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Brian and Nora,

I'd like to talk to each of you about this when you have time. Thanks

**Whitney D. Loughran**
**Associate**
**troutman** pepper
Direct: 804.697.1413 | Internal: 15-1413
whitney.loughran@troutman.com
Pronouns: she, her, hers

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Tuesday, May 3, 2022 7:22 AM
**To:** Loughran, Whitney D. <whitney.loughran@troutman.com>
**Subject:** FW: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Sankano, Gita F.
**Sent:** Tuesday, May 3, 2022 7:16 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Good morning Matt!

It was my understanding that all local opinions are not required for supplemental loans. In addition to the attached Freddie Mac published opinions guidelines which show no enforceability opinion or local law opinions will be required for supplemental loans, our firm annotated opinions also instructs that no enforceability or local law opinions are required for supplemental loans (see footnote 22). I also have an old email from Jeremy (2016) that Whitney forwarded to which states the same. Please let me know how you'd like to proceed. I'm happy to confirm with Jeremy and Virginia.

Lastly, on the Alden deal Kelly specifically told me that we don't need local opinions on supplemental deals. I'll forward that email shortly.

Thanks,
Gita

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251

gita.sankano@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Tuesday, May 3, 2022 12:11 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Please issue a correction to your statement below.  It is not accurate to say that "no enforceability/local opinions are needed".   See attached form Freddie opinion, and do a search for "supplemental", you'll see that the only opinion which is waived on supplementals is the enforceability opinion.   All of the other opinions labeled as being required from counsel for Property Jurisdiction… i.e., all other "local opinions"…  are still required, to the extent they are applicable.  For example, if our borrower is formed in DE but the property is in PA, then we still need an opinion regarding authorization to do business as a foreign LLC, which comes from local counsel.    See the Alden South Hills supplemental loan for which you recently helped review the opinion; local opinions were required/included.

**Matthew R. Bowsher**
**Partner**
**troutman** pepper
Office: 202.274.1939 | Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Monday, May 2, 2022 4:50 PM
**To:** Marrinucci, Andrew <amarrinucci@klehr.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Thank you, Andrew! For the opinion, no enforceability/local opinions are needed because this transaction is a supplemental loan.

Thanks!

**Gita F. Sankano**
**Associate**
**troutman** pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

**From:** Marrinucci, Andrew <amarrinucci@klehr.com>
**Sent:** Monday, May 2, 2022 4:47 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@Troutman.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Subject:** RE: Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

**EXTERNAL SENDER**

Gita,

Attached for your review are the following certified formation documents and standing certificates for the Borrower and Love Andorra A LLC.  Let us know if you have any questions.

Thank you,

Andrew

**ANDREW MARRINUCCI** | **ASSOCIATE**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street | Suite 1400 | Philadelphia, PA 19103
t 215.569.4284 | f 215.568.6603
amarrinucci@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Saturday, April 30, 2022 12:19 PM
**To:** Marrinucci, Andrew <amarrinucci@klehr.com>; Maslow, Jonathan <JMaslow@klehr.com>
**Cc:** Bowsher, Matthew R. <Matthew.Bowsher@Troutman.com>
**Subject:** Andorra Point (fka Cathedral East) - Legal Due Diligence Checklist

Target closing date of **6/1/2022**

To help keep us on the same page, below is a legal due diligence checklist. Please review and provide any items/information as soon as available (keeping in mind the timeframes noted below for certain items). We would like to receive the documents/confirm the status highlighted in yellow sometime next week.

## Legal Due Diligence

- Loan Document Information - **NEED ASAP (see below)**
- Title Commitment/Exceptions Documents - **Under Review**
- Survey - **Waiver Requested - (See Survey Cert provided)**
- Contact Information:
  - Contact info for the escrow / closing agent- **NEED (or confirm same as Title Contact)**
- Copy of any agreement being recorded at closing (including the draft deed if an acquisition) - **NEED (or confirm none) [If the deed (or any other document recorded or to be recorded on title) will contain a prohibition against or any indemnification in connection with the conversion of the Property to a condominium or cooperative structure, it will need to be approved by Lender prior to rate lock]**
- UCC/Judgment/Tax Lien Searches on Borrower (Borrower's counsel to order. Dated within 30 days of closing) - **NEED [See requirements below]**
- Draft Opinion Letter(s) (in the forms provided)
  - Borrower - **NEED**
  - Guarantor - **NEED**
- Asset Management Agreement (or any other agreement with affiliated fees) [Must be subordinate to the Loan] - **NEED (or confirm none)**
- Laundry Lease - **NEED (or confirm none)**
- Confirmation that you have reviewed/approved the draft loan documents - any document modifications need to be reviewed and approved by Freddie Mac and no changes are permitted after rate lock - **NEED [to be circulated]**
- Signature Pages **[to be circulated]**
  - Borrower - **NEED**
  - Guarantor - **NEED**
  - Property Manager - **NEED**
  - Lender - **NEED**

App.F-Nickel-Ex.6

**Organizational Documents (Borrower/Guarantor and their sub-entities):**

1.    <u>Love Andorra LLC</u>
   a.    Certificate of Formation - **Confirm no changes. Cert dated  8/13/2020**
   b.    Operating Agreement - **Confirm no changes. Agreement dated 10/15/2020**
      1.    Amendment to Operating Agreement - **NEED (reference new loan)**
   c.    Certificate of Good Standing (DE) (Dated within 30 days of closing) - **NEED**
   d.    Certificate of Good Standing (PA) (Dated within 30 days of closing) - **NEED**

2.    <u>Love Andorra A, LLC</u>
   a.    Certificate of Formation - **NEED**
   b.    Operating Agreement - **NEED**
   c.    Certificate of Good Standing (DE) (Dated within 30 days of closing) - **NEED**

**Loan Document Information (needed from Borrower)**

- Property Manager's Address - **NEED**

**UCC/tax lien/judgment lien search requirements:**
- Name: Borrower's name
- Location:
  - The State in which the entity was formed
  - The local jurisdiction in which the Property is located
  - The State of residence of any individual
- Date: must be dated no earlier than 30 days prior to the Origination Date

**Closing Coordination**

- Executed Escrow Letter from Title - **NEED (after receipt of original recording package)**
- Fully Executed Settlement Statement - **NEED**
- Intercreditor Agreement - **NEED**

Please forward each item as soon as it is available.

Please note that Title/Survey, Borrower Organizational Documents, Draft Opinions, and any requested document modifications all require approval and must be submitted at least 10 business days before rate lock.

Please let me know if you have any questions or need anything from me.

Thanks,

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC  20004

App.F-Nickel-Ex.6

troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attachments:
        image001.png (6150 Bytes)

App.F-Nickel-Ex.6

| From: | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano] |
|---|---|
| Sent: | 8/3/2023 1:59:58 PM |
| To: | Iwashyna, Brian J. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=iwashybj]; Smith, Ashante L. [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=smithal]; Tucker, Marshall D. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=tuckermd]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| Subject: | FW: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER |
| Attachments: | RE: 018413.000867 is now available in iManage |

I'm sorry I had enough with Matt and how he addresses me.

## Gita F. Sankano
**Associate**
troutman pepper
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Sankano, Gita F.
**Sent:** Thursday, August 3, 2023 1:59 PM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Matt,

As with the prior deals we worked on with this sponsor including this one, I made it clear that this was a 70/30 split between you and Kelly. In this particular deal, it was the MFH matter department who made the error of not linking the matters and not giving Kelly the proper credit. I called it out this morning that Kelly did not receive the proper credit (see attached). As per my initial email this morning, I stated that Kelly should be the Matter Responsible Attorney and I copied and pasted the percentage split. Now could I have reiterated over and over again about the split – absolutely! I could have been more specific about the split as you explained below. I appreciate your feedback.

However, what I will not tolerate from you is the condescending tone, my intelligence being questioned (see below),and you belittling me. I have never disrespected you and I will appreciate if you do the same. I worked hard to be here and I deserve to be here like every other associate. I would appreciate if you treat me with respect .

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.  If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.


**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ¦ Internal: 803-1251
gita.sankano@troutman.com


---

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 12:44 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I'm concerned that you thought you were "clear".   In fact, you were the opposite of clear.  And the fact that you still don't see this upon further reflection, even after I've taken the time to point it out, is what worries me.

In your first email below (from 11:09am this morning), you stated "**Kelly should be the matter responsible**".  Anyone reading that sentence would reasonably interpret that as a request to make Kelly the matter responsible attorney, i.e. to switch it from 100% Matt to 100% Kelly. There is no other way to interpret that sentence.  If you meant to ask for them to change it from Matt being 100% responsible to Matt only being 70% responsible, that is not what that sentence conveyed.  You added a sentence which said "See below", and then you added a clip of the originally-requested 70/30 split at the end, but that clip with the correct split contradicted your initial sentence which requested that Kelly be 100% matter responsible; that contradiction is what made your communication anything but clear.  Then, adding to the confusion, in your subsequent email, you doubled-down on your initial request, by again saying "**Kelly should be the matter responsible. So it should change from Matt to Kelly.**"   Again, I'm not sure how anyone could read that sentence to mean anything other than what it very clearly says, which is that you're asking to make Kelly "the" matter responsible attorney, i.e. the 100% matter responsible, the only matter responsible attorney, not a 70/30 split with Matt.

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.   If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

Matt

**Matthew R. Bowsher**
**Partner**
troutman pepper
Office: 202.274.1939 ⦙ Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:31 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Thank you, Matt.

I thought I was clear with the first email I sent today as it relates to the percentage distribution (see attached).

**Gita F. Sankano**
**Associate**
troutman pepper
Direct: 202.220.1251 ⦙ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 11:28 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

You are confused. Kelly is not to be the sole 100% matter responsible attorney. Per your original request, and per the other matters you've previously opened for me and Kelly, it should be 30% Kelly and 70% Matt.

**Matthew R. Bowsher**
**Partner**
troutman pepper
Office: 202.274.1939 ⦙ Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:17 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I just got a request to change the matter assigned from to Kelly?

Kelly should be the matter responsible. So it should change from Matt to Kelly.

I hope that that makes sense!

**Gita F. Sankano**
**Associate**

App.F-Nickel-Ex.7

troutman pepper
Direct: 202.220.1251 ⫶ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Thursday, August 3, 2023 11:14 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
The change request was entered.
Thanks

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman pepper
Direct: 757.687.7521 ⫶ Internal: 17-7521
lisa.mauriello@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:09 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Lisa,

Kelly should be the matter responsible attorney for this one. See below. Please update.

Thanks!!

| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| --- | --- |

**Gita F. Sankano**
**Associate**
troutman pepper
Direct: 202.220.1251 ⫶ Internal: 803-1251
gita.sankano@troutman.com

App.F-Nickel-Ex.7

Troutman_00001143

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Wednesday, August 2, 2023 11:31 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
We combined the two properties into one matter, **018413.000867**
Thanks!

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman pepper
Direct: 757.687.7521 | Internal: 17-7521
lisa.mauriello@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Monday, July 31, 2023 2:10 PM
**To:** MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>;
Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle
<Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good afternoon,

Please open the two deals below. We will only need **one client matter number** for these two.

Thanks,

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Dairy Ashford<br>12707 Bellaire Boulevard<br>Houston, TX 77072 |
| Matter Opening Atty: | Matt Bowsher |
| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| Matter Assigned Atty: | Gita Sankano |
| Closing Date: | 08/30/2023 |
| Loan Amount: | $17,400,000 |

| Borrower(s): | Falls of Dairy Ashford LP |
|---|---|
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

| Client: | JLL |
|---|---|
| Deal Type: | Freddie Mac |
| Property Name & Location: | Falls of Braeswood<br>8801 South Braeswood Boulevard<br>Houston, TX 77031 |
| Matter Opening Atty: | Matt Bowsher |
| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
| Matter Assigned Atty: | Gita Sankano |
| Closing Date: | 08/30/2023 |
| Loan Amount: | $16,781,000 |
| Borrower(s): | Falls of Braeswood LP |
| Guarantor(s) / Key Principals(s): | Rao J. Polavarapu |
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.F-Nickel-Ex.7

| | |
|---|---|
| **From:** | Schiff, Blair L. [/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BLAIR.SCHIFF] |
| **Sent:** | 8/3/2023 1:11:40 PM |
| **To:** | Sankano, Gita F. [/o=TroutmanSanders/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Gita.Sankano]; Nickel, Nora Garcia [/o=TroutmanSanders/ou=First Administrative Group/cn=Recipients/cn=garciamn] |
| **Subject:** | RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER |

Sure, I am hoping on a call and then I'll give you a call.

Thanks,
Blair

**Blair L. Schiff**
**Partner**
Direct: 202.220.1223
blair.schiff@troutman.com
Pronouns: he, him, his

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 1:05 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Schiff, Blair L. <Blair.Schiff@Troutman.com>
**Subject:** FW: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Blair – can I call you about this? Nora is out

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ⦙ Internal: 803-1251
gita.sankano@troutman.com

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 12:44 PM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I'm concerned that you thought you were "clear". In fact, you were the opposite of clear. And the fact that you still don't see this upon further reflection, even after I've taken the time to point it out, is what worries me.

App.F-Nickel-Ex.8

In your first email below (from 11:09am this morning), you stated "**Kelly should be the matter responsible**".  Anyone reading that sentence would reasonably interpret that as a request to make Kelly the matter responsible attorney, i.e. to switch it from 100% Matt to 100% Kelly. There is no other way to interpret that sentence.  If you meant to ask for them to change it from Matt being 100% responsible to Matt only being 70% responsible, that is not what that sentence conveyed.  You added a sentence which said "See below", and then you added a clip of the originally-requested 70/30 split at the end, but that clip with the correct split contradicted your initial sentence which requested that Kelly be 100% matter responsible; that contradiction is what made your communication anything but clear.  Then, adding to the confusion, in your subsequent email, you doubled-down on your initial request, by again saying "**Kelly should be the matter responsible. So it should change from Matt to Kelly.**"  Again, I'm not sure how anyone could read that sentence to mean anything other than what it very clearly says, which is that you're asking to make Kelly "the" matter responsible attorney, i.e. the 100% matter responsible, the only matter responsible attorney, not a 70/30 split with Matt.

This is very basic, elementary communication.  This has nothing to do with training, or understanding of multifamily transactional law, this is daily required functioning.  You expressed interest in receiving my input/feedback in real time as to your performance, so I am taking 20 minutes out of my morning right now to explain to you, in very clear objective detailed analysis, that when I see something like this, where it is so undeniably evident that you've made an obvious and surprising error, and you're saying you still don't see the error even after I've taken the time to point it out to you, and you're still saying you've done nothing wrong… I really just don't know what more I can say here.   If you don't even see the problem, I'm not sure how you'll fix it, but it's definitely something you need to fix, because if you had this same type of miscommunication with a client or borrower's counsel rather than with our internal administrative team, I would have to drop everything and get on the phone immediately to do serious damage control, reassuring them that the deal is actually in capable hands.  Bottom line: this is not something I would expect from a fourth-year associate.

I am in the office 4 days a week, every week, available to discuss this further in person any time you wish.  Just so we are 100% clear, I have no intention of proactively contacting you to discuss this any further, as I've already given you my full and candid thoughts on the matter, nor am I necessarily implying that any further discussion need be had, rather I am merely clarifying that I leave it to your own initiative as to whether you wish to discuss it further.

Matt

**Matthew R. Bowsher**
**Partner**
troutman pepper
Office: 202.274.1939 ┊ Mobile: 301.512.0423
matthew.bowsher@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:31 AM
**To:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Thank you, Matt.

I thought I was clear with the first email I sent today as it relates to the percentage distribution (see attached).

**Gita F. Sankano**
**Associate**
troutman pepper
Direct: 202.220.1251 ┊ Internal: 803-1251
gita.sankano@troutman.com

App.F-Nickel-Ex.8

Troutman_00003256

**From:** Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>
**Sent:** Thursday, August 3, 2023 11:28 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

You are confused.  Kelly is not to be the sole 100% matter responsible attorney.   Per your original request, and per the other matters you've previously opened for me and Kelly, it should be 30% Kelly and 70% Matt.

**Matthew R. Bowsher**
**Partner**
troutman **pepper**
Office: 202.274.1939 ᛫ Mobile: 301.512.0423
matthew.bowsher@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:17 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

I just got a request to change the matter assigned from to Kelly?

Kelly should be the matter responsible. So it should change from Matt to Kelly.

I hope that that makes sense!

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ᛫ Internal: 803-1251
gita.sankano@troutman.com

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Thursday, August 3, 2023 11:14 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
The change request was entered.
Thanks

**Lisa Mauriello**
**Firm Intelligence Coordinator**

App.F-Nickel-Ex.8

troutman **pepper**
Direct: 757.687.7521 ┊ Internal: 17-7521
lisa.mauriello@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Thursday, August 3, 2023 11:09 AM
**To:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Hi Lisa,

Kelly should be the matter responsible attorney for this one. See below. Please update.

Thanks!!

| Matter Responsible Atty: | Kelly Mufarrige (30%) / Matt Bowsher (70%) |
|---|---|

**Gita F. Sankano**
**Associate**
troutman **pepper**
Direct: 202.220.1251 ┊ Internal: 803-1251
gita.sankano@troutman.com

---

**From:** Mauriello, Lisa M. <Lisa.Mauriello@troutman.com>
**Sent:** Wednesday, August 2, 2023 11:31 AM
**To:** Sankano, Gita F. <Gita.Sankano@troutman.com>; MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** RE: Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good Morning,
We combined the two properties into one matter, **018413.000867**
Thanks!

**Lisa Mauriello**
**Firm Intelligence Coordinator**
troutman **pepper**
Direct: 757.687.7521 ┊ Internal: 17-7521
lisa.mauriello@troutman.com

App.F-Nickel-Ex.8

Troutman_00003258

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Monday, July 31, 2023 2:10 PM
**To:** MFH New Matters <MFHNewMatters@troutman.com>
**Cc:** Mufarrige, Kelly A. <Kelly.Mufarrige@troutman.com>; Bowsher, Matthew R. <Matthew.Bowsher@troutman.com>; Staub, Julie Lynn <Julie.Staub@troutman.com>; Jackson, Tia L. <Tia.Jackson@troutman.com>; Morant, Michelle <Michelle.Morant@Troutman.com>; Stratton, Katherine E <Katie.Stratton@troutman.com>
**Subject:** Falls of Braeswood and Falls of Dairy Ashford - NEW MATTER

Good afternoon,

Please open the two deals below. We will only need **one client matter number** for these two.

Thanks,

| Client: | JLL |
|---|---|
| Deal Type: | **Freddie Mac** |
| Property Name & Location: | **Falls of Dairy Ashford**<br>**12707 Bellaire Boulevard**<br>**Houston, TX 77072** |
| Matter Opening Atty: | **Matt Bowsher** |
| Matter Responsible Atty: | **Kelly Mufarrige (30%) / Matt Bowsher (70%)** |
| Matter Assigned Atty: | **Gita Sankano** |
| Closing Date: | **08/30/2023** |
| Loan Amount: | **$17,400,000** |
| Borrower(s): | **Falls of Dairy Ashford LP** |
| Guarantor(s) /<br>Key Principals(s): | **Rao J. Polavarapu** |
| Originator: | **Luke Rogers** |
| Closer: | **Patrick McCarren** |

| Client: | JLL |
|---|---|
| Deal Type: | **Freddie Mac** |
| Property Name & Location: | **Falls of Braeswood**<br>**8801 South Braeswood Boulevard**<br>**Houston, TX 77031** |
| Matter Opening Atty: | **Matt Bowsher** |
| Matter Responsible Atty: | **Kelly Mufarrige (30%) / Matt Bowsher (70%)** |
| Matter Assigned Atty: | **Gita Sankano** |
| Closing Date: | **08/30/2023** |
| Loan Amount: | **$16,781,000** |
| Borrower(s): | **Falls of Braeswood LP** |
| Guarantor(s) / | **Rao J. Polavarapu** |

| Key Principals(s): | |
|---|---|
| Originator: | Luke Rogers |
| Closer: | Patrick McCarren |

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 ┊ Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.F-Nickel-Ex.8