UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>           Plaintiff,<br><br>           v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>           Defendants. | Case No. 1:24-cv-00142 |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Appendix H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP and BRIAN IWASHYNA,<br><br>    Defendants. | Case No. 1:24-cv-00142 |

## **DECLARATION OF JONATHAN LAUTT**

The undersigned states the following:

1. My name is Jonathan Lautt. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2. Prior to July 1, 2020, I was a partner at Troutman Sanders LLP. On July 1, 2020, resulting from its combination with Pepper Hamilton LLP ("Pepper Hamilton"), Troutman Sanders changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman"). On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3. I was a partner in Troutman's Multifamily Housing Finance ("MFH") practice group throughout the time Gita Sankano was employed by Troutman, and I am currently a partner in MFH.

**Ms. Sankano's Work Performance**

4. I worked with Gita Sankano on a number of deals during her employment at Troutman. I thought her work product was poor, and was not as good as that of other junior associates with whom I worked.

5. Ms. Sankano's writing contained numerous typos – incorrect syntax, and major errors that reflected a lack of proofreading. Even more troubling, on many occasions, Ms. Sankano included phrases and paragraphs from prior deals in a document she was preparing, even when they obviously did not apply to the current deal. For instance, on one deal she worked on in July 2023, Ms. Sankano included a footnote in a Preliminary Legal Issues Memorandum that began "Since the Loan has been securitized, the Guide's references to "Freddie Mac" in the performing loan context should be read to refer to..." However, the loan in this particular matter had not been securitized – something Ms. Sankano knew or certainly should have known, as a mid-level associate. I provided a markup to Ms. Sankano with my changes and comments on her work product.

1

6.  I found that when Ms. Sankano had a project that required to do the same type of work again and again, she generally did an acceptable job on the project. But when the project required her to do something different or apply what she had learned in a different way, she did poorly on the project.

7.  When Ms. Sankano initially began working with me in 2020, I thought her attitude was good, even if her work product was not good. However, over time, Ms. Sankano's attitude deteriorated when I tried to correct her work product or counsel her on ways that she could improve. On one occasion in 2023, I was on a call with Ms. Sankano going through the work she had done and she was responding to me in a short and dismissive manner, uttering only monosyllables and barely acknowledging my comments. And then she actually hung up on me, before we were finished. I was so surprised that I walked down the hall and told a colleague of mine about the interaction.

**Feedback I Provided to MFH Practice Group Leadership About Ms. Sankano's Work**

8.  I provided feedback about Ms. Sankano to our Practice Group Leader, Brian Iwashyna, on a number of occasions. Often, I provided this feedback during in-person discussions with Mr. Iwashyna, who works in the same office as I do, but occasionally, I provided the feedback in writing.

9.  In October 2020, Mr. Iwashyna asked me how Ms. Sankano was doing on work for me. I responded in two emails on October 13, 2020. In the first, I stated that it had been "a little rough" working with her, explaining:

> When just learning, I don't "ding" legal misses – but many of the misses are syntax and a lack of proofreading (not minor – major). Also, I've given her prior art on the exact topic so it'd be pretty hard not to come close. [Sic] 's been several instances, however, where she just left in phrases and paragraphs from the prior deal(s) that simply don't apply, and it should be very obvious – I'm talking fact patters and such. I'm saying you don't have to know the "law" to know it doesn't apply – way more obvious than that. Anyway, what I DO like is she has a great attitude and always accepts my comments and has even asked for more serving work – which I'm happy to give. I like working with her. I have asked her to at least READ what she turns in though!!

Exhibit 1. Later that day, I sent Mr. Iwashyna a second email with another example of sloppy work product from a draft I had just received from Ms. Sankano:

> On the 3rd edit she's still calling Keybank "Key" in some places and uses full name in others (goes back and for[th] in memo and not because it's a defined term – she's just not paying attention.) UGH

Exhibit 2.

2

10. In 2021, I told Mr. Iwashyna that I no longer wanted to work with Ms. Sankano because of the errors in her work product, the fact that she was not performing at the level I would expect, and her negative attitude towards my feedback. After that, I no longer worked much with her directly (although sometimes, the associates working on my deals would bring her in to perform specific tasks).

11. In May 2023, Mr. Iwashyna asked me to try working with Ms. Sankano again. I told him that I was willing to give Ms. Sankano another chance. However, I found that Ms. Sankano's work product had not materially improved (even though she was more senior now), and she was still resistant to feedback. I shared my impressions of Ms. Sankano's work product and attitude with Mr. Iwashyna in the summer of 2023.

**My Performance Evaluation of Ms. Sankano**

12. I did not complete a performance evaluation for Ms. Sankano in 2020-2022. I was not solicited to complete an evaluation for her in any of those years. I do not typically evaluate an associate if I am not solicited to complete an evaluation for them.

13. I completed a formal written evaluation of Ms. Sankano's work performance in 2023. My written evaluation accurately reflected my opinions about Ms. Sankano's work at the time I completed it.

14. At the time I completed my evaluation of Ms. Sankano's work in October 2023, I was not aware of any discussions that the MFH practice group leadership, Legal Talent, and/or the Associate Development Committee may have been having about Ms. Sankano. I am not in a leadership position in the MFH practice group, so I am not involved in any discussions or decisions about the termination of an associate's employment. I was not aware that Ms. Sankano's employment was going to be terminated prior to the day of the termination.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
_____    1/30/2025
Jonathan Lautt                       _____
                                     Date

| | |
|---|---|
| **From:** | Lautt, Jonathan J.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2344CE2B15A54C27A71132468AF130D0-LAUTT, J] |
| **Sent:** | Tue 10/13/2020 5:11:29 AM (UTC-04:00) |
| **To:** | Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Subject:** | RE: Gita Feedback |

I think she's on her 3rd project for me right now!It's been a little rough, but she has a good attitude.When just learning I don't "ding" legal misses – but many of the misses are syntax and a lack of proofreading (not minor – major).Also, I've given her prior art on the exact topic so it'd be pretty hard not to come close. 's been several instances, however, where she just left in phrases and paragraphs from the prior deal(s) that simply don't apply, and it should be very obvious – I'm talking fact patterns and such.I'm saying you don't have to know the "law" to know it doesn't apply – way more obvious than that.Anyway, what I DO like is she has a great attitude and always accepts my comments and has even asked for more servicing work – which I'm happy to give.I like working with her.I have asked her to at least READ what she turns in though!! 

**Jon Lautt**
Partner
**troutman** pepper
Direct: 804.697.1422 | Mobile: 704.995.6930 | Internal: 15-1422
jon.lautt@troutman.com

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Monday, October 12, 2020 11:49 PM
**To:** Lautt, Jonathan J. <Jon.Lautt@troutman.com>
**Subject:** Gita Feedback

Saw that she did a servicing memo for you. did she do?

**Nora Garcia Nickel**
Partner
Direct: 804.697.1259
nora.nickel@troutman.com

**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.H-Lautt-Ex.1

Troutman_00006419

| | |
|---|---|
| **From:** | Nickel, Nora Garcia[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GARCIAMN] |
| **Sent:** | Wed 10/14/2020 1:26:14 AM (UTC-04:00) |
| **To:** | Lautt, Jonathan J.[Jon.Lautt@troutman.com] |
| **Subject:** | RE: Gita Feedback |

Appreciate the feedback!

**Nora Garcia Nickel**
**Partner**
troutman pepper
Direct: 804.697.1259
nora.nickel@troutman.com

---

**From:** Lautt, Jonathan J. <Jon.Lautt@troutman.com>
**Sent:** Tuesday, October 13, 2020 5:18 AM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Subject:** RE: Gita Feedback

For example – just read another draft.On the 3rd edit she's still calling Keybank "Key" in some places and uses full name in others (goes back and for in memo and not because it's a defined term – she's just not paying attention).UGH!

**Jon Lautt**
**Partner**
troutman pepper
Direct: 804.697.1422 | Mobile: 704.995.6930 | Internal: 15-1422
jon.lautt@troutman.com

---

**From:** Nickel, Nora Garcia <nora.nickel@troutman.com>
**Sent:** Monday, October 12, 2020 11:49 PM
**To:** Lautt, Jonathan J. <Jon.Lautt@troutman.com>
**Subject:** Gita Feedback

Saw that she did a servicing memo for you. did she do?

**Nora Garcia Nickel**
**Partner**
Direct: 804.697.1259
nora.nickel@troutman.com

troutman pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

App.H-Lautt-Ex.2
Troutman_00006454