**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

GITA F. SANKANO,

               Plaintiff,

        v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP AND BRIAN IWASHYNA,

            Defendants.

Case No. 1:24-cv-00142

---

<u>STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

# Appendix I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>                Plaintiff,<br><br>        v.<br><br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP and BRIAN IWASHYNA,<br><br>                Defendants. | Case No. 1:24-cv-00142 |

## DECLARATION OF KALLE COVERT

The undersigned states the following:

1.      My name is Kalle Covert. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2.      During the time period from September 2021 until December 31, 2024, I was employed by Troutman Pepper Hamilton Sanders LLP ("Troutman") as its Director of Professional Development in the Legal Talent department. On January 1, 2025, the firm's name changed to Troutman Pepper Locke LLP, and I continued serving as the firm's Director of Professional Development. In this role, I am responsible for coordinating all aspects of the professional development of the firm's associates, including the management of their performance, their compensation, their advancement and promotion, and their termination. I work directly with the members of the leadership team responsible for associate development for each of the firm's practice groups as well as the Associate Development Committee ("ADC").

### Troutman's Associate Performance Evaluation Process

3.      At Troutman, we have a standard cycle for reviewing associate performance. In April, we conduct interim evaluations for newly hired associates. In the spring or early summer, we have a mid-year meeting with each practice group to follow up on issues identified in the previous year-end reviews, identify any issues that have arisen with respect to their associates, and assess how associates are progressing in their path to partnership.

4.      In September, the formal associate evaluation cycle begins. While the dates vary some every year, in 2023, associates were asked to identify evaluators and submit their self evaluations in September. Partners, counsel, and senior associates then were given from September 18 until October 6 to evaluate associates. The consolidated written evaluations were released to the practice groups on October 12, and Legal Talent and the ADC met with each practice group to discuss the evaluations in October and November. Associates whose employment was being terminated during the evaluation cycle generally were notified in November and early December.

Copies of the written performance evaluations and the amount of any merit increases were released to associates whose employment is not being terminated in early December. Finally, conferences were held with associates in December and January to go over the evaluations and discuss any questions the associate might have. For junior associates in their first through fourth year, these conferences are held between representatives of the practice group (usually, Professional Development Partners ("PDPs") or Practice Group leaders) and the associate. For mid-level and senior associates in their fifth year and up, these conferences are generally held with a member of the ADC, the associate, and sometimes a representative or two from the practice group (usually PDPs). The process described above is the process that is generally followed all practice groups in the firm, including MFH.

**June 2023 Meeting Where Gita Sankano's Performance Problems Were Discussed**

5.      In 2023, the mid-year meeting between Legal Talent, the ADC, the MFH Practice Group Leader (Brian Iwashyna), other members of the Multifamily Housing Finance (MFH) practice group leadership team responsible for associate development (Professional Development Partners, and Associate Development Committee members), and the MFH Practice Director was held on June 16, 2023. Before this meeting, on June 13, 2023, the Practice Director supporting MFH, Mary Cabell Sulc, sent me a list of all the associates in the MFH practice group, and the practice group's high-level assessment of each associate. On the list, Gita Sankano was one of three associates identified by the practice group as being on the "Watch List." Ms. Sulc explained in her email:

> Gita was struggling at the time of the merger, so we moved her onto deals with leg[acy] T[routman] S[anders] attorneys and she was doing well. However, it seems she may have plateaued and is no longer progressing in her development. Her hours are good and she's very responsive, but she's not operating at the level we'd expect. She's worked with many different partners in the group (DC and RIC) to find a fit, without success.

*See* Exhibit 1. I forwarded this email to the Chair of the ADC (Steve Hewitson). *See id.*

6.      I attended the June 16, 2023 mid-year meeting that we (Legal Talent) and the ADC held with MFH Practice Group Leader Brian Iwashyna, the other members of the MFH leadership team responsible for associate development, and the MFH Practice Director. The purpose of this meeting was to discuss the associates in the MFH practice group and their path forward. During the conversation, the group discussed the MFH practice group's concerns with Ms. Sankano not taking her analysis to the next level, not performing at the level expected of a rising fifth-year associate, and not being on track to make partner. We also discussed whether it might make sense to move Ms. Sankano from partnership track to career path, but did not reach a decision about whether to do that. The group also agreed that PDP Nora Nickel would talk to Ms. Sankano about using the professional coaching service that the firm provides to associates. The practice group also wanted to have Ms. Sankano work with another partner (Jennifer Bojorquez) to see how that went.

7.      On June 21, 2023, I sent a summary of the June 16, 2023 meeting to the MFH leadership team who attended the meeting, the Department Chair, and the Chair and Vice Chair of the ADC, and members of my team. *See* Exhibit 2. In creating this summary, I was not trying to record all of the points that were discussed with respect to each associate in the MFH group. Rather, I was trying to summarize what I thought were the key takeaways from the discussion and items where follow-up was needed. When I mentioned in my notes that Ms. Sankano was a "[p]otential alternate track candidate," I was not saying that I thought she had the potential to be an alternate track candidate. Rather, I was saying that the group discussed that she was potentially a candidate to be moved to the alternate career path (i.e. off partnership track). Similarly, when I mentioned in my notes that Ms. Nickel was going to talk with Ms. Sankano as an "initial step," I was not implying that there are formal steps in the performance management of an associate. Rather, I meant that coaching would be explored before other action was taken.

**End-of-Year Performance Discussions in November 2023**

8.      On November 2, 2023, I participated in a meeting between Legal Talent, the ADC, the MFH Practice Group Leader, the other members of the MFH leadership team responsible for associate development, and the MFH Practice Director. As we do with all practice groups, we held this meeting to discuss the written evaluations that were completed for the associates in the group, assess the associates' overall performance, and determine next steps with respect to the associates. In this meeting, it was clear that the MFH practice group had decided to terminate Ms. Sankano's employment during this evaluation cycle, and the only question was the timing of the termination. A true and correct copy of my notes reflecting this discussion are attached as Exhibit 3. At no point during this November 2, 2023 meeting did anyone mention the fact that Ms. Sankano had filed a complaint with the Human Resources department.

9.      Initially, the MFH practice group was planning to give Ms. Sankano a "soft message," letting her know that during her review conference in January, she would receive notice that she was being offered 3-month job-search leave as severance. I prepared talking points reflecting this plan, and sent to the practice group on November 9, 2023. *See* Exhibit 4. At one point, Blair Schiff and Marshall Tucker asked me if they could give Ms. Sankano a longer severance package than the standard 3 months. I told them that we do not make exceptions to that standard amount for associates. I also tried to encourage the practice group to deliver the termination message immediately, as I have generally found that it is better to take action once the decision has been made, and there is often a concern that if the termination date is delayed, attorneys will not give the associate work. Mary Cabell Sulc then informed me that the practice group had decided to move forward with informing Ms. Sankano of the termination in 2023. Based on that, we decided to schedule Ms. Sankano's termination meeting for November 29, 2023.

10.      I prepared an outline for the termination meeting, and then sent it to Mr. Schiff and Mr. Tucker to review and add examples. *See* Exhibit 5. Mr. Schiff added details about the reasons for the termination and examples of performance problems from some of the partners who had worked with Ms. Sankano.

11.      We conducted Ms. Sankano's termination notification meeting on November 29, 2023, as planned. I sent Ms. Sankano a meeting invite that morning, as is my usual practice when

scheduling termination meetings. Mr. Schiff read the script informing Ms. Sankano of the reasons for her termination, and then I explained the 3-month severance package she was offered. Immediately after the meeting, I sent Ms. Sankano an email containing information on separation benefits, matter transition documentation, and departure procedures. The manner in which we scheduled and conducted the termination meeting is generally consistent with how we handle such meetings for other associates.

12.     Following the termination meeting, Ms. Sankano asked me for a copy of her performance evaluations for 2023. I sent a packet of those evaluations to her on December 4, 2023. *See* Exhibit 6. We do not typically provide evaluations to associates being terminated unless they ask for them.

13.     I understand that Ms. Sankano believes that changes were made to her 2023 performance evaluations after each reviewer submitted his or her evaluation in September or October 2023. That is not correct. No changes can be made after the window for submissions closes (unless my team or I make them, which we did not).

14.     The deadline for Ms. Sankano to return the signed Separation and Release Agreement in order to receive 3 months of job-search leave as severance was December 6, 2023. Ms. Sankano did not return the signed agreement by that time, so we proceeded to terminate her employment on December 7, 2023.

**Gita Sankano's Work Performance**

15.     My department, Legal Talent, maintains copies of associates' performance evaluations (including performance evaluations for associates who came from Pepper Hamilton LLP).

- A copy of Ms. Sankano's consolidated 2020 performance evaluations is attached as Exhibit 7.

- A copy of Ms. Sankano's consolidated 2021 performance evaluations is attached as Exhibit 8.

- A copy of Ms. Sankano's consolidated 2022 performance evaluations is attached as Exhibit 9.

- A copy of Ms. Sankano's consolidated 2023 performance evaluations is attached as Exhibit 10.

16.     Each year, the firm asks attorneys who worked with associates to review those associates' work product. Partners, counsels, and senior or mid-level associates are solicited to complete evaluations using a two-part process. First, the system identifies any matters on which an associate worked at least 25 hours. The system then identifies any more senior attorney (partners, counsels, or more senior associate) who also worked at least 10 hours on that matter. This list of potential evaluators is then provided to the associate, and the associate is asked to add evaluators to the list who were not identified by the system. For instance, if an associate worked

with a partner on a smaller matter that did not hit the hours threshold but the work was substantive, we would expect the associate to add that partner to the list of reviewers. Associates are also able to remove evaluators from their list, if they did not work substantively with the evaluator. For instance, if an associate worked on one part of a deal, the system might identify a number of potential evaluators who had sufficient hours on that matter to trigger a request for an evaluation, but if those attorneys did not actually work with or supervise the associate, they do not need to be asked to complete an evaluation. Associates are not, however, supposed to remove an evaluator from the list simply because they think that the evaluator will give them a bad evaluation. We tell associates this in the written instructions that they are given in connection with the evaluation process.

17.     In 2023, the evaluation system identified a number of potential evaluators for Ms. Sankano's work, including Dameon Rivers and Matt Bowsher. However, Ms. Sankano removed Mr. Rivers and Mr. Bowsher from her list of evaluators, so they were never solicited for an evaluation of her performance in 2023.

18.     The evaluation system pulls information from the firm's billing system to determine who worked on a particular matter for how many hours in a year, but the list of clients and matters on an associate's evaluation form is not a definitive list of all the matters the associate worked on with a particular partner. The most reliable information about which attorneys worked on a particular matter would be found in the firm's billing system.

19.     During Ms. Sankano's employment, the firm used a 5-point rating scale in its associate evaluations. The rating scale is basically as follows:
        5 – Stellar performance / consistently exceeds expectations
        4 – Above-average performance that often exceeds expectations
        3 – Satisfactory performance that meets expectations for an associate of that class year
        2 – Needs improvement and does not meet expectations
        1 – Consistently and significantly underperforming

20.     I understand that Ms. Sankano has alleged in her Complaint that her average rating in her 2023 evaluation was 3.5 and that she suggests she should not have been fired. The average rating score for Ms. Sankano is largely irrelevant because (a) that rating score includes both ratings on hard skills (like Research & Analysis) and ratings on softer skills (like Firm Citizenship), which are not equally important, and (b) practice groups do not look at an associate's average ratings in making decisions with respect to associate performance management and termination. Legal Talent never provided MFH with the average ratings for Ms. Sankano (or any other associate in that group).

21.     However, even if Ms. Sankano's average rating were relevant and had been taken into account, that rating supports the decision to terminate Ms. Sankano's termination. As an initial matter, the average of Ms. Sankano's ratings for 2023 was 3.63, not 3.5. That average rating score was the second lowest of all the associates in the MFH practice group that year. The only associate with a lower score was a second-year associate whose 2023 average score represented an improvement over her average score for her first year. In contrast, Ms. Sankano's average ratings dropped every year from 2021 to 2023:

| Year | Average Rating |
|------|----------------|
| 2021 | 4.05 |
| 2022 | 3.93 |
| 2023 | 3.63 |

22.     This drop in Ms. Sankano's average ratings is supported by an increase in negative comments about her performance.  This is the opposite of what we expect to see from associates as they become more senior.

23.     In fact, the other MFH associates with average ratings below 4.0 in 2023 all were either terminated or moved into a career path role.

24.     In 2023, Ms. Sankano received twenty-two (22) ratings of 2 (needs improvement).  This was more than any other associate at the firm that year.  Ms. Sankano's attorneys asked me whether the ratings for Ms. Sankano were changed after they were originally entered into the performance evaluation system.  They were not.

**No Standard Process for Handling Associates Who are Not Meeting Expectations**

25.     When an associate is not meeting expectations, Legal Talent and the ADC usually work with the practice group to determine how to handle the situation.  Troutman does not have a formal process with steps that must be followed when an associate is not meeting expectations.

**Performance Improvement Plans / Corrective Action Plans**

26.     As Director of Professional Development, I know when associates are placed on a Performance Improvement Plan ("PIP") or Corrective Action Plan ("CAP"), and I am involved in each of those decisions.  The firm has never had a practice of regularly placing associates on a PIP or CAP before terminating their employment.  In fact, PIPs and CAPs are used very rarely, and exclusively in situations where, in the judgment of the practice group, the associate is exhibiting performance problems that can realistically be fixed within a 30-, 60-, or 90-day period, and the associate can show measurable improvement within that timeframe.  For instance, in 2023, the MFH practice group placed associate Sonali Gupta on a 30-day CAP because she was not entering her time into the system on a regular basis before the weekly deadlines.  I discussed this issue with the MFH practice group, and we thought that if Ms. Gupta were placed on a CAP, she should be able to improve her time entry within 30 days.  Ms. Gupta ultimately failed to improve her time entry after being placed on a CAP, and her employment was terminated.  Ms. Gupta is the only associate in the MFH group who has ever been placed on a CAP or a PIP since I became Director of Professional Development.

27.     The MFH Practice Group Leader and the other members of the MFH leadership team responsible for associate development considered whether to place Ms. Sankano on a PIP or CAP in 2023.  But we discussed the fact that the problems Ms. Sankano was exhibiting (primarily failure to conduct the requisite legal analysis and perform at her level) were not something that could be fixed within a 90-day period.  Consequently, we decided that it did not

make sense to place Ms. Sankano on a PIP or CAP in 2023. Ms. Sankano's race had nothing to do with the decision not to place Ms. Sankano on a PIP or CAP.

**Career Path Positions**

28.    Prior to 2023 Troutman only had one "track" for associates: partnership track. All associates were expected to continue progressing towards partnership as they became more senior, and if they did not, their employment would be terminated, or they would be asked to leave (or, if they were progressing but did not have a business case to make partner, they might be promoted to Counsel). In 2023, Legal Talent and the ADC rolled out a new track for associates, known as "career path." Associates could be moved from partnership track to career path if they were good performers, but they did not have a business case to become a partner or needed a smaller commitment to the firm (as the billable hour expectation for attorneys on a career path is less than the expectation for attorneys on the partnership track and career path attorneys are not expected to do nonbillable activities like business development).

29.    In 2023, the MFH practice group decided to move two associates from partnership track to career path: Iyanna Draper and Randy Hurlburt. Ms. Draper was moved to the career path because she had experienced a number of hardships in her life that meant she was not able to meet the hours requirements for a partnership track associate; moreover, the practice group determined that she was not likely to have a business case for partnership. Mr. Hurlburt (who was considered to be in the class of 2017) was moved to career path because his work performance was good, but a downturn in the type of work he did meant that he was not able to meet the billable hours requirements for a partnership track associate.

30.    The MFH practice group briefly considered whether to move Ms. Sankano from partnership track to career path in 2023. However, my manager (Chief Legal Talent Officer Sona Spencer) and I both counseled the MFH practice group leadership that career path should not be used as a "parking lot" for associates who were underperforming. Because Ms. Sankano was not performing as expected for someone with her years of experience, we did not think she was a good candidate for a career path position. Ms. Sankano's race had nothing to do with the decision not to move her into a career path position.

**August 25, 2023 Meeting with Ms. Sankano**

31.    On August 25, 2023, Mary Cabell Sulc and I met with Ms. Sankano to discuss her overall development.

32.    During this meeting, Ms. Sulc and I discussed Ms. Sankano's work mix as well as the partners and senior associates with whom she regularly works. While Ms. Sankano's hours were strong, we noted that an associate at her level should be getting most of their hours from being the lead associate on a transaction as opposed to doing more one-off work, such as Second Attorney Reviews ("SARs"). Ms. Sankano indicated that she would like to get more exposure to complex, multi-layer deals. We suggested that she continue to ask for these opportunities to do higher-level work to make sure that the assigning attorneys know that she is available and interested in working with them. We also encouraged her to ask for feedback, both during a deal,

as well as after a deal to ensure that Ms. Sankano would know what she can do better in the future.

33.    During the August 25 meeting, Ms. Sulc and I also discussed Ms. Sankano's past reviews with her. We noted that while nearly every reviewer praised her impressive responsiveness, multiple reviewers also suggested that she should slow down and work more carefully to avoid making mistakes. We discussed that Ms. Sankano's reviews as a junior associate were very strong, and even commented that she had been a "rockstar" in the past, based on her responsiveness and willingness to work hard. But we noted that Ms. Sankano's reviews had not evolved regarding the substantive work and had continued to decline each year, with some reviewers even giving her 2s and 3s in 2022. We discussed that Ms. Sankano was seeking coaching to work on internalizing this feedback and putting a plan in place to make sure these issues are addressed so attorneys in the group would feel confident giving her work.

34.    Ms. Sankano mentioned to us during the August 25 meeting that it had been hard for her to get training in the DC office as the team does not come in as often. Because she often worked with Whitney Loughran and others in the Richmond office, we suggested that she should plan to spend some time in Richmond to become more integrated into teams, take advantage of in-person training and mentoring, and experience the team environment in that office. In making this suggestion to Ms. Sankano, we were not treating her differently than white associates. In fact, I regularly give this advice to associates who are struggling to become integrated with a practice group where many of the attorneys are based in another office to visit that office. We were not suggesting that Ms. Sankano move to Richmond (although that would have been fine and is not uncommon for associates to make such moves).

35.    At the end of the August 25 meeting, Ms. Sankano thanked us for meeting with her, saying she really appreciated our interest and that we were so invested in her success. After she left, Ms. Sulc and I commented to each other that Ms. Sankano did not seem to have absorbed the message we believed we had delivered that her continued employment was in jeopardy .

36.    A copy of my notes from the August 25, 2023 meeting is attached as <u>Exhibit 11</u>.

**Ms. Sankano's Compensation and Bonuses**

37.    In my role as Director of Professional Development, I work with the Chief Legal Talent Officer and the ADC to develop and implement policies regarding associate compensation (salaries and bonuses) and decisions. I am also responsible for overseeing the associate compensation process each year.

38.    Throughout Ms. Sankano's employment with Troutman, Troutman has had a lockstep compensation system for certain levels of associates. Ms. Sankano was in a "lockstep" level while she was employed at Troutman. This means that she received the same compensation and merit increases as other associates at her level (*i.e.* her Troutman class year of 2019), regardless of her hours and work performance. Ms. Sankano also received the same market adjustments, COVID adjustments, and remote work allowances as other associates in her Troutman class year.

39.    Associates at Troutman are eligible to receive bonuses annually, in addition to their base salary. Throughout Ms. Sankano's employment (*i.e.* from July 2020 to December 2023), the bonuses that the firm provided to associates were referred to as "discretionary," because the firm retained discretion over whether to pay an associate a bonus or not.

40.    The process that we used to set associate bonuses was as follows. First, Legal Talent works with the ADC to propose target bonuses for associates at each Troutman class year. This bonus would be awarded to most associates who achieved a specified minimum number of hours (including both billable hours and certain categories of non-billable hours) or more. In 2021 (but not 2022 or 2023), if an associate worked significantly more hours than the minimum number of hours, Legal Talent and the ADC could propose an additional "kicker" to the target bonus amount. The bonus amounts proposed by Legal Talent and the ADC would then be sent to the Practice Groups for review. If a Practice Group wanted to award an associate more or less than the proposed amount, it could make that request, and Legal Talent and the ADC would take that request into consideration before making the final decision. In 2021, 2022, and 2023, an associate's work performance did not affect the amount of their bonus (except that an associate who had been placed on a PIP or CAP or had been notified that their employment is being terminated generally would not receive a bonus).

41.    For the calendar year 2021, our system showed that Ms. Sankano had 2302 billable hours. Thus, she met the 1900-hour threshold required to be eligible for a bonus that year. Legal Talent and the ADC proposed that Ms. Sankano receive a bonus of $32,500, which was the target market bonus for her Troutman class year, plus a 5% kicker because her billable hours for 2021 were so high. The MFH practice group did not request any change to the amount of Ms. Sankano's bonus for 2021.

42.    For the calendar year 2022, our system showed that Ms. Sankano had 2203 billable hours. Thus, she met the 1850-hour threshold required to be eligible for a bonus that year. Legal Talent and the ADC proposed that Ms. Sankano receive a bonus of $57,500, which was the target market bonus for her Troutman class year. The MFH practice group did not request any change to the amount of Ms. Sankano's bonus for 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____          ____1/30/25_____
Kallé Covert                              Date

| | |
|---|---|
| **From:** | Hewitson, Steven J.[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=HEWITSSJ] |
| **Sent:** | Thur 6/15/2023 3:50:20 PM (UTC-04:00) |
| **To:** | Wisotsky, Audrey D.[Audrey.Wisotsky@troutman.com] |
| **Subject:** | FW: CONFIDENTIAL -- MFH PG Meeting |

**Steven J. Hewitson**
**Partner**
troutman **pepper**
Direct: 404.885.3475 | Mobile: 404.202.7807 | Internal: 11-3475
steven.hewitson@troutman.com

**From:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Sent:** Wednesday, June 14, 2023 8:49 AM
**To:** Hewitson, Steven J. <steven.hewitson@troutman.com>
**Subject:** FW: CONFIDENTIAL -- MFH PG Meeting

FYI on this as I think you are the lead for the MFH meeting. They are pretty decided on their seniors so they specifically asked to spend time discussing some of the more junior associates who are struggling. Mary Cabell is picking up her daughter from camp on Friday, so she likely won't be on the call and passed along her notes as background.

**Kalle R. Covert**
**Director of Professional Development**
troutman **pepper**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

**From:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Sent:** Tuesday, June 13, 2023 5:32 PM
**To:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Subject:** CONFIDENTIAL -- MFH PG Meeting

Hey there,
Below is the full MFH roster so you can have a wholistic view. Those highlighted in yellow need to be discussed. The three noted as "Watch List" (Gita, Sonali, and Iyanna) are the specific associates Brian would like guidance on.

Gita was struggling at the time of the merger, so we moved her onto deals with leg TS attorneys and she was doing well. However, it seems she may have plateaued and is no longer progressing in her development. Her hours are good and she's very responsive, but she's not operating at the level we'd expect. She's worked with many different partners in the group (DC and RIC) to find a fit, without success.

Sonali has struggled with time management and prioritizing her work. She's been paired with numerous partners/sr. associates but is operating below her class year, isn't getting her hours (or putting her time in

App.I-Covert-Ex.1

on time!!). She been working with the coaching team. My take – not sure MFH is the right group for her.

Iyanna has had an extraordinarily hard year (or longer) with a series of family losses and other hardships. She is also very reserved and has had trouble integrating into the group. Because of all of this, she hasn't had the hours or the reps that she should have. My take is, again, that MFH may not be the right group for her (and big law may not be the right fit).

Happy to touch base on any of this that would be helpful.
MCS

| Employee Name | Office | Class Year | Year | Hire Date | |
|---|---|---|---|---|---|
| Popoola, Lanre A. | WDC | 2012 | 11 | 04/13/2022 | **Partnership path - 202** |
| O'Regan, Brendan | HAR | 2014 | 9 | 03/04/2013 | Needs time / or Caree |
| Koester, Lauren E | NYC | 2015 | 8 | 01/27/2015 | **Partnership path - 202** |
| Loughran, Whitney D. | RCH | 2015 | 8 | 09/17/2015 | **Partnership path - 202** |
| Mufarrige, Kelly A. | WDC | 2015 | 8 | 01/02/2018 | **Partnership path - 202** |
| Ebi, Ari | WDC | 2016 | 7 | 02/06/2017 | Partnership path - 202 |
| Irvin, Samuel A. | RCH | 2016 | 7 | 07/15/2019 | Partnership path - 202 |
| Patel, Ravi | RCH | 2016 | 7 | 11/28/2016 | Partnership path - 202 |
| Hurlburt, Randall | WDC | 2017 | 6 | 07/29/2011 | Needs time / or Caree |
| Imboden, Zachary | RCH | 2017 | 6 | 10/23/2017 | Partnership path - 202 |
| Mulugeta, Abby | RCH | 2017 | 6 | 08/13/2018 | Partnership path - 202 |
| Love, Katie | RCH | 2018 | 5 | 09/26/2018 | Partnership path - 202 |
| Sargent, Austin C | RCH | 2018 | 5 | 11/05/2018 | Partnership path - 202 |
| Scott, Nicole K. | RCH | 2018 | 5 | 03/16/2020 | Partnership path - 202 |
| Ernst, Kristen | WDC | 2019 | 4 | 05/15/2017 | Needs to get hours up |
| Sankano, Gita F | WDC | 2019 | 4 | 08/30/2019 | Watch list - Performan |
| Hemnani, Vishal M. | WDC | 2020 | 3 | 08/09/2021 | High performer |
| Kizner, Corinne S. | RCH | 2020 | 3 | 09/27/2021 | High performer |
| Krugovykh, Alina | WDC | 2020 | 3 | 11/12/2019 | Henry thinks she is get |

App.I-Covert-Ex.1

| | | | | | |
|---|---|---|---|---|---|
| Loffman, Chaya | LAX | 2020 | 3 | 01/06/2021 | Has been on maternity work. |
| Messersmith, Leilani B. | RCH | 2020 | 3 | 05/14/2018 | High performer |
| Draper, Iyanna M. | RCH | 2020 | 3 | 09/27/2021 | Watch list - Hours / Pe |
| Gupta, Sonali | RCH | 2020 | 3 | 01/06/2021 | Watch list - Hours / Pe |
| Song, HG | WDC | 2020 | 3 | 04/11/2022 | Solid |
| Echard, Taylor Campos | WDC | 2021 | 2 | 09/21/2022 | Working to get her mo |
| Foster, Brooke | RCH | 2021 | 2 | 02/16/2022 | Solid |
| Gershen, Alexander E | WDC | 2021 | 2 | 09/21/2020 | Works with Scott Fireis won't go up. |
| Nabozny, Samson R. | WDC | 2021 | 2 | 10/11/2021 | High performer |
| Sullivan, Cristina M. | WDC | 2021 | 2 | 08/30/2021 | Hours are an issue |
| Tropper, Rachel D. | RCH | 2021 | 2 | 11/01/2021 | Moving to Houston. D |
| Burton, Hannah E. | RCH | 2022 | 1 | 06/11/2018 | High performer |
| Gesang, Drolma | WDC | 2022 | 1 | 05/24/2021 | High performer |
| Willis, Gordon F. | RCH | 2022 | 1 | 05/24/2021 | High performer |

**Mary Cabell Sulc**
**Practice Director**
troutman **pepper**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

**From:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Sent:** Wednesday, May 31, 2023 8:08 PM
**To:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>; Spencer, Sona <Sona.Spencer@troutman.com>
**Subject:** RE: MFH PG Meeting

Hi –

Absolutely. We have a "time-permitting" section in the agenda to discuss mid-level and junior issues as well as people in those levels who are likely career track candidates. Anything you can share in advance to ensure that we are properly briefed for the call would be great.

App.I-Covert-Ex.1

Thanks!

**Kalle R. Covert**
**Director of Professional Development**
troutman **pepper**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

---

**From:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Sent:** Wednesday, May 31, 2023 11:25 AM
**To:** Spencer, Sona <Sona.Spencer@troutman.com>; Covert, Kalle R. <Kalle.Covert@troutman.com>
**Subject:** MFH PG Meeting

Good morning!

Brian and I were talking after the PGL meeting yesterday and agree that our Sr. Associates are pretty solid with only 1 in the "Need more info" category. We are prepared to discuss Brendan.
BUT … we do have some issues in our junior ranks. Could we plan to use some of our allotted time to discuss the juniors as well. Happy to send over a list of those associate where we'd like your guidance / input.

Let me know your thoughts!
Thank you,
Mary Cabell

**Mary Cabell Sulc**
**Practice Director**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

---

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.I-Covert-Ex.1

| From: | Covert, Kalle R.[/O=TROUTMANSANDERS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9EEFF4AC0D5940E680E8AFAB006FAA4F] |
|---|---|
| Sent: | Wed 6/21/2023 11:40:05 AM (UTC-04:00) |
| To: | Colby, Amie V.[amie.colby@troutman.com]; Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com]; Nickel, Nora Garcia[nora.nickel@troutman.com]; Schiff, Blair L.[Blair.Schiff@Troutman.com]; Tucker, Marshall D.[Marshall.Tucker@troutman.com] |
| Cc: | Sacchetti, Andrea N[Andrea.Sacchetti@troutman.com]; Wisotsky, Audrey D.[Audrey.Wisotsky@troutman.com]; Feeney, Gina M.[Gina.Feeney@troutman.com]; Hewitson, Steven J.[steven.hewitson@troutman.com] |
| Subject: | Follow Up: Multifamily Housing PG Associate Performance and Promotion Discussion |
| Attachment: | Multifamily Housing Finance Associate Discussion Summary_June 2023.docx |

All –

Thank you very much for taking the time to meet with us. We've attached a summary of the PG discussion capturing decisions and follow-up items. Please review and let us know if you have any corrections or clarifications to what was captured in the meeting. We appreciate all your efforts in managing your associate complement.


**Kalle R. Covert**
**Director of Professional Development**
troutman pepper
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers




-----Original Appointment-----
**From:** Lewis, Tricia C. <Tricia.Lewis@troutman.com>
**Sent:** Monday, May 15, 2023 4:11 PM
**To:** Lewis, Tricia C.; Colby, Amie V.; Iwashyna, Brian J.; Sulc, Mary Cabell; Nickel, Nora Garcia; Schiff, Blair L.; Covert, Kalle R.; Feeney, Gina M.; Tucker, Marshall D.; Hewitson, Steven J.
**Cc:** Sacchetti, Andrea N; Spencer, Sona; Wisotsky, Audrey D.
**Subject:** Multifamily Housing PG Associate Performance and Promotion Discussion
**When:** Friday, June 16, 2023 10:30 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom link below.

*This meeting has been moved from Wednesday, June 14th to Friday, June 16th at 10:30 am ET due to conflict.*

In preparation for Wednesday's meeting, please see the below agenda and attached Associate roster. Please note that tab 2 of the spreadsheet serves as a refresher to the Legal Career Track.

**Agenda - Multifamily Housing Finance Practice Group**

1. Meeting Overview/Goals
2. Senior Associates in Needs Information Category
   a. O'Regan, Brendan
3. 2-Year Promote Pipeline
   a. Ebi, Ari

App.I-Covert-Ex.2

Troutman_00000870

      b. Irvin, Samuel
      c. Koester, Lauren
      d. Loughran, Whitney
      e. Mufarrige, Kelly
      f. Patel, Ravi
      g. Popoola, Lanre
4. Legal Career Track Candidates
5. Mid-level and Junior Associate Performance Follow-Up and Career Track Candidates (time permitting)

_____

_____

**Topic: Multifamily Housing Finance PG Associate Performance and Promotion Discussion**
**Time: Jun 16, 2023 10:30 AM Eastern Time (US and Canada)**

To join the web conference meeting, click the link below or copy and paste it into your browser:

Zoom Conference Link: https://troutman.zoom.us/j/92825915640?pwd=WFJiYU02dlYvcGpOZ2lzT0hiRWlFQT09

Zoom Conference Password: 191603

Audio only attendees:
One tap mobile
+13017158592,,92825915640#,,,,*191603# US (Washington DC)
+13052241968,,92825915640#,,,,*191603# US

Dial by your location
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 646 931 3860 US
    +1 929 436 2866 US (New York)
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    833 548 0276 US Toll-free
    833 548 0282 US Toll-free
    877 853 5247 US Toll-free
    888 788 0099 US Toll-free
Meeting ID: 928 2591 5640
Passcode: 191603
Find your local number: https://troutman.zoom.us/u/act5Pp515s

Please remember to disconnect from the VPN while using web conference solutions to conserve the firm's bandwidth

App.I-Covert-Ex.2

for remote workers.

It is recommended to use Chrome / Firefox / Safari browsers to participate via video (webcam and microphone are required).

Please contact us at videomanagement@troutman.com or 404-885-2534 if you have any questions or concerns.

Zoom Attendees may test their computer and network in advance of the meeting by visiting https://zoom.us/test.

More information may be found on their support page at https://support.zoom.us/hc/en-us.

App.I-Covert-Ex.2

Troutman_00000872

**Multifamily Housing Finance**
**Associate Performance and Promotion Discussion**
June 16, 2023

troutman
pepper

---

## Summary of Discussion

**Senior Associates**

- Ari Ebi: Plan to nominate to Partner in 2024.

- Randall Hurlburt
    - Possible Legal Career track.
    - PG needs 1-2 years to assess if he is on the right trajectory.

- Zachary Imboden: Plan to nominate to Partner in 2025.

- Samuel Irvin: Plan to nominate to Partner in 2024.

- Lauren Koester: Plan to nominate to Partner in 2023.

- Whitney Loughran: Plan to nominate to Partner in 2023.

- Kelly Mufarrige: Plan to nominate to Partner in 2023.

- Abby Mulugeta: Plan to nominate to Partner in 2025.

- Brendan O'Regan
    - Likely Career Counsel.
    - Unique skill set (working with Scott Fireison and Leigh Poltrock).
    - Starting to build his own client base.

- Ravi Patel: Plan to nominate to Partner in 2024.

- Lanre Popoola: Plan to nominate to Partner in 2023.

**Mid-Level Associate Comments**

- Gita Sankano
    - Concern that she is not taking the analysis to the next level.
    - Potential alternate track candidate.
    - **Nora Nickel to talk with her about coaching as an initial step. Legal Talent to talk to Coaching and give them context**.

**Junior Associate Comments**

- Iyanna Draper
    - Has not found her footing in the PG.
    - **Legal Talent to follow up on what Firm resources we can offer to her**.

CONFIDENTIAL: Do not circulate.
158767524v1

Page 2



- Sonali Gupta:
  - Not grasping basic approach to practice skills even after seeking coaching.
  - **Candidate for a PIP. PG to report back to Legal Talent on timing.**

App.I-Covert-Ex.2

Troutman_00000874

## Multifamily Housing Finance
## Associate Performance Discussion



November 2, 2023

---

**Summary of Discussion**

---

**Senior Associates**

- Brendan O'Regan:
    1. Is the associate performing at their developmental level? Moving to Career Track.
    2. Is the associate in good standing? No, Brendan's R12 hours are 1,864.
    3. Developmental messages: Discuss expectations in the Counsel role.
    4. Current trajectory? Career Track (Counsel)

- Samuel Irvin:
    1. Is the associate performing at their developmental level? Yes.
    2. Is the associate in good standing? No, Samuel's R12 hours are 1,980.
    3. Developmental message: Important that he captures his time (including non-billable) as set by the Firm's Total Contribution Hours Policy.
    4. Current trajectory? Promote path.

- Ravi Patel:
    1. Is the associate performing at their developmental level? Yes.
    2. Is the associate in good standing? Yes.
    3. Developmental message: As written.
    4. Current trajectory? Promote Path.

- Ari Ebi:
    1. Is the associate performing at their developmental level? Yes.
    2. Is the associate in good standing? Yes.
    3. Developmental message: As written.
    4. Current trajectory? Promote Path

- Randall Hurlburt:
    1. Is the associate performing at their developmental level? Career Track.
    2. Is the associate in good standing? No, Randy's R12 hours are 1,346.
    3. Developmental message: Discuss expectations in the Career Associate role.
    4. Current trajectory? Career Track (Attorney). **PG is in the process of submitting a business case memo.**

- Abby Mulugeta:
    1. Is the associate performing at their developmental level? Yes.
    2. Is the associate in good standing? Yes
    3. Developmental message: None discussed.
    4. Current trajectory? On track.

- Zachary Imboden:
    1. Is the associate performing at their developmental level? Yes.
    2. Is the associate in good standing? Yes.

**CONFIDENTIAL**: Do not circulate.

App.I-Covert-Ex.3



      3.  Developmental message: None discussed.
      4.  Current trajectory? On track.

**Mid-level Associates**

- Katie Love:
  1. Is the associate performing at their developmental level? Yes.
  2. Is the associate in good standing? Yes.
  3. Developmental message: None discussed.
  4. Current trajectory? On track.

- Nicole Scott:
  1. Is the associate performing at their developmental level? Yes.
  2. Is the associate in good standing? Yes.
  3. Developmental message: None discussed.
  4. Current trajectory? On track.

- Austin Sargent:
  1. Is the associate performing at their developmental level? Yes.
  2. Is the associate in good standing? Yes.
  3. Developmental message: None discussed.
  4. Current trajectory? On track.

- Kristen Ernst:
  1. Is the associate performing at their developmental level? Yes.
  2. Is the associate in good standing? Yes.
  3. Developmental message: As written. PG to discuss with her what she would like her path to be.
  4. Current trajectory? On track.

- Gita Sankano:
  5. Is the associate performing at their developmental level? No.
  6. Is the associate in good standing? Yes with hours.
  7. Developmental message: Will receive exit message during this evaluation cycle.
  8. Current trajectory? Exit.

**Junior Associates**

- Chaya Loffman
  1. Is the associate performing at their developmental level? Yes.
  2. Is the associate in good standing? No, Chaya's R12 hours are 1,678.
  3. Developmental message: Regarding a potential move: PG is okay if she decides to relocate to the D.C. office, but there should be a hard message that the expectation is to be in the office at least 3 days a week.
  4. Current trajectory? On track.

App.I-Covert-Ex.3



- Iyanna Draper
  5. Is the associate performing at their developmental level? No.
  6. Is the associate in good standing? No, Iyanna's R12 hours are 1,818.
  7. Developmental message: Move to Career Track. Will have different expectations regarding client contact and management in this role.
  8. Current trajectory? Career Track.

- Cristina Sullivan
  9. Is the associate performing at their developmental level? Yes.
  10. Is the associate in good standing? No, Cristina's R12 hours are 1,606.
  11. Developmental message: 1) Discuss time management issues and explore coaching (if she has not already). This is the year to prove herself and take initiative.
  12. Current trajectory? On Track

App.I-Covert-Ex.3

Troutman_00000884

| From: | Tucker, Marshall D.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TUCKERMD] |
|---|---|
| Sent: | Mon 11/27/2023 12:20:41 PM (UTC-05:00) |
| To: | Schiff, Blair L.[Blair.Schiff@Troutman.com] |
| Subject: | FW: Draft Talking Points |
| Attachment: | MFH Associate Talking Points_11.9.23.docx |

**Marshall D. Tucker**
**Partner**
troutman pepper
Direct: 804.697.1895 | Internal: 15-1895
marshall.tucker@troutman.com

**From:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Sent:** Friday, November 10, 2023 1:17 PM
**To:** Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Subject:** FW: Draft Talking Points

**Mary Cabell Sulc**
**Practice Director**
troutman pepper
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

**From:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Sent:** Thursday, November 9, 2023 3:47 PM
**To:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Subject:** Draft Talking Points

See attached for draft talking points and some general tips for having this type of discussion. Let me know if you have comments or questions on anything. Thanks!

**Kalle R. Covert**
**Director of Professional Development**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

troutman pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

**Gita Sankano Conference Outline**

- Gita – this is a difficult meeting for us to have with you.
- We want to have an honest and transparent conversation about your future with the Firm.
- Over the past year multiple supervising attorneys have expressed concern with your performance, particularly the need to slow down, work more carefully to prevent mistakes, and demonstrate that you can perform more complex and level-appropriate work.
- This feedback has been shared with you over the course of the year, however, your written reviews for 2023 reflect that sufficient progress has not been made toward fixing these issues.
- After careful review, the practice group has determined that you do not have a path to advancement at the firm and we will be ending your employment with the firm during this review cycle.
- We think you will be able to find employment at a Firm or other employer that is a better fit for you. We want to try to support you and give you additional time to do so.
- To be clear, your employment is not ending today. Instead, we wanted to give you this information now so you can start to think about your path forward and look for other opportunities outside of the Firm.
- The Firm's coaches can help look for external opportunities and provide you with resume reviews, mock interviews, and general transition counseling and coaching services to help you craft your story. [C1]
- We hope you find a new position relatively quickly. However, I do want to let you know that if you have not resigned from the Firm by mid-January, we will have a formal separation meeting at that time. [C2]
- I know this is a lot to take in. We are happy to answer questions now, or we can break and talk again when you are ready.


**Conference Best Practices**

- Have two people in the meeting in addition to the employee.
- If in person, hold the meeting in a private location, preferably away from the rest of the practice group.
- Start the meeting and deliver the message right away – avoid small talk or pleasantries.
- Keep it brief and factual. Feel free to cite examples if asked for further clarification, but you do not have to justify the decision. Simply state the reasons and move on.
- Do not minimize the issues that led to this decision, even if you are trying to spare the employee's feelings.

App.I-Covert-Ex.4

## Page 1 Comments

**C1**    If partners are willing to make connections or recommend her for in-house roles, we can mention here.
*Covert, Kalle R.,  11/9/2023 09:50 AM*

**C2**    I know MFH is holding their review meetings in January. It would be good to give her the formal message around the same time those meetings are happening.
*Covert, Kalle R.,  11/9/2023 09:51 AM*

App.I-Covert-Ex.4

- If the employee becomes upset or argumentative, remain calm and say, "I understand that you feel that way, but the decision is final."
- If the employee mentions new information, such as an undisclosed illness or discrimination claim, do not ask further questions about the issue, and report the issue to your HR/Legal Talent for further handling.
- Do not apologize or say anything to indicate that you disagree with the decision or examples that have been laid out.

App.I-Covert-Ex.4

| From: | Covert, Kalle R.[/O=TROUTMANSANDERS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9EEFF4AC0D5940E680E8AFAB006FAA4F] |
|---|---|
| Sent: | Tue 11/28/2023 12:19:10 PM (UTC-05:00) |
| To: | Schiff, Blair L.[Blair.Schiff@Troutman.com]; Tucker, Marshall D.[Marshall.Tucker@troutman.com] |
| Subject: | Meeting Outline |
| Attachment: | Separation Meeting Template_GS_Nov 2023.docx |

Hi there –

See attached for a meeting outline for tomorrow. Does Gita know that we are planning to speak to her? If not, I will plan to send the calendar invite tomorrow morning. I have also given a heads up to Denise in the DC office so she can plan to be nearby in case there is any issue. I wasn't sure which of you wanted to take the lead on discussing the reasons, or if you both plan to speak during that part. Feel free to provide specific examples. I will help keep things on point if she brings up things outside the scope of this conversation. Let me know if you'd like to discuss anything before the meeting.

Thanks,

**Kalle R. Covert**
**Director of Professional Development**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers
────────────────
**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.I-Covert-Ex.5

**Gita Sankano Conference Outline – 11/29/2023**

**Kalle:**

Gita, this is a difficult conversation so I will get right to the message and then we can have further discussions. Your practice group and the Firm have decided that you do not have a path forward at the Firm. This decision was carefully considered and it is final. Blair/Marshall is going to briefly review the issues that led to this decision, then I will discuss next steps.

**Blair/Marshall:**[C1]

Gita – multiple partners in the PG have expressed concern that you are not operating at the level of a rising 5th year associate. Several of us have met with you to discuss expectations around improving the substantive quality of your work, taking ownership of deals, and getting beyond the basic mechanics of a deal. We have also discussed your tendency to rush and make avoidable mistakes simply because you are moving too quickly. Unfortunately, we have not seen you apply this feedback to your work, and we are seeing the same issues over and over again. As a result, partners have lost confidence in your ability to serve the firm and its clients. Unfortunately, we do not see a path for advancement for you at the firm. We want you to be able to find another platform where you will be able to advance your career and we believe you will be able to find employment in-house or with another employer that is a better fit for you. We want to support you and give you time to do this.

**Kalle:**

Under Firm policy, your employment would normally end today. However, we would like to give you 90 days during which you will be employed by the Firm but will not be required to perform work for the Firm. This means you will receive pay/benefits for the next 90 days; however, your time will be spent searching for a job as opposed to doing legal work. To have the 90 days, we will require that you sign a Separation Agreement with the Firm. I am going to send you a copy

If you choose to sign the Separation and Release Agreement you are waiving your right to certain claims listed in the agreement. You are also agreeing not to sue or bring any claims against the firm. You are also agreeing not to disclose any Firm trade secrets and confidential Firm information.

If you choose to sign the agreement, please return a copy to Shana Beldick, the firm's Chief Human Resources Officer. Her contact information is in the agreement. If returning via email,

161316150v1

App.I-Covert-Ex.5

Troutman_00000886

## Page 1 Comments

C1    I pulled these examples from past discussions and her reviews. Feel free to provide other specifics. I expect that she will have questions so we may want to briefly pause after this portion to give her that opportunity.
*Covert, Kalle R.,  11/28/2023 07:15 AM*

App.I-Covert-Ex.5

please include the whole document, not just the signature page. Please also CC me. If you do not sign the agreement, your employment will end on December 18, 2023. All of these details are included in the agreement for reference and I am also available to walk through any questions you may have.

**Job Search Leave Confidentiality**

The Firm's decision and your status will be shared on a very limited basis for those with a business reason to know. A small number of partners in the MFH practice group are aware of this decision. This information has not been shared with any other attorneys and employees and there are no plans to do so. The only way in which other employees will find out about your status is if you disclose it. We will not share information about your status with any staff, attorneys, or associates. When your separation period ends, you will be allowed to announce your departure as you wish, even if it implies that your departure is voluntary. We treat your departure like any voluntary departure from the firm and make no announcement.

**References**

The Firm's policy is to provide a neutral reference to all employees who have left the firm and release only positions and dates of employment regardless of the circumstances under which an attorney leaves the Firm. If potential employers contact the Firm during your separation period or following your separation, this is the only information that will be provided.

**Firm Equipment Access**

You will have access to your firm laptop and email account. However, during this period your firm equipment and email address are to be used expressly to facilitate your job search process and not to perform legal work for the Firm. You will also continue have access to the DC office.

Lastly, we recommend that you review the Separation Agreement with a significant other, tax accountant or attorney before signing to ensure you understand all the details within the agreement. I recognize this is a significant amount of information – I can walk through any questions you have now, as well as set up additional time to review later if that is helpful. Do you have any initial questions to what I have just reviewed with you?

161316150v1

**Next Steps**

After the meeting, I will e-mail you a form of transition memo and a list of transition procedures. Please complete and return the transition memo to Mary Cabell Sulc so your practice group can reassign any open matters, including pro bono matters.

The transition procedures address how you will get your personal documents/e-emails from the system. Please do not download/e-mail to yourself any Firm/client documents. As part of any transition from the firm, our IT Department routinely monitors transfer activity, and downloading or emailing numerous documents to a personal email account will be flagged.

**Questions?**

We realize that this is a lot to absorb and that you may have questions later. We can break now, and we will be available to answer questions when you are ready to talk again.

161316150v1

App.I-Covert-Ex.5

Troutman_00000889

| | |
|---|---|
| **From:** | Covert, Kalle R.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34AAA3EE52324E2AA271EB86965C3169-COVERT,] |
| **Sent:** | Mon 12/4/2023 11:01:17 AM (UTC-05:00) |
| **To:** | Sankano, Gita F.[Gita.Sankano@troutman.com] |
| **Subject:** | RE: Meeting Follow Up |
| **Attachment:** | Sankano Gita 25767 - Evaluation Materials 2023.pdf |

Hi Gita –
Please see attached and do not hesitate to reach out with any questions.
Thank you,
**Kalle R. Covert**
**Director of Professional Development**
troutman **pepper**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

---

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Wednesday, November 29, 2023 3:35 PM
**To:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Subject:** Re: Meeting Follow Up
Can I see my evaluation for this year please?
Thanks!

**Gita F. Sankano**
**Associate**
troutman**pepper**
Direct:202.220.1251|Internal:803-1251
gita.sankano@troutman.com
Pronouns: she, her,
On November 29, 2023 at 1:45:07 PM EST, Covert, Kalle R. <Kalle.Covert@troutman.com> wrote:
Gita –
Attached, please find information on separation benefits, matter transition documentation, and departure procedures. As you have a chance to review this information, we are available to answer any questions that may come up after our initial discussion earlier today. Thank you.

**Kalle R. Covert**
**Director of Professional Development**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

---

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.I-Covert-Ex.6

&lt;Separation Agreement_G.Sankano.pdf&gt;
&lt;REVISED--Matter Transition Memo for Departures.docx&gt;
&lt;Departing Attorney Procedures Document (Associates).pdf&gt;

App.I-Covert-Ex.6

2023 Associate Self-Evaluation

**Associate: Gita F Sankano**

<div style="text-align: right;">[ Completed ]</div>

### 🖽 Associate Profile

| Profile | Value |
|---|---|
| TP Office | Washington |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

#### Assessment of Professional Development and Contributions to the Firm

**Describe your most significant accomplishments or contributions during the 2023 calendar year. Consider areas of expertise or niche practices, commitment to client care, quality and level of work, business development initiatives, recruiting, mentoring, training, diversity & inclusion, service on firm committees and community service. Please limit your response to the space provided.**

- One of my most significant accomplishments this year was working with Jennifer Bojorquez. I had the pleasure of closing five deals with her this year. All of Jennifer's deals are not the standard MFH deals. Her deals included preferred equity, conversions, and buy-sell provisions, which are pretty complex. However, I was able to tackle these complex issues and remain responsive, which was extremely important on her deals because Jennifer and her clients are on the West Coast.

  Being able to tackle these complex issues, expand my knowledge in the practice, and remaining response to clients and the partner on the deal are great accomplishments for me.

  Another accomplishment I had this year was working on the most complex deal I ever had since I started practicing. This particular deal was a NY CEMA deal, which included two ground leases (with a leaseback), a master lease, and an historic tax credit. Being able to stay organize in a deal that had many moving parts, spot the different issues and raising them to the partner and senior associate's attention, reviewing and analyzing the documents, and ensuring that our team was ready for each call with the client was another great accomplishment. Although I never dealt with all these issues combined, I was able to unpack all the knowledge that I gained and apply them in this very complex scenario. I realized that I am more than capable of handling complex issues and meeting the partner and client's needs.

  My main goal this year was to start doing more complex deals to expand my knowledge of the practice and I was able to accomplish that goal.

  As far as diversity and inclusion, I was selected to attend the Corporate Counsel Women of Color Law Firm Associates Career Strategies Conference and accept an award on behalf of the firm at the HBCU Pre- Law conference. Representing the firm at these events was important because I know that our firm has showed an active commitment to DEI.

**Please discuss your Pro Bono work over the past year including how it has helped develop your skills.**

- As the pro bono ambassador for the DC office, I am responsible for ensuring that our partners, associates, and paralegals participate in pro bono matters. I have always been involved in immigration pro bono matters. Immigration issues are personal to me because I come from an immigrant family, and I was able to develop my administrative litigation and brief writing skills. Although I am still involved in immigration pro bono matters, I decided to further develop my skills in the criminal justice realm.

  I have been working on expungement matters and our firm has also partnered with Captial One, who is a client of our group. I had no experience in expungements or writing a complaint to seal someone's record.

  Being able to further expand my knowledge in expungements and the criminal justice system has extremely helped in further developing my legal skills. Also, being able to help minorities who have disproportionately been affected by criminal justice system has put my law license to great use.

**Mentoring and investment are core components of the firm's training, retention and DEI strategies. Please use this space to identify those at the firm who have mentored you or have otherwise invested in your development and how they have done so.**

- 1. Whitney D. Loughran - She has been so instrumental in my development in this practice group. I'm also learning new skill sets on each on every deal we work on together. In addition, she is an amazing mentor.
  2. Ashante Smith - She has been a great mentor on a personal level for me. I can always call her on her cell or text her, and

<div style="text-align: right; color: red;">App.I-Covert-Ex.6</div>

she always makes herself available. I believe that every associate should have that one person they can confide in. She has been an amazing resource.

3. Nora Nickel Garcia - She has been truly invested in my development in the group. I love working with Nora because she takes the time to explain things to me and I can hear the passion in her voice/email of her wanting to see me succeed and that just makes me want to do even better.

4. Peter Strup - Peter has been invested in my success in the group. At the start of this year, we set an outline on goals that he wanted to see me accomplish for the year and that outline has been my cheat sheet this year.

5. Lindsey Crawford - She has been truly invested in my development in the group. We are always checking in and discussing where she wants to see me develop my skills.

6. Jennifer A. Bojorquez - I just started working with Jennifer. However, in the short period of time of us working with each other, she has shown her investment in my development, and I am consistently learning new material from her.

7. Brian Iwashyna - Brian is always checking in on me and ensuring that my plate is full and he always sends words of encouragement at the start of the month to comment on my hours. He is someone who I don't get the chance to work with. However, I know that he is invested in my growth here and that means a ton coming from the leader of our group.

8. Fitzgerald Veira - Fitz is my BAAG coach and he has been amazing. Fitz is someone who has started his career at the firm and has been here ever since. Being able to pick his mind and gain knowledge on how to be successful at the firm has been a great experience.

## Development Items

### What professional development challenges, if any, have you faced at the Firm during the 2023 calendar year?

- I know the challenge that I have is slowing down.

  This year I have been mindful and more intentional of slowing down, making sure to spot the nuances in each deal, and making sure that I see the big picture. Slowing down and further expanding my knowledge to get to the next level has been my theme this year. Our group has been slower this year, which has been a gift and a curse. A gift because I was able to slow down and comb through issues and take a step back. A curse because I am so used to being busy and working on multiple deals at the same time and it feels strange when we are not busy.

  To make sure that I am addressing my challenge of slowing down, I have joined the firm's coaching program and BAAG's internal mentoring program. Both programs have been very useful in my professional development at the firm.

### What opportunities do you see for development? Please identify at least one skill, either legal or practical, you would like to further develop in 2024.

- Being able to demonstrate my substantive knowledge, absorbing and applying the material to each deal to show my transition to the next step in my career.

  My goal for 2024 is taking more control of the deal and showing my progression to a more mid-level role within our group. In addition, I would keep working on seeing the big picture, spotting the nuances and consistently paying attention to the minor details.

## Other Considerations

### If you have received written feedback on your work from clients you would like considered in connection with your Associate Evaluation, upload a PDF file of the feedback here.

### NOTE: only one document can be uploaded

- View Thank You Emails.pdf

### Please include any other information you would like considered in connection with your evaluation.

- This coming year I would like to focus on making that transition to the next step and I would like to keep working on complex deals to further expand my knowledge in the practice.

  Handling my career with care has always been at the forefront for me. Being able to keep having opportunities to further demonstrate that I am more than capable for the next step, is my goal for 2024.

App.I-Covert-Ex.6

2023 Associate Evaluation

Associate:  Gita F Sankano

<span style="float:right">| 11 completed |   | 0 declined |</span>

## 🔲 Associate Profile

| Profile | Value |
|---|---|
| TP Office | Washington |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

## 📋 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| <Unassigned> | Arbor Commercial Mortgage, LLC (216000) | Ln/Horizons at Steele Creek, NC/FNMA (001159) | | 12.00 |
| | | Loan on Honeytree Apartments, NC/FNMA (001207) | | 16.40 |
| | | Loan on Magnolia & Briarwood, GA/FNMA (001219) | | 10.30 |
| | | Supp/Gwinnett Station Apts, GA/FNMA (001218) | | 14.10 |
| | | Supp/Oaks at Northgate, NC/FNMA (001206) | | 17.90 |
| | Berkadia Commercial Mortgage LLC (215247) | Ln/Highlands of East Atlanta, GA/FHLMC (009332) | | 19.80 |
| | | Ln/Salem Harbour Apartments, PA/FNMA (009548) | | 14.30 |
| | | Supp/Hancock Estates, MA/FHLMC (009370) | | 15.20 |
| | CPC Mortgage Company LLC (257470) | Loan on 153 Main Street, CT/FHLMC (000038) | | 48.00 |
| | | Loan on Austin United Alliance, IL/FHLMC (000035) | | 18.50 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Ventas Atria Portfolio 24/FHLMC/SR (000613) | | 13.20 |
| | | Supp/ARIUM Gulfshore, FL/FNMA (000590) | | 15.80 |
| | | Supp/Preserve @ Henderson Beach, FL/FNMA (000589) | | 15.50 |
| | Greystone Servicing Company, LLC (023889) | Loan on Cardinal Oaks, TX/FNMA (000917) | | 10.20 |
| | | Supp/Windsor Falls, NC/FNMA (000925) | | 17.80 |
| | Jones Lang LaSalle (018413) | Ln/Whispering Oaks Parkwood Villa/FHLMC (000709) | | 46.70 |
| | | Supp/Carrington Park, NC/FNMA (000698) | | 17.50 |
| | | Supp/Elan Apartments, TX/FNMA (000697) | | 16.30 |
| | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Evergreen Apartments, UT/FNMA (000026) | | 14.00 |
| | KeyBank National Association (033631) | Asmp/Windmill Apartments, CO/FHLMC (000888) | | 19.20 |
| | | Ln&EnvRev/Lake Village, MI/FHLMC (000960) | | 22.00 |
| | | Ln/Orchard & Prescott & N Keene/FHLMC (000864) | | 15.70 |
| | | Loan on North Downtown Athens, GA/FHLMC (000865) | | 12.40 |
| | | Loan on NXRT Portfolio (19)/FHLMC (000887) | | 17.90 |
| | | Supp/Denim Scottsdale, AZ/FNMA (000879) | | 21.10 |
| | | Svcng/Rembrandt Park Apartments, ID/FNMA (000909) | | 18.80 |
| | | Svcng/Village Green Apartments, CA/FNMA (000910) | | 18.00 |
| | Lument Real Estate Capital, LLC (033737) | Ln/Smith Ranch Workforce, CO/FHLMC (000720) | | 21.90 |
| | Merchants Capital (252794) | Loan on Aspen Court, IL/FNMA (000012) | | 16.90 |
| | Newmark Knight Frank (222688) | Loan on Northaven Park, TX/FHLMC (001437) | | 43.50 |
| | | Loan on Venetian on Ella, TX/FHLMC (001397) | | 11.40 |
| | | Svcng/Gull Harbor, FL/FNMA (001160) | | 26.70 |
| | Newpoint Real Estate Capital LLC (246003) | Ln/102-148 Concord Lane, NY/FNMA (000161) | | 37.80 |
| | NorthMarq Capital Finance (230806) | Supp/The Sanctuary, NV/FNMA (000054) | | 17.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Villages (4), KY/FNMA (001650) | | 23.00 |
| | | Supp/2023 Threshold Portfolio (14)/FNMA (001723) | | 15.00 |
| | | Supp/Fairview Village Apts, OH/FNMA (001706) | | 12.60 |
| | | Supp/Lake Lucerne Towers, FL/FHLMC (001660) | | 14.20 |
| | Walker & Dunlop, LLC (028516) | Asmp&Supp/Ravine Bluff, OH/FHLMC (002541) | | 20.30 |

App.I-Covert-Ex.6

Troutman_00000376

| Evaluator | Client | Matter | Comment | Hours |
|---|---|---|---|---|
| | | Ln/Freeman Webb Portfolio (18)/FHLMC (002599) | | 16.60 |
| | | Ln/Patriot Manor Apartments, VI/FHLMC (002640) | | 19.50 |
| | | Loan on Chestnut Lake Apts, OH/FHLMC (002607) | | 13.60 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Glen at Bucks, PA/FNMA (004228) | | 16.40 |
| | | Supp/Glen at Hidden Valley, NV/FHLMC (004080) | | 20.60 |
| Bojorquez, Jennifer A | Capital One Multifamily Finance, LLC (239272) | Asmp/Nineteen01, CA/FHLMC (001969) | | 38.00 |
| | | Ln/The Preserve at Sunnyside, OR/FHLMC (001961) | | 27.90 |
| | | Loan on Town Center Park, OR/FHLMC (001962) | | 29.10 |
| Crawford, Lindsey | KeyBank National Association (033631) | Asmp/Gladden Farms, IN/FNMA (000866) | | 28.10 |
| | | Asmp/Pointe at Stoneybrook, KY/FNMA (000867) | | 29.00 |
| | | Asmp/Sabal Chase, FL/FNMA (000868) | | 43.80 |
| | | Loan on 930 on Broadway, NY/FNMA (000970) | | 28.80 |
| | | Loan on Clifton Heights, NY/FNMA (000919) | | 51.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | | Loan on Copper Creek, NC/FNMA (001669) | | 25.20 |
| | | Loan on Oaks at Hickory, TN/FNMA (001722) | | 34.80 |
| Lautt, Jonathan J | <General Matter> | | Jon and I did a few servicing matters this year | 0.00 |
| Loughran, Whitney D | KeyBank National Association (033631) | Loan on Oakgrove Apartments, OR/FNMA (000945) | | 28.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Park at Avellino, FL/FNMA (004180) | | 21.30 |
| | | Loan on The Park at Via Veneto, FL/FNMA (004179) | | 16.50 |
| Mufarrige, Kelly A | Jones Lang LaSalle (018413) | Ln/Dairy Ashford & Braeswood, TX/FHLMC (000867) | | 38.30 |
| | | Loan on Falls of Town Park, TX/FHLMC (000833) | | 20.90 |
| | | Loan on Falls of Wilcrest, TX/FHLMC (000861) | | 27.40 |
| | KeyBank National Association (033631) | Loan on The Mark 7120, GA/FNMA (000918) | | 29.60 |
| Nickel, Nora G | Berkadia Commercial Mortgage LLC (215247) | Loan on Oak Plaza, FL/FHLMC (009604) | | 30.20 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Avenue 25, AZ/FNMA (003438) | | 17.30 |
| Smith, Ashante L | <General Matter> | | Assisted Ashante with some of her servicing matters | 0.00 |
| Stitzer, Virginia L | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| Strup, Peter D | Berkadia Commercial Mortgage LLC (215247) | Loan on Merion Stratford, CT/FHLMC (009487) | Freddie CME | 23.60 |
| | | Loan on The Monroe, FL/FHLMC (009518) | Freddie CME | 23.20 |
| | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| | | Loan on Yuba Gardens Apartments, CA/FNMA (000586) | | 18.50 |
| Tucker, Marshall D | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Hamilton Arms, NJ/FNMA (000036) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 17.00 |
| | | Loan on Holly Brook, NY/FNMA (000038) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 10.10 |
| | | Loan on Zachary Arms, NJ/FNMA (000039) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 11.30 |

## Extent of Contact and Supervision

### Extent of contact

* I worked with this associate extensively during this evaluation cycle.
  - Loughran, Whitney D
* I worked with this associate a moderate amount during this evaluation cycle.
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Strup, Peter D
* I worked with this associate briefly during this evaluation cycle.
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Tucker, Marshall D
* I did not supervise this associate's work but I have a basis on which to comment on the associate's client work or non-billable contributions.
  - Lucas, Kassem L
  - Stitzer, Virginia L

Associate Performance: Rating Scale

On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas. If you have not directly observed this skill, please select N/A.

**Rating Scale:**
5 – Stellar performance and consistently exceeds expectations.
4 – Above average and often exceeds expectations
3 – Satisfactory performance and meets expectations for class year
2 – Needs improvement and does not meet expectations for class year
1 – Consistently and significantly underperforming
N/A – not observed

**Associate Performance: Legal Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

Knowledge & Expertise - Demonstrates an appropriate understanding of their area of law. Answers level-appropriate questions clearly and with certainty.
Research & Analysis - Provides thorough and complete analyses, demonstrating a clear understanding of the issues.
Professional Judgment - Identifies and prioritizes issues and provides practical solutions and approaches.
Practice Experience - Associate has gained practical experience in their area of focus and seeks out additional opportunities to enhance skillset.

**Knowledge & Expertise**

* 4
  - Loughran, Whitney D
* 3
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Research & Analysis**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Nickel, Nora G
  - Smith, Ashante L
* 2
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Professional Judgment**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Nickel, Nora G
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Practice Experience**

* 5
  - Loughran, Whitney D
* 4
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L

App.I-Covert-Ex.6

- Tucker, Marshall S
* 2
- Lautt, Jonathan J
- Strup, Peter D
* N/A
- Lucas, Kassem L

App.I-Covert-Ex.6

**Associate Performance: Professional Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Written Communication** - Communication is clear, concise, and well-organized.
**Oral Communication** - Communication is clear, concise, and well-organized.
**Time & Project Management** - Completes assignments within applicable budgeted time constraints and balances priorities.
**Critical Thinking & Problem Solving** - Assimilates, analyzes and synthesizes complex information.

**Written Communication (including legal writing, drafting and professional writing skills)**

* 5
  - Tucker, Marshall D
* 4
  - Loughran, Whitney D
  - Smith, Ashante L
  - Stitzer, Virginia L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
* 2
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Oral Communication**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Nickel, Nora G
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Time & Project Management**

* 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Critical Thinking & Problem Solving**

* 4
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Tucker, Marshall D
* 2
  - Crawford, Lindsey
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Associate Performance: Accountability & Ownership**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Ownership of Matters** - Takes accountability for quality and timeliness of work product and provides proactive status updates.
**Collaboration** - Works well with others and demonstrates courtesy and professionalism in interactions with all clients and firm personnel.

App.I-Covert-Ex.6

Troutman_00000380

**Dependability** - Follows responsibilities and deadlines.

**Responsiveness & Availability** - Responds to emails and phone calls promptly and professionally. Makes themselves available when expected, whether in the office, virtually, by phone or other means.

**Delegation & Management** - Understands the importance of leverage and utilizes resources appropriately.

**Ownership of Matters**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Collaboration**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Nickel, Nora G
  - Strup, Peter D
* 2
  - Lautt, Jonathan J
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Dependability**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Stitzer, Virginia L
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Responsiveness & Availability**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Delegation & Management**

* 5
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Crawford, Lindsey
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Stitzer, Virginia L

App.I-Covert-Ex.6

- Tucker, Marshall D

**Associate Performance: Client Service & Business Acumen**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Commitment to Client Care** - Strives to impress clients in all interactions and through quality of work.
**Firm Operations** - Understands firm resources and practices, and adheres to firm policies and protocols.
**Resourcefulness & Efficiency** - Meets or beats deadlines; consistently looks for ways to improve or add value.
**Contributes to expanding or developing work with existing and new clients** - Shows a commitment to building internal and external network.

**Commitment to Client Care**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Firm Operations**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Strup, Peter D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
* N/A
  - Bojorquez, Jennifer A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Resourcefulness & Efficiency**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* 2
  - Stitzer, Virginia L
* N/A
  - Lucas, Kassem L

**Contributes to expanding or developing work with existing and new clients**

* 5
  - Loughran, Whitney D
* 4
  - Bojorquez, Jennifer A
* 3
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Associate Performance: Firm & Community Service**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Pro Bono** - Actively participates in pro bono matters.
**Firm Citizenship** - Actively participates in firm and community activities.
**DEI Commitment** - Welcomes different ideas and viewpoints, supports colleagues, and shows respect to everyone at the firm. Participates in

App.I-Covert-Ex.6

**Pro Bono**

- \* 5
  - Loughran, Whitney D
- \* 4
  - Bojorquez, Jennifer A
- \* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Strup, Peter D
  - Tucker, Marshall D

**Firm Citizenship**

- \* 5
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
- \* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
- \* 3
  - Smith, Ashante L
- \* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
  - Tucker, Marshall D

**DEI Commitment**

- \* 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
- \* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
- \* N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D

**Associate Performance: Commentary**

**Please describe the associate's contributions to the Firm's success this past year.**

| | |
|---|---|
| - Bojorquez, Jennifer A | I only started working with Gita in the past few months. She was persistent in her request for work and is eager to learn and be mentored. She has drafted the first versions of analysis and has managed due diligence checklists, helping us to stay on top of deals that had shorter than normal timelines. |
| - Crawford, Lindsey | Gita has marketed herself across the entire group and started working with other partners and senior associates. She is always looking for ways to enhance her personal brand and that of the team and the firm. |
| - Lautt, Jonathan J | Unknown |
| - Loughran, Whitney D | Gita has worked with me extensively over the last year on several projects. Gita is also very involved with pro bono and DEI matters on top of her workload. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita is a team player. She's always willing to help out on deals. She also does a good job checking in to see if there are matters that she can assist on. |
| - Nickel, Nora G | I don't work with Gita often, but the times that I have, Gita is very responsive, proactive and always eager to assist. |
| - Smith, Ashante L | Gita has contributed to the team by working on new loan originations (including large pools) and servicing matters. She is able to assist in various capacities - from handling discrete matters like due diligence reviews to coordinating deals from beginning to end with some supervision. Gita has routinely demonstrated a willingness to pitch in where needed.<br><br>Gita has engaged in several client development events. She remains an active participant in the BAAG Affinity Group and has also participated in multiple firm-sponsored conferences. |
| - Stitzer, Virginia L | I haven't worked on a deal with Gita in this review cycle. |
| - Strup, Peter D | Gita has worked with me on a number of transactions this year. |
| - Tucker, Marshall D | Gita has been very involved in the practice group and firm activities. |

**What does this associate do really well?**

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita is very responsive and will jump on an assignment when received. She is very reliable, and I know that she'll work West Coast hours and weekends if something needs to be completed. She readily takes ownership of matters and acknowledges when a situation should have been handled differently. |

<span style="color:red">**App.I-Covert-Ex.6**</span>

| | |
|---|---|
| - Crawford, Lindsey | Gita manages her time effectively and responds to clients and requests throughout the deal cycle. |
| - Lautt, Jonathan J | Unknown |
| - Loughran, Whitney D | Gita is very responsive and communicative. She takes ownership of her tasks and works hard to keep deals moving forward. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita is efficient and keeps deals moving forward (always sends weekly checklists, sends prompts responses, reviews documents and sends comments promptly). |
| - Nickel, Nora G | Gita is very responsive, proactive and always eager to assist. She's timely with checklists and can navigate through routine deals and routine diligence. |
| - Smith, Ashante L | Gita is extremely responsive and turns work product quickly. This is a very useful tool when we are in our full 'busy' mode. She actively pursues work and will reach out anytime she has capacity to take on more. She is also communicative and proactive on assignments and will offer to assist beyond the scope of the initial assignment - suggesting where she can be of use. Gita has a thorough understanding of the team's practices and procedures as well as the mechanics of a deal. Gita also has a collaborative attitude and seems to enjoy working with a number of attorneys across offices. |
| - Stitzer, Virginia L | Gita is hard-working and eager to take on new things. She's quick to volunteer for SARs, which are a crucial part of each deal. |
| - Strup, Peter D | Gita's attitude and commitment to self-improvement is commendable. She wants to succeed. |
| - Tucker, Marshall D | Gita is very responsive and on top of deals. |

**What skills does this associate need to improve and/or develop over the next year?**

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita needs to work on developing her pragmatic thinking skills. For example, with respect to document modifications, just because a sponsor got approval on doc mods on a prior deal doesn't mean all of those doc mods are applicable on a new deal, such as mods addressing litigation involving one borrower. But it has come up in other contexts as well. There is no "one size fits all" in the work we do, and she needs to think through the circumstances at hand and determine if what was done before really makes sense. I also think that Gita needs to gain more substantive knowledge of certain legal issues. I cannot yet tell if she has simply not worked on deals with certain attributes or she hasn't retained knowledge of issues previously encountered. Gita sometimes "jumps the gun" with sending documents or emails to clients or the opposing parties before I've reviewed what is being sent. I realize she is being proactive, but sometimes I'd like the opportunity to review communication and documents before they go out. |
| - Crawford, Lindsey | Gita needs to better understand substance --the why behind the documents being used and advice being given. Her focus has been on how someone addressed an issue or process before rather than why that happened, whether the prior iteration was correct and whether that iteration is actually applicable to the case at hand. |
| - Lautt, Jonathan J | Welcome instruction that is aimed at giving the client a suitable work product. |
| - Loughran, Whitney D | Over the next year, I'd like to see Gita work to not just understand the mechanics of a deal (which I think she knows very well), but substantively understand the reasoning behind each step. I'd like to see her be able to spot abnormalities in a deal quickly so we can work together to determine the best course of action to address the issue that might not fit into the usual mold or process. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita needs to work on thoroughness and developing a more in depth understanding of the Fannie/Freddie programs. At this point, Gita should have a firm grasp on the loan documents, transfers, common doc mods, etc. However, most of these higher level items still fall to the partner or senior associate. Gita should take on taking on a larger role on deals. |
| - Nickel, Nora G | Gita needs to slow down and focus on the quality of her work product. I receive things in a timely manner but often have to make changes and edits to the final work product because of mistakes. Because of this, I sometimes have some hesitation with Gita communicating directly with borrower's counsel and/or the client. This doesn't happen all the time, but enough where I still feel the need to go back and check behind her on most things.<br><br>I also think Gita relies on the LPAs too much. When revisions are requested and made, they should still be reviewed by the supervising attorney before being circulated to borrower's counsel and/our clients. By doing the reviews herself, it will improve the work product and enable her to take more ownership of a deal. |
| - Smith, Ashante L | Gita should continue to work on slowing down a beat, when time permits. She is so efficient with her initial work product that I think she will often have time to revisit work with an even closer eye to detail and still meet or exceed deadlines. I think that "pause" will help to provide a final work product that is both timely and free of any minor errors/oversights.<br><br>Also, as Gita is transitioning from a junior to mid-level associate, I'm aware that she is focusing on viewing deals holistically; putting together all the fundamental building blocks that she's already learned to demonstrate her understanding of how they work together and anticipating next steps. I think this is level appropriate and support that focus over the next year. |
| - Stitzer, Virginia L | I note that my response to this is limited to second attorney reviews. However, in observing those, Gita needs to work on being more diligent in her reviews and on taking it to the next level. After a year or so, we'd like her looking for all of the SAR checklist items as well as a higher-level review of document modifications, etc, and she's not consistently taking her reviews to the next level. |
| - Strup, Peter D | Gita's development has lagged behind other associates in her class year. I would like for her to work to develop stronger relationships with partners and associates by having open conversations about her performance and by being self-critical and improving her skills and knowledge of the various loan programs our firm handles. It's easiest to do this in the middle of a transaction, but she may need to do some of that outside of an active deal. |
| - Tucker, Marshall D | Gita needs to seek out complex work so she can take the next step in her career. She has a good handle on the basics of a deal but I'm not sure she's getting exposure to more complex matters. |

**Provide any additional comments about this associate, including but not limited to client feedback on the associate's performance.**

App.I-Covert-Ex.6

| - Bojorquez, Jennifer A | Gita does not work with clients in a client development role, there's been less focus on developing business. I think she needs to focus on developing her skills and relationships in our practice group, not on developing outside business. Once she demonstrates her competence in the practice group and instills confidence in the partners in our group, the business will naturally grow. |
|---|---|
| - Crawford, Lindsey | Gita needs to ask, list absorbed (and if information is not absorbed, ask more questions) and analyze legal issues and documentation the way others at or in many instances below her year are doing. |
| - Lautt, Jonathan J | None. |
| - Loughran, Whitney D | Gita is working very hard to advance within the practice group. She is dependable, responsive and eager to learn. She helps me tremendously in keeping deals on track. A dedication to client care is very clear with Gita and it is important to her that our clients are taken care of. |
| - Lucas, Kassem L | Gita played a vital role in the Firm's DEI initiatives and should be recognized for her efforts. |
| - Mufarrige, Kelly A | I've never received negative feedback from a client on Gita's performance. Clients enjoy working with Gita. |
| - Nickel, Nora G | Gita and I worked on a deal called Oak Plaza. It was a straightforward FL A&R deal with a repeat sponsor of mine. I've provided specific feedback after that deal closed which Gita appreciated. I discussed the things she did well and the areas that needed improvement.

I thought it was helpful when Gita shared her thought process when reviewing diligence and documents. It helped me better understand where she was coming from which helped me teach her and explain my reasoning. I recommend that Gita continue to express her reasoning so people can better understand how to teach and mentor her.

Gita has a great attitude, and her responsiveness is always appreciated. She also always gets assignments back to me on time or early. But I think she really needs to focus on her work product this year. Slow down and reread emails and memos before sending things out for review. Slow down to absorb the information provided and see how your growing knowledge base can be applied to the deal. Ask questions and be prepared to explain your answers. |
| - Smith, Ashante L | Gita has demonstrated a strong dedication to the team and the firm. She actively seeks guidance and constructive feedback to learn and grow. Gita has also demonstrated strong networking skills that are useful for client development. |
| - Stitzer, Virginia L | n/a |
| - Strup, Peter D | There have been some situations where checklists that Gita prepared were not updated accurately. We all miss things sometimes, but perfecting the 'little things' such as proofreading work, adhering to deadlines, and following instructions meticulously are helpful whether we are fast or slow. I would also like for Gita to deepen her understanding of the 'big picture' concepts. This involves comprehending how her work fits into larger projects and asking questions about variations on issues that arise during the term of a particular transaction so she can be prepared if they come up on future deals. By grasping these broader concepts and expanding her knowledge-base, she can better anticipate needs, make more informed decisions, and contribute more effectively and efficiently. |
| - Tucker, Marshall D | n/a |

App.I-Covert-Ex.6

Troutman_00000385

▤ **2023 Evaluation Status Report**

**Sankano, Gita F**

    **Multifamily Housing Finance**

        **2019**

| Evaluator | Evaluator TP PracticeGroup | Status | Evaluation Date |
|---|---|---|---|
| Bojorquez, Jennifer A | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Crawford, Lindsey | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Lautt, Jonathan J | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Loughran, Whitney D | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Lucas, Kassem L | Business Litigation | ✔ Completed | Oct 06, 2023 |
| Mufarrige, Kelly A | Multifamily Housing Finance | ✔ Completed | Oct 05, 2023 |
| Nickel, Nora G | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Smith, Ashante L | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Stitzer, Virginia L | Multifamily Housing Finance | ✔ Completed | Sep 20, 2023 |
| Strup, Peter D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Tucker, Marshall D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |

App.I-Covert-Ex.6

Troutman_00000386

Evaluatee: Gita Sankano

| 7 completed | 0 declined |

### Evaluatee Profile

| Profile | Value |
|---|---|
| TP Office | Washington - PH |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

### Matter Report

| Evaluator | Client | Matter | Hours |
|---|---|---|---|
| <Unassigned> | EquityPlus LLC (148034) | Assignment of Norris Ridge (000002) | 10.00 |
| | Firm Sponsored Special Project (999918) | Diversity Committee (046039) | 11.20 |
| | Walker & Dunlop, LLC (028516) | Loan on Wedgewood Towers, TN/FHLMC/FRED (002060) | 11.80 |
| Carmody, Christine Waldmann | Bellwether Enterprise (147973) | Kenmore Commons (000007) | 54.50 |
| | Berkadia Commercial Mortgage LLC (139187) | Greyhawk Townhomes (000327) | 44.00 |
| | | Seagirt (000310) | 21.10 |
| | Berkeley Point Capital LLC, d/b/a Newmar (138377) | Covington Townhomes (000343) | 35.70 |
| | | Midlothian – Final (000311) | 25.00 |
| | Firm Sponsored Special Project (999918) | ABA HUD Book (046285) | 75.00 |
| | Funding Incorporated (129820) | HUD Approvals (000004) | 31.80 |
| | Gershman Investment Corp. (148653) | Metro North Apartments (000003) | 118.30 |
| | | Wrigleyville Apartments (000002) | 79.00 |
| | Greystone Funding Company, LLC (125181) | Alaris Health at Belgrove (000678) | 35.70 |
| | | Bristol Section 241 (000659) | 51.30 |
| | Mid-City Financial Corporation (144439) | Village Square (000007) | 39.30 |
| | Newmark Knight Frank (222688) | Loan on Salt River Apts, AZ/FHA/MAP (001104) | 10.90 |
| | Rose Community Capital, LLC (131067) | Royal Mall IRR (000138) | 12.00 |
| Iwashyna, Brian | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| Liu, Henry | KeyBank National Association (033631) | Loan on Montclair Apt Homes, MD/FHLMC (000694) | 15.50 |
| | CBRE Capital Markets, Inc. (032105) | Loan on Morton Village, MA/FNMA (002041) | 10.30 |
| | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| | Walker & Dunlop, LLC (028516) | Ln/JSM Affordable Portfolio (8), CA/FNMA (002071) | 45.00 |
| | | Loan on Montecito Terraces, CA/FHLMC (002051) | 23.00 |
| Nickel, Nora | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| Rogoff, Andrew | Pro Bono (989960) | Celestine Efuencha (054113) | 35.20 |
| | | Mody Ibrahima Sylla (054057) | 99.50 |
| | | Pepper Center Immigration Work (054031) | 88.20 |
| Stitzer, Virginia | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| | Jones Lang LaSalle (018413) | Ln/Starwood NHC Portfolio (28)/FHLMC (000348) | 10.80 |
| Strup, Peter | Firm Committees (999992) | Associate Training (100266) | 36.50 |
| Vale, Anthony | Pro Bono (989960) | Celestine Efuencha (054113) | 35.20 |
| | | Mody Ibrahima Sylla (054057) | 99.50 |
| | | Pepper Center Immigration Work (054031) | 88.20 |
| | Rose Community Capital, LLC (131067) | Royal Mall IRR (000138) | 12.00 |
| Wormser, David | 1315 Capital (145165) | Homestead Strategic Holdings, Inc. (000004) | 17.30 |

### Extent of Contact and Supervision

**Extent of contact**

* I worked with this associate a moderate amount during this evaluation cycle.
  - Rogoff, Andrew
  - Stitzer, Virginia
  - Strup, Peter
  - Vale, Anthony
  - Wormser, David
* I worked with this associate briefly during this evaluation cycle.
  - Liu, Henry
  - Nickel, Nora

### PERFORMANCE/LEGAL SKILLS: Knowledge and Expertise, Research, Analysis, Judgment

**Rate the associate's performance in this competency area.**
**In the comment box, explain the reasons for your rating.**

* The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
  - Rogoff, Andrew
  - Strup, Peter
* The associate's performance was strong in this evaluation cycle because (complete explanation in comment box)
  - Stitzer, Virginia
* The associate's performance was good in this evaluation cycle but the associate needs to work on the following areas (complete explanation in comment box)
  - Liu, Henry
  - Nickel, Nora
  - Vale, Anthony
  - Wormser, David

**Explain the reason(s) for your rating.**

- Liu, Henry         Gita only handled a very limited amount of matters for me, so it's difficult to have a complete judgment, but she is an eager learner and willing to work hard. She needs to continue to gain experience/exposure to our practice, and work on attention to detail (one are that needs work, as some of her work product would have typographical errors, non-sequiters)

- Nickel, Nora        Gita is still learning, but she eagerly dives into each new project and learns from each new assignment. She needs to continue taking new assignments, but her current trajectory is very promising.

- Rogoff, Andrew     Our client in this asylum case is from Mauritania and, although he speaks French, he is more comfortable and precise in his first language, Soninke. As we were about to invest in an interpreter, we decided to take a one-in-a-million chance of sending a firm-wide email to locate someone who might know someone who could translate for us. Gita, it turns out, is fluent in Soninke, and she

App.I-Covert-Ex.7

voluntary nature, at least at first. At one time, she didn't take it on - although she has since been doing an excellent job of that from the start.

| | |
|---|---|
| | Gita gained the confidence of our client instantly, and it is clear that he trusts and relies on her. As we navigate the matter through the immigration court, Gita gets called on to assist and to counsel the client concerning issues ranging from his release on bond to such everyday issues (for US citizens) that turn out to be much more complicated for immigrants, such as obtaining identification documents. I expect that her involvement in the case will deepen as time goes on. She has taken on each of the many unrelated (and novel, to her) issues with relish and passion for our client's cause. |
| - Stitzer, Virginia | Gita has been a pleasure to work with! She's a quick learner, eager to take on more work and responsibilities. I'm excited to have her on the team and look forward to working with her more! |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Gita worked on some immigration cases, most recently a habeas petition. Gita is not a litigator and this showed somewhat in her work. Although I admire her willingness to step up and do pro bono work, Gita did not meet the high standard necessary for filing in federal court. I encourage Gita to pay closer attention to her writing and the "polish" of written work. |
| - Wormser, David | I have been involving Gita in my IP due diligence work in connection with M&A transactions. Thee "good" rating is not a criticism. She brings great enthusiasm and general legal knowledge to these projects but, since she is brand new to both M&A and intellectual property, she has much to learn in the "knowledge and expertise" categories. I am confident that with some perseverance she will get there. |

### PERFORMANCE/COMMUNICATION SKILLS: Written Communication
Consider both internal and external communications.

**Rate the associate's performance in this competency area. In the comment box, explain the reasons for your rating.**

* The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
   - Strup, Peter
* The associate's performance was strong in this evaluation cycle because (complete explanation in comment box)
   - Nickel, Nora
   - Stitzer, Virginia
   - Wormser, David
* The associate's performance was good in this evaluation cycle but the associate needs to work on the following areas (complete explanation in comment box)
   - Vale, Anthony
* Not observed
   - Liu, Henry
   - Rogoff, Andrew

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Was not able to observe. |
| - Nickel, Nora | Gita is new and still learning, but makes every effort to send me and Brian her weekly deal list so we can make sure she's getting a variety of work from different people. Still seeing some typos, but attention to detail is getting better. |
| - Rogoff, Andrew | Gita's drafting work has been limited with regard to any complex documents. I am looking forward to great work from her. |
| - Stitzer, Virginia | Gita has strong communication skills. She's professional in her communication as well as effective. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita writes well, as demonstrated by her summaries of the due diligence materials extracted from virtual data rooms. I need to do a better job of teaching her what is important so she can reduce the descriptions to the essentials. It's something else that will come with time and experience. |

### PERFORMANCE/COMMUNICATION SKILLS: Verbal Communication
Consider both internal and external communications.

**Rate the associate's performance in this competency area. In the comment box, explain the reasons for your rating.**

* The associate's performance was exceptional in this evaluation cycle because (complete explanation in comment box)
   - Rogoff, Andrew
   - Stitzer, Virginia
   - Strup, Peter
* Not observed
   - Liu, Henry
   - Nickel, Nora
   - Vale, Anthony
   - Wormser, David

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Not observed. |
| - Nickel, Nora | I have not observed her verbal skills. |
| - Rogoff, Andrew | This may be a unique situation for an associate. Gita has to interpret for us and our client, but she must be attentive to his concerns and willing to follow up with him and with us so that we understand everything the client is saying (and not saying). She makes it look easy. In other conversations just among us English speakers, Gita does a very good job of explaining the issues at hand. |
| - Stitzer, Virginia | Gita has strong communication skills. She's professional in her communication as well as effective. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | nothing to add |
| - Wormser, David | My projects have not given Gita any opportunity to speak with clients or colleagues. |

### PERFORMANCE/MANAGEMENT SKILLS

App.I-Covert-Ex.7

Troutman_00000898

Management skills in the following areas:
ownership of matters; dependability; commitment to client care; time and project management; efficiency; ability to delegate and manage others; team work; and ability to work well under pressure.

**Rate the associate's performance in this competency area.**
**In the comment box, explain the reasons for your rating.**

- ∗ The associate's performance was exceptional in this evaluation
  cycle because (complete explanation in comment box)
  - Strup, Peter
- ∗ The associate's performance was strong in this evaluation
  cycle because (complete explanation in comment box)
  - Nickel, Nora
  - Rogoff, Andrew
  - Wormser, David
- ∗ Not observed
  - Liu, Henry
  - Stitzer, Virginia
  - Vale, Anthony

**Explain the reason(s) for your rating.**

| | |
|---|---|
| - Liu, Henry | Gita is still learning our practice and is mostly working on individualized tasks, so no basis to evaluate. |
| - Nickel, Nora | Gita is eager to help and learn and is trying to work on as many assignments with different people as possible. She meets deadlines and is ready to jump in when possible. |
| - Rogoff, Andrew | Gita's commitment to the client and his case is obvious. Even in the busiest times in her practice, she makes time for his issues. |
| - Stitzer, Virginia | Not observed. |
| - Strup, Peter | Gita has exceeded expectations at every turn for an early associate. I have been able to delegate tasks and feel confident that they will be completed on time and she has requested autonomy and run with it. If she continues on this path, then I have great expectations for her future with the group. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has routinely delivered her work product in a timely manner. |

**Describe any situations in which you have written off this associate's time because of poor quality or inefficiency.**

| | |
|---|---|
| - Liu, Henry | No issues, and I don't expect her to be efficient given that she's still learning. |
| - Strup, Peter | None |
| - Wormser, David | I have no input into the invoices on these M&A transactions. |

**OTHER CONSIDERATIONS**

**To the extent you are able, describe what contributions the associate made this past year in the following areas:**
**-Expanding or retaining work;**
**-Handling matters directly with existing clients;**
**-Ability to attract new clients; and**
**-Contributions to group efforts to expand business from existing clients and develop new clients**

| | |
|---|---|
| - Liu, Henry | n/a |
| - Nickel, Nora | Gita is new but is diving in to learn as much as she can. Too early to discuss client retention. |
| - Rogoff, Andrew | N/A |
| - Stitzer, Virginia | Gita is eager to learn, as well as a quick learner, which is a wonderful combination! |
| - Strup, Peter | Gita is just getting started in this group, but her ability to do great work on short timelines and make the process smooth for our clients clearly demonstrates that she's headed in a distinct upward trajectory. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has started to take on some of the heavy workload that comes with a highly active M&A market, particularly for private equity clients. I am confident she will shoulder an increasing share of the load over time. |

**What does this associate do really well?**

| | |
|---|---|
| - Liu, Henry | As mentioned, Gita is a hard worker, always accessible, and seem generally interested and willing to learn. |
| - Nickel, Nora | Gita is very responsive and has good work ethic. |
| - Rogoff, Andrew | Interact with our client and gain his confidence. |
| - Stitzer, Virginia | Gita is eager to learn, as well as a quick learner, which is a wonderful combination! |
| - Strup, Peter | She is organized, hard-working, knowledgeable, and thorough. It is hard to ask for much else. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita has shown great enthusiasm for the work. |

**What skills does this associate need to improve and/or develop over the course of the next year?**

| | |
|---|---|
| - Liu, Henry | Just continue to learn our practice, ask questions, and gain experience. She also needs to work on attention to detail, but this is not atypical for someone of her year/experience. |
| - Nickel, Nora | Attention to detail. Just reread a few times before sending. |
| - Rogoff, Andrew | If appropriate for the matter, I would like to see Gita draft a brief or memorandum of law in support of our client's claims. |
| - Stitzer, Virginia | Having just started, there's still a lot to learn, but she's doing great and right on pace! |
| - Strup, Peter | She should continue to do what she's doing and continue to grow into his practice. |
| - Vale, Anthony | Nothing to add |
| - Wormser, David | Gita needs more experience in the dealing with M&A transactions and intellectual property, which requires only that she continue participating in these projects. I am confident she will develop the skills and knowledge over time. |

**FINAL COMMENTS**

**State how interested you are in working with this associate again:**

- ∗ The associate is among those I would most like to
  work with because (complete explanation in comment box)
  - Rogoff, Andrew
  - Stitzer, Virginia
  - Strup, Peter
  I would be eager to work with the associate again because

App.I-Covert-Ex.7

- * (complete explanation in comment box)
  - Liu, Henry
  - Nickel, Nora
  - Wormser, David
- * I would be willing to work with the associate again because (complete explanation in comment box)
  - Vale, Anthony

**Explain the reason(s) for your response.**

| | |
|---|---|
| - Liu, Henry | Would like to continue to see Gita grow, gain experience and sharpen her skills. |
| - Nickel, Nora | Although Gita is new to working with our group, I can tell there is a lot of promise and she's hard working. I always want to work with a hard worker. |
| - Rogoff, Andrew | Her enthusiasm for our client's case and the rapport she has developed with him. |
| - Stitzer, Virginia | She does a great job! |
| - Strup, Peter | She's hard-working, organized, knowledgeable, and thorough. |
| - Vale, Anthony | Gita needs to polish her skills to be an effective litigator. |
| - Wormser, David | I appreciate Gita's enthusiasm and have seen the speed with which she has progressed over the few months we have worked together. |

App.I-Covert-Ex.7

2020 Evaluation Status Report

| Evaluatee | Evaluator | Status | Evaluation Date |
|---|---|---|---|
| Sankano, Gita | | | |
| | Carmody, Christine Waldmann | Not Started | |
| | Iwashyna, Brian | Not Started | |
| | Liu, Henry | Completed | Dec 20, 2020 |
| | Nickel, Nora | Completed | Dec 20, 2020 |
| | Rogoff, Andrew | Completed | Dec 18, 2020 |
| | Stitzer, Virginia | Completed | Dec 09, 2020 |
| | Strup, Peter | Completed | Dec 21, 2020 |
| | Vale, Anthony | Completed | Dec 05, 2020 |
| | Wormser, David | Completed | Dec 17, 2020 |

App.I-Covert-Ex.7

Troutman_00000901

Evaluatee: Gita Sankano    Matter Re-Evaluation    [8 completed]    [2 declined]

### 📄 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| \<Unassigned\> | Berkadia Commercial Mortgage LLC (215247) | Ln/SummerTree & Mason Manor, AL/FNMA (008388) | | 13.40 |
| | | Loan on 223 Lenox Road, NY/FNMA (008330) | | 14.00 |
| | | Loan on Riverside St Johns, FL/FNMA (008002) | | 11.60 |
| | | Loan on Woodmere Apartments, PA/FHLMC (008314) | | 23.90 |
| | | Supp/Central Place & Waterstone, FL/FNMA (008364) | | 16.80 |
| | Capital One Multifamily Finance, LLC (239272) | Ln/Fort Wayne Portfolio (5), IN/FNMA (001094) | | 14.60 |
| | | Loan on The Mark & Oak Manor, MS/FNMA (001375) | | 12.40 |
| | | Loan on Waverly Apartments, MS/FHLMC (001306) | | 12.30 |
| | | Svcng/Haruvi Loans, NY/FNMA (001119) | | 32.60 |
| | | Svcng/Verona at Landover Hills, MD/FHLMC (001201) | | 11.60 |
| | CBRE Capital Markets, Inc. (032105) | Svcng/The Morgan, MD/FNMA (002727) | | 12.00 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Monticello at Town Center, VA/FHLMC (000488) | | 12.90 |
| | | Loan on Yuba Gardens, CA/FNMA (000507) | | 26.60 |
| | | Supp/Meridian at Sutton Square, NC/FHLMC (000542) | | 11.10 |
| | Greystone Servicing Company, LLC (023889) | Loan on Park at Arlington, GA/FNMA (000765) | | 23.50 |
| | Jones Lang LaSalle (018413) | Loan on The Grove at Alban, MD/FHLMC (000489) | | 22.10 |
| | | Supp/Falling Creek Apartments, VA/FHLMC (000466) | | 20.90 |
| | | Svcng/Orion McKinney Apts, TX/FHLMC (000421) | | 12.80 |
| | KeyBank National Association (033631) | Asmp&Supp/Rembrandt Park Apts, ID/FNMA (000777) | | 12.40 |
| | | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | | 12.40 |
| | | Asmp/OZ Impact MHC Pool (4)/FNMA/MH (000759) | | 23.80 |
| | | Ln/Hawthorne Lofts & Centre, NC/FHLMC (000746) | | 14.20 |
| | | Loan on Shaver Green, OR/FHLMC/FRED (000693) | | 17.00 |
| | Newmark Knight Frank (222688) | Svcng/Gull Harbor, FL/FNMA (001160) | | 16.00 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Pinnacle on Pleasant, OH/FNMA (001611) | | 11.60 |
| | | Ln/Nob Hill & Pleasant Hills, PA/FNMA (001570) | | 14.00 |
| | | Loan on Park at 33rd Apts, AZ/FHLMC (001543) | | 36.90 |
| | | Loan on Riverside, AZ/FHLMC (001594) | | 26.20 |
| | | Loan on The Edmond at Hacienda, NV/FNMA (001571) | | 23.20 |
| | | Loan on The Monroe, FL/FHLMC (001523) | | 17.20 |
| | Walker & Dunlop, LLC (028516) | Ln/Broadstone Southside Apts, TX/FNMA (002324) | | 10.10 |
| | | Loan on Lake Crossing, GA/FHLMC (002216) | | 11.10 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Asmp&Supp/The Glen at Bucks, PA/FNMA (003787) | | 12.90 |
| | | Asmp/The Station House, NJ/FNMA (003753) | | 17.70 |
| | | Loan on Oronoco Estates, MN/FNMA/MH (003703) | | 20.10 |
| | | Loan on Sundance West, NV/FHLMC (003720) | | 13.30 |
| | | Supp/Dolphin Portfolio (26)/FHLMC (003751) | | 10.00 |
| Bowsher, Matthew | KeyBank National Association (033631) | Loan on Spring Parc Apartments, TX/FHLMC (000712) | | 39.80 |
| Burke, Natalie | Jones Lang LaSalle (018413) | Loan on The Lockwood, MD/FHLMC (000483) | | 25.10 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on Cooper's Crossing, TX/FHLMC (003800) | | 40.80 |

App.I-Covert-Ex.8

| Evaluator | Client | Matter | | Hours |
|---|---|---|---|---|
| Crawford, Lindsey | Berkadia Commercial Mortgage LLC (215247) | Loan on West Winfield Acres, SC/FNMA/SBL (008039) | | 27.50 |
| | KeyBank National Association (033631) | Loan on NPM Rochester 8 Pool, NY/FNMA (000773) | | 75.70 |
| | M&T Bank (Multifamily Lending) (032748) | Asmp/The Heights of Knoxville, TN/FNMA (000251) | | 66.90 |
| Dexter, Kevin | Barings Multifamily Capital LLC (246003) | Loan on Kephart Plaza, PA/FHLMC (000067) | | 28.70 |
| | | Loan on Lock Haven Gardens, PA/FHLMC (000066) | | 36.80 |
| | Berkadia Commercial Mortgage LLC (215247) | Loan on Sevilla Place Apts, AL/FHLMC (008092) | | 29.70 |
| Loughran, Whitney | Jones Lang LaSalle (018413) | Loan on Lightner Creek Village, CO/FHLMC (000438) | | 25.60 |
| | KeyBank National Association (033631) | Loan on Hawthorne at the Peak, NC/FHLMC (000737) | | 30.60 |
| | Walker & Dunlop, LLC (028516) | Loan on Florin Hill Apartments, PA/FNMA (002191) | | 31.40 |
| | | Loan on Vantage Pointe, CA/FHLMC (002132) | | 33.20 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on Cooper's Crossing, TX/FHLMC (003800) | | 40.80 |
| Mufarrige, Kelly | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Nickel, Nora | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Rogoff, Andrew | <General Matter> | | Working on a pro bono matter (immigration) | 0.00 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Sidarth, S.R. | Berkadia Commercial Mortgage LLC (215247) | Asmp/ReNew One Eleven, AZ/FHLMC (008288) | | 58.60 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Carpenter Village&Commons/FHLMC/FRED (000511) | | 71.00 |
| | | Ln/Waterleaf at Neely Ferry, SC/FHLMC (000480) | | 50.90 |
| Strup, Peter | Berkadia Commercial Mortgage LLC (215247) | Loan on Avalon Stratford, CT/FHLMC (007772) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 29.50 |
| | | Loan on Flagler Pointe, FL/FHLMC (008312) | | 31.10 |
| | | Loan on Pizzo Portfolio (4), NJ/FHLMC (008032) | | 95.20 |
| | | Loan on Rivercroft & Haverford, DE/FNMA (008413) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 17.80 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 13.20 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 14.50 |
| | KeyBank National Association (033631) | Loan on The Summit, MN/FHLMC (000761) | Reviewed due diligence, drafted LIA, and reviewed loan documents | 15.70 |
| Tucker, Marshall | Berkadia Commercial Mortgage LLC (215247) | Ln/Carlton Arms North & MagVal, FL/FNMA (008295) | Reviewed all due diligence and loan documents | 24.20 |
| Vaughan, Matthew | KeyBank National Association (033631) | Loan on ReNew 2900, NV/FHLMC (000763) | | 40.00 |

## Extent of Contact and Supervision

### Extent of contact

- ▪ I worked with this associate extensively during this evaluation cycle.
  - Crawford, Lindsey
  - Loughran, Whitney
- ▪ I worked with this associate a moderate amount during this evaluation cycle.

App.I-Covert-Ex.8

Troutman_00000512

- Dexter, Kevin
- Mufarrige, Kelly
- Nickel, Nora
- Sidarth, S.R.
▪ I worked with this associate briefly during this evaluation cycle.
- Tucker, Marshall
▪ I did not supervise this associate's work but I have a basis on which to comment on the associate's client work or non-billable contributions.
- Lucas, Kassem


**Associate Performance: The Rating Scale**
On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas.

**The Rating Scale:**
**5. Stellar performance; consistently exceeds expectations. This rating should be reserved only for the very best associates at the firm.**
**4. Above-average performance that often exceeds expectations. This is a strong associate.**
**3. Satisfactory performance that meets expectations for an associate of that class year.**
**2. Needs improvement and does not meet expectations for an associate of that class year.**
**1. Consistently and significantly underperforming.**
**N/A. Not observed.**


**Associate Performance: Legal Skills**
Please rate how well the associate is performing each of the following skills.
**Knowledge and Expertise**

▪ 4
- Loughran, Whitney
- Mufarrige, Kelly
▪ 3
- Crawford, Lindsey
- Dexter, Kevin
- Nickel, Nora
- Tucker, Marshall
▪ 2
- Sidarth, S.R.
▪ n/a
- Lucas, Kassem

**Research and Analysis**

▪ 4
- Crawford, Lindsey
- Loughran, Whitney
- Mufarrige, Kelly
- Tucker, Marshall
▪ 3
- Dexter, Kevin
- Nickel, Nora
▪ 2
- Sidarth, S.R.
▪ n/a
- Lucas, Kassem

**Professional Judgment**

▪ 5
- Loughran, Whitney
▪ 4
- Dexter, Kevin
- Mufarrige, Kelly
- Sidarth, S.R.
- Tucker, Marshall
▪ 3
- Crawford, Lindsey
- Nickel, Nora
▪ n/a
- Lucas, Kassem


**Associate Performance: Communication Skills**
Please rate how well the associate is performing each of the following skills.
**Written Communication**
**(including legal writing, drafting and professional writing skills)**

▪ 4
- Crawford, Lindsey
- Loughran, Whitney

- Mufarrige, Kelly
- Tucker, Marshall
- 3
  - Dexter, Kevin
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem

**Oral Communication**

- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Mufarrige, Kelly
- 3
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem


**Associate Performance: Management Skills**

Please rate how well the associate is performing each of the following skills.

**Ownership of Matters**

- 5
  - Loughran, Whitney
- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Dependability**

- 5
  - Loughran, Whitney
  - Sidarth, S.R.
  - Tucker, Marshall
- 4
  - Crawford, Lindsey
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
- n/a
  - Lucas, Kassem

**Commitment to Client Care**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
- 4
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem
  - Tucker, Marshall

**Time and Project Management**

- 5
  - Loughran, Whitney
- 4
  - Crawford, Lindsey
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- 3
  - Dexter, Kevin
  - n/a

App.I-Covert-Ex.8

- Lucas, Kassem

**Associate Performance Management Skills (cont'd)**

**Ability to Delegate and Manage Others**

- n/a
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Lucas, Kassem
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall

**Teamwork**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
  - Mufarrige, Kelly
- 4
  - Dexter, Kevin
  - Nickel, Nora
  - Sidarth, S.R.
- n/a
  - Lucas, Kassem
  - Tucker, Marshall

**Responsiveness**

- 5
  - Crawford, Lindsey
  - Dexter, Kevin
  - Loughran, Whitney
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Ability to Work Well Under Pressure**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney
- 4
  - Dexter, Kevin
  - Mufarrige, Kelly
  - Nickel, Nora
  - Sidarth, S.R.
  - Tucker, Marshall
- n/a
  - Lucas, Kassem

**Associate Performance: Comments**

**Please provide specific examples on this associate's performance.**
**In particular, please explain any ratings of 1 or 5.**

- Crawford, Lindsey

Gita's can do attitude and constant willingness to cover for colleagues who are sick, on paternity leave or simply not getting work done is beyond compare. What she lacks in expertise or deep experience, she makes up for in willingness to try and desire to learn.

I would like to see Gita slow down a bit so that she can better absorb the substance behind the matters on which we work. She is already beyond amazing at keeping the trains running on time for the deals on which we are working.

- Dexter, Kevin

Gita eager to learn and stay on top of assignments and is responsive to feedback.

- Loughran, Whitney

Gita is a reliable and dependable member of my team. The is engaged and enthusiastic about our practice. She is organized and quick to respond and complete tasks.

- Lucas, Kassem

Gita is a true leader and I expect great things from her in the future. She did an excellent job presenting to students at Penn Law on being a successful associate. Her tips were well-received and on point.

- Mufarrige, Kelly

Gita is a pleasure to work with. She's very responsive, eager to help on projects and works well with clients.

- Nickel, Nora

Gita has been great to work with and has come a long way over the past year. Her positive can-do attitude really makes her shine and an absolute pleasure to work with. We are invested in her growth and success with the MFH team and we look forward to continuing to work with her.

<span style="color:red">App.I-Covert-Ex.8</span>

| Sidarth, S.R. | Gita is a team player. She is flexible, willing to put in the effort and is highly responsive. Clients and borrowers enjoy working with her. |
| Tucker, Marshall | I picked up two deals for an attorney in the group who was going on maternity leave. Gita was already working on the deals. She did an amazing job getting me up to speed on the deals and adjusting to my work style versus the attorney who was previously working on the deal. She handled all the work that I asked of her. |

## Comments

**Please describe what contributions the associate made this past year in the following areas:**
-Expanding or retaining work;
-Handling matters directly with existing clients;
-Demonstrating an ownership mentality;
-Attracting new clients or generating new matters; and
-Contributing to group efforts to expand business from existing clients and develop new clients

| - Crawford, Lindsey | See prior response |
| - Dexter, Kevin | N/A - second year and/or was not in a position to view this. |
| - Loughran, Whitney | Gita is a team player and is always willing to do what she can to help the team. She is communicative and meets deadlines. She is eager to increase her substantive knowledge. |
| - Mufarrige, Kelly | Gita is able to handle matters with minimal supervision. She has a good understanding of the subject matter and works with clients directly. |
| - Nickel, Nora | Gita takes a lot of pride and ownership on her deals. Her can-do attitude and strong work ethic help the people she works with maintain and grow relationships with various clients. |
| - Sidarth, S.R. | Clients enjoy working with her. |
| - Tucker, Marshall | n/a |

## Comments (cont'd)

**What does this associate do really well?**

| - Crawford, Lindsey | Makes the people with whom she is working (both externally and internally) feel like they are a high priority at all times,<br>Get's deals closed;<br>Maintains a phenomenal attitude. |
| - Dexter, Kevin | Gita did a great job looking for feedback and being eager to learn. |
| - Loughran, Whitney | Quick to respond<br>Meets deadlines<br>Exceeds expectations often |
| - Lucas, Kassem | She is truly motivated and steps up when others will not. |
| - Mufarrige, Kelly | Gita is great about time management and responsiveness. If I assign her work, it is always completed on time or she communicates to me exactly when the assignment will be completed. |
| - Nickel, Nora | Can-do attitude. |
| - Sidarth, S.R. | She is very on task and on deadline. You will not get late work product from her. Checklists go out weekly like clockwork. |
| - Tucker, Marshall | Gita did an excellent job staying on top of the deal and getting the weekly checklists out before I needed them. |

## Comments (cont'd)

**What skills does this associate need to develop and/or improve over the course of the next year?**

| - Crawford, Lindsey | Slowing down when processing transactions and circulating documents, so that we can catch issues and so that she can build her absorption of the various and varying deal structures. She is super bright and hard working, just needs to pause and to accept that something may work on one transaction or for one partner, but may not work for another. |
| - Dexter, Kevin | Gita should continue working on taking concepts/experience learned in deals and applying it to future transactions. |
| - Loughran, Whitney | This will be the year for Gita to really increase her substantive knowledge of Freddie and Fannie. I would like to see Gita asking more questions in order to learn the "why" of the tasks she completes on a daily basis. |
| - Lucas, Kassem | Find opportunities to lead. |
| - Mufarrige, Kelly | Gita is great at the day-to-day, but she should continue to focus on the higher level issues that arise on deals and the overall Fannie and Freddie programs. |
| - Nickel, Nora | n/a |
| - Sidarth, S.R. | Developing knowledge of the practice and her skill set. She needs to be put in a leading position on deals to further her development. |
| - Tucker, Marshall | It seems like Gita is on the right path. |

App.I-Covert-Ex.8

**Comments (cont'd)**

**Provide any additional comments about this associate including but not limited to client feedback on the associate's performance.**

| | |
|---|---|
| - Dexter, Kevin | Thanks for the help this year! |
| - Loughran, Whitney | Thanks for being so reliable and dependable. Gita also has the BEST attitude around and makes me laugh always. I'm glad we will be working together so much in the future. |
| - Mufarrige, Kelly | Gita is doing a great job and is a great associate to work with. She is reliable and great at communicating with clients and other team members. The more deal exposure Gita has and the more she's able to work through the higher level issues on deal, the more she will excel. |
| - Nickel, Nora | n/a |
| - Sidarth, S.R. | Clients enjoy working with her. |
| - Tucker, Marshall | Gita has gotten good feedback from other attorneys in the group as well. |

⊘ **Decline Report**

| Evaluator | Evaluator Decline Reason |
|---|---|
| Rogoff, Andrew | I submitted an evaluation for Gita last year on a pro bono matter in which we represent an individual seeking asylum. Because of immigration court backlogs and the COVID pandemic, the case progressed little this year. Nevertheless, the client has come to rely on Gita, thanks to her language and personal skills, and she has become his point of contact with the firm. The client lives with great stress due to his personal history as well as the uncertainty of his future in this country, and Gita continues to work with him on whatever twists and turns his life and the case take. I hope that, in the next year, I will have more to say about his work. |
| Bowsher, Matthew | I only worked with Gita directly on one deal, and it was nearly a year ago (Jan/Feb), and it was one of the first few deals she had handled, and I'm sure she has learned and improved a TON since that time, so I do not feel qualified to provide an accurate analysis of per current abilities. |

App.I-Covert-Ex.8

🗏 **2021 Evaluation Status Report**

**Sankano, Gita**

| Evaluator | Status | Evaluation Date |
|---|---|---|
| Bowsher, Matthew | ✖ Declined | Dec 05, 2021 |
| Burke, Natalie | ⬤ Not Started | |
| Crawford, Lindsey | ✔ Completed | Dec 05, 2021 |
| Dexter, Kevin | ✔ Completed | Dec 15, 2021 |
| Loughran, Whitney | ✔ Completed | Dec 15, 2021 |
| Lucas, Kassem | ✔ Completed | Dec 15, 2021 |
| Mufarrige, Kelly | ✔ Completed | Dec 16, 2021 |
| Nickel, Nora | ✔ Completed | Dec 12, 2021 |
| Rogoff, Andrew | ✖ Declined | Dec 02, 2021 |
| Sidarth, S.R. | ✔ Completed | Dec 10, 2021 |
| Strup, Peter | ⬤ Not Started | |
| Tucker, Marshall | ✔ Completed | Dec 15, 2021 |
| Vaughan, Matthew | ⬤ Not Started | |

☰

App.I-Covert-Ex.8

Troutman_00000518

2022 Associate Evaluation

Evaluatee: Gita F Sankano

| 10 completed | | 1 declined |

## 📄 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| <Unassigned> | Berkadia Commercial Mortgage LLC (215247) | Asmp/ReNew One Eleven, AZ/FHLMC (008288) | | 21.00 |
| | | Ln/SummerTree & Mason Manor, AL/FNMA (008388) | | 10.20 |
| | | Loan on Rivercroft & Haverford, DE/FHLMC (008413) | | 13.30 |
| | | Loan on Rosemore Gardens, PA/FHLMC (008820) | | 10.10 |
| | | Loan on Stirling Court Apts, NJ/FHLMC (008821) | | 10.00 |
| | | Loan on Summit Park, PA/FNMA (008851) | | 14.80 |
| | | Loan on Sunchase Longwood, VA/FNMA/ACQ (008992) | | 13.20 |
| | | Loan on Walnut Creek & Valley, KY/FNMA (008461) | | 13.30 |
| | | Supp/Glen at Lewisville, TX/FHLMC (008710) | | 13.80 |
| | | Supp/Glen at North Creek, WA/FHLMC (008652) | | 20.60 |
| | | Supp/Pillar Portfolio (16)/FHLMC (008937) | | 18.30 |
| | | Svcng/Downtown 5th, FL/FHLMC (008909) | | 17.90 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Carpenter Village&Commons/FHLMC/FRED (000511) | | 13.60 |
| | | Loan on Franklin School, MT/FNMA (000562) | | 18.00 |
| | | Loan on Yuba Gardens Apartments, CA/FNMA (000586) | | 24.40 |
| | | Supp/Elevate Brier Creek, NC/FHLMC (000572) | | 18.10 |
| | | Supp/Meridian at Sutton Square, NC/FHLMC (000542) | | 22.00 |
| | | Svcg/Gulfshore Apartments (000576) | | 11.70 |
| | Greystone Servicing Company, LLC (023889) | Loan on Heights at 2121, TX/FNMA (000895) | | 14.90 |
| | Jones Lang LaSalle (018413) | Loan on Point at Bella Grove, FL/FHLMC (000667) | | 11.20 |
| | | Loan on Redbud Estates, KS/FHLMC/MH (000669) | | 11.30 |
| | | Supp/Andorra Point, PA/FHLMC (000613) | | 27.50 |
| | | Supp/Confluence at Three Springs,CO (000625) | | 13.70 |
| | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Roosevelt Townhomes, CA/FNMA (000009) | | 12.80 |
| | KeyBank National Association (033631) | Loan on Halstead Manchester, NH/FHLMC (000852) | | 23.70 |
| | | Loan on Meadowbrook MHC, WA/FNMA/MH (000801) | | 38.90 |
| | | Loan on Pointe at Irving Park, NC/FNMA (000855) | | 13.40 |

App.I-Covert-Ex.9

Troutman_00000485

Case 1:24-cv-00142-JMC   Document 27-11   Filed 01/31/25   Page 61 of 85

| Evaluator | Client | Matter | Hours |
|---|---|---|---|
| | | Loan on ReNew Creve Coeur, MO/FNMA (000795) | 21.20 |
| | | Loan on Villa Lago Apartments, TX/FHLMC (000856) | 11.40 |
| | | Supp/Arcadia Cove, AZ/FHLMC (000807) | 17.90 |
| | | Supp/Denim Scottsdale, AZ/FNMA (000879) | 11.70 |
| | | Supp/Glen at Mesa, AZ/FHLMC (000804) | 13.40 |
| | | Supp/Rembrandt Park Apts, ID/FNMA (000777) | 13.20 |
| | | Supp/Water's Edge, FL/FHLMC (000841) | 12.30 |
| | | Svcng/Harmony Housing I/FNMA (000850) | 10.50 |
| | Newmark Knight Frank (222688) | Ln/The Villages at City Center, VA/FHLMC (001398) | 29.20 |
| | | Svcng/Gull Harbor, FL/FNMA (001160) | 26.50 |
| | ORIX Real Estate Capital, LLC (033737) | Ln/Alta Verde Workforce Housing, CO/FNMA (000683) | 20.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Pinnacle on Pleasant, OH/FNMA (001611) | 19.40 |
| | | Asmp/Villages (4), KY/FNMA (001650) | 13.40 |
| | | Loan on Timber Court, IL/FNMA (001661) | 16.70 |
| | | Supp/Lake Lucerne Towers, FL/FHLMC (001660) | 26.50 |
| | | Supp/Northern Cross, TX/FHLMC (001625) | 24.70 |
| | Walker & Dunlop, LLC (028516) | Ln/Broadstone Southside Apts, TX/FNMA (002324) | 10.10 |
| | | Loan on Cromwell at Plum Creek TX/FNMA (002364) | 15.60 |
| | | Loan on Homestead Gardens, NJ/FHLMC (002504) | 17.50 |
| | | Loan on Top of the Hill, DE/FHLMC (002503) | 16.50 |
| | | Supp/Florin Hill Apartments, PA/FNMA (002530) | 15.30 |
| Bojorquez, Jennifer A | Capital One Multifamily Finance, LLC (239272) | Ln/Spruce Kansas City 2 pack, MO/FHLMC (001612) | 54.90 |
| Bowsher, Matthew R | Jones Lang LaSalle (018413) | Loan on Estates at Palm Bay, FL/FHLMC (000594) | 36.20 |
| | Newmark Knight Frank (222688) | Loan on Venetian on Ella, TX/FHLMC (001397) | 27.20 |
| | Walker & Dunlop, LLC (028516) | Loan on 1430Q, CA/FHLMC (002422) | 58.70 |
| Burke, Natalie A | Berkadia Commercial Mortgage LLC (215247) | Svcng/Alpha Mill, NC/FNMA (008646) | 39.00 |
| | Capital One Multifamily Finance, LLC (239272) | Ln/Spruce Kansas City 2 pack, MO/FHLMC (001612) | 54.90 |
| Crawford, Lindsey | Greystone Servicing Company, LLC (023889) | Asmp/CONTI Portfolio (21)/FNMA (000814) | 41.00 |
| | KeyBank National Association (033631) | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | 47.70 |
| | | Loan on NPM Rochester 8 Pool, NY/FHLMC (000773) | 80.10 |

App.I-Covert-Ex.9

Troutman_00000486

| Evaluator | Client | Matter | Comments | Hours |
|-----------|--------|--------|----------|-------|
| | | Loan on Pebblebrooke Villas, KS/FNMA (000812) | | 34.20 |
| | | Loan on Rocky Glen MHC, WV/FNMA/MH (000818) | | 44.00 |
| | | Supp/Westport Portfolio (3), KS/FNMA (000845) | | 43.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Supp/Pinnacle on Pleasant, OH/FNMA (001637) | | 29.10 |
| | Walker & Dunlop, LLC (028516) | Supp/3310 Apartment Homes, CA/FNMA (002467) | | 26.30 |
| Ebi, Ari | Grandbridge Real Estate Capital LLC (230736) | Loan on Addison Point, NC/FHLMC (000568) | | 28.10 |
| | KeyBank National Association (033631) | Asmp/Mebane Ridge Asst Lvng, NC/FNMA/SR (000781) | | 47.70 |
| | | Loan on NPM Rochester 8 Pool, NY/FNMA (000773) | | 80.10 |
| Loughran, Whitney D | KeyBank National Association (033631) | Loan on Riverwalk Lofts, MA/FHLMC (000808) | | 25.60 |
| | | Loan on The Collection Midtown, VA/FNMA (000836) | | 28.70 |
| McPherson, David J | Walker & Dunlop, LLC (028516) | Loan on Skyline Trinity, TX/FNMA (002382) | | 26.30 |
| Mufarrige, Kelly A | Capital One Multifamily Finance, LLC (239272) | Loan on The Alden South Hills, PA/FHLMC (001477) | | 27.20 |
| | Jones Lang LaSalle (018413) | Loan on Estates at Palm Bay, FL/FHLMC (000594) | | 36.20 |
| Nickel, Nora G | CBRE Capital Markets, Inc. (032105) | Supp/Liv Ahwatukee, AZ/FHLMC (002974) | | 33.30 |
| | | Supp/Liv Northgate, AZ/FHLMC (002975) | | 47.10 |
| | | Svcng/LIV Northgate, AZ/FHLMC (003113) | | 16.80 |
| Popoola, Lanre A | Arbor Commercial Mortgage, LLC (216000) | Ln/ San Tropez Apartments, NV/ FNMA (001123) | | 10.30 |
| | | Ln/Chicago Emerald Port, IL /FNMA DUS (001140) | | 12.30 |
| | | Loan on Diamond Townhomes, SC/FNMA (001105) | | 16.80 |
| | | Supp/ Haven Hill Exchange, GA/FNMA DUS (001129) | | 11.60 |
| Sidarth, S.R. | Grandbridge Real Estate Capital LLC (230736) | Loan on Addison Point, NC/FHLMC (000568) | | 28.10 |
| | KeyBank National Association (033631) | Ln/Governors House Apts, IL/FHLMC/FRED (000817) | | 28.50 |
| Strup, Peter D | Berkadia Commercial Mortgage LLC (215247) | Loan on Champion's Walk Apts, FL/FHLMC (008755) | | 39.90 |
| | | Loan on Sea Aire Apartments, NJ/FHLMC (008713) | | 40.10 |

## Extent of Contact and Supervision

### Extent of contact

- I worked with this associate extensively during this evaluation cycle.

App.I-Covert-Ex.9

Troutman_00000487

- Crawford, Lindsey
- Loughran, Whitney D

▪ I worked with this associate a moderate amount during this evaluation cycle.
- Bowsher, Matthew R
- Ebi, Ari
- Mufarrige, Kelly A
- Strup, Peter D

▪ I worked with this associate briefly during this evaluation cycle.
- Bojorquez, Jennifer A
- Nickel, Nora G
- Popoola, Lanre A
- Sidarth, S.R.

## Associate Performance: Rating Scale

On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas. If you have not directly observed this skill, please select N/A.

**Rating Scale:**
**5 – Stellar performance and consistently exceeds expectations.**
**4 – Above average and often exceeds expectations**
**3 – Satisfactory performance and meets expectations for class year**
**2 – Needs improvement and does not meet expectations for class year**
**1 – Consistently and significantly underperforming**
**N/A – not observed**

## Associate Performance: Legal Skills

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Knowledge & Expertise** - Demonstrates an appropriate understanding of their area of law. Answers level-appropriate questions clearly and with certainty.
**Research & Analysis** - Provides thorough and complete analyses, demonstrating a clear understanding of the issues.
**Professional Judgment** - Identifies and prioritizes issues and provides practical solutions and approaches.
**Practice Experience** - Associate has gained practical experience in their area of focus and seeks out additional opportunities to enhance skillset.

## Knowledge & Expertise

▪ 4
- Ebi, Ari
- Loughran, Whitney D
- Mufarrige, Kelly A
- Nickel, Nora G
▪ 3
- Bojorquez, Jennifer A
- Bowsher, Matthew R
- Crawford, Lindsey
- Popoola, Lanre A
- Strup, Peter D
▪ 2
- Sidarth, S.R.

## Research & Analysis

▪ 5
- Loughran, Whitney D

App.I-Covert-Ex.9

- Bojorquez, Jennifer A
- Mufarrige, Kelly A
- Nickel, Nora G

3
- Bowsher, Matthew R
- Crawford, Lindsey
- Ebi, Ari
- Popoola, Lanre A
- Strup, Peter D

2
- Sidarth, S.R.

## Professional Judgment

4
- Bowsher, Matthew R
- Ebi, Ari
- Loughran, Whitney D
- Mufarrige, Kelly A
- Nickel, Nora G

3
- Bojorquez, Jennifer A
- Crawford, Lindsey
- Popoola, Lanre A
- Sidarth, S.R.
- Strup, Peter D

## Practice Experience

5
- Bowsher, Matthew R

4
- Crawford, Lindsey
- Ebi, Ari
- Loughran, Whitney D
- Mufarrige, Kelly A
- Nickel, Nora G

3
- Bojorquez, Jennifer A
- Popoola, Lanre A
- Sidarth, S.R.
- Strup, Peter D

App.I-Covert-Ex.9

Troutman_00000489

**Associate Performance: Professional Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Written Communication** - Communication is clear, concise, and well-organized.
**Oral Communication** - Communication is clear, concise, and well-organized.
**Time & Project Management** - Completes assignments within applicable budgeted time constraints and balances priorities.
**Critical Thinking & Problem Solving** - Assimilates, analyzes and synthesizes complex information.

## Written Communication (including legal writing, drafting and professional writing skills)

- 4
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

## Oral Communication

- 5
  - Crawford, Lindsey
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bowsher, Matthew R
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Popoola, Lanre A
  - Strup, Peter D
- N/A
  - Ebi, Ari
  - Sidarth, S.R.

## Time & Project Management

- 5
  - Bowsher, Matthew R
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Critical Thinking & Problem Solving

- 4

App.I-Covert-Ex.9

- Loughran, Whitney D
- Mufarrige, Kelly A
▪ 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Nickel, Nora G
  - Popoola, Lanre A
  - Strup, Peter D
▪ 2
  - Sidarth, S.R.
▪ N/A
  - Ebi, Ari


**Associate Performance: Accountability & Ownership**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Ownership of Matters** - Takes accountability for quality and timeliness of work product and provides proactive status updates.
**Collaboration** - Works well with others and demonstrates courtesy and professionalism in interactions with all clients and firm personnel.
**Dependability** - Fulfills responsibilities and meets deadlines.
**Responsiveness** - Responds to emails and phone calls promptly and professionally.
**Delegation & Management** - Understands the importance of leverage and utilizes resources appropriately.

## Ownership of Matters

▪ 5
  - Loughran, Whitney D
  - Mufarrige, Kelly A
▪ 4
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
▪ 3
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D
▪ N/A
  - Bojorquez, Jennifer A

## Collaboration

▪ 5
  - Loughran, Whitney D
  - Mufarrige, Kelly A
▪ 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
▪ 3
  - Bowsher, Matthew R
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D

App.I-Covert-Ex.9

## Dependability

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Responsiveness

- 5
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Ebi, Ari
  - Loughran, Whitney D
  - Mufarrige, Kelly A
  - Sidarth, S.R.
- 4
  - Bojorquez, Jennifer A
  - Nickel, Nora G
- 3
  - Popoola, Lanre A
  - Strup, Peter D

## Delegation & Management

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 3
  - Popoola, Lanre A
  - Sidarth, S.R.
  - Strup, Peter D
- N/A
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Nickel, Nora G

**Associate Performance: Client Service & Business Acumen**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Commitment to Client Care** - Strives to impress clients in all interactions and through quality of work.
**Firm Operations** - Understands firm resources and practices, and adheres to firm policies and protocols.
**Resourcefulness & Efficiency** - Meets or beats deadlines; consistently looks for ways to improve or add value.
**Contributes to expanding or developing work with existing and new clients** - Shows a commitment

App.I-Covert-Ex.9

Troutman_00000492

**Commitment to Client Care**

- 5
  - Crawford, Lindsey
  - Loughran, Whitney D
  - Mufarrige, Kelly A
- 4
  - Bojorquez, Jennifer A
  - Ebi, Ari
  - Nickel, Nora G
  - Sidarth, S.R.
- 3
  - Bowsher, Matthew R
  - Popoola, Lanre A
  - Strup, Peter D

**Firm Operations**

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
  - Strup, Peter D
- 4
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Sidarth, S.R.
- N/A
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Popoola, Lanre A

**Resourcefulness & Efficiency**

- 5
  - Bowsher, Matthew R
  - Loughran, Whitney D
- 4
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Ebi, Ari
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Sidarth, S.R.
- 3
  - Popoola, Lanre A
  - Strup, Peter D

**Contributes to expanding or developing work with existing and new clients**

- 5
  - Loughran, Whitney D
- 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
- 3
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R

App.I-Covert-Ex.9

Troutman_00000493

- Popoola, Lanre A
- Strup, Peter D
- **2**
  - Sidarth, S.R.
- **N/A**
  - Ebi, Ari


**Associate Performance: Firm & Community Service**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Pro Bono** - Actively participates in pro bono matters.
**Firm Citizenship** - Actively participates in firm and community activities.
**DEI Commitment** - Welcomes different ideas and viewpoints, supports colleagues, and shows respect to everyone at the firm. Participates in programs that promote diversity and inclusion.

## Pro Bono

- **5**
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- **N/A**
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Popoola, Lanre A
  - Strup, Peter D

## Firm Citizenship

- **5**
  - Ebi, Ari
  - Loughran, Whitney D
  - Sidarth, S.R.
- **3**
  - Nickel, Nora G
- **N/A**
  - Bojorquez, Jennifer A
  - Bowsher, Matthew R
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Popoola, Lanre A
  - Strup, Peter D

## DEI Commitment

- **5**
  - Bowsher, Matthew R
  - Ebi, Ari
  - Loughran, Whitney D
- **3**
  - Nickel, Nora G
  - Sidarth, S.R.
- **N/A**
  - Bojorquez, Jennifer A
  - Crawford, Lindsey

App.I-Covert-Ex.9

## Associate Performance: Commentary

### Please describe the contributions the associate made to the Firm's success this past year.

- Bojorquez, Jennifer A

My work with Gita is limited. She is very eager to do work and learn the MFH practice. Gita also has a great attitude.

- Bowsher, Matthew R

Gita is exceptionally responsive, beyond compare. New matters are opened immediately, checklists issued immediately, LIAs are always drafted long before they're due, as are loan docs. She's also excellent about following-up on needed items; whereas many associates at her level often issue the checklist and call it a day, Gita proactively follows-up on specific items she needs.

- Crawford, Lindsey

Gita is a super hard worker, she is very organized and stays on top of all tasks. Clients give her rave reviews.

- Ebi, Ari

Gita is well-organized, capable, and committed to improving her practice. She tackles difficult issues with aplomb, asks questions and studies materials in order to ensure she is gaining knowledge in the practice area, and is a great firm citizen with involvement in client events, pro bono matters, and diversity initiatives. I look forward to seeing how she continues to develop as a mid-level associate!

- Loughran, Whitney D

Gita is my go to associate for the majority of my matters. She is always responsive and quick to get projects done. She is communicative with me in the event her assignments will be delayed and doesn't leave me wondering where she is. We've also had the opportunity to meet several of our clients this year and she is warm, inviting and personable. She also has found time for participation in pro bono matters. Finally, I know Gita has had a few tough personal matters to work through this year and as someone who knows intimately how hard it is to balance, she handled those situations with grace and professionalism.

- Mufarrige, Kelly A

Gita has always been extremely helpful and enjoyable to work with. She's very responsive and clients like her.

- Nickel, Nora G

Gita's attitude on deals is great. She's always eager to help and learn. I've enjoyed working on a couple hairy deals with her. They definitely tested patience and Gita has a lot of it!

- Popoola, Lanre A

N/A

- Sidarth, S.R.

I worked less with Gita over the past year than in the prior 12 months -- we brought in a couple of more junior associates with whom I worked more closely. She is a team player who has been willing to pitch in as I have gotten very busy late in the year.

- Strup, Peter D

Gita has helped with a good number of transactions this year and made meaningful contributions to getting them closed.

## Comments (cont'd)

### What does this associate do really well?

- Bojorquez, Jennifer A

Gita is very responsive and eager to learn the practice.

- Bowsher, Matthew R

See prior comment; her best attribute is her responsiveness, her natural desire to stay ahead of the curve, and to get things done well in advance

App.I-Covert-Ex.9

area. I've never seen anything like it. She's exceptional in this

| | |
|---|---|
| - Crawford, Lindsey | Gita makes the trains run on time. She is well steeped in our processes and makes excellent use of iManage. This allows her to find documents at the drop of a hat. Gita is exceptionally responsive, sometimes to a fault. In her haste to respond errors are sometimes made. |
| - Ebi, Ari | Takes responsibility for tasks, excels at maintaining communication. |
| - Loughran, Whitney D | Efficiency<br>Responsiveness<br>Great with clients |
| - Mufarrige, Kelly A | Gita does a great job of communicating with both myself and the clients. She also has a great confidence about her that will definitely benefit her in the future when it comes to client development. |
| - Nickel, Nora G | - Great attitude<br>- Dependability |
| - Popoola, Lanre A | I have worked on a few deals with Gita, and on each deal, Gita does a good job managing the deal timeline by circulating legal checklist that communicate what is outstanding on the transaction to the working group to keep all partied on task. |
| - Sidarth, S.R. | Gita is on the ball with her matters. She pushes the team to stay ahead of deadlines and circulate items to the client and borrower's counsel on a regular basis. |
| - Strup, Peter D | Gita has a lot of enthusiasm and wants very much to do her job well and make sure that clients are happy. Her attitude of self-improvement and willingness to learn is fantastic. |

## Comments (cont'd)

### What skills does this associate need to improve and/or develop over the course of the next year?

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita should work on communication and making sure that the partner/ senior associate has signed off on work product before it's sent to clients. |
| - Bowsher, Matthew R | For a 2019 grad, I'd like to see more attention to detail, more independent analysis, and demonstration of a deeper level of understanding of the underlying issues, rather than merely moving the checklist forward at lightspeed. I would gladly see her responsiveness be slowed to a mere mortal level if it allowed her to focus on these other areas. While it's certainly important to keep things moving forward, it cannot come at the cost of a consistently solid work product. She's now at a level of experience where more is expected than merely pushing things forward. Some recent examples:<br><br>• In our legal intro email, she attached the Application for an entirely different deal. In that same email, she wrote "we'll prepare the closing checklist in the coming days" but then later in the email she contradicts this by saying "we prepared the closing checklist, see below". In that same email, she asked for title commitments "for each property", yet this was a one-property deal. 3 mistakes in one short email, 1 of which was particularly embarrassing and could've been potentially catastrophic for our client, and all of which could've been caught with a simple careful proofread. |

App.I-Covert-Ex.9

delivery coordinator emailed Gita the Survey Cert "is not consistent with the Survey", and the coordinator took the time to set forth two screenshots, one of the applicable portion of the Survey Cert and one of the applicable part of the Survey. Anyone could clearly see that the Cert refers to a different date than the date shown on the Survey. The delivery coordinator literally painted a picture of the inconsistency, did all the work, the reader of the email didn't need to review the docs, it was right there, all of the info. Gita's response was, "what exactly is the inconsistency?"

We all make mistakes, I make them every day, but it's the type of mistakes that are important, and for a 2019 grad I'd like to see Gita improve on reducing the number of mistakes which could easily be prevented paying more attention to detail, giving more careful thought to responses and analysis.

| | |
|---|---|
| - Crawford, Lindsey | A greater depth of substance and the reasons behind why certain documentation is acceptable while other documentation is not. |
| - Ebi, Ari | Continuing to become more familiar with complex deal types and issues. |
| - Loughran, Whitney D | Gita has process down and knows who to go to for help, but I'd love to see her problem solving skill develop and for her to develop more of a process to answer questions she may have on her own. This will lead to an increase in substantive knowledge of subject matter. |
| - Mufarrige, Kelly A | Just general knowledge of the multifamily housing space - this will come with time. |
| - Nickel, Nora G | Gita is super responsive, which is great, but I think it would benefit her to slow down a little in order to better understand the big picture. |
| - Popoola, Lanre A | Gita has expressed an interest in working on affordable housing transactions and I look forward to working with her in the next year and help her strengthen her understanding of this type of transaction so that she can better analyze the affordable housing documents. |
| - Sidarth, S.R. | Gita needs to become both more thorough and more efficient. My focus would first be on thoroughness -- making sure that she ties off loose ends on her matters (including asking questions if not exactly sure what is to be done). Then the next goal is greater efficiency -- some assignments are probably still taking too long at her class level.<br><br>I think Gita would also benefit from being in the office more -- it is hard to develop skills and grow interpersonal relationships remotely. Hopefully 2023 will provide that opportunity. |
| - Strup, Peter D | Gita's biggest area for improvement is making sure to ask questions early and often when handling a transaction. I would like for her to make sure to question what she knows and to ask the partners and associates whom she works with about the right way to handle a particular issue, even if she's fairly certain of the correct approach.<br><br>I also want to make sure she knows that she will never be expected to have all of the answers, but that I want her to make sure she knows how to get those answers when something comes up. This involves expanding her internal network and feeling confident that she can take questions to the people she works with. |

I have spoken with Gita about this on some recent transactions, so I know she is working on it and fully anticipate that she will improve in the coming year.

## Comments (cont'd)

**Provide any additional comments about this associate including but not limited to client feedback on the associate's performance.**

| | |
|---|---|
| - Bojorquez, Jennifer A | None |
| - Bowsher, Matthew R | See prior comments. |
| - Crawford, Lindsey | See previous comments |
| - Ebi, Ari | I am always glad to have Gita on a deal helping move things forward and keeping organized -- it's an invaluable skill valued by senior attorneys and clients alike. |
| - Loughran, Whitney D | Gita is a wonderful asset to the team! |
| - Mufarrige, Kelly A | Clients are always happy with Gita's performance on a deal. |
| - Nickel, Nora G | n/a |
| - Popoola, Lanre A | N/A |
| - Sidarth, S.R. | Clients respond well to Gita. I appreciate her willingness to help in a variety of ways. |
| - Strup, Peter D | Gita has a lot of potential! As I mentioned before, I just want her to be more comfortable asking questions early and often. |

## ⊘ Decline Report

| Evaluator | Evaluator Decline Reason |
|---|---|
| McPherson, David J | In anticipation of my retirement at the end of this year, I have not actively worked on any matters this year. |

App.I-Covert-Ex.9

Printed: Oct 08, 2023

<div align="center">2023 Associate Evaluation</div>

Associate: Gita F Sankano

| | | | | 11 completed | 0 declined |

### 🪪 Associate Profile

| Profile | Value |
|---|---|
| TP Office | Washington |
| TP PracticeGroup | Multifamily Housing Finance |
| TP ClassYear | 2019 |

### 📄 Matter Report

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| <Unassigned> | Arbor Commercial Mortgage, LLC (216000) | Ln/Horizons at Steele Creek, NC/FNMA (001159) | | 12.00 |
| | | Loan on Honeytree Apartments, NC/FNMA (001207) | | 16.40 |
| | | Loan on Magnolia & Briarwood, GA/FNMA (001219) | | 10.30 |
| | | Supp/Gwinnett Station Apts, GA/FNMA (001218) | | 14.10 |
| | | Supp/Oaks at Northgate, NC/FNMA (001206) | | 17.90 |
| | Berkadia Commercial Mortgage LLC (215247) | Ln/Highlands of East Atlanta, GA/FHLMC (009332) | | 19.80 |
| | | Ln/Salem Harbour Apartments, PA/FNMA (009548) | | 14.30 |
| | | Supp/Hancock Estates, MA/FHLMC (009370) | | 15.20 |
| | CPC Mortgage Company LLC (257470) | Loan on 153 Main Street, CT/FHLMC (000038) | | 48.00 |
| | | Loan on Austin United Alliance, IL/FHLMC (000035) | | 18.50 |
| | Grandbridge Real Estate Capital LLC (230736) | Ln/Ventas Atria Portfolio 24/FHLMC/SR (000613) | | 13.20 |
| | | Supp/ARIUM Gulfshore, FL/FNMA (000590) | | 15.80 |
| | | Supp/Preserve @ Henderson Beach, FL/FNMA (000589) | | 15.50 |
| | Greystone Servicing Company, LLC (023889) | Loan on Cardinal Oaks, TX/FNMA (000917) | | 10.20 |
| | | Supp/Windsor Falls, NC/FNMA (000925) | | 17.80 |
| | Jones Lang LaSalle (018413) | Ln/Whispering Oaks Parkwood Villa/FHLMC (000709) | | 46.70 |
| | | Supp/Carrington Park, NC/FNMA (000698) | | 17.50 |
| | | Supp/Elan Apartments, TX/FNMA (000697) | | 16.30 |
| | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Evergreen Apartments, UT/FNMA (000026) | | 14.00 |
| | KeyBank National Association (033631) | Asmp/Windmill Apartments, CO/FHLMC (000888) | | 19.20 |
| | | Ln&EnvRev/Lake Village, MI/FHLMC (000960) | | 22.00 |
| | | Ln/Orchard & Prescott & N Keene/FHLMC (000864) | | 15.70 |
| | | Loan on North Downtown Athens, GA/FHLMC (000865) | | 12.40 |
| | | Loan on NXRT Portfolio (19)/FHLMC (000887) | | 17.90 |
| | | Supp/Denim Scottsdale, AZ/FNMA (000879) | | 21.10 |
| | | Svcng/Rembrandt Park Apartments, ID/FNMA (000909) | | 18.80 |
| | | Svcng/Village Green Apartments, CA/FNMA (000910) | | 18.00 |
| | Lument Real Estate Capital, LLC (033737) | Ln/Smith Ranch Workforce, CO/FHLMC (000720) | | 21.90 |
| | Merchants Capital (252794) | Loan on Aspen Court, IL/FNMA (000012) | | 16.90 |
| | Newmark Knight Frank (222688) | Loan on Northaven Park, TX/FHLMC (001437) | | 43.50 |
| | | Loan on Venetian on Ella, TX/FHLMC (001397) | | 11.40 |
| | | Svcng/Gull Harbor, FL/FNMA (001160) | | 26.70 |
| | Newpoint Real Estate Capital LLC (246003) | Ln/102-148 Concord Lane, NY/FNMA (000161) | | 37.80 |
| | NorthMarq Capital Finance (230806) | Supp/The Sanctuary, NV/FNMA (000054) | | 17.80 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Asmp/Villages (4), KY/FNMA (001650) | | 23.00 |
| | | Supp/2023 Threshold Portfolio (14)/FNMA (001723) | | 15.00 |
| | | Supp/Fairview Village Apts, OH/FNMA (001706) | | 12.60 |
| | | Supp/Lake Lucerne Towers, FL/FHLMC (001660) | | 14.20 |
| | Walker & Dunlop, LLC (028516) | Asmp&Supp/Ravine Bluff, OH/FHLMC (002541) | | 20.30 |

<span style="color:red">App.I-Covert-Ex.10</span>

Troutman_00000942

| Evaluator | Client | Matter | Comments | Hours |
|---|---|---|---|---|
| | | Ln/Freeman Webb Portfolio (18)/FHLMC (002599) | | 16.60 |
| | | Ln/Patriot Manor Apartments, VI/FHLMC (002640) | | 19.50 |
| | | Loan on Chestnut Lake Apts, OH/FHLMC (002607) | | 13.60 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Glen at Bucks, PA/FNMA (004228) | | 16.40 |
| | | Supp/Glen at Hidden Valley, NV/FHLMC (004080) | | 20.60 |
| Bojorquez, Jennifer A | Capital One Multifamily Finance, LLC (239272) | Asmp/Nineteen01, CA/FHLMC (001969) | | 38.00 |
| | | Ln/The Preserve at Sunnyside, OR/FHLMC (001961) | | 27.90 |
| | | Loan on Town Center Park, OR/FHLMC (001962) | | 29.10 |
| Crawford, Lindsey | KeyBank National Association (033631) | Asmp/Gladden Farms, IN/FNMA (000866) | | 28.10 |
| | | Asmp/Pointe at Stoneybrook, KY/FNMA (000867) | | 29.00 |
| | | Asmp/Sabal Chase, FL/FNMA (000868) | | 43.80 |
| | | Loan on 930 on Broadway, NY/FNMA (000970) | | 28.80 |
| | | Loan on Clifton Heights, NY/FNMA (000919) | | 51.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | | Loan on Copper Creek, NC/FNMA (001669) | | 25.20 |
| | | Loan on Oaks at Hickory, TN/FNMA (001722) | | 34.80 |
| Lautt, Jonathan J | <General Matter> | | Jon and I did a few servicing matters this year | 0.00 |
| Loughran, Whitney D | KeyBank National Association (033631) | Loan on Oakgrove Apartments, OR/FNMA (000945) | | 28.90 |
| | Prudential Multifamily Mortgage, Inc. (213529) | Ln/Oakwood Terrace MHC, WI/FHLMC/MH (001720) | | 39.30 |
| | Wells Fargo Bank, N.A. - Multifamily Len (215792) | Loan on The Park at Avellino, FL/FNMA (004180) | | 21.30 |
| | | Loan on The Park at Via Veneto, FL/FNMA (004179) | | 16.50 |
| Mufarrige, Kelly A | Jones Lang LaSalle (018413) | Ln/Dairy Ashford & Braeswood, TX/FHLMC (000867) | | 38.30 |
| | | Loan on Falls of Town Park, TX/FHLMC (000833) | | 20.90 |
| | | Loan on Falls of Wilcrest, TX/FHLMC (000861) | | 27.40 |
| | KeyBank National Association (033631) | Loan on The Mark 7120, GA/FNMA (000918) | | 29.60 |
| Nickel, Nora G | Berkadia Commercial Mortgage LLC (215247) | Loan on Oak Plaza, FL/FHLMC (009604) | | 30.20 |
| | CBRE Capital Markets, Inc. (032105) | Supp/Avenue 25, AZ/FNMA (003438) | | 17.30 |
| Smith, Ashante L | <General Matter> | | Assisted Ashante with some of her servicing matters | 0.00 |
| Stitzer, Virginia L | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| Strup, Peter D | Berkadia Commercial Mortgage LLC (215247) | Loan on Merion Stratford, CT/FHLMC (009487) | Freddie CME | 23.60 |
| | | Loan on The Monroe, FL/FHLMC (009518) | Freddie CME | 23.20 |
| | Grandbridge Real Estate Capital LLC (230736) | Loan on Lion Villas, CA/FHLMC (000599) | | 43.20 |
| | | Loan on Yuba Gardens Apartments, CA/FNMA (000586) | | 18.50 |
| Tucker, Marshall D | JP Morgan Chase, N.A. (Multifamily Lendi (260314) | Loan on Hamilton Arms, NJ/FNMA (000036) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 17.00 |
| | | Loan on Holly Brook, NY/FNMA (000038) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 10.10 |
| | | Loan on Zachary Arms, NJ/FNMA (000039) | Fannie deal. Although the deal died, Marshall and I did a good amount of work on these. | 11.30 |

## Extent of Contact and Supervision

**Extent of contact**

* I worked with this associate extensively during this evaluation cycle.
  - Loughran, Whitney D
* I worked with this associate a moderate amount during this evaluation cycle.
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Strup, Peter D
* I worked with this associate briefly during this evaluation cycle.
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Tucker, Marshall D
* I did not supervise this associate's work but I have a basis on which to comment on the associate's client work or non-billable contributions.
  - Lucas, Kassem L
  - Stitzer, Virginia L

App.I-Covert-Ex.10

Associate Performance: Rating Scale

On the following pages, please rate how well the associate is performing each of the skills in the following associate performance areas. If you have not directly observed this skill, please select N/A.

**Rating Scale:**
5 – Stellar performance and consistently exceeds expectations.
4 – Above average and often exceeds expectations
3 – Satisfactory performance and meets expectations for class year
2 – Needs improvement and does not meet expectations for class year
1 – Consistently and significantly underperforming
N/A – not observed

**Associate Performance: Legal Skills**

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

Knowledge & Expertise - Demonstrates an appropriate understanding of their area of law. Answers level-appropriate questions clearly and with certainty.
Research & Analysis - Provides thorough and complete analyses, demonstrating a clear understanding of the issues.
Professional Judgment - Identifies and prioritizes issues and provides practical solutions and approaches.
Practice Experience - Associate has gained practical experience in their area of focus and seeks out additional opportunities to enhance skillset.

**Knowledge & Expertise**

* 4
  - Loughran, Whitney D
* 3
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Research & Analysis**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Nickel, Nora G
  - Smith, Ashante L
* 2
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Professional Judgment**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Nickel, Nora G
  - Tucker, Marshall D
* 2
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Practice Experience**

* 5
  - Loughran, Whitney D
* 4
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L

App.I-Covert-Ex.10

- Tucker, Marsh\* D\*
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

App.I-Covert-Ex.10

Troutman_00000945

Associate Performance: Professional Skills

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Written Communication** - Communication is clear, concise, and well-organized.
**Oral Communication** - Communication is clear, concise, and well-organized.
**Time & Project Management** - Completes assignments within applicable budgeted time constraints and balances priorities.
**Critical Thinking & Problem Solving** - Assimilates, analyzes and synthesizes complex information.

**Written Communication (including legal writing, drafting and professional writing skills)**

* 5
  - Tucker, Marshall D
* 4
  - Loughran, Whitney D
  - Smith, Ashante L
  - Stitzer, Virginia L
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
* 2
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Oral Communication**

* 5
  - Loughran, Whitney D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Nickel, Nora G
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

**Time & Project Management**

* 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
* 2
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

**Critical Thinking & Problem Solving**

* 4
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Tucker, Marshall D
* 2
  - Crawford, Lindsey
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

Associate Performance: Accountability & Ownership

Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Ownership of Matters** - Takes accountability for quality and timeliness of work product and provides proactive status updates.
**Collaboration** - Works well with others and demonstrates courtesy and professionalism in interactions with all clients and firm personnel.

App.I-Covert-Ex.10

Troutman_00000946

**Dependability** - Fulfills responsibilities and meets deadlines.

**Responsiveness & Availability** - Responds to emails and phone calls promptly and professionally. Makes themselves available when expected, whether in the office, virtually, by phone or other means.

**Delegation & Management** - Understands the importance of leverage and utilizes resources appropriately.

## Ownership of Matters

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

## Collaboration

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Nickel, Nora G
  - Strup, Peter D
* 2
  - Lautt, Jonathan J
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L

## Dependability

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Stitzer, Virginia L
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
  - Smith, Ashante L
  - Tucker, Marshall D
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

## Responsiveness & Availability

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Tucker, Marshall D
* 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* N/A
  - Lucas, Kassem L

## Delegation & Management

* 5
  - Loughran, Whitney D
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Crawford, Lindsey
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Stitzer, Virginia L

App.I-Covert-Ex.10

Troutman_00000947

**Associate Performance: Client Service & Business Acumen**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Commitment to Client Care** - Strives to impress clients in all interactions and through quality of work.
**Firm Operations** - Understands firm resources and practices, and adheres to firm policies and protocols.
**Resourcefulness & Efficiency** - Meets or beats deadlines; consistently looks for ways to improve or add value.
**Contributes to expanding or developing work with existing and new clients** - Shows a commitment to building internal and external network.

**Commitment to Client Care**

* 5
  - Loughran, Whitney D
* 4
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Bojorquez, Jennifer A
  - Lautt, Jonathan J
  - Nickel, Nora G
  - Strup, Peter D
* N/A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Firm Operations**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Strup, Peter D
* 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
* 3
  - Crawford, Lindsey
  - Lautt, Jonathan J
* N/A
  - Bojorquez, Jennifer A
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Resourcefulness & Efficiency**

* 5
  - Loughran, Whitney D
  - Nickel, Nora G
  - Smith, Ashante L
* 4
  - Mufarrige, Kelly A
  - Tucker, Marshall D
* 3
  - Bojorquez, Jennifer A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
* 2
  - Stitzer, Virginia L
* N/A
  - Lucas, Kassem L

**Contributes to expanding or developing work with existing and new clients**

* 5
  - Loughran, Whitney D
* 4
  - Bojorquez, Jennifer A
* 3
  - Crawford, Lindsey
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Strup, Peter D
* N/A
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Stitzer, Virginia L
  - Tucker, Marshall D

**Associate Performance: Firm & Community Service**
Please rate how well the associate is performing each of the following skills. If you have not directly observed this skill, please select N/A.

**Pro Bono** - Actively participates in pro bono matters.
**Firm Citizenship** - Actively participates in firm and community activities.
**DEI Commitment** - Welcomes different ideas and viewpoints, supports colleagues, and shows respect to everyone at the firm. Participates in

App.I-Covert-Ex.10

**Pro Bono**

- * 5
  - Loughran, Whitney D
- * 4
  - Bojorquez, Jennifer A
- * N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Lucas, Kassem L
  - Mufarrige, Kelly A
  - Nickel, Nora G
  - Smith, Ashante L
  - Stitzer, Virginia L
  - Strup, Peter D
  - Tucker, Marshall D

**Firm Citizenship**

- * 5
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
- * 4
  - Bojorquez, Jennifer A
  - Mufarrige, Kelly A
- * 3
  - Smith, Ashante L
- * N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D
  - Tucker, Marshall D

**DEI Commitment**

- * 5
  - Bojorquez, Jennifer A
  - Loughran, Whitney D
  - Lucas, Kassem L
  - Nickel, Nora G
  - Stitzer, Virginia L
  - Tucker, Marshall D
- * 4
  - Mufarrige, Kelly A
  - Smith, Ashante L
- * N/A
  - Crawford, Lindsey
  - Lautt, Jonathan J
  - Strup, Peter D

**Associate Performance: Commentary**

**Please describe the associate's contributions
to the Firm's success this past year.**

| | |
|---|---|
| Bojorquez, Jennifer A | I only started working with Gita in the past few months. She was persistent in her request for work and is eager to learn and be mentored. She has drafted the first versions of analysis and has managed due diligence checklists, helping us to stay on top of deals that had shorter than normal timelines. |
| Crawford, Lindsey | Gita has marketed herself across the entire group and started working with other partners and senior associates. She is always looking for ways to enhance her personal brand and that of the team and the firm. |
| Lautt, Jonathan J | Unknown |
| Loughran, Whitney D | Gita has worked with me extensively over the last year on several projects. Gita is also very involved with pro bono and DEI matters on top of her workload. |
| Lucas, Kassem L | . |
| Mufarrige, Kelly A | Gita is a team player. She's always willing to help out on deals. She also does a good job checking in to see if there are matters that she can assist on. |
| Nickel, Nora G | I don't work with Gita often, but the times that I have, Gita is very responsive, proactive and always eager to assist. |
| Smith, Ashante L | Gita has contributed to the team by working on new loan originations (including large pools) and servicing matters. She is able to assist in various capacities - from handling discrete matters like due diligence reviews to coordinating deals from beginning to end with some supervision. Gita has routinely demonstrated a willingness to pitch in where needed.<br><br>Gita has engaged in several client development events. She remains an active participant in the BAAG Affinity Group and has also participated in multiple firm-sponsored conferences. |
| Stitzer, Virginia L | I haven't worked on a deal with Gita in this review cycle. |
| Strup, Peter D | Gita has worked with me on a number of transactions this year. |
| Tucker, Marshall D | Gita has been very involved in the practice group and firm activities. |

**What does this associate do really well?**

| | |
|---|---|
| Bojorquez, Jennifer A | Gita is very responsive and will jump on an assignment when received. She is very reliable, and I know that she'll work West Coast hours and weekends if something needs to be completed. She readily takes ownership of matters and acknowledges when a situation should have been handled differently. |

App.I-Covert-Ex.10

| | |
|---|---|
| - Crawford, Lindsey | Gita is a pleasure to work with and receives feedback well. She responds thoughtfully to the analyst requests throughout the deal cycle. |
| - Lautt, Jonathan J | Unknown |
| - Loughran, Whitney D | Gita is very responsive and communicative. She takes ownership of her tasks and works hard to keep deals moving forward. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita is efficient and keeps deals moving forward (always sends weekly checklists, sends prompts responses, reviews documents and sends comments promptly). |
| - Nickel, Nora G | Gita is very responsive, proactive and always eager to assist. She's timely with checklists and can navigate through routine deals and routine matters. |
| - Smith, Ashante L | Gita is extremely responsive and turns work product quickly. This is a very useful tool when we are in our full 'busy' mode. She actively pursues work and will reach out anytime she has capacity to take on more. She is also communicative and proactive on assignments and will offer to assist beyond the scope of the initial assignment - suggesting where she can be of use. Gita has a thorough understanding of the team's practices and procedures as well as the mechanics of a deal. Gita also has a collaborative attitude and seems to enjoy working with a number of attorneys across offices. |
| - Stitzer, Virginia L | Gita is hard-working and eager to take on new things. She's quick to volunteer for SARs, which are a crucial part of each deal. |
| - Strup, Peter D | Gita's attitude and commitment to self-improvement is commendable. She wants to succeed. |
| - Tucker, Marshall D | Gita is very responsive and on top of deals. |

**What skills does this associate need to improve and/or develop over the next year?**

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita needs to work on developing her pragmatic thinking skills. For example, with respect to document modifications, just because a sponsor got approval on doc mods on a prior deal doesn't mean all of those doc mods are applicable on a new deal, such as mods addressing litigation involving one borrower. But it has come up in other contexts as well. There is no "one size fits all" in the work we do, and she needs to think through the circumstances at hand and determine if what was done before really makes sense.<br><br>I also think that Gita needs to gain more substantive knowledge of certain legal issues. I cannot yet tell if she has simply not worked on deals with certain attributes or she hasn't retained knowledge of issues previously encountered.<br><br>Gita sometimes "jumps the gun" with sending documents or emails to clients or the opposing parties before I've reviewed what is being sent. I realize she is being proactive, but sometimes I'd like the opportunity to review communication and documents before they go out. |
| - Crawford, Lindsey | Gita needs to better understand substance --the why behind the documents being used and advice being given. Her focus has been on how someone addressed an issue or process before rather than why that happened, whether the prior iteration was correct and whether that iteration is actually applicable to the case at hand. |
| - Lautt, Jonathan J | Welcome instruction that is aimed at giving the client a suitable work product. |
| - Loughran, Whitney D | Over the next year, I'd like to see Gita work to not just understand the mechanics of a deal (which I think she knows very well), but substantively understand the reasoning behind each step. I'd like to see her be able to spot abnormalities in a deal quickly so we can work together to determine the best course of action to address the issue that might not fit into the usual mold or process. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Gita needs to work on thoroughness and developing a more in depth understanding of the Fannie/Freddie programs. At this point, Gita should have a firm grasp on the loan documents, transfers, common doc mods, etc. However, most of these higher level items still fall to the partner or senior associate. Gita should take on working on a larger role on deals. |
| - Nickel, Nora G | Gita needs to slow down and focus on the quality of her work product. I receive things in a timely manner but often have to make changes and edits to the final work product because of mistakes. Because of this, I sometimes have some hesitation with Gita communicating directly with borrower's counsel and/or the client. This doesn't happen all the time, but enough where I still feel the need to go back and check behind her on most things.<br><br>I also think Gita relies on the LPAs too much. When revisions are requested and made, they should still be reviewed by the supervising attorney before being circulated to borrower's counsel and/or our clients. By doing the reviews herself, it will improve the work product and enable her to take more ownership of a deal. |
| - Smith, Ashante L | Gita should continue to work on slowing down a beat, when time permits. She is so efficient with her initial work product that I think she will often have time to revisit work with an even closer eye to detail and still meet or exceed deadlines. I think that "pause" will help to provide a final work product that is both timely and free of any minor errors/oversights.<br><br>Also, as Gita is transitioning from a junior to mid-level associate, I'm aware that she is focusing on viewing deals holistically; putting together all the fundamental building blocks that she's already learned to demonstrate her understanding of how they work together and anticipating next steps. I think this is level appropriate and support that focus over the next year. |
| - Stitzer, Virginia L | I note that my response to this is limited to second attorney reviews. However, in observing those, Gita needs to work on being more diligent in her reviews and on taking it to the next level. After a year or so, she'd be her looking for all of the SAR checklist items as well as a higher-level review of document modifications, etc, and she's not consistently taking her reviews to the next level. |
| - Strup, Peter D | Gita's development has lagged behind other associates in her class year. I would like for her to work to develop stronger relationships with partners and associates by having open conversations about her performance and by being self-critical and improving her skills and knowledge of the various loan programs our firm handles. It's easiest to do this in the middle of a transaction, but she may need to do some of that outside of an active deal. |
| - Tucker, Marshall D | Gita needs to seek out complex work so she can take the next step in her career. She has a good handle on the basics of a deal but I'm not sure she's getting exposure to more complex matters. |

**Provide any additional comments about this associate, including but not limited to client feedback on the associate's performance.**

App.I-Covert-Ex.10

| | |
|---|---|
| - Bojorquez, Jennifer A | Gita should be more thoughtful in a cerebral manner. That is, she's becoming successful at developing business. I think she needs to focus on developing her skills and relationships in our practice group, not on developing outside business. Once she demonstrates her competence in the practice group and instills confidence in the partners in our group, the business will naturally grow. |
| - Crawford, Lindsey | Gita needs to ask, list absorbed (and if information is not absorbed, ask more questions) and analyze legal issues and documentation the way others at or in many instances below her year are doing. |
| - Lautt, Jonathan J | None. |
| - Loughran, Whitney D | Gita is working very hard to advance within the practice group. She is dependable, responsive and eager to learn. She helps me tremendously in keeping deals on track. A dedication to client care is very clear with Gita and it is important to her that our clients are taken care of. |
| - Lucas, Kassem L | Gita played a vital role in the Firm's DEI initiatives and should be recognized for her efforts. |
| - Mufarrige, Kelly A | I've never received negative feedback from a client on Gita's performance. Clients enjoy working with Gita. |
| - Nickel, Nora G | Gita and I worked on a deal called Oak Plaza. It was a straightforward FL A&R deal with a repeat sponsor of mine. I've provided specific feedback after that deal closed which Gita appreciated. I discussed the things she did well and the areas that needed improvement. |
| | I thought it was helpful when Gita shared her thought process when reviewing diligence and documents. It helped me better understand where she was coming from which helped me teach her and explain my reasoning. I recommend that Gita continue to express her reasoning so people can better understand how to teach and mentor her. |
| | Gita has a great attitude, and her responsiveness is always appreciated. She also always gets assignments back to me on time or early. But I think she really needs to focus on her work product this year. Slow down and reread emails and memos before sending things out for review. Slow down to absorb the information provided and see how your growing knowledge base can be applied to the deal. Ask questions and be prepared to explain your answers. |
| - Smith, Ashante L | Gita has demonstrated a strong dedication to the team and the firm. She actively seeks guidance and constructive feedback to learn and grow. Gita has also demonstrated strong networking skills that are useful for client development. |
| - Stitzer, Virginia L | n/a |
| - Strup, Peter D | There have been some situations where checklists that Gita prepared were not updated accurately. We all miss things sometimes, but perfecting the 'little things' such as proofreading work, adhering to deadlines, and following instructions meticulously are helpful whether we are fast or slow. I would also like for Gita to deepen her understanding of the 'big picture' concepts. This involves comprehending how her work fits into larger projects and asking questions about variations on issues that arise during the term of a particular transaction so she can be prepared if they come up on future deals. By grasping these broader concepts and expanding her knowledge-base, she can better anticipate needs, make more informed decisions, and contribute more effectively and efficiently. |
| - Tucker, Marshall D | n/a |

**Confidential Feedback**

**Is there any additional feedback you would like
to share with the Associate Development Committee/PG Leadership?**

**NOTE: Your response to this question will not be shared
with the Associate during the annual evaluation process.**

| | |
|---|---|
| - Bojorquez, Jennifer A | It seems that she's behind her peers in the group from a development perspective, but I have not yet determined whether that is due to a lack of teaching and mentorship (this is what Gita says), or from a lack of understanding of MFH concepts. |
| - Crawford, Lindsey | Clients really like Gita as do I. We would like to see her succeed and hope this year makes all the difference. |
| - Lautt, Jonathan J | I haven't worked with Gita a ton. In the limited contact we've had she doesn't seem to appreciate my coaching her up. |
| - Loughran, Whitney D | I enjoy working with Gita. Her focus over the next year needs to be on substantive understanding of the subject matter and I hope others will join me in assisting her with that task. |
| - Lucas, Kassem L | . |
| - Mufarrige, Kelly A | Working with Gita is a bit complex at times. On the one hand, she's very efficient and responsive; but, on the other hand, she needs to be more thoughtful and cautious in her responses. There seems to be a bit of stagnation with Gita's progression. At this point, she should be leading deals. However, she still plays a more junior role on deals. |
| - Nickel, Nora G | n/a |
| - Smith, Ashante L | N/A |
| - Stitzer, Virginia L | n/a |
| - Strup, Peter D | N/A |
| - Tucker, Marshall D | I understand that other partners and senior associates in the practice group have had complaints about Gita's work product. I only briefly worked with Gita, and I did not experience any of the same issues. However, the matters that we worked on were not complex in nature, so it did not require complex analysis which is the noted issue for Gita. |

App.I-Covert-Ex.10

**2023 Evaluation Status Report**

**Sankano, Gita F**

**Multifamily Housing Finance**

**2019**

| Evaluator | Evaluator TP PracticeGroup | Status | Evaluation Date |
|---|---|---|---|
| Bojorquez, Jennifer A | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Crawford, Lindsey | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Lautt, Jonathan J | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Loughran, Whitney D | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Lucas, Kassem L | Business Litigation | ✔ Completed | Oct 06, 2023 |
| Mufarrige, Kelly A | Multifamily Housing Finance | ✔ Completed | Oct 05, 2023 |
| Nickel, Nora G | Multifamily Housing Finance | ✔ Completed | Oct 08, 2023 |
| Smith, Ashante L | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Stitzer, Virginia L | Multifamily Housing Finance | ✔ Completed | Sep 20, 2023 |
| Strup, Peter D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |
| Tucker, Marshall D | Multifamily Housing Finance | ✔ Completed | Oct 06, 2023 |

App.I-Covert-Ex.10

Troutman_00000952

| | |
|---|---|
| **From:** | Covert, Kalle R.[/O=TROUTMANSANDERS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9EEFF4AC0D5940E680E8AFAB006FAA4F] |
| **Sent:** | Tue 9/5/2023 12:48:27 PM (UTC-04:00) |
| **To:** | Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com] |
| **Subject:** | Gita Notes - 8.25.23 |

Hi – below are my complied notes from our discussion. Please let me know if you have anything to add.

On Friday, August 25, Mary Cabell Sulc and I spoke to Gita Sankano about her recent performance feedback. We discussed Gita's work mix as well as the partners and senior associates she regularly works with. While Gita's hours are strong, we noted that an associate at her level should be getting most of their hours from being the lead associate on a transaction as opposed to doing more one-off work, such as second attorney reviews. Gita indicated that she would like to get more exposure to complex, multi-layer deals. We suggested that Gita continue to ask for these opportunities to do higher-level work to make sure that the assigning attorneys know that she is available and interested in working with them. We encouraged her to ask for feedback, both during a deal, as well as after a deal to ensure that Gita knows what she can do better in the future.

We discussed Gita's past reviews. While nearly every reviewer notes her impressive responsiveness, multiple reviewers also suggested that she should slow down and work more carefully to avoid making mistakes. We discussed that Gita's reviews as a junior associate were very strong, but they have continued to decline each year, with some reviewers even giving her 2s and 3s in 2022. We discussed that Gita was seeking coaching to work on internalizing this feedback and putting a plan in place to make sure these issues are addressed so attorneys in the group feel confident giving her work.

Gita mentioned that it has been hard for her to get training in the DC office as the team does not come in as often. Because she often works with Whitney Loughran and others in the Richmond office, we suggested that she should plan to spend some time in Richmond to become more integrated into teams and take advantage of in-person training and mentoring.

**Kalle R. Covert**
**Director of Professional Development**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers
———————————————
**troutman** pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm