**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

GITA F. SANKANO,

                 Plaintiff,

                 v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP AND BRIAN IWASHYNA,

                 Defendants.

Case No. 1:24-cv-00142

---

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Appendix M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GITA F. SANKANO,

         Plaintiff,

         v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP and BRIAN IWASHYNA,

         Defendants.

Case No. 1:24-cv-00142

---

## DECLARATION OF MARY CABELL SULC

The undersigned states the following:

1.     My name is Mary Cabell Sulc. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2.     During the time period from July 1, 2020 to December 31, 2024, I was employed by Troutman Pepper Hamilton Sanders LLP ("Troutman") as a Practice Director. In this role, I was responsible for providing administrative support for the Multifamily Housing Finance ("MFH") practice group.

### Summaries of Gita Sankano's Performance Evaluations

3.     In November 2022, I reviewed the performance evaluations of all the associates in the MFH practice group and prepared a summary of the evaluations for each associate. For Gita Sankano, I noted that she received ratings of "2" in the areas of knowledge and experience, research and analysis, critical thinking and problem solving, and contributes to expanding or developing work. I also noted the following development areas for Ms. Sankano:

- Communication and getting sign off before sending deliverables.
- More attention to detail, independent analysis, demonstration of a deeper level of understanding of the underlying issues.
- Moves too fast and quality and big picture is sacrificed.
- More thorough and efficient, ask questions early and often.

A copy of my summary of the 2022 performance evaluations is attached as <u>Exhibit 1</u>. I provided a copy of my summary to Brian Iwashyna.

**June 2023 Meeting Where Ms. Sankano's Performance Problems Were Discussed**

4.      In 2023, the mid-year meeting between Legal Talent, the Associate Development Committee ("ADC"), and the MFH practice group leadership was scheduled to be held on June 16, 2023.  Before this meeting, on June 13, 2023, I sent Kalle Covert a list of all the associates in the MFH practice group, and the practice group's high-level assessment of each associate.  On the list, Ms. Sankano was one of three associates identified by the practice group as being on the "Watch List."  I explained in my email:

> Gita was struggling at the time of the merger, so we moved her onto deals with leg TS attorneys[1] and she was doing well.  However, it seems she may have plateaued and is no longer progressing in her development.  Her hours are good and she's very responsive, but she's not operating at the level we'd expect.  She's worked with many different partners in the group (DC and RIC) to find a fit, without success.

*See* Exhibit 2.  I based this assessment on what I had heard about Ms. Sankano from the MFH Practice Group Leader (Brian Iwashyna) and other MFH partners.

**August 25, 2023 Meeting with Ms. Sankano**

5.      On August 25, 2023, Kalle Covert and I meet with Ms. Sankano to discuss her overall development and performance.

6.      During this meeting, Ms. Covert and I discussed Ms. Sankano's work mix as well as the partners and senior associates with whom she regularly worked. While Ms. Sankano's hours were strong, we noted that an associate at her level should be getting most of their hours from being the lead associate on a transaction as opposed to doing more one-off work, such as Second Attorney Reviews ("SARs"). Ms. Sankano indicated that she would like to get more exposure to complex, multi-layer deals. We suggested that she continue to ask for these opportunities to do higher-level work to make sure that the assigning attorneys know that she is available and interested in working with them. We also encouraged her to ask for feedback, both during a deal, as well as after a deal to ensure that Ms. Sankano would know what she can do better in the future.

7.      During the August 25 meeting, Ms. Covert and I also discussed Ms. Sankano's past reviews with her.  We noted that while nearly every reviewer praised her impressive responsiveness, multiple reviewers also suggested that she should slow down and work more carefully to avoid making mistakes. We discussed that Ms. Sankano's reviews as a junior associate were very strong, and even commented that she had been a "rockstar" in the past, based on her responsiveness and willingness to work hard.  But we noted that Ms. Sankano's reviews had not evolved regarding the substantive work and had continued to decline each year, with some reviewers even giving her 2s and 3s in 2022.  We discussed that Ms. Sankano was seeking

---

[1] My reference to "leg TS attorneys" in my June 13 email to Kalle Covert was a reference to attorneys who had been employed with Troutman Sanders LLP prior to its merger with Pepper Hamilton LLP in July 2020.

coaching to work on internalizing this feedback and putting a plan in place to make sure these issues are addressed so attorneys in the group would feel confident giving her work.

8.      Ms. Sankano mentioned to us during the August 25 meeting that it had been hard for her to get training in the DC office as the team does not come in as often. Because she often worked with Whitney Loughran and others in the Richmond office, we suggested that she should plan to spend some time in Richmond to become more integrated into teams and take advantage of in-person training and mentoring.  As Practice Director for MFH, I knew that other associates and paralegals who were working in DC had made trips to Richmond to meet, work with, and learn from the larger number of MFH attorneys working in that office.  In making this suggestion to Ms. Sankano, we were not treating her differently than white associates.  We were not suggesting that Ms. Sankano move to Richmond (although that would have been fine).

9.      At the end of the August 25 meeting, Ms. Sankano thanked us for meeting with her, saying she really appreciated our interest and that we were so invested in her success.  After she left, Ms. Covert and I commented to each other that Ms. Sankano did not seem to have absorbed the message we believed we had delivered that her continued employment was in jeopardy if her work product did not improve.

10.     A copy of my notes from the August 25, 2023 meeting is attached <u>Exhibit 3</u>.

**<u>End-of-Year Performance Discussions in November 2023</u>**

11.     On October 24, 2023, the MFH Practice Group Leader (Brian Iwashyna), other members of the MFH leadership team responsible for associate development (Nora Nickel, Blair Schiff, and Marshall Tucker) met to discuss the MFH associates, in light of their 2023 performance evaluations.  I attended this meeting to take notes and facilitate follow-ups.  The notes in my spreadsheet from this meeting state the following with regard to Ms. Sankano:

- Blair talked to [Jennifer Bojorquez]: she is seeing the issues / not performing at [class year].  Gita claims she wasn't taught things.
- Misses very standard things on SARs ([per Virginia Stitzer and Marshall Tucker])
- Blair will talk to Sona about getting her and Audrey involved on next steps

At no point during this October 24, 2023 meeting did anyone mention the fact that Ms. Sankano had filed a complaint with the Human Resources department.

12.     On November 2, 2023, I attended a meeting with the MFH Practice Group Leader, the other members of MFH leadership team responsible for associate development, Legal Talent, and the ADC.  I attended this meeting to take notes and facilitate follow-ups.  My notes in my spreadsheet from this meeting state the following with regard to Ms. Sankano:

- She constantly says she hasn't been trained, but she takes no ownership for her training / development
- We don't feel that partnership is in her future
- Now would be the best time for her to try and find another job
- Exit Message: Need to determine timing
- No raise

At no point during this November 2, 2023 meeting did anyone mention the fact that Ms. Sankano had filed a complaint with the Human Resources department.

13.     On November 8, 2023, I sent Ms. Covert an email documenting the decisions made during the November 2, 2023 meeting regarding Ms. Sankano and certain other associates. Regarding Ms. Sankano, my notes stated:  "Based on consistent performance issues and the lack of a path forward, Gita will receive an exit message." *See* <u>Exhibit 4</u>.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

*Mary Cabell Sulc*
1A9E9D5AC7A9440...
Mary Cabell Sulc

1/30/2025
_____
Date

**MFH Associate Evaluation Feedback Summaries – November 2022**

**Name:** Jess Colton | **Class Year:** 2016 | **Office:** Richmond

*REDACTED*

**Name:** Iyanna Draper | **Class Year:** 2020 | **Office:** Richmond

*REDACTED*

**Name:** Ari Ebi | **Class Year:** 2016 | **Office:** Washington, DC

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Kristen Ernst | **Class Year:** 2019 | **Office:** Washington, DC

*REDACTED*

**Name:** Brooke Foster | **Class Year:** 2021 | **Office:** Washington, DC

*REDACTED*

**Name:** Alec Gershen | **Class Year:** 2021 | **Office:** Washington, DC

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Sonali Gupta | **Class Year:** 2020 | **Office:** Richmond

*REDACTED*

**Name:** Vishal Hemnani | **Class Year:** 2020 | **Office:** Washington, DC

*REDACTED*

**Name:** Randy Hurlburt | **Class Year:** 2017 | **Office:** Washington, DC

*REDACTED*

App.M-Sulc-Ex.1

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Troutman_00001062

*REDACTED*

**Name:** Zack Imboden | **Class Year:** 2017 | **Office:** Richmond

*REDACTED*

**Name:** Sam Irvin | **Class Year:** 2016 | **Office:** Richmond

*REDACTED*

**Name:** Corrine Kizner | **Class Year:** 2020 | **Office:** Richmond

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Lauren Koester | **Class Year:** 2015 | **Office:** Washington, DC

*REDACTED*

**Name:** Alina Krugovykh | **Class Year:** 2020 | **Office:** Washington, DC

*REDACTED*

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Mike Kubik **| Class Year:** 2020 | **Office:** Washington, DC

*REDACTED*

**Name:** Chaya Loffman **| Class Year:** 2020 | **Office:** LAX

*REDACTED*

**Name:** Whitney Loughran **| Class Year:** 2015 | **Office:** Richmond

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Katie Love | **Class Year:** 2018 | **Office:** Richmond

*REDACTED*

**Name:** Leilani Messersmith | **Class Year:** 2020 | **Office:** Richmond

*REDACTED*

**Name:** Kelly Mufarrige | **Class Year:** 2015 | **Office:** Washington, DC

*REDACTED*

App.M-Sulc-Ex.1

*REDACTED*

**Name:** Abby Mulugeta | **Class Year:** 2017 | **Office:** Richmond

*REDACTED*

**Name:** Samson Nabozny | **Class Year:** 2021 | **Office:** Washington, DC

*REDACTED*

**Name:** Brendan O'Regan | **Class Year:** 2014 | **Office:** Washington, DC

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

*REDACTED*

**Name:** Ravi Patel | **Class Year:** 2016 | **Office:** Richmond

*REDACTED*

**Name:** Lanre Popoola | **Class Year:** 2012 | **Office:** Washington, DC

*REDACTED*

**Name:** Gita Sankano | **Class Year:** 2019 | **Office:** Washington, DC

<u>**Self-Assessment**</u>
- Priderock deals – closed 10 deals with this sponsor
- Mentors: Whitney, Ashante
- Challenges: Bronx fire, family was involved
- Surpassed billable hour requirement

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

- 2023: gain confidence and autonomy in his deals, more client interaction, work on more complex deals

**Associate Evaluation**
- Ratings: (2) Knowledge & Experience, research & analysis, critical thinking & problem solving, contributes to expanding or developing work with existing and new clients
- Eager to learn, great attitude, responsive and great at follow up, hard worker, organized
- Personable with clients
- Development areas:
  - Communication and getting sign off before sending deliverables
  - More attention to detail, independent analysis, demonstration of a deeper level of understanding of the underlying issues
  - Moves too fast and quality and big picture is sacrificed
  - More thorough and efficient, ask questions early and often

**Name:** Austin Sargent | **Class Year:** 2018 | **Office:** Richmond

*REDACTED*

**Name:** Niki Scott | **Class Year:** 2018 | **Office:** Richmond

*REDACTED*

**Name:** HG Song **| Class Year:** 2020 **| Office:** Washington, DC

*REDACTED*

**Name:** Christina Sullivan **| Class Year:** 2021 **| Office:** Washington, DC

*REDACTED*

**iwashName:** Rachel Tropper **| Class Year:** 2021 **| Office:** Richmond

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

Troutman_00001070

*REDACTED*

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

App.M-Sulc-Ex.1

Troutman_00001071

| From: | Sulc, Mary Cabell[/O=TROUTMANSANDERS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9F429186B2BA49949A15814FEB1F75D6] |
|---|---|
| Sent: | Tue 6/13/2023 5:31:57 PM (UTC-04:00) |
| To: | Covert, Kalle R.[Kalle.Covert@troutman.com] |
| Subject: | CONFIDENTIAL -- MFH PG Meeting |

Hey there,
Below is the full MFH roster so you can have a wholistic view. Those highlighted in yellow need to be discussed. The three noted as "Watch List" (Gita, Sonali, and Iyanna) are the specific associates Brian would like guidance on.

Gita was struggling at the time of the merger, so we moved her onto deals with leg TS attorneys and she was doing well. However, it seems she may have plateaued and is no longer progressing in her development. Her hours are good and she's very responsive, but she's not operating at the level we'd expect. She's worked with many different partners in the group (DC and RIC) to find a fit, without success.

Sonali has struggled with time management and prioritizing her work. She's been paired with numerous partners/sr. associates but is operating below her class year, isn't getting her hours (or putting her time in on time!!). She been working with the coaching team. My take – not sure MFH is the right group for her.

Iyanna has had an extraordinarily hard year (or longer) with a series of family losses and other hardships. She is also very reserved and has had trouble integrating into the group. Because of all of this, she hasn't had the hours or the reps that she should have. My take is, again, that MFH may not be the right group for her (and big law may not be the right fit).

Happy to touch base on any of this that would be helpful.
MCS

| Employee Name | Office | Class Year | Year | Hire Date | |
|---|---|---|---|---|---|
| Popoola, Lanre A. | WDC | 2012 | 11 | 04/13/2022 | **Partnership path - 202** |
| O'Regan, Brendan | HAR | 2014 | 9 | 03/04/2013 | Needs time / or Caree |
| Koester, Lauren E | NYC | 2015 | 8 | 01/27/2015 | **Partnership path - 202** |
| Loughran, Whitney D. | RCH | 2015 | 8 | 09/17/2015 | **Partnership path - 202** |
| Mufarrige, Kelly A. | WDC | 2015 | 8 | 01/02/2018 | **Partnership path - 202** |
| Ebi, Ari | WDC | 2016 | 7 | 02/06/2017 | Partnership path - 202 |
| Irvin, Samuel A. | RCH | 2016 | 7 | 07/15/2019 | Partnership path - 202 |
| Patel, Ravi | RCH | 2016 | 7 | 11/28/2016 | Partnership path - 202 |
| Hurlburt, Randall | WDC | 2017 | 6 | 07/29/2011 | Needs time / or Caree |
| Imboden, Zachary | RCH | 2017 | 6 | 10/23/2017 | Partnership path - 202 |
| Mulugeta, Abby | RCH | 2017 | 6 | 08/13/2018 | Partnership path - 202 |

App.M-Sulc-Ex.2

Troutman_00000717

| Name | Office | Year | | Date | Notes |
|---|---|---|---|---|---|
| Love, Katie | RCH | 2018 | 5 | 09/26/2018 | Partnership path - 202 |
| Sargent, Austin C | RCH | 2018 | 5 | 11/05/2018 | Partnership path - 202 |
| Scott, Nicole K. | RCH | 2018 | 5 | 03/16/2020 | Partnership path - 202 |
| Ernst, Kristen | WDC | 2019 | 4 | 05/15/2017 | Needs to get hours up |
| Sankano, Gita F | WDC | 2019 | 4 | 08/30/2019 | Watch list - Performar |
| Hemnani, Vishal M. | WDC | 2020 | 3 | 08/09/2021 | High performer |
| Kizner, Corinne S. | RCH | 2020 | 3 | 09/27/2021 | High performer |
| Krugovykh, Alina | WDC | 2020 | 3 | 11/12/2019 | Henry thinks she is get |
| Loffman, Chaya | LAX | 2020 | 3 | 01/06/2021 | Has been on maternity work. |
| Messersmith, Leilani B. | RCH | 2020 | 3 | 05/14/2018 | High performer |
| Draper, Iyanna M. | RCH | 2020 | 3 | 09/27/2021 | Watch list - Hours / Pe |
| Gupta, Sonali | RCH | 2020 | 3 | 01/06/2021 | Watch list - Hours / Pe |
| Song, HG | WDC | 2020 | 3 | 04/11/2022 | Solid |
| Echard, Taylor Campos | WDC | 2021 | 2 | 09/21/2022 | Working to get her mo |
| Foster, Brooke | RCH | 2021 | 2 | 02/16/2022 | Solid |
| Gershen, Alexander E | WDC | 2021 | 2 | 09/21/2020 | Works with Scott Fireis won't go up. |
| Nabozny, Samson R. | WDC | 2021 | 2 | 10/11/2021 | High performer |
| Sullivan, Cristina M. | WDC | 2021 | 2 | 08/30/2021 | Hours are an issue |
| Tropper, Rachel D. | RCH | 2021 | 2 | 11/01/2021 | Moving to Houston. Do |
| Burton, Hannah E. | RCH | 2022 | 1 | 06/11/2018 | High performer |
| Gesang, Drolma | WDC | 2022 | 1 | 05/24/2021 | High performer |
| Willis, Gordon F. | RCH | 2022 | 1 | 05/24/2021 | High performer |

**Mary Cabell Sulc**

App.M-Sulc-Ex.2

Troutman_00000718

**Practice Director**
troutman pepper
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

---

**From:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Sent:** Wednesday, May 31, 2023 8:08 PM
**To:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>; Spencer, Sona <Sona.Spencer@troutman.com>
**Subject:** RE: MFH PG Meeting

Hi –

Absolutely. We have a "time-permitting" section in the agenda to discuss mid-level and junior issues as well as people in those levels who are likely career track candidates. Anything you can share in advance to ensure that we are properly briefed for the call would be great.

Thanks!

**Kalle R. Covert**
**Director of Professional Development**
troutman pepper
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

---

**From:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Sent:** Wednesday, May 31, 2023 11:25 AM
**To:** Spencer, Sona <Sona.Spencer@troutman.com>; Covert, Kalle R. <Kalle.Covert@troutman.com>
**Subject:** MFH PG Meeting

Good morning!

Brian and I were talking after the PGL meeting yesterday and agree that our Sr. Associates are pretty solid with only 1 in the "Need more info" category. We are prepared to discuss Brendan.
BUT … we do have some issues in our junior ranks. Could we plan to use some of our allotted time to discuss the juniors as well. Happy to send over a list of those associate where we'd like your guidance / input.

Let me know your thoughts!
Thank you,
Mary Cabell

**Mary Cabell Sulc**
**Practice Director**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

troutman pepper
1001 Haxall Point, Suite 1500

App.M-Sulc-Ex.2

Troutman_00000719

Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

App.M-Sulc-Ex.2

Troutman_00000720

| From: | Sulc, Mary Cabell[/O=TROUTMANSANDERS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9F429186B2BA49949A15814FEB1F75D6] |
|---|---|
| Sent: | Sun 9/10/2023 12:01:15 PM (UTC-04:00) |
| To: | Sulc, Mary Cabell[MaryCabell.Sulc@troutman.com] |
| Subject: | FW: Gita Notes - 8.25.23 |

**Who are you working with?**
- Lindsey, Whitney, Kelly (not many deals), Jennifer, Jon
- Was working with Peter on sponsor specific deals, haven't gotten any recently
- One off deals with Nora and Ashante

**In what capacity?**
- Full deals

**How do you think it is going?**
- Well. Needs to slow down.

**How have you addressed feedback?**
- Working to slow down. Just started coaching
- Sidarth's scores – she didn't really work with him

**MCS to Gita:**
- Haven't progressed with class year. Were Rockstar based on responsiveness and willingness to work hard, but reviews haven't evolved regarding the substantive work.

**Gita:**
- Wants to work on multi-layer / complex deals (told Nora this)
  - MCS response: she needs to get details right before she gets more complex work
- Not getting training out of DC (raised with Peter and Nora). "Need to do better at training in DC."
  - MCS and Kalle encouraged her to come to Richmond
  - MCS encouraged her to ask for guidance and training in the moment
- Says she was "left off" Zack's trainings

**Mary Cabell Sulc**
**Practice Director**
troutman **pepper**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

**From:** Covert, Kalle R. <Kalle.Covert@troutman.com>
**Sent:** Tuesday, September 5, 2023 12:48 PM
**To:** Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
**Subject:** Gita Notes - 8.25.23

Hi – below are my complied notes from our discussion. Please let me know if you have anything to add.

App.M-Sulc-Ex.3

Troutman_00001072

On Friday, August 25, Mary Cabell Sulc and I spoke to Gita Sankano about her recent performance feedback. We discussed Gita's work mix as well as the partners and senior associates she regularly works with. While Gita's hours are strong, we noted that an associate at her level should be getting most of their hours from being the lead associate on a transaction as opposed to doing more one-off work, such as second attorney reviews. Gita indicated that she would like to get more exposure to complex, multi-layer deals. We suggested that Gita continue to ask for these opportunities to do higher-level work to make sure that the assigning attorneys know that she is available and interested in working with them. We encouraged her to ask for feedback, both during a deal, as well as after a deal to ensure that Gita knows what she can do better in the future.

We discussed Gita's past reviews. While nearly every reviewer notes her impressive responsiveness, multiple reviewers also suggested that she should slow down and work more carefully to avoid making mistakes. We discussed that Gita's reviews as a junior associate were very strong, but they have continued to decline each year, with some reviewers even giving her 2s and 3s in 2022. We discussed that Gita was seeking coaching to work on internalizing this feedback and putting a plan in place to make sure these issues are addressed so attorneys in the group feel confident giving her work.

Gita mentioned that it has been hard for her to get training in the DC office as the team does not come in as often. Because she often works with Whitney Loughran and others in the Richmond office, we suggested that she should plan to spend some time in Richmond to become more integrated into teams and take advantage of in-person training and mentoring.

**Kalle R. Covert**
**Director of Professional Development**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers

_____

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

**From:**       Sulc, Mary Cabell[/O=TROUTMANSANDERS/OU=FIRST ADMINISTRATIVE
                GROUP/CN=RECIPIENTS/CN=SHERROMC]
**Sent:**       Wed 11/8/2023 6:43:30 PM (UTC-05:00)
**To:**         Covert, Kalle R.[Kalle.Covert@troutman.com]
**Subject:**    RE: Multifamily Housing: Associate Eval ADC/LT Follow Up

Let me go back to Brian/Nora/Blair/Marshall about the timing. I had end of Q1 in my notes, but I don't recall
how they landed there beyond just wanting to give her time … I agree that we should be mindful of parity
with others. I'll get back to you!!


**Mary Cabell Sulc**
**Practice Director**
troutman **pepper**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com



From: Covert, Kalle R. <Kalle.Covert@troutman.com>
Sent: Wednesday, November 8, 2023 6:41 PM
To: Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
Subject: RE: Multifamily Housing: Associate Eval ADC/LT Follow Up


Hey there –

Thanks for sending. I chatted with Sona this evening and just wanted to clarify a few things on Gita. It is
fine for the group to give her the "heads up" conversation now as opposed to waiting until December. They
can let her know that she is going to receive some difficult feedback in the review and that she should start
thinking about her next opportunity as there is not going to be a long-term path for her. Is there a specific
reason that the group wants to wait until the end of March to move to job search? We are having those
conversations with other associates earlier in 2024. From a parity perspective, we would want to make sure
that she is not being given an extra long grace period that we're not extending to others. Let me know if
you'd like to discuss in the morning. Thanks!

**Kalle R. Covert**
**Director of Professional Development**
troutman **pepper**
Direct: 804.697.1489 | Mobile: 804.564.6975 | Internal: 15-1489
kalle.covert@troutman.com
Pronouns: she, her, hers



From: Sulc, Mary Cabell <MaryCabell.Sulc@troutman.com>
Sent: Wednesday, November 8, 2023 2:00 PM
To: Covert, Kalle R. <Kalle.Covert@troutman.com>
Subject: Multifamily Housing: Associate Eval ADC/LT Follow Up

Kalle – Sona mentioned that y'all needed an email documenting our meeting. Take a look at the below and
let me know if it is what you need. If so, I can resend copying Sona and Audrey. Thanks! MCS

**App.M-Sulc-Ex.4**

Kalle,

To confirm decisions made during our MFH 2023 Associate Performance Evaluation Meeting on November 2, 2023, please see the following:

  • Brendan O'Regan: Brendan is a candidate for Career Counsel. His business case for this transition has been submitted.
  • Randy Hurlburt: Randy is a candidate for an Attorney II / Career Associate role. His business case for this transition has been submitted.
  • Gita Sankano: Based on consistent performance issues and the lack of a path forward, Gita will receive an exit message. In December, the Practice Group will provide a "soft" message letting her know that at the end of Q1 2024, she'll receive her 3-month job search leave notice. Also, she will not receive a compensation increase during this review cycle. (do your notes match re: timing? If not, I can confirm with the lawyers on the call)
  • Iyanna Draper: Marshall Tucker will discuss the Career Track options with Iyanna.


Please let me know if you have any questions or concerns.

Thank you,
Mary Cabell

**Mary Cabell Sulc**
**Practice Director**
Direct: 804.697.1880 | Mobile: 804.852.3077 | Internal: 15-1880
marycabell.sulc@troutman.com

troutman **pepper**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm