UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>       Plaintiff,<br><br>       v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>       Defendants. | Case No. 1:24-cv-00142 |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Appendix N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>   Plaintiff,<br><br>   v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP and BRIAN IWASHYNA,<br><br>   Defendants. | Case No. 1:24-cv-00142 |

## DECLARATION OF JENNIFER A. BOJORQUEZ

The undersigned states the following:

1. My name is Jennifer Bojorquez. I am of majority age, and I give this declaration of my own free will based upon my personal knowledge for use in the above-captioned matter.

2. Prior to July 1, 2020, I was a partner at Troutman Sanders LLP. On July 1, 2020, resulting from its combination with Pepper Hamilton LLP ("Pepper Hamilton"), Troutman Sanders changed its name to Troutman Pepper Hamilton Sanders LLP ("Troutman"). On January 1, 2025, the firm's name changed again to Troutman Pepper Locke LLP.

3. I was a partner in Troutman's Multifamily Housing Finance ("MFH") practice group throughout the time Gita Sankano was employed by Troutman, and I am currently a partner in MFH.

**Ms. Sankano's Work Performance**

4. Ms. Sankano began working with me in 2022, but she did not do very much work for me that year. However, in or around July 2023, Ms. Sankano reached to me to ask if she could work with me. I was impressed by her initiative and her persistence, so I put her on a few deals. I had heard that other partners in the MFH group had had issues with Ms. Sankano's work product, but I was willing to give her another try.

5. After working with Ms. Sankano for a few months, I concluded that there were three areas where Ms. Sankano was not performing well. First, I thought that she needed to work on her critical thinking skills. Rather than simply applying what she did in one deal to another deal, she needed to think critically about what she was doing and why to determine how to proceed in the current deal. For instance, on some deals, we have to present Freddie Mac or Fannie Mae with proposed modifications to their forms. Often sponsors will have a set list of modifications that they request on all their deals. We had a couple of deals where I told Ms. Sankano that we had done a deal with the subject sponsor in the past, and we have their modifications. She would

1

copy and paste those modifications into the current form without considering whether the modifications were specific to the prior property (*e.g.*, an environmental issue or a certain type of lease) and whether they would apply to the current deal.

6.      I also thought that Ms. Sankano needed to gain more substantive knowledge about MFH. There were a number of MFH legal issues that she did not seem to know, which surprised me given her class year.   I also wanted Ms. Sankano to stop sending documents or emails to clients before I had the opportunity to review them.  Sometimes, I found that she was not doing what I told her to do (*e.g.,* to use my analyses from the initial transaction) or was doing a bare-boned analysis, rather than the in-depth one I had expected.  Other times, she was making sloppy mistakes, like including the wrong dates or number of years in her analyses, using an incorrect name of a trust, referring to a mistake as an incorrect spelling rather than the failure to name the correct entity, failing to include modifications that were requested, or sending documents meant for one party to another party.

### My Performance Evaluations of Ms. Sankano

7.      I completed formal written evaluations of Ms. Sankano's work performance in 2022 and 2023.  My written evaluations accurately reflected my opinions about Ms. Sankano's work at the time I completed them.

### Feedback I Provided to MFH Practice Group Leadership About Ms. Sankano's Work

8.      In July 2023, Nora Nickel reached out to me to ask how Ms. Sankano was doing.  I had only just begun working with Ms. Sankano, but told Ms. Nickel that she was doing a good job. A few weeks later, our Practice Group Leader, Brian Iwashyna, emailed me with the same question.  I responded on August 2, 2023, with an email where I said "She's doing well.  A few minor things to improve upon here and there, but overall, working with her has been a positive experience.  And she showed a lot of initiative by reaching out to me a few times for work, which I appreciate." *See* Exhibit 1.

9.      Shortly after that email, Mr. Iwashyna called me to discuss Ms. Sankano's work.  During that call, Mr. Iwashyna told me that she was a fourth-year associate.  I was very surprised by that, as I had assumed based on my work with her that she was more junior. Thereafter, I ended up speaking with Mr. Iwashyna about Ms. Sankano's performance on one or two other occasions.  I told Mr. Iwashyna that I had some concerns about Ms. Sankano's work performance.  I told him that she did not seem to be thinking critically about the deals she was working on – doing things a particular way simply because that was the way she did them on a previous deal.  I also told Mr. Iwashyna that Ms. Sankano seemed to lack substantive knowledge on some multifamily housing practice concepts.

10.    On October 21, 2023, Blair Schiff reached out to me, asking to discuss Ms. Sankano. His email said: "Her review says that working with you has been her big success this year, your review seems more mixed. I'd be more curious to know your thoughts in a less formal setting than the written review." *See* Exhibit 2. I spoke with Mr. Schiff on October 23, 2023. In that call, I told Mr. Schiff that Ms. Sankano had exhibited a number of performance problems, including not looking at the bigger picture and blindly applying things from one deal to another, even though the facts were not similar. I also told him that Ms. Sankano had complained to me about not receiving enough training from other attorneys in the group, but I did not agree with that excuse.

**Ms. Sankano's Request to Discuss Her Career**

11.    On August 25, 2023, Ms. Sankano called me to discuss her career. She told me that she wanted to become a partner at Troutman and asked if I could help her develop a game plan for her development. I did not view this call with Ms. Sankano as a time to share with Ms. Sankano the concerns I had about her poor performance, and she did not ask me for my feedback on her work. In my mind, her performance was part of what she should be working to improve.

**Decision to Terminate Ms. Sankano's Employment**

12.    At the time I met with Ms. Sankano in August 2023 to discuss the path to partnership and at the time I completed my evaluation of Ms. Sankano's work in October 2023, I was not aware of any discussions that MFH practice group leadership, Legal Talent, and/or the Associate Development Committee may have been having about Ms. Sankano's termination. I am not in a leadership position in the MFH practice group, so I am not involved in any discussions or decisions about the termination of an associate's employment.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    1/30/2025
Jennifer A. Bojorquez                                    _____
                                                                          Date

3

| | |
|---|---|
| **From:** | Tucker, Marshall D.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TUCKERMD] |
| **Sent:** | Wed 8/2/2023 4:47:17 PM (UTC-04:00) |
| **To:** | Iwashyna, Brian J.[Brian.Iwashyna@troutman.com]; Nickel, Nora Garcia[nora.nickel@troutman.com] |
| **Subject:** | RE: RE: I love working with Jennifer!! |

She's been doing well on my deals as well.

**Marshall D. Tucker**
Partner
troutman pepper
Direct: 804.697.1895 | Internal: 15-1895
marshall.tucker@troutman.com

---

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, August 2, 2023 4:43 PM
**To:** Nickel, Nora Garcia <nora.nickel@troutman.com>; Tucker, Marshall D. <Marshall.Tucker@troutman.com>
**Subject:** Fwd: RE: I love working with Jennifer!!

**Brian J. Iwashyna**
Partner
Direct: 804.697.1402 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his
―――――――――――
troutman pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

---------- Forwarded message ----------

> **From:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
> **Date:** August 2, 2023 at 4:29:01 PM EDT
> **Subject:** RE: I love working with Jennifer!!
> **To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
>
> Well, that's nice of her. She's doing well. A few minor things to improve upon here and there, but overall, working with her has been a positive experience. And she showed a lot of initiative by reaching out to me a few times for work, which I appreciate.

App.N-Bojorquez-Ex.1

Troutman_00005865

**Jennifer A. Bojorquez**
Partner
Direct: 949.622.2727 | Mobile: 949.326.3306 | Internal: 18-2727
jennifer.bojorquez@troutman.com

troutman pepper
5 Park Plaza, Suite 1400
Irvine, CA 92614
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

**From:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Sent:** Wednesday, August 2, 2023 10:43 AM
**To:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Subject:** FW: I love working with Jennifer!!

Just FYI.   How is Gita doing?

**Brian J. Iwashyna**
Partner
troutman pepper
Direct: 804.697.1402 | Mobile: 804.467.1403 | Internal: 15-1402
brian.iwashyna@troutman.com
Pronouns: he, him, his

**From:** Sankano, Gita F. <Gita.Sankano@troutman.com>
**Sent:** Tuesday, August 1, 2023 7:37 PM
**To:** Iwashyna, Brian J. <Brian.Iwashyna@troutman.com>
**Subject:** I love working with Jennifer!!

I'm learning a ton from her and she's amazing!

**Gita F. Sankano**
Associate
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

troutman pepper
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

| | |
|---|---|
| **From:** | Bojorquez, Jennifer A.[/O=TROUTMANSANDERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BOJORQJI] |
| **Sent:** | Mon 10/23/2023 12:19:50 PM (UTC-04:00) |
| **To:** | Schiff, Blair L.[Blair.Schiff@Troutman.com] |
| **Subject:** | RE: Gita |

Oh, I haven't received a voicemail or any missed calls. I'll give you a call now.

### Jennifer A. Bojorquez
**Partner**
Direct: 949.622.2727 | Mobile: 949.326.3306 | Internal: 18-2727
jennifer.bojorquez@troutman.com

**troutman pepper**
5 Park Plaza, Suite 1400
Irvine, CA 92614
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

---

**From:** Schiff, Blair L. <Blair.Schiff@Troutman.com>
**Sent:** Monday, October 23, 2023 9:18 AM
**To:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Subject:** RE: Gita

Good morning,

I left you a voicemail, I have calls at 1 and 3 ET but am otherwise mostly around.

Thanks,
Blair

### Blair L. Schiff
**Partner**
Direct: 202.220.1223
blair.schiff@troutman.com
Pronouns: he, him, his

**troutman pepper**
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

---

**From:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Sent:** Sunday, October 22, 2023 11:02 AM

App.N-Bojorquez-Ex.2
Troutman_00005831

**To:** Schiff, Blair L. <Blair.Schiff@Troutman.com>
**Subject:** RE: Gita

Sure thing.  I have calls at 10 and 11:30 Pacific tomorrow and can be available after 8:30 Pacific.

### Jennifer A. Bojorquez
**Partner**
Direct: 949.622.2727 | Mobile: 949.326.3306 | Internal: 18-2727
jennifer.bojorquez@troutman.com

**troutman** pepper
5 Park Plaza, Suite 1400
Irvine, CA 92614
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

---

**From:** Schiff, Blair L. <Blair.Schiff@Troutman.com>
**Sent:** Saturday, October 21, 2023 12:03 PM
**To:** Bojorquez, Jennifer A. <Jennifer.Bojorquez@troutman.com>
**Subject:** Gita

Hi Jennifer,

I hope you had an easy trip back from Montreal, I am in the process of reviewing the associate evaluations, do you have some time on Monday to discuss Gita?

Her review says that working with you has been her big success this year, your review seems more mixed. I'd be more curious to know your thoughts in a less formal setting than the written review.

Have a good weekend!

Thanks!
Blair

### Blair L. Schiff
**Partner**
Direct: 202.220.1223
blair.schiff@troutman.com
Pronouns: he, him, his

**troutman** pepper
401 9th Street, NW, Suite 1000
Washington, DC 20004
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm