UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GITA F. SANKANO,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP,**<br><br>      **Defendant.** | Case No. 1:24-cv-00142-JMC |

## ORDER

Upon consideration of Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna's Motion for Summary Judgment ("Motion"), Plaintiff's Opposition thereto and Defendants' Reply, and the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**, and that Plaintiff Gita Sankano's Complaint is **DISMISSED**, with prejudice.

Dated: _____, 2025.

_____
Hon. Jia M. Cobb
United States District Judge