# Exhibit 7

Page 1

1

2                  UNITED STATES DISTRICT COURT

3                     DISTRICT OF COLUMBIA

4

5     ------------------------------

      GITA F. SANKANO,

6

                              Plaintiff,

7

8               vs.                        Case No.:
                                           1:24-cv-00142-
9                                          JMC
      TROUTMAN PEPPER HAMILTON SANDERS

10    LLP and BRIAN IWASHYNA,

11                            Defendants.
      ------------------------------

12

13

14                                November 6, 2024
                                       11:03 a.m.

15

16          Remote video-teleconference deposition of

17    WHITNEY LOUGHRAN, taken by Plaintiff, held at

18    Richmond, Virginia, pursuant to notice, before

19    Elizabeth F. Tobin, a Registered Professional

20    Reporter and Notary Public of the State of New

21    York.

22

23

24

25

```
                                        Page 10
 1                      W.  Loughran
 2        A.     Some of them.  Some of them did but
 3    others were what I remembered them to be already.
 4        Q.     Can you recall what documents did refresh
 5    your recollection of events?
 6        A.     Oh, I don't remember.
 7        Q.     Was anyone else present outside of your
 8    counsel while you prepared for your deposition?
 9        A.     No.
10        Q.     Other than your attorneys did you discuss
11    your deposition today with anyone at Troutman
12    Pepper?
13        A.     No.
14        Q.     Other than -- have you been a defendant
15    in a lawsuit before?
16        A.     No.
17        Q.     Have you ever been a plaintiff in a
18    lawsuit before?
19        A.     No.
20        Q.     Do you currently work at Troutman Pepper?
21        A.     Yes, I do.
22        Q.     What is your current title?
23        A.     My current title is partner.
24        Q.     What was your title in 2023?
25        A.     I was an associate in 2023.
```

Page 11

1                      W. Loughran

2        Q.    Are you a part of a specific practice

3    group at the firm?

4        A.    Yes, I am a part of the Multifamily

5    Housing Group at the firm.

6        Q.    What kind of work does that practice

7    group do?

8        A.    It's agency financing.  We facilitate

9    financing of multi-family housing units in which

10   loans are sold to Fannie Mae or Freddie Mac.

11       Q.    What is your understanding of the process

12   of becoming a partner at the firm?

13       A.    My understanding is -- well, there's a

14   minimum number of years in which you do whatever you

15   did as an associate in order to be considered.

16   Depending on practice groups, I don't think it's

17   universal across practice groups within the firm.

18   But there are certain benchmarks, achievements that

19   one would need to achieve or skills that one would

20   need to demonstrate they have a certain mastery of

21   in order to be considered for partner.

22       Q.    What's the minimum number of years

23   somebody would have to spend as an associate in the

24   Multifamily Housing Group to be considered for

25   partnership?

```
                                    Page 14
 1                    W. Loughran
 2        Q.    In 2023 did you work with any Multifamily
 3   Housing Group associates from the D.C. office?
 4        A.    Yes.  I worked with Gita Sankano.  I
 5   worked with Cristina Sullivan.  I worked with
 6   Alina -- Alina's last name escapes me at the
 7   moment -- when she was in the D.C. office.  I think
 8   I had maybe one deal with Ari Ebi from the D.C.
 9   office.  And that's what I can remember.
10        Q.    Did you also work with Ms. Sankano in
11   2022?
12        A.    Yes.
13        Q.    Did you also work with Ms. Sankano in
14   2021?
15        A.    Yes, I did.
16        Q.    Did you also work with Ms. Sankano in
17   2020?
18        A.    Yes, I did for a little bit, yes.
19        Q.    Before the merger did you work at either
20   Troutman Pepper or Pepper Hamilton as an associate?
21   I'm sorry.  Troutman Sanders or Pepper Hamilton.
22        A.    Before the merger I was with Troutman
23   Sanders.
24        Q.    How long were you with Troutman Sanders?
25        A.    I started with Troutman Sanders full-time
```

```
                                          Page 15

 1                     W. Loughran

 2      in 2015.

 3           Q.    What partners at Troutman Sanders did you

 4      work with when you were an associate?

 5                 MS. DAVIS:  Objection.

 6                 But you can answer.

 7           A.    When I was an associate, I worked with --

 8      I had occasion to work with a lot of the partners

 9      that I named previously.  So Brian Iwashyna, Kevin

10      Dexter, Peter Strup, Neil O'Brien, Ned Cox, Ashante

11      Smith, Jeremy McLean, Marshall Tucker, Leigh

12      Schreher.  That's just in the Richmond office.

13                 I worked with other partners outside of

14      the Richmond office, including Jennifer Bojorquez.

15      She's out on the west coast.

16                 (Court reporter requested clarification.)

17           A.    I don't know how to spell her last name.

18      Jennifer B.  She's on the west coast.  Lindsey

19      Crawford.  Dameon Rivers when he arrived.  Matt

20      Bowsher.  Jon Lautt.  I mean -- yeah.

21           Q.    When did the merger between Troutman

22      Sanders and Pepper Hamilton occur?

23           A.    I believe that was in the summer of 2020.

24      If I'm not mistaken, July 2020.

25           Q.    After the merger, what was your
```

```
                                        Page 22
 1                      W. Loughran
 2        A.      Yes.
 3        Q.      Who did you understand was the rep for
 4   the Multifamily Housing Group in 2022?
 5        A.      So there would be three individuals who
 6   were consistently in the process, at least for me,
 7   and that would be Nora Nickel, Blair Schiff and
 8   Marshall Tucker.
 9        Q.      Are associate bonuses merit based?
10        A.      I called them merit bonuses.  I think the
11   official term is discretionary.  That's how I
12   understood them to be.
13        Q.      Did you receive a bonus in 2023?
14              MS. DAVIS:  Objection.
15              But you can answer.
16        A.      Honestly, I don't remember.  I was on
17   leave at the time.  I think I did, but I don't
18   remember.
19        Q.      Did you receive a bonus in 2022?
20              MS. DAVIS:  Objection.
21              But you can answer.
22        A.      I believe so, yes.
23        Q.      At any point during your tenure at the
24   firm have you gone on maternity leave?
25              MS. DAVIS:  Objection.
```

```
                                            Page 23

 1                    W.  Loughran

 2           You can answer.

 3      A.    Yes, I've gone on maternity leave.

 4      Q.    How many times?

 5           MS. DAVIS:  Objection.

 6      A.    I have gone on maternity leave three

 7  times.

 8      Q.    In what years did you go on maternity

 9  leave?

10      A.    I was on leave first from

11  September 14th -- 14th, 15th to December 1st of

12  2020.  And then I was on leave from the beginning of

13  August, August 2nd or 3rd 2021 to the beginning of

14  December 2021.  And then I was just on leave from

15  the -- December 19th of 2023 and I returned on kind

16  of the end of April of 2024.

17      Q.    Did you receive a bonus in 2021?

18           MS. DAVIS:  Objection.

19      A.    So I did receive a bonus in 2021.  That

20  was for the year of 2020.  Yes.

21      Q.    You testified that you received a bonus

22  in 2022 for the year 2021; is that right?

23      A.    So my 2020 bonus I received at the

24  beginning of 2021.  That would have been for the

25  year 2020.  I did not receive a bonus for the year
```

```
                                         Page 24
 1                    W. Loughran
 2   2021 which I would have gotten at the beginning of
 3   2022.
 4       Q.    What is your understanding of why you did
 5   not receive a bonus for the year 2021?
 6             MS. DAVIS:  Objection.
 7             But you can answer.
 8       A.    So when it was communicated to me that I
 9   was not receiving a bonus for that year, for 2021, I
10   was told that bonuses are for people who go above
11   and beyond and I did not go above and beyond.  I
12   also assumed that it was in relation to the hours
13   that I billed in 2021.
14       Q.    You were pregnant and on maternity leave
15   in 2021; right?
16       A.    That's correct.
17       Q.    When you said it was communicated to you
18   that you were not going above and beyond, who
19   communicated that to you?
20       A.    Brian Iwashyna.
21       Q.    When did he communicate that to you?
22       A.    That would have been in the beginning of
23   2022.  I want to say it was probably January or
24   February when those bonus decisions, the
25   compensation decisions were made.
```

Page 34

```
 1                    W. Loughran
 2   associates?
 3           MS. DAVIS:  Objection.
 4           You can answer.
 5      A.    Yes, I think that's fair.
 6      Q.    Would the same be true in 2023?
 7           MS. DAVIS:  Objection.
 8           But you can answer.
 9      A.    Yes.
10      Q.    And would it be fair to say Ms. Sankano
11   worked on a lot of your deals in 2023?
12           MS. DAVIS:  Objection.
13           You can answer.
14      A.    Yes, I think that's fair.
15      Q.    Would it be fair to say that Ms. Sankano
16   worked on most of your deals in 2023?
17           MS. DAVIS:  Objection.
18           But you can answer.
19      A.    I would have staffed Gita on the majority
20   of the deals that I could especially when I was --
21   when that deal was mine.  I was the senior-most
22   lawyer staffing the deal, no other partner or
23   whatever being staffed.  I would often staff Gita on
24   those transactions.
25      Q.    Why would you choose Gita to staff on
```

```
                                              Page 40
 1                      W. Loughran
 2    Ms. Sankano?
 3         A.    I first met her, I think, in the December
 4    of 2020.
 5         Q.    What was your first impression of
 6    Ms. Sankano?
 7         A.    I thought that she was very personable.
 8    She made me laugh.  She was very funny, boisterous.
 9    Yeah.
10         Q.    I know that you've already testified that
11    she's worked on a number of your deals over the
12    years.
13              Can you approximate just how many deals
14    you were working on with Ms. Sankano in 2023?
15              MS. DAVIS:  Objection.
16              But you can answer.
17         A.    In 2023.  This is a guess.  I would say
18    at least 20 deals.
19         Q.    What about in 2022, can you approximate
20    how many deals you were working on with Ms. Sankano?
21              MS. DAVIS:  Objection.
22              You can answer.
23         A.    In 2022, again, it would be a guess.  I
24    would say probably at least 20 to 30, at minimum.
25         Q.    Would you say you worked extensively with
```

```
                                              Page 41

  1                          W.  Loughran

  2    Ms.  Sankano  in  2023?

  3                MS.  DAVIS:   Objection.

  4                You  can  answer.

  5        A.    Yes.   I  worked  extensively  with  her  in

  6    2023.

  7        Q.    Did  you  work  extensively  with  Ms.  Sankano

  8    in  2022?

  9                MS.  DAVIS:   Objection.

 10                You  can  answer.

 11        A.    Yes.

 12        Q.    Was  it  your  understanding  that

 13    Ms.  Sankano  worked  more  extensively  with  any  other

 14    attorney  than  you  in  2023?

 15                MS.  DAVIS:   Objection.

 16        A.    In  2023  I  understood  that  she  --  it  was

 17    my  understanding  that  she  got  the  majority  of  her

 18    work  from  me.

 19        Q.    Did  you  have  that  same  understanding  that

 20    she  got  a  majority  of  her  work  from  you  in  2022?

 21                MS.  DAVIS:   Objection.

 22                But  you  can  answer.

 23        A.    In  2022  I  think  she  might  have  --  there

 24    might  have  been  a  better  balance.   But  --  I  can't

 25    speculate.   I  know  I  gave  her  a  lot  of  work  in  2022.
```

```
                                        Page 42
 1                        W. Loughran
 2        Q.    In 2023 did you think Ms. Sankano was
 3   underperforming in her role such that she would be
 4   subject to possible termination?
 5              MS. DAVIS:  Objection.
 6        A.    I have no understanding that Gita was
 7   underperforming and at risk of termination.
 8        Q.    What about in 2022, did you think
 9   Ms. Sankano was underperforming in her role such
10   that she would be subject to possible termination?
11              MS. DAVIS:  Objection.
12        A.    No.
13        Q.    To your recollection, did Ms. Sankano
14   produce work on time?
15              MS. DAVIS:  Objection.
16        A.    Yes.  If she didn't, it was typically
17   communicated to me why it was -- would be late.
18        Q.    Did Ms. Sankano produce satisfactory work
19   product for her year?
20              MS. DAVIS:  Objection.
21        A.    I did not have a particular issue with
22   her work product.  No.
23        Q.    Did Ms. Sankano ever refuse to do an
24   assignment that she was asked to do?
25              MS. DAVIS:  Objection.
```

```
                                        Page 46
 1                    W.  Loughran
 2        A.     To clarify, is there a specific time
 3    frame we're talking about.  You said spring.
 4        Q.     Spring 2022?
 5        A.     Yes.  If I recall correctly, Brian came
 6    to my office in the spring of 2022 to talk about
 7    Gita.  He had kind of generally said that there were
 8    partners complaining about her work product.
 9        Q.     Did he tell you which partners were
10    complaining about her work product?
11        A.     He did not say specifically, no.
12        Q.     What did you respond to Mr. Iwashyna when
13    he told you that partners were complaining about
14    Ms. Sankano's work product in the spring 2022?
15        A.     I made an assumption about who he was
16    talking about and when asked if this person had gone
17    directly to Gita to share their complaints.
18        Q.     Who did you assume Mr. Iwashyna was
19    talking about in the conversation?
20        A.     I think he was talking about Matt
21    Bowsher.
22        Q.     Why did you assume he was talking about
23    Matt Bowsher?
24        A.     I knew that Gita had been having trouble
25    with him, with Matt.  And so just kind of having
```

Page 47

```
 1                        W.  Loughran
 2   somewhat of an awareness of Matt Bowsher, I assumed
 3   that he was the one who would have gone to Brian, in
 4   that particular instance was going to Brian to talk
 5   about Gita.
 6        Q.    What did Mr. Iwashyna respond to you when
 7   you asked him if Matt had spoken to Gita?
 8             MS. DAVIS:  Objection.
 9        A.    So I didn't ask him.  Well, it was more
10   of a conversation that we had.  You know, it was
11   kind of like a -- not necessarily rhetorical
12   question, but an open-ended question.  Like, well,
13   has this person spoken to Gita.  That to me seems
14   like a more appropriate avenue than going directly
15   to the practice group leader as opposed to just
16   going to her and sharing that feedback with her
17   directly.
18        Q.    And how did he respond to you?
19        A.    Brian was open to the conversation.  He
20   was open to the conversation.  He certainly listened
21   to what I had to say.  You know, me questioning the
22   choice that was made to go directly to him versus
23   going directly to Gita which I thought was more
24   appropriate and probably is what would have occurred
25   if it was someone else.
```

```
                                              Page 48
 1                     W. Loughran
 2        Q.    My question is a little bit different.
 3              My question is what, if anything -- if
 4    you can recall anything Mr. Iwashyna responded to
 5    you specifically when you asked why hadn't anybody
 6    gone to Gita?
 7              MS. DAVIS:  Objection.
 8        A.    I don't -- I mean, I don't -- he was
 9    responding to what I was saying to him.  Yeah.
10        Q.    What did he respond to what you were
11    saying to him? is the question.
12        A.    So the discussion was, you know, he came
13    to me asking -- you know, wanting to talk about
14    Gita, that a partner had complained about her.  And
15    asked, you know, if -- if that particular partner --
16    like I said, I assumed that it was Matt.  He did not
17    tell me that.  That was my assumption.  But we
18    proceeded accordingly.  And I asked him if that
19    person -- if Matt had relayed that information
20    directly to Gita.  Because I thought that if it was
21    someone else that the procedure would have been
22    different.  And I used a hypothetical in referring
23    to another associate in asking that question.
24        Q.    What hypotheticals to another associate
25    did you use in asking the question?
```

```
                                         Page 49

 1                    W.  Loughran

 2        A.     I referred to Austin Padgett.

 3        Q.     What is Austin Padgett's race?

 4               MS. DAVIS:  Objection.

 5               You can answer.

 6        A.     I believe he identifies as White.  He

 7   presents as White.

 8        Q.     As you sit here today, can you recall the

 9   hypothetical you drew during that conversation with

10   Mr. Iwashyna in spring 2022?

11               MS. DAVIS:  Objection.

12               You can answer.

13        A.     I basically just asked the question,

14   like, if it was Austin, would Matt or another

15   partner have gone to Austin directly to give him

16   feedback versus going directly to the practice group

17   leader.

18        Q.     Why did you feel compelled in that

19   conversation to draw that comparison between Austin

20   and Gita?

21               MS. DAVIS:  Objection.

22        A.     I personally thought that it was -- if a

23   partner had a particular issue with Gita, it would

24   have been more appropriate to discuss it with her

25   directly.  And the fact that Brian was in my office
```

```
                                            Page 50
 1                      W. Loughran
 2   talking with me about it because that partner went
 3   to him, I found it just to be an escalation that
 4   didn't necessarily need to occur.  Gita was open, in
 5   my opinion, to criticism.  She wanted to be a part
 6   of the team.  So if there was an issue, you could
 7   have sat down with her and talked with her about
 8   whatever it was that you were finding or discovering
 9   and she would have been open to having a discussion.
10   So I didn't really understand skipping Gita and
11   going directly to the practice group leader.
12        Q.    Do you think if it was Austin instead of
13   Gita, they would not have gone straight to the
14   practice group leader?
15             MS. DAVIS:  Objection.
16        A.    That's what I was alluding to.  I thought
17   that the procedure would have been different if it
18   was Austin who was at the heart of the criticism
19   versus Gita.
20        Q.    Why do you think the procedure would have
21   been different if it was Austin at the heart of the
22   criticism rather than Gita?
23             MS. DAVIS:  Objection.
24        A.    Well, I was alluding to the fact that
25   Austin is a White male so he would have been
```

```
                                           Page 51

 1                        W. Loughran

 2    afforded the opportunity to have the conversation

 3    directly versus having a discussion about him with a

 4    practice group leader.

 5         Q.    How did Mr. Iwashyna respond to the

 6    comparison that you had drawn between Ms. Sankano

 7    and Austin?

 8              MS. DAVIS:  Objection.

 9         A.    He seemed to understand what I was

10    saying.  And he was sympathetic, for lack of a

11    better term, of the point I was trying to make.

12    Again, we were talking about Matt.  So I was -- I

13    had assumed it was Matt and we proceeded in the

14    conversation like we were talking about Matt.  And

15    Brian said, That doesn't mean that Matt's racist.

16              And I said, That's not what I said.  I

17    just -- it was just a question that I thought that

18    we could -- could be thought about in that moment.

19    And how the approach was taken towards Gita in

20    criticizing her work.

21         Q.    Did it catch you off guard when

22    Mr. Iwashyna said to you, well, that doesn't mean

23    that Matt's racist?

24              MS. DAVIS:  Objection.

25         A.    I don't know that it caught me off guard,
```

```
                                          Page 61
 1                         W.  Loughran
 2    Williams who was an associate at Troutman Sanders.
 3    And ███████████  who was an associate at Troutman
 4    Pepper.
 5         Q.    What did Brittney Williams tell you about
 6    her experience at Troutman Sanders?
 7               MS. DAVIS:  Objection.
 8         A.    When Brittney and I spoke, she was very
 9    upset.  There were two other associates who started
10    at the same time as her.  She told me she felt like
11    they were getting more training, more opportunities
12    and she was just stuck doing second attorney reviews
13    and couldn't sort of break into a relationship with
14    someone enough to be able to do that more
15    substantive work.  She told me that she had spoken
16    to some partners about it, at least one that I
17    remember.  She was just -- overall, she was just
18    very upset.
19         Q.    Did Ms. Williams ever tell you whether
20    she raised concerns that she was not receiving equal
21    opportunity or work as compared to her counterparts
22    to anyone at Troutman Sanders?
23               MS. DAVIS:  Objection.
24         A.    She did tell me that she at least spoke
25    to Nora Nickel about it.
```

```
                                                      Page 70
 1                          W.  Loughran
 2              MS.  DAVIS:   Objection.
 3        A.    Brian  certainly  listened  to  me.   He  did
 4   not  necessarily  agree  that  my  perspective  wouldn't
 5   have  been  taken  seriously  because  I  wasn't  a
 6   partner.   But  he  did  say,  as  far  as  the  client  was
 7   concerned,  Dameon  was  in  charge  and  he  didn't  want
 8   to  air  dirty  laundry  to  the  client  and  just  wanted
 9   to  figure  out  a  way  to  move  forward.
10        Q.    Did  Mr.  Iwashyna  during  that  conversation
11   offer  you  a  solution  as  to  the  way  forward  in  that
12   working  relationship  between  you  and  Mr.  Rivers?
13              MS.  DAVIS:   Objection.
14        A.    I  don't  know  that  he  offered  a  specific
15   solution.   Brian  was  supportive  of  me  staying  on  the
16   deal  and  I  don't  recall  him  specifically  suggesting
17   anything.   But  he  did  understand  and  seemed  to  be
18   supportive  of  my  perspective  in  not  --  not  being
19   kicked  off  the  pool,  at  least.
20        Q.    When  did  you  make  partner  at  Troutman
21   Pepper;  Ms.  Loughran?
22        A.    My  partnership  was  effective  January  1,
23   2024.
24        Q.    Congratulations.
25              Can  you  recall  at  all  whether  Mr.  Rivers
```

```
                                                Page 73
 1                        W.  Loughran
 2      that alluded to the fact that I was pregnant.  He
 3      was aware that I was pregnant and alluded to it in a
 4      communication with him.
 5           Q.    Do you recall specifically what he said
 6      that alluded to your pregnancy?
 7                 MS. DAVIS:  Objection.
 8           A.    At the top of the email he had said -- he
 9      said, you know, he was sending the email with all
10      sincerity or he said I know you've got a lot on your
11      mind right now so this is with all sincerity.  And,
12      you know, then he went into the topic of the email.
13           Q.    Can you recall what the topic of the
14      email was?
15                 MS. DAVIS:  Objection.
16                 But you can answer.
17           A.    He was talking about the working of a
18      deal that he and I had spoken about.  He was asking
19      questions about why he wasn't copied on
20      communications, where the deal was, et cetera.
21           Q.    Did you ever disclose to Brian Iwashyna
22      your feelings that Mr. Bowsher had made comments or
23      criticism making reference to the fact that you were
24      pregnant at the time?
25                 MS. DAVIS:  Objection.
```

Page 74

```
 1                    W. Loughran
 2      A.    I'm sorry.  Can you repeat the question,
 3   please.
 4      Q.    Did you ever disclose to Mr. Iwashyna
 5   that you had felt Mr. Bowsher had provided comments
 6   or criticism that made reference to the fact that
 7   you were pregnant?
 8            MS. DAVIS:  Objection.
 9      A.    I don't know that I specifically shared
10   that with Brian.  But that certainly was my
11   motivation in telling Brian that I did not want to
12   work with Matt any more.
13      Q.    When did you tell Mr. Iwashyna that you
14   did not want to work with Mr. Bowsher any more?
15            MS. DAVIS:  Objection.
16            You can answer.
17      A.    I don't exactly recall.  It either would
18   have been prior to -- just immediately prior to my
19   maternity leave in 2021 or after I would have
20   returned late that year.
21      Q.    Did you explain to Mr. Iwashyna when
22   telling him that you no longer wanted to work with
23   Mr. Bowsher, your motivation for no longer wanting
24   to work with Mr. Bowsher?
25            MS. DAVIS:  Objection.
```

```
 1                        W. Loughran
 2   being brought up in connection with the deal she was
 3   doing with Matt.
 4        Q.    And what do you understand -- withdrawn.
 5              MS. VAZQUEZ:  I'll introduce an exhibit.
 6              (Plaintiff's Exhibit 639, email chain;
 7          Troutman 1240-44, marked for identification.)
 8              MS. VAZQUEZ:  You should be able to
 9          refresh your folder and see what's been marked
10          P-639, Bates Troutman 1240 through 1244.  Take
11          as much time as you need to review the document
12          and please let me know when you're ready.
13        A.    Okay.  I'm ready.
14        Q.    Can you tell me what your understanding
15   is of this communication between Ms. Sankano and
16   Mr. Bowsher in this document?
17        A.    Gita sent me an email -- she had
18   forwarded me the email that Matt sent to her telling
19   her she needed to issue -- or she needed to correct
20   her statement regarding the requirement of a local
21   opinion for a supplemental loan.  She asked me if
22   this was right and I said no in an email and I think
23   I told her to hang on.  And then we got on the phone
24   after that if I'm not mistaken.  We talked on the
25   phone.  I told her Matt is not correct.  Don't use
```

```
                                            Page 80
 1                       W.  Loughran
 2    local opinions for supplemental.  I would help her
 3    craft a response to Matt to try to tactfully tell
 4    him that he was wrong and she didn't need to issue a
 5    correction statement.
 6             And so what I sent her was what I drafted
 7    for her.
 8        Q.    Did you forward Mr. Bowsher's May 2022
 9    communications requiring the requirement of local
10    opinions to anyone else at the firm?
11        A.    Yes, I forwarded the correspondence to
12    Ashante Smith, Brian Iwashyna and Nora Nickel.
13        Q.    Did anyone respond to you?
14        A.    I talked to all three of them about this
15    correspondence.
16        Q.    I'll be referring to this correspondence
17    as the May 2022 correspondence.
18             Do you understand that?
19        A.    Yes.
20        Q.    So what did you discuss with Ashante
21    Smith about the May 2022 correspondence?
22        A.    I wanted to get Ashante's perspective
23    because a month or so prior I had that conversation
24    with Brian about other partners commenting on Gita's
25    work product and I assumed that it was Matt.  And in
```

```
 1                         W. Loughran
 2    light of this correspondence, I thought that it was
 3    problematic, that Matt was making comments about
 4    Gita's work but then was also wrong about something
 5    like this which was pretty basic, in my opinion,
 6    knowledge point, about the Freddie Mac program.  And
 7    so I wanted Ashante's perspective and if she thought
 8    that I was out of line or if it would have been
 9    appropriate for me to have a conversation about it
10    with Brian and with Nora.
11         Q.    And what did Ashante Smith say to you in
12    response?
13         A.    She said that if I thought -- if I was
14    comfortable with it, she didn't think it would be
15    out of line, especially considering Brian had come
16    to me and -- previously and Nora was the PDP.  So if
17    there was any sort of, questions about associate
18    development, she would be the person to go to.  She
19    would have been an appropriate person to discuss
20    with about the topic.  And so she didn't think that
21    I was out of line if I felt comfortable broaching
22    the subject with Brian or Nora.
23         Q.    Can you tell me what PDP stands for?
24         A.    Sorry.  Professional development partner.
25         Q.    At the time you spoke to Ashante Smith
```

```
                                            Page 82
 1                    W. Loughran
 2    regarding Mr. Bowsher's May 2022 correspondence, was
 3    Ashante Smith a DEI partner?
 4         A.    I believe she was, yes.
 5         Q.    What does DEI stand for?
 6         A.    Diversity, equity and inclusion.
 7         Q.    What did you discuss about Mr. Bowsher's
 8    May 2022 correspondence with Nora Nickel?
 9         A.    I think I forwarded the correspondence to
10    both Brian and Nora at the same time and just asked
11    both of them if I could talk about it with them if I
12    had time.  Nora did come to my office and, you know,
13    she just -- she just kind of laughed at how wrong
14    Matt was.  I don't remember her, you know, offering
15    any sort of advice or action points.  But she
16    certainly did listen to my perspective in terms of
17    how frustrating I could imagine this being for Gita
18    when her work is being criticized, yet in the same
19    breath, Matt was also very wrong about a certain
20    topic.
21              She certainly did listen to me about
22    that.  I distinctly remember her kind of laughing
23    about how wrong he was.
24         Q.    What did you discuss with Mr. Iwashyna
25    regarding Mr. Bowsher's May 2022 correspondence?
```

```
                                            Page 83
 1                     W.  Loughran
 2        A.     I think the conversation I had with Brian
 3   was similar.  Just laughing about how wrong that
 4   was.  Again, Brian listening to my perspective.  He
 5   was a little more keyed in because we had just had
 6   the conversation about Gita's work product.
 7                Again, just expressing how frustrating I
 8   thought it would have been for Gita.
 9        Q.     Can you recall approximately when you
10   spoke to Mr. Iwashyna about Mr. Bowsher's May 2022
11   correspondence?
12        A.     It probably was within a day or so.
13   Maybe that week.  It wasn't long after.  I don't
14   recall there being an extended period of time.
15        Q.     To your understanding -- withdrawn.
16                Can you recall anything specifically that
17   Mr. Iwashyna said to you in your conversation
18   regarding Mr. Bowsher's May 2022 correspondence?
19        A.     I don't remember specifics.  Just kind of
20   the gist of the conversation.
21        Q.     Can you recall whether Ms. Sankano
22   forwarded you an email chain between her and
23   Matt Bowsher on August 3, 2023 regarding disparity
24   of Ms. Sankano's email?
25        A.     Yes.
```

Page 85

```
 1                    W. Loughran
 2   It seemed to be very indicative of me of the type of
 3   communications that Matt would send, very long
 4   winded.  I thought it was a horrible email to send
 5   to someone.
 6        Q.    Did Ms. Sankano discuss Mr. Bowsher's
 7   August 3, 2023, email with you?
 8        A.    Yes.
 9        Q.    What did she tell you about it?
10        A.    She was very upset.  She basically said
11   that, you know, he was calling her intelligence into
12   question.  She said this was indicative of Matt
13   being a racist.  He would have never sent this email
14   to anybody else.  Why was he sending this
15   communication to her?  The administration department
16   had got it wrong.  She had sent the split correctly
17   the first time.  She said he was upset because
18   she had confronted him about his lack of feedback, I
19   think, based on the last evaluation cycle.  So he
20   was, you know -- he was -- he was upset about that
21   since he was he was reacting to her calling him out
22   for not providing feedback to her but then putting
23   it on her.  Her, you.  Yeah.
24        Q.    And during this conversation with
25   Ms. Sankano regarding Mr. Bowsher's August 3, 2023,
```

```
 1                        W.  Loughran

 2   communication, did you disagree with her at all?

 3        A.    I was certainly sympathetic to how she

 4   felt.  I thought the email was inappropriate.  I did

 5   think he was calling her intelligence into question

 6   and I did think that the language that he used was

 7   pretty harsh and inappropriate.  I agreed with her

 8   from that perspective.  I understood why she would

 9   have been upset about this.

10        Q.    Did Ms. Sankano ever tell you about a

11   meeting she had with her coach Jennifer Jana

12   regarding Mr. Bowsher's August 3, 2023, email?

13        A.    Yes.

14        Q.    What did she tell you about that meeting

15   with Ms. Jana regarding Mr. Bowsher's August 3,

16   2023, email?

17        A.    She said she showed Jennifer Jana this

18   particular email and she said Jennifer Jana agreed

19   with her and said that it was racist.

20        Q.    Did you ever become aware that

21   Ms. Sankano reported Mr. Bowsher to human resources?

22        A.    Yes.

23        Q.    Do you recall the basis of her complaint

24   against Mr. Bowsher?

25                MS. DAVIS:  Objection.
```