# Exhibit 28

| From: | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
|---|---|
| Sent: | Wed 8/26/2020 7:43:58 PM (UTC-04:00) |
| To: | Waldmann, Christine[Christine.Waldmann@Troutman.com] |
| Subject: | RE: Rose IRRs |

I don't understand your question.  If the file is not open then it goes on a temporary matter.  If your question is should she bill her time the answer is yes?

Audrey

**Audrey D. Wisotsky**
**Partner**
troutman **pepper**
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 26, 2020 7:00 PM
**To:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** FW: Rose IRRs

Hi Audrey,

Trying to understand this.  Of course, matters need to be opened.  However, the Salt River matter she notes below was supposed to be a couple hour review, which I told her at the time was preclient!

Is this draft time an issue she needs to worry about as a time keeper, or is it more of a billing matter?

Thanks!
Christine

**Christine Waldmann Carmody**
**Partner**
troutman **pepper**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 26, 2020 6:36 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Hi Christine,

Detra knows how to create a temporary matter name and will make the changes.

The issue is that time cannot be submitted, it remains in draft. As you know, I have not received a matter number for Salt River (Berkely Pt). My time is still outstanding for that matter for over a month, which was my concern. Please let me know when the matters are open for the Rose IRRs and Salt River and I will transfer my time accordingly.

Sincerely,

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Gita

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 26, 2020 6:09 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Gita,

Interesting, it shows up when we look, but no problem, Cherrell showed me another way to handle pre client time - you can use the matter name instead of a number for time entries, until the number is generated.

Please ask Detra to call Cherrell tomorrow and Cherrell can explain how to do it.

I am opening individual matters for each deal, so documents can be saved to separate matters on the system, but they will be linked to a master matter for billing.

Since I need to bill Royal Mall, need this other time moved out tomorrow, thanks.

Christine

**Christine Waldmann Carmody**
**Partner**
**troutman pepper**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 26, 2020 5:49 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Hi Christine,

Detra is unable to move the time over because there is no such matter. Detra also checked with billing as well they confirmed.

Sincerely,
Gita

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 26, 2020 4:09 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Gita, please don't put time for these deals in the Royal Mall IRR matter, that deal is closing and will be billed out this week.

---

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Please use the "to be filed" matter for RCC for now - 131067.0 - until I hear more back from billing that is the best spot I can think of.

Christine

**Christine Waldmann Carmody**
**Partner**
troutman **pepper**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 26, 2020 4:03 PM
**To:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>; Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Subject:** RE: Rose IRRs

I entered my time under the last Rose IRR deal I drafted (Royal Mall). I noted in the narrative the 7 IRR deals. Once the matters are opened I'll have Detra move my time over.

Sincerely,
Gita

**From:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Sent:** Wednesday, August 26, 2020 3:08 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>; Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Subject:** RE: Rose IRRs

If it cannot be billed to a matter there is a way to set up temporary matters that need to then get moved when the matter is open.  Obviously matters should get opened as soon as possible.   Your secretaries should be able to find out how to do this if they do not already know!

Hope that helps.

Audrey

**Audrey D. Wisotsky**
**Partner**
troutman **pepper**
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 26, 2020 3:03 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Hi Gita, we are looking into how to address pre-client time in the new system, will get back to you!

Christine

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

**Christine Waldmann Carmody**
**Partner**
**troutman** pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 26, 2020 12:07 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Hi Christine,

With this new billing system, we no longer have a pre client number. Is there a matter number I could charge my time to in the interim?

Sincerely,
Gita

---

**From:** Sankano, Gita F.
**Sent:** Tuesday, August 25, 2020 6:02 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Okay! You're Welcome.

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Tuesday, August 25, 2020 6:01 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Rose IRRs

Thanks Gita!   Will review.  Still waiting on Glendora information….!  P/R assigned to Rose, so we there should be an assignment of record (and endorsement of the note)  for those two deals.

Christine

**Christine Waldmann Carmody**
**Partner**
**troutman** pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Tuesday, August 25, 2020 5:57 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** Rose IRRs

Hi Christine,

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Please see attached. Please note that I could not get the Borrower's information for the Glendora deal because the IRR engagement letter is missing. In addition, I'm assuming that Rose Community is the successor-in-interest to P/R Mortgage & Investment? If not, I can update our documents.

Please let me know what else I could provide.

Sincerely,
Gita

**Gita F. Sankano**
**Associate**
Direct: 202.220.1251 | Internal: 803-1251
gita.sankano@troutman.com

troutman **pepper**
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues.

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| From: | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
|---|---|
| Sent: | Thur 8/20/2020 8:39:13 PM (UTC-04:00) |
| To: | Waldmann, Christine[Christine.Waldmann@Troutman.com] |
| Subject: | RE: Gita |

Christine,

I really think you need to coordinate with Brian and maybe Henry.  We need to give Gita the opportunity to work with Brian's group as well.  If you want to get on a call tomorrow I will make time.

Audrey

**Audrey D. Wisotsky**
**Partner**
**troutman** pepper
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Thursday, August 20, 2020 3:01 PM
**To:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** Gita

Hi Audrey,

I have a dilemma, and would appreciate your thoughts.

I just got 12 new deals this week, which is great, but I could really use Gita's help on some of these.  I know I am not to give her any new projects, and don't particularly want to work with her after the recent mess.  But 7 of these deals are ones she would just need to draft two documents apiece on, and she has done that work for this client's prior similar deals.  How busy is she with Brian's group?  Can I get  a couple days of her time, or if I need to train up someone else, how do I start that process?

Coming into the busy season…. And rates are crazy low, so things are getting interesting.

Thanks!
Christine

**Christine Waldmann Carmody**
**Partner**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**troutman** pepper
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com

---

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues.

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
| **Sent:** | Thur 8/6/2020 12:55:43 PM (UTC-04:00) |
| **To:** | Waldmann, Christine[Christine.Waldmann@Troutman.com] |
| **Subject:** | RE: Next Steps |

609-658-7296

**Audrey D. Wisotsky**
**Partner**
troutman **pepper**
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Thursday, August 6, 2020 12:55 PM
**To:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Yes, thanks!    What number should I call?

**Christine Waldmann Carmody**
**Partner**
troutman **pepper**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Sent:** Thursday, August 6, 2020 12:49 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Subject:** RE: Next Steps

I have a window available until 1:30 pm if you have time.

**Audrey D. Wisotsky**
**Partner**
troutman **pepper**
Direct: 609.951.4133 | Internal: 812-4133
audrey.wisotsky@troutman.com

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Thursday, August 6, 2020 12:21 PM
**To:** Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** FW: Next Steps

Audrey, I'm not responding to this until you and I connect.

She has confirmed my point - she has more than 2 ongoing projects, and she knows about them.

Christine

**Christine Waldmann Carmody**
**Partner**
troutman **pepper**

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Thursday, August 6, 2020 12:09 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Hi Christine,

Please see below. My responses are in yellow.

1. [REDACTED] IRR Modification- Drafted and sent to client
2. [REDACTED] IRR Modification- Drafted and sent to client
3. [REDACTED] IRR Modification- Drafted and sent to client
4. [REDACTED] Modification- Drafted and sent to client
5. [REDACTED] 223(f)- pending commitment from HUD
6. [REDACTED]          223(f)- pending commitment from HUD
7. [REDACTED]          223(f)- Drafted limited partnership agreement –pending commitment
8. [REDACTED] IRR Modification-
9. [REDACTED]– Provided feedback on ground lease. Comments sent to client.
10. [REDACTED] HUD Approvals- Drafted Quality Control Plan. Plan sent to client and HUD.

1-4 above are expected to close this month, the others are ongoing.

For post-closing matters, this is my list of deals you assisted with last month:

1. [REDACTED]        - should be complete- All dockets are complete. Lender and Borrower's dockets have been delivered.
2. [REDACTED]        - dockets to be finalized, deliveries to be completed- Please let me know when all deliveries are received. I will come into the office to finalize dockets.
3. [REDACTED]              - post closing in progress for 6 projects- This is not a deal that I did any legal work on. This is Marian's deal. I did not draft any loan documents for this deal. I only assisted in the administrative task along with Jeannette  (i.e.  assembling the dockets, collating and dating documents).

Sincerely,
Gita

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Thursday, August 6, 2020 11:41 AM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Good morning,

Below is my list of your in progress matters:

1. [REDACTED] IRR Modification
2. [REDACTED]     IRR Modification
3. [REDACTED]     IRR Modification
4. [REDACTED]     Modification
5. [REDACTED] 223(f)

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

6. [REDACTED]            223(f)
7. [REDACTED]            223(f)
8. [REDACTED]
9. [REDACTED]
10. [REDACTED]/HUD Approvals
    [REDACTED]

1-4 above are expected to close this month, the others are ongoing.

For post-closing matters, this is my list of deals you assisted with last month:

1. [REDACTED]    - should be complete
2. [REDACTED]    - dockets to be finalized, deliveries to be completed
3. [REDACTED]      post closing in progress for 6 projects

Best,
Christine

**Christine Waldmann Carmody**
**Partner**
troutman pepper
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

---

**From:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Sent:** Wednesday, August 5, 2020 9:43 PM
**To:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** RE: Next Steps

Good Evening Christine,

I am happy to assist with any post-closing work that is pending with the two deals we closed this month. I believe the only task that remains is inserting the recorded documents behind the closing binders and shipping the binders to the lender and borrower.

The only pending outstanding matters are the two loan modifications, which I have already drafted. I am happy to further assist to close out the two pending matters.


Sincerely,
Gita

---

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 5, 2020 3:57 PM
**To:** Sankano, Gita F. <Gita.Sankano@Troutman.com>
**Cc:** Iwashyna, Brian J. <Brian.Iwashyna@Troutman.com>; Liu, Henry <Henry.Liu@Troutman.com>; Wisotsky, Audrey D. <Audrey.Wisotsky@Troutman.com>
**Subject:** Next Steps

Gita,

Regarding your transition to the Multi-Family group tomorrow, my understanding is that you will be completing the post closing work on your July deals, and will continue to finish up deals that have been

assigned to you which are still in progress (such as the various closings we have lined up for this month).

Want to be sure we are all on the same page, thank you.

Christine

**Christine Waldmann Carmody**
**Partner**
troutman **pepper**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| From: | Liu, Henry[/O=PEPPER HAMILTON LLP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LIUH] |
|---|---|
| Sent: | Wed 8/5/2020 11:08:05 AM (UTC-04:00) |
| To: | Waldmann, Christine[Christine.Waldmann@Troutman.com] |
| Subject: | RE: Gita Transition |

That's fine. Whatever you, Audrey and Brian decide is fine with me.

## Henry Liu
**Partner**
Direct: 202.220.1217 | Internal: 803-1217
henry.liu@troutman.com
—————————————

**troutman** pepper
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com
—————————————

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues.

**From:** Waldmann, Christine <Christine.Waldmann@Troutman.com>
**Sent:** Wednesday, August 5, 2020 11:01 AM
**To:** Liu, Henry <Henry.Liu@Troutman.com>
**Subject:** Gita Transition

Hi Henry, I talked to Audrey, Gita is supposed to finish up her current projects/transition her work, not just roll it all back to me.  I'll email Gita about that completing her work, unless you see an issue?

Also, I'm going to copy you and Audrey on that email, so that we are all on the same page.  Sorry to have to do that, but I think better considering some of what she told Audrey was not true so I want to be very clear in communications with her.

I'll talk to whomever Brian designates about workload help.

Thanks,

Christine

## Christine Waldmann Carmody
**Partner**
Direct: 202.220.1231 | Internal: 803-1231
christine.waldmann@troutman.com
—————————————

**troutman** pepper
2000 K Street, N.W., Suite 600
Washington, DC  20006-1865
troutman.com
—————————————

A HIGHER COMMITMENT TO CLIENT CARE

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues.

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Liu, Henry[/O=PEPPER HAMILTON LLP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LIUH] |
| **Sent:** | Thur 5/7/2020 7:33:17 AM (UTC-04:00) |
| **To:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Subject:** | RE: FW: Gita |

*Anything that's associated with a client matter should be billed.  Although Marian may have a lower target, her work on client matters still needs to be charged to a client matter rather than training or something else non-billable.  True training would be like a seminar, CLE, etc.  I know as a new associate Gita is going to be inefficient, but that time just needs to be written off.  I am doing the same for Adam and others.*

**Henry Liu**
Partner



2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1217 | f: 800.815.1302 | bio

**Mansfield Rule**
Certified 2019

Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, May 7, 2020 7:22 AM
**To:** Liu, Henry <liuh@pepperlaw.com>
**Subject:** Re: FW: Gita

Hi Henry, Marian is billing per the agreement we made when she returned as an employee - she has a lower billing target.  She hits that every day, let me know what issue you are seeing there.

Gita is a different story.  She has lots of work to do, but it is a bit slow going, though improving.  Hard to teach remotely, so that is not helping.  Is there some official firm guidance for associates on what is billable?  If so, I'd love to see and then review with her to make sure we are following firm policy.

The bottom line is I need her help right now, she has a great attitude and work ethic, but she is not there yet.

Happy to discuss further if you like,

Christine

---

On May 6, 2020 at 7:12:09 PM EDT, Liu, Henry <liuh@pepperlaw.com> wrote:

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Sorry for the bluntness, but things are apparently getting serious.  I'm probably going to be asked to send the same e-mail to you tomorrow about Marian.

**Henry Liu**
Partner



2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1217 | f: 800.815.1302 | bio



Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

---

**From:** Liu, Henry
**Sent:** Wednesday, May 6, 2020 7:11 PM
**To:** Waldmann, Christine <waldmanc@pepperlaw.com>
**Cc:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** Gita

Christine,

Saw Gita's time for April.  Is she just not busy, or is her time being put in non-billable matters?  If it's the latter, her time needs to start being put in billable matters (to the extent she is doing billable work) and written off if needed, as we're having to address questions about her time (and quite frankly we're doing her a disservice).  Let either me or Audrey know if we need to discuss in more detail, or how we can help.  Thanks.

**Henry Liu**
Partner



2000 K Street, N.W. | Suite 600
Washington, DC  20006-1865
p: 202.220.1217 | f: 800.815.1302 | bio



Effective July 1, 2020, Pepper Hamilton will combine with Troutman Sanders to become Troutman Pepper Hamilton Sanders LLP (Troutman Pepper). On that date, my email address will change, while my phone number will remain the same. My former Pepper Hamilton email address will work for a period of time after July 1. The new Troutman Pepper will offer expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a hallmark focus on client care.

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Wisotsky, Audrey D.[/O=PEPPER HAMILTON LLP/OU=PHILADELPHIA/CN=ACCOUNTS/CN=CLIENTS/CN=WISOTSKA] |
| **Sent:** | Thur 2/6/2020 3:42:35 PM (UTC-05:00) |
| **To:** | Waldmann, Christine[WALDMANC@pepperlaw.com] |
| **Subject:** | RE: Gita |

Christine,

You do not have to charge the client.  You need to take the write off.

Audrey


**Audrey D. Wisotsky**
Partner

# Pepper Hamilton LLP
### ——————————— Attorneys at Law

Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



Mansfield Rule™
Certified 2019

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, February 6, 2020 3:37 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Hi Audrey, she has been entering billable time, but also has nonbillable time since we can't charge a client for all the learning curve?

Christine

---


On February 6, 2020 at 3:31:49 PM EST, Wisotsky, Audrey D. <wisotska@pepperlaw.com> wrote:
Christine,

We need to discuss asap.  Gita has to have her time entered as billable time.  Please let me know when we can discuss.

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Audrey

**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



---

**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Wednesday, January 29, 2020 9:50 AM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Hi Audrey,

Gitas time is being entered weekly, if not daily now.  I review it before it goes in, as the learning curve is steep.

I will be out of the office for a closing on Friday, but I am available next week, just let me know when.
Christine

**Christine Waldmann Carmody**
Partner

2000 K Street, N.W., Suite 600
Washington, D.C.  20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Wednesday, January 29, 2020 9:39 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Christine,

I hope all is well.  Please let me know if you are available on Friday to discuss Gita's time and how it is being

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

recorded.

Thanks in advance,
Audrey


**Audrey D. Wisotsky**
Partner



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Thursday, January 2, 2020 4:25 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private


Audrey, I am out of the office on vacation, traveling all day today and tied up on work calls tomorrow. I will be back in the office late next week and can tackle gita's time then. It will not impact any billing, as noted in my prior message, and much will be training, but I want to move some of her time to billed, and that will take a few hours.

Christine


---
On January 2, 2020 at 9:06:24 AM MST, Wisotsky, Audrey D. <wisotska@pepperlaw.com> wrote:
Christine,

Gita still does not have time entered. I need to discuss with you this morning.

Thanks in advance,
Audrey


**Audrey D. Wisotsky**
Partner

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232



**From:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 12:04 PM
**To:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks!

We've been closing a deal a day this past week and have two more to go before the end of the year. These are all fixed fee. I know it is important to track her time, but need to get these deals closed!

---

**From:** Wisotsky, Audrey D. <wisotska@pepperlaw.com>
**Sent:** Tuesday, December 24, 2019 11:57 AM
**To:** Waldmann, Christine <WALDMANC@pepperlaw.com>
**Subject:** RE: Gita
**Sensitivity:** Private

Okay lets discuss – her time needs to get in before the 31st. She is still missing November time and basically has no billable hours.

Good luck with deals.

Audrey

**Audrey D. Wisotsky**
Partner

Suite 400 | 301 Carnegie Center
Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799

p: 215.981.4076 | f: 866.422.4232



---

**From:** Waldmann, Christine <<u>WALDMANC@pepperlaw.com</u>>
**Sent:** Tuesday, December 24, 2019 11:54 AM
**To:** Wisotsky, Audrey D. <<u>wisotska@pepperlaw.com</u>>
**Subject:** RE: Gita
**Sensitivity:** Private

Thanks Audrey, and happy holidays to you!

Gita has been working, we are swamped with end of year closings, I've asked her to give her time to me so I can review.

So I'm the hold up, but will need to dig out when we get all these last deals closed.

Thanks!
Christine

**Christine Waldmann Carmody**
Partner

2000 K Street, N.W., Suite 600
Washington, D.C.  20006-1865
p: 202.220.1231 | f: 202.220.1665

---

**From:** Wisotsky, Audrey D. <<u>wisotska@pepperlaw.com</u>>
**Sent:** Tuesday, December 24, 2019 11:25 AM
**To:** Waldmann, Christine <<u>WALDMANC@pepperlaw.com</u>>
**Subject:** Gita
**Sensitivity:** Private

Christine,

We need to discuss Gita's hours.  She is not entering time and I wanted to speak to you before I reach out to her.

Please let me know when we can discuss.

Have a Merry Christmas!

Audrey

**Audrey D. Wisotsky**
Partner

Suite 400 | 301 Carnegie Center

---

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Princeton, New Jersey 08543-5276
p: 609.951.4133 | f: 866.422.4232 | bio

and

3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4076 | f: 866.422.4232

CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Troutman_00005919