UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GITA F. SANKANO,

        Plaintiff,

   v.

TROUTMAN PEPPER HAMILTON
SANDERS LLP, BRIAN IWASHYNA,

        Defendants.

Case No. 24-cv-142 (JMC)

## ORDER

For the reasons that the Court will provide on the record at an upcoming hearing, it is hereby **ORDERED** that Defendants' motion for summary judgment, ECF 27, is **GRANTED in part** and **DENIED in part** as follows:

For <u>Count One</u>, Discrimination in violation of Section 1981 against Troutman Pepper Hamilton Sanders LLP (the Firm), the motion is **GRANTED** with respect to Plaintiff's discriminatory termination and hostile work environment claims and **DENIED** concerning Plaintiff's claim that her billable hours were cut or interfered with on the basis of her race.

For <u>Count Two</u>, Retaliation in violation of Section 1981 against all Defendants, the motion is **GRANTED** with respect to Plaintiff's claim that she was not given work after complaining about a partner's conduct concerning her billable hours and **DENIED** with respect to Plaintiff's claim that she was terminated in retaliation for making a discrimination complaint.

For <u>Count Three</u>, Discrimination in violation of the D.C. Human Rights Act (DCHRA) against the Firm, the motion is **GRANTED**.

For <u>Count Four</u>, Retaliation in violation of the DCHRA against both Defendants, the motion is **GRANTED** with respect to Plaintiff's claim that she was not given work after

complaining about a partner's conduct concerning her billable hours and **DENIED** with respect to Plaintiff's claim that she was terminated in retaliation for making a discrimination complaint.

For Count Five, Discrimination in violation of Title VII against the Firm, the motion is **GRANTED**.

For Count Six, Retaliation in violation of Title VII against the Firm, the motion is **GRANTED** with respect to Plaintiff's claim that she was not given work after complaining about a partner's conduct concerning her billable hours and **DENIED** with respect to Plaintiff's claim that she was terminated in retaliation for making a discrimination complaint.

The Court will contact the Parties to determine their availability for a hearing for the Court to provide its reasoning on the record and set a date for trial.

**SO ORDERED.**

                                                                                          _____

                                        JIA M. COBB
                                        United States District Judge

Date: September 30, 2025