UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GITA F. SANKANO,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,**<br><br>        **Defendants.** | Case No. 1:24-cv-00142-JMC-MJS |

### DEFENDANTS' UNOPPOSED REQUEST TO EXEMPT DEFENDANT BRIAN IWASHYNA FROM ATTENDANCE AT THE SETTLEMENT CONFERENCE

Pursuant to the Settlement Conference Order, dated October 14, 2025, Defendants Troutman Pepper Hamilton Sanders LLP ("Troutman")[1] and Brian Iwashyna ("Mr. Iwashyna"), submit through their undersigned counsel, this Request to Exempt Defendant Brian Iwashyna from Attendance at the Settlement Conference, currently scheduled for December 18, 2025. Plaintiff does not oppose this request. In support thereof, Defendants state as follows:

1. On October 9, 2025, this matter was referred to a Magistrate Judge for purposes of mediation. Magistrate Judge Matthew J. Sharbaugh was subsequently assigned to preside over the mediation, and the parties agreed to mediation on December 18, 2025.

2. On October 14, 2025, Magistrate Judge Sharbaugh issued a Settlement Conference Order outlining the parties' obligations in advance of the December 18, 2025, mediation. (ECF No. 36)

3. As is relevant to the instant request, the Settlement Conference Order stated that

---

[1] As of January 1, 2025, Troutman Pepper Hamilton Sanders LLP changed its name to Troutman Pepper Locke LLP.

"[a]n authorized representative of each party involved, together with counsel, must attend the conference; attendance by an attorney for a party is not itself sufficient." (*Id*. 1-2)

4. Mr. Iwashyna, a party to this matter, is named individually as a Defendant based on allegations that, as a partner of Troutman, he participated in the alleged retaliation against Plaintiff.

5. Two partners of Troutman will attend the December 18, 2025, mediation as the authorized representatives who can speak for both the law firm and Mr. Iwashyna. Counsel of record for both Troutman and Mr. Iwashyna also will attend the mediation.

6. Moreover, the claims against Troutman and Mr. Iwashyna are insured, and a representative of the insurer will attend the December 18, 2025, mediation.

7. Troutman's and Mr. Iwashyna's authorized representatives, counsel, and insurer will have complete authority to agree to a binding settlement on behalf of Troutman as well as Mr. Iwashyna.

8. Additionally, Mr. Iwashyna can be available by phone, if needed, during the mediation to answer any clarifying questions.

9. Accordingly, Defendants, with Plaintiff's consent, request that Mr. Iwashyna be excused from attending the December 18, 2025, mediation.

10. As shown above, Mr. Iwashyna's absence will not prejudice or otherwise impede settlement negotiations or a possibility of complete resolution of the matter against all Defendants.

Wherefore, Defendants respectfully request that the Court grant Defendants' Request to Exempt Defendant Brian Iwashyna from attending the December 18, 2025, settlement conference.

Dated: November 10, 2025

Respectfully Submitted,

/s/ Alison N. Davis
Alison N. Davis, Bar No. 429700
Paul J. Kennedy, Bar No. 428623
Morgan Kinney, Bar No. 8888325169
pkennedy@littler.com
andavis@littler.com
mkinney@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006-4046
Telephone:   202.842.3400
Facsimile:    202.842.0011

*Attorneys for Defendant Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, the foregoing was served via the Court's electronic case filing system on all parties.

/s/ Alison Davis
Alison Davis