UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------X
GITA SANKANO,

                    Plaintiff,

            v.                                Civil Case No. 1:24-cv-142

TROUTMAN PEPPER HAMILTON
SANDERS LLP and BRIAN IWASHYNA,

                    Defendants.
-------------------------------------------------------X

## JOINT STATUS REPORT

Plaintiff Gita Sankano and Defendants Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna (collectively, the "Parties"), by and through their undersigned counsel, file this joint status report.

1. The Parties participated in a settlement conference on December 18, 2025 before Judge Matthew J. Sharbaugh.

2. At the settlement conference, the Parties were unable to reach a resolution.

3. The Parties now respectfully request that the Court set a date for a pre-trial conference in this matter.

Dated: December 22, 2025                                  Respectfully submitted,

| /s/ Michael J. Willemin | /s/ Alison N. Davis |
|---|---|
| Michael J. Willemin | Alison Davis |
| Wigdor LLP | Littler Mendelson P.C. |
| 85 Fifth Avenue | 815 Connecticut Avenue NW, Suite 400 |
| New York, NY 10003 | Washington, DC 20006 |
| Telephone: (212) 257-6800 | Telephone: (202) 772-2533 |
| Facsimile: (212) 257-6845 | Fax: (202) 318-8416 |
| mwillemin@wigdorlaw.com | andavis@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |