AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

| | |
|---|---|
| GITA F. SANKANO | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:24-CV-00142 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Troutman Pepper Hamilton Sanders LLP                                                                          .

Date:      02/25/2026

/s/ Caroline Jaipaul
*Attorney's signature*

Caroline Jaipaul, Fed. Bar No. 90035265
*Printed name and bar number*
Littler Mendelson, PC
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006

*Address*

cjaipaul@littler.com
*E-mail address*

(202) 772-2503
*Telephone number*

(202) 842-0011
*FAX number*