UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>　　　　Defendants. | Case No. 1:24-cv-00142-JMC |

## DEFENDANTS' MOTION *IN LIMINE*

Defendants Troutman Pepper Hamilton Sanders LLP ("Troutman") and Brian Iwashyna ("Mr. Iwashyna") (collectively, "Defendants") by and through undersigned counsel, hereby move this Court for an Order excluding the following anticipated evidence:

　　1.　　Testimony that utilizes inflammatory language;

　　2.　　Testimony and/or documents related to Christine Waldmann Carmody ("Ms. Carmody") allegedly retaliating against Plaintiff Gita Sankano ("Plaintiff" or "Ms. Sankano");

　　3.　　Testimony relating to claims for relief that have been dismissed and allegations relating thereto, to include claims of race discrimination by anyone other than Ms. Carmody, claims of hostile work environment based on race, or allegations of sex or pregnancy related discrimination;

　　4.　　Conclusory or speculative testimony from Ms. Sankano and any other witness;

　　5.　　Hearsay testimony;

　　6.　　Testimony or evidence by individuals who were associates at the time of the relevant events; and

　　7.　　Legal conclusions by fact witnesses.

1

The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: March 4, 2026

*/s/ Alison N. Davis*
Alison N. Davis, Bar No. 429700
andavis@littler.com
Paul Kennedy, Bar No. 428623
pkennedy@littler.com
Morgan Kinney, Bar No. 8888325169
mkinney@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006.4046
Telephone:   202.842.3400
Facsimile:    202.842.0011

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, the foregoing Defendants' omnibus motion *in limine* was filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                         */s/ Alison N. Davis*
                                         Alison N. Davis