# EXHIBIT B

```
                                                          Page 1
 1
 2      UNITED STATES DISTRICT COURT
        DISTRICT OF COLUMBIA
 3      ------------------------------------------X
        GITA F. SANKANO,
 4
                         Plaintiff,
 5           -against-
                         Civil Case No.:  1:24-cv-00142
 6
        TROUTMAN PEPPER HAMILTON SANDERS LLP,
 7
                         Defendant.
 8      ------------------------------------------X
        DATED:  November 15, 2024
 9              Richmond, Virginia
                2:25 p.m. - 2:44 p.m.
10
11      Sarah Gacioch, Reporter
12
13
14
                    REMOTE VIDEOCONFERENCE EXAMINATION
15
                                  OF
16
                           WHITNEY LOUGHRAN
17
18
19
20
21
22
23
24
25
```

Page 16

1          LOUGHRAN
2      Q.    What were your billable hours in
3   2021?
4      A.    I do not know that off the top
5   of my head.
6      Q.    Do you know if there were -- if
7   there are records that would show what your
8   billable hours were in 2021?
9           MS. VAZQUEZ:  Objection.
10          THE WITNESS:  I'm sure there are,
11   yes.
12   BY MS. DAVIS:
13     Q.    Do you recall what the billable
14   hour requirement was to get a discretionary
15   bonus for 2021?
16     A.    I believe the requirement was
17   still the 2,000 -- well, 2,000 hours to be
18   "guaranteed a bonus," yeah.
19     Q.    Do you know if you met that
20   requirement?
21     A.    I did not.
22     Q.    You also testified previously
23   that there was seemingly a trend that there
24   were mostly women who had issues with working
25   with Sidarth; do you remember that testimony?

```
                                              Page 17
 1                       LOUGHRAN
 2            A.     Yes.
 3            Q.     Which women are you referring
 4       to?
 5            A.     So Gita had expressed having
 6       issues with Sidarth.  I know that Brooke
 7       Foster had issues and had talked to Lindsey
 8       about it.  That was the topic of conversation
 9       that I had with Brian.  Kimmy, who is a
10       former associate at Troutman -- I can't
11       remember Kimmy's last name.  Sophie, who is
12       also an associate in the D.C. office, I had
13       heard had issues with Sidarth as well, and
14       obviously, Kelly, she filed an HR complaint.
15            Q.     And you had previously testified
16       that you don't have personal knowledge of Ms.
17       Mufarrige filing an HR complaint, correct?
18            A.     Correct.
19            Q.     Do you know if any men had
20       issues working with Sidarth?
21                 MS. VAZQUEZ:  Objection.
22                 THE WITNESS:  I don't know of
23          anybody who had -- any men who have made
24          complaints about -- who have made
25          complaints about working with Sidarth,
```

```
                                                          Page 21
 1      STATE OF NEW YORK    )
                             ) ss.
 2      COUNTY OF PUTNAM     )
 3
 4          I, SARAH GACIOCH, a Stenotype Reporter and
 5      Notary Public within and for the State of New
 6      York, do hereby certify:
 7
 8          That WHITNEY LOUGHRAN, the witness whose
 9      deposition is hereinbefore set forth, was duly
10      sworn by me, and that the transcript of said
11      deposition is a true record of the testimony
12      given by such witness.
13
14          I further certify that I am not related to
15      any of the parties to this action by blood or
16      marriage, and that I am in no way interested in
17      the outcome of this matter.
18
19          IN WITNESS WHEREOF, I have hereunto set my
20      hand this 6th day of December, 2024.
21
22
23                              [signature: Sarah Gacioch]
                                SARAH GACIOCH
24
25
```

```
                                                         Page 1
 1
 2              UNITED STATES DISTRICT COURT
 3                  DISTRICT OF COLUMBIA
 4
 5     -------------------------------
       GITA F. SANKANO,
 6
                     Plaintiff,
 7
 8           vs.                             Case No.:
                                             1:24-cv-00142-
 9                                           JMC
       TROUTMAN PEPPER HAMILTON SANDERS
10     LLP and BRIAN IWASHYNA,
11                   Defendants.
       -------------------------------
12
13
14                              November 6, 2024
                                   11:03 a.m.
15
16        Remote video-teleconference deposition of
17     WHITNEY LOUGHRAN, taken by Plaintiff, held at
18     Richmond, Virginia, pursuant to notice, before
19     Elizabeth F. Tobin, a Registered Professional
20     Reporter and Notary Public of the State of New
21     York.
22
23
24
25
```

```
                                               Page 24
 1                   W. Loughran
 2   2021 which I would have gotten at the beginning of
 3   2022.
 4         Q.    What is your understanding of why you did
 5   not receive a bonus for the year 2021?
 6               MS. DAVIS:  Objection.
 7               But you can answer.
 8         A.    So when it was communicated to me that I
 9   was not receiving a bonus for that year, for 2021, I
10   was told that bonuses are for people who go above
11   and beyond and I did not go above and beyond.  I
12   also assumed that it was in relation to the hours
13   that I billed in 2021.
14         Q.    You were pregnant and on maternity leave
15   in 2021; right?
16         A.    That's correct.
17         Q.    When you said it was communicated to you
18   that you were not going above and beyond, who
19   communicated that to you?
20         A.    Brian Iwashyna.
21         Q.    When did he communicate that to you?
22         A.    That would have been in the beginning of
23   2022.  I want to say it was probably January or
24   February when those bonus decisions, the
25   compensation decisions were made.
```

1              W. Loughran
2     Q.    How did you feel when Mr. Iwashyna told
3  you that bonuses are for people who go above and
4  beyond and you were not going above and beyond?
5          MS. DAVIS:  Objection.
6     A.    When he told me I wasn't receiving a
7  bonus, I was pretty upset.  I thought it was unfair.
8  And so I was upset.
9  ru  Q.    How did you respond to Mr. Iwashyna on
10 this phone call where he told you you were not
11 getting a bonus because you did not go above and
12 beyond?
13         MS. DAVIS:  Objection.  Kassandra, I'm
14     not sure where this line of questioning is
15     going, what it has to do with the allegations
16     in this complaint.  I don't think there's an
17     allegation that Ms. Sankano was denied a bonus
18     by Mr. Iwashyna during the time period.
19         MS. VAZQUEZ:  Are you objecting on
20     relevancy grounds?
21         MS. DAVIS:  I'm objecting on relevance
22     and also that this is bordering on harassment
23     for Ms. Loughran because this has nothing to do
24     with your client's claims.
25         MS. VAZQUEZ:  Relevance is not a proper

```
                                                        Page 119
 1
 2                       CERTIFICATE
 3
 4    STATE OF NEW YORK )
 5                      ) ss.
 6    COUNTY OF SUFFOLK)
 7
 8            I, Elizabeth F. Tobin, a Registered
 9    Professional Reporter and Notary Public within and
10    for the State of New York, do hereby certify:
11            That Whitney Loughran, the witness whose
12    deposition is hereinbefore set forth, was duly sworn
13    by me remotely and that such deposition is a true
14    record of the testimony given by such witness.
15            I further certify that I am not related
16    to any of the parties to this action by blood or
17    marriage and that I am in no way interested in the
18    outcome of this matter.
19
20
21                   [signature: Elizabeth F. Tobin]
22                   ELIZABETH F. TOBIN, RPR
23
24
25
```