# EXHIBIT C

                                                              Page 1

 1    UNITED STATES DISTRICT COURT
 2    DISTRICT OF COLUMBIA
 3    Case No. 1:24-cv-00142
 4     - - - - - - - - - - - - - - - - - - - -x
 5    GITA F. SANKANO,
 6                          Plaintiff,
 7          -against-
 8    TROUTMAN PEPPER HAMILTON SANDERS LLP,
 9                          Defendant.
10     - - - - - - - - - - - - - - - - - - - -x
11
                             October 25, 2024
12                           1:29 p.m.
13
14       REMOTE DEPOSITION of LINDSEY CRAWFORD,
15    in the above-entitled action, taken
16    before Dawn Matera, a Certified Shorthand
17    Reporter and Notary Public of the State
18    of New York.
19
20              *       *       *
21
22
23
24
25

Page 31

1  Matt.
2     Q.   Do you remember telling them
3  that as a result it was something that
4  you ended up having to speak with your
5  therapist about?
6          MS. DAVIS:  Objection.
7          You can answer.
8     A.   I don't remember saying that,
9  nor do I remember talking to anyone,
10 either a therapist or a friend about it.
11    Q.   Do you believe that Matt
12 Bowsher had ever said anything sexist or
13 otherwise inappropriate to you?
14         MS. DAVIS:  Objection.
15         But you can answer.
16    A.   Other than he wished I had a
17 wife, which he meant it in the kindest
18 way possible.  It always made me laugh,
19 no.
20    Q.   That he wished you had a wife
21 you said?
22    A.   Yes.
23    Q.   Are you gay?
24    A.   I am not.
25    Q.   What was the kind way in which

Page 80

1              CERTIFICATION
2
3        I, DAWN MATERA, a Notary Public for
4    and within the State of New York, do
5    hereby certify:
6        That the witness whose testimony as
7    herein set forth, was duly sworn by me;
8    and that the within transcript is a true
9    record of the testimony given by said
10   witness.
11       I further certify that I am not
12   related to any of the parties to this
13   action by blood or marriage, and that I
14   am in no way interested in the outcome of
15   this matter.
16       IN WITNESS WHEREOF, I have hereunto
17   set my hand this 28th day of October,
18   2024.
19
20            *signature*
21            DAWN MATERA
22
23            *     *     *
24
25