UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GITA F. SANKANO,<br><br>    Plaintiff,<br><br>v.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP AND BRIAN IWASHYNA,<br><br>    Defendants. | Case No. 1:24-cv-00142-JMC |

## ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of Defendants Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna's Omnibus Motion *in limine* it is hereby ORDERED that Defendants' Motion is GRANTED.

 

_____
Jia M. Cobb
United States District Judge

1