UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

\---------------------------------------------------------------X
GITA F. SANKANO,                                                :
                                                                :
                Plaintiff,                                   :   Civil Action No.: 1:24-cv-00142-JMC
                                                                :
      v.                                                        :
                                                                :
TROUTMAN PEPPER HAMILTON SANDERS       :   **NOTICE OF MOTION**
LLP and BRIAN IWASHYNA,                                :
                                                                :
                Defendants.                                :
\---------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon this motion, the accompanying memorandum of law and Declaration of Michael J. Willemin, as well as all prior pleadings and papers filed in this action, Plaintiff Gita Sankano will move this Court, at the United States District Court for the District of Columbia, 333 Constitution Avenue NW, Washington, D.C. 20001, to respectfully request an order granting her Motion to preclude Defendants Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna from offering at trial certain evidence and testimony on certain topics, including (1) Partner compensation; and (2) certain alleged performance deficiencies that were not known to decision-makers at the time the decision to terminate Plaintiff was made.

Dated: March 4, 2026
       New York, New York                  **WIGDOR LLP**

                                                                                           By: _____
                                                                            Michael J. Willemin
                                                                             Kassandra Vazquez
                                                                             Brooke Payton

                                                                85 Fifth Avenue
                                                                New York, NY 10003
                                                                Telephone: (212) 257-6800
                                                               Facsimile: (212) 257-6845
                                                               mwillemin@wigdorlaw.com
                                                               kvazquez@wigdorlaw.com
                                                               bpayton@wigdorlaw.com