UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
GITA F. SANKANO,         :
        :
        Plaintiff,         :         Civil Action No.: 1:24-cv-00142-JMC
        :
v.         :
        :         **DECLARATION OF**
TROUTMAN PEPPER HAMILTON SANDERS         :         **MICHAEL J. WILLEMIN IN SUPPORT**
LLP and BRIAN IWASHYNA,         :         **OF PLAINTIFF'S MOTION IN LIMINE**
        :
        Defendants.         :
-------------------------------------------------------------------X

I, **Michael J. Willemin**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a Partner at the law firm Wigdor LLP and counsel for Plaintiff Gita Sankano.

2. I have personal knowledge of the facts set forth herein and submit this declaration in support of Plaintiff's Motion in Limine.

3. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts from the October 25, 2024 deposition of Dameon Rivers, specifically pages 1 and 3-13.

4. Attached hereto as **Exhibit B** is a true and accurate copy of excerpts from the October 25, 2024 deposition of Lindsey Crawford, specifically pages 1 and 7.

5. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts from the November 5, 2024 deposition of Brian Iwashyna, specifically pages 1 and 14-17.

6. Attached hereto as **Exhibit D** is a true and accurate copy of excerpts from the November 13, 2024 deposition of Christine Waldmann Carmody, specifically pages 1 and 10-12.

7. Attached hereto as **Exhibit E** is a true and accurate copy of excerpts from the November 1, 2024 deposition of Blair Schiff, specifically pages 1 and 12-15.

8. Attached hereto as **Exhibit F** is a true and accurate copy of handwritten notes produced by Defendant and Bates-stamped Troutman_00001025-1026.

9. Attached hereto as **Exhibit G** is a true and accurate copy of further excerpts from the November 1, 2024 deposition of Blair Schiff, specifically pages 1 and 134-35.

10. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 4, 2026
      New York, New York                               By: _____
                                                                   Michael J. Willemin

2