# Exhibit B

```
                                                          Page 1
 1   UNITED STATES DISTRICT COURT
 2   DISTRICT OF COLUMBIA
 3   Case No. 1:24-cv-00142
 4    - - - - - - - - - - - - - - - - - - - -x
 5   GITA F. SANKANO,
 6                            Plaintiff,
 7          -against-
 8   TROUTMAN PEPPER HAMILTON SANDERS LLP,
 9                            Defendant.
10    - - - - - - - - - - - - - - - - - - - -x
11
                              October 25, 2024
12                            1:29 p.m.
13
14      REMOTE DEPOSITION of LINDSEY CRAWFORD,
15   in the above-entitled action, taken
16   before Dawn Matera, a Certified Shorthand
17   Reporter and Notary Public of the State
18   of New York.
19
20              *       *       *
21
22
23
24
25
```

```
                                                      Page 7
 1    on how much the firm makes a year.
 2         Q.    And what was your total
 3    compensation for 2023?
 4              MS. DAVIS:  Objection.
 5         A.    I consider that my personal
 6    financial information.  I am not going to
 7    respond.
 8         Q.    Okay.  I am going to make a
 9    motion to hold -- I have never said this
10    before in a deposition because I never
11    had a witness refuse to answer a question
12    when their attorney didn't instruct them
13    not to answer.
14              I will after this deposition I
15    will be making a motion to hold you in
16    contempt in connection with your failure
17    to answer any questions on a basis such
18    as that.
19              And so I don't know whether you
20    had an opportunity, based on the
21    witness's deposition I just took to
22    already discuss this with your attorney
23    and, you know, you made that decision to
24    not answer knowing that or whether or not
25    you would want to consult with your
```