# Exhibit C

```
                                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
 3   DISTRICT OF COLUMBIA
     ----------------------------------------- x
 4
     GITA F. SANKANO,
 5
                          Plaintiff,
 6
             -vs-
 7
     TROUTMAN PEPPER HAMILTON SANDERS LLP,
 8
                          Defendant.
 9
     Case No. 1:24-cv-00142
10
     ----------------------------------------- x
11
12
13            November 5, 2024
              10:15 a.m.
14
15       DEPOSITION of BRIAN IWASHYNA, taken
16   pursuant to Order, via Zoom, before Fran
17   Insley, a Notary Public of the States of New
18   York and New Jersey.
19
20
21
22
23
24
25
```

Page 14

1                    IWASHYNA
2    leader?
3        A.    From approximately 2008 to 2023,
4    December 31, 2023.
5        Q.    And were you appointed leader of the
6    practice group, did you apply for that
7    position?
8        A.    I guess I was appointed.  I did not
9    apply.
10       Q.    And who appointed you to that
11   position?
12       A.    At the time, Mark Shiembob, the
13   prior practice group leader.
14       Q.    And are you an equity partner?
15             MS. DAVIS:  Objection.  You can
16       answer.
17       A.    We have a closed compensation system
18   where none of the partners know each other's
19   equity status.
20       Q.    Are -- I'm sorry, my question is:
21   Are you an equity partner?
22             MS. DAVIS:  Objection.
23       A.    We have a closed compensation system
24   where the equity or non-equity status of the
25   partners is not disclosed.

1                    IWASHYNA
2         Q.    So, are you refusing to tell me
3    whether you're an equity partner?
4         A.    Correct.
5         Q.    Do you receive a share of the
6    company's profits as part of your compensation
7    structure at Troutman Pepper?
8              MS. DAVIS:  Objection.
9         A.    All partners receive a portion of
10   equity as part of their compensation.
11        Q.    I'm asking do you receive a share of
12   the company's profits as part of your
13   compensation structure at the firm?
14              MS. DAVIS:  Objection, but you can
15        answer.
16        A.    Yes, I'm a partner at the firm and
17   all partners receive some portion of their
18   compensation based on their equity share.
19        Q.    And at the end of the year, do you
20   get a K-1 or a W-2 or something else?
21        A.    I believe all partners at Troutman
22   get a K-1.
23        Q.    Unless I designate otherwise, my
24   questions are specific to you.  Do you
25   understand that?

Page 16

1                        IWASHYNA
2        A.    Yes.
3        Q.    And how much did you earn in
4    compensation in 2023?
5              MS. DAVIS:  Objection.
6        A.    We have a closed compensation
7    system.
8        Q.    I'm not asking whether the firm has
9    a closed compensation system.  I'm asking what
10   your compensation was in 2023?
11             MS. DAVIS:  Objection.
12       A.    We have a closed compensation system
13   where none of the partners know what the other
14   partners make.
15       Q.    Do you know what you make?
16       A.    Roughly.
17       Q.    So, what did you make roughly in
18   2023?
19             MS. DAVIS:  Objection.
20       A.    We have a closed compensation
21   system.
22       Q.    Can you please explain to me what
23   the closed compensation system is at Troutman
24   Pepper?
25       A.    Sure.  The compensation chart is

Page 17

1                    IWASHYNA
2    unpublished and it's a core part of our culture
3    where we all work together and no one knows
4    anyone else's compensation.
5        Q.    And are you aware that there is a
6    confidentiality stipulation in place in this
7    case?
8        A.    Yes.
9        Q.    Are there any partners here on the
10   deposition today?
11       A.    Yes.
12       Q.    And who is here today?
13       A.    Jaime Theriot.
14       Q.    So, is it your testimony here today
15   that you are refusing to answer my question
16   regarding how much compensation you earned in
17   2023?
18       A.    Yes.
19             MS. VAZQUEZ:  Fran, can we mark this
20       for a ruling, please.
21       Q.    Are you aware of whether or not
22   Troutman Pepper has or in 2023 had any policies
23   as to what a partner was obligated to do if
24   they learned about a complaint of
25   discrimination in the workplace?