# Exhibit D

Page 1

1
2         UNITED STATES DISTRICT COURT
3            DISTRICT OF COLUMBIA
4
5   -------------------------------
    GITA F. SANKANO,
6
                    Plaintiff,
7
                                        Case No.:
8         vs.                           1:24-cv-00142-
                                        JMC
9
    TROUTMAN PEPPER HAMILTON SANDERS
10  LLP and BRIAN IWASHYNA,
11                  Defendants.
    -------------------------------
12
13
14                        November 13, 2024
                          11:23 a.m.
15
16      Remote video-teleconference deposition of
17  CHRISTINE WALDMANN CARMODY, taken by Plaintiff, held
18  at the offices of Troutman Pepper Hamilton Sanders
19  LLP, Washington, D.C., pursuant to notice, before
20  Elizabeth F. Tobin, a Registered Professional
21  Reporter and Notary Public of the State of New
22  York.
23
24
25

Page 10

1                C. Waldmann Carmody
2    Troutman Pepper?
3        A.    I'm a partner.
4        Q.    Are you a part of any particular practice
5    group?
6        A.    I'm part of the multifamily practice
7    group.
8        Q.    Have you always been a part of the
9    multifamily practice group?
10       A.    Since Pepper and Troutman merged, yes.
11       Q.    Just for the record, when did Troutman
12   and Pepper merge?
13       A.    In the summer of 2020.
14       Q.    Before the merger, were you a part of a
15   different practice group?
16       A.    The name of the practice group was
17   different afterward but it was the same group of
18   people.
19             (Simultaneous speakers.)
20       Q.    What was the name?
21       A.    We were part of financial services.
22       Q.    Are you an equity partner or salary?
23       A.    I don't think that's relevant.
24             MR. KENNEDY:  I'm going to object to
25       that.  That's private information, oppressive

Page 11

1          C. Waldmann Carmody
2      and harassing and beyond the scope of issues in
3      the case.
4           MS. VAZQUEZ:  You're objecting on
5      relevancy grounds and grounds of harassment,
6      counsel?
7           MR. KENNEDY:  I didn't say relevance.
8      You know, relevance objections are reserved
9      until trial.  It's private information.  I
10     think it's oppressive and harassing.
11          MS. VAZQUEZ:  And you're directing the
12     witness not to answer.
13          MR. KENNEDY:  No.  The witness gets to
14     decide whether she wants to answer or not.
15     Q.    Ms. Waldmann Carmody, do you understand
16 that your counsel has not directed you to not
17 respond to my question regarding whether you are an
18 equity partner or a salary partner?
19     A.    Yes.
20     Q.    And you are choosing to nevertheless not
21 respond to the question of whether you are an equity
22 partner or salary partner?
23     A.    Yes.
24     Q.    And you do understand that relevancy is
25 not a basis to object to questions during a

Page 12

1            C. Waldmann Carmody
2  deposition?
3           MR. KENNEDY:  Objection.  Calls for a
4      legal conclusion.
5       Q.    You can answer.
6       A.    I think it's very personal, private
7  information that I don't want to share.
8       Q.    And do you receive a share of the
9  company's profits as part of your compensation
10 structure at Troutman Pepper?
11          MR. KENNEDY:  Same objections.
12      A.    Again, I don't want to answer that.
13      Q.    And you do understand that I'm not asking
14 you the amount that you make in this question -- in
15 the question of whether you receive a share of the
16 company's profits as part of your compensation.
17      A.    Yes, I understand.
18      Q.    And you're nevertheless refusing to
19 answer the question whether you receive a share of
20 the company's profits as part of your compensation?
21          MR. KENNEDY:  Same objections.
22      A.    Yes.
23      Q.    And you understand that your counsel has
24 not directed you not to respond to my question of
25 whether you receive a share of the company's profits