# Exhibit E

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    DISTRICT OF COLUMBIA
      - - - - - - - - - - - - - - - - - - - -x
 4    GITA D. SANKANO,
 5                      Plaintiff,
 6           -against-
 7    TROUTMAN PEPPER HAMILTON SANDERS LLP,
 8                      Defendant.
      Civil Case No. 1:24-CV-00142
 9    - - - - - - - - - - - - - - - - - - - -x
10                      815 Connecticut Avenue
                        Washington, DC
11
                        November 1, 2024
12                      10:02 a.m.
13
14       VIRTUAL DEPOSITION of BLAIR SCHIFF, a
15    witness appearing on behalf of the
16    Defendant in the above-entitled action,
17    held at the above time and place via Zoom,
18    taken before Brian Brenner, a Shorthand
19    Reporter and Notary Public of the State of
20    New York, pursuant to the Federal Rules of
21    Civil Procedure, Court Order and
22    stipulations between Counsel.
23
24            *     *     *
25
```

Page 12

1             B. SCHIFF
2    PDP?
3       A    Since the merger.  We did not
4    have them at Pepper Hamilton.
5       Q    And are there any other PDPs
6    besides you?
7       A    Yes.
8       Q    Who are those PDPs?
9       A    I'm sorry, do you mean at our
10   practice group or PDPs at the rest of the
11   firm?
12      Q    In your practice group?
13      A    Nora Nickel is the other PDP in
14   our practice group.
15      Q    So before you were a partner at
16   Pepper Hamilton were you also an associate
17   at Pepper Hamilton?
18      A    Yes, ma'am.
19      Q    And for how long were you an
20   associate before you became a partner at
21   Pepper Hamilton?
22      A    Nine or ten years.  I can't
23   recall the -- I think it was ten years.
24      Q    And are you an equity partner?
25           MS. DAVIS:  Objection.

Page 13

1                    B. SCHIFF
2              You can answer.
3       A     Not right now, no.
4       Q     You said not right now?
5       A     No.  I was previously, but I am
6    not one now.
7       Q     And when were you an equity
8    partner?
9              MS. DAVIS:   Objection.
10             You can answer.
11      A     I was an equity partner in 2022
12   and 2023.
13      Q     How did it come to be that you
14   are now a non-equity partner?
15             MS. DAVIS:   Objection.
16             You can answer.
17      A     I represent lenders who do the
18   HUD financing, and HUD financing has
19   slowed down drastically so my workflow has
20   decreased.
21      Q     For 2023 what were the
22   components of your compensation?
23             MS. DAVIS:   Objection.
24             You can answer.
25      A     I don't understand your question

Page 14

1           B. SCHIFF
2   when you say components of my
3   compensation.
4       Q    It would be benefits, medical,
5   bonus, draw, as various components to
6   compensation.  Did any of those apply to
7   you in 2023?
8       A    I did not receive benefits.  I
9   received an equity draw.
10      Q    And how much is that draw?
11           MS. DAVIS:   Objection.
12           You can answer.
13      A    I'm trying to -- I believe it's
14   about $700,000.
15      Q    And how much did you earn in
16   total compensation in 2023?
17           MS. DAVIS:   Objection.
18      A    I think it was about $700,000.
19      Q    So your total compensation for
20   2023 including your $700,000 draw was
21   $700,000?
22           MS. DAVIS:   Objection.
23      A    I'm not sure I understand your
24   question.  The way we are paid is through
25   draws.

Page 15

1              B. SCHIFF
2      Q     So your total compensation for
3    2023 was $700,000?
4      A     Approximately, yes.
5      Q     And did you receive a bonus in
6    2023?
7            MS. DAVIS:   Objection.
8      A     That was included in the
9    $700,000.  I didn't receive an additional
10   bonus, no.
11     Q     Are you aware of whether or not
12   Troutman Pepper had in 2023 or has any
13   policies as to what a partner is obligated
14   to do if they learned about a complaint of
15   discrimination in the workplace?
16     A     Yes, ma'am.
17     Q     And what are those policies,
18   please?
19     A     If I receive a report of
20   harassment based off of a protected
21   characteristic that was described in our
22   handbook then I am to report that.
23     Q     What are those protected
24   characteristics as described in your
25   handbook?