# Exhibit F

Discussion w/ Lindsay
- Ground Lease checklist    930 Broadway - Key Bank
  - The analysis had a ~~good number of~~ some misses and was limited but a level below one would expect from a 4th year associate

  - Need to slow down
  - Need to absorb and analyze - told her 10 times
  - Super regimental, doesn't have support or reasoning behind why things are being done

Ari: 930 Broadway, Astro Apts

- Don't use her on complicated transactions
- Pralme has a better substantive base


Discussion w/ Peter
- Great attitude
- Doesn't update checklists accurately (discuss w/ Aaron)
- Has more faith in 1st year associates
- Isn't thinking critically at all

Troutman_00001025

Discussion w/ Dawson

- Gita struggles w/ carrying what she learned from one deal to the next deal
- She isn't asking questions and is overconfident
- She isn't putting the pieces together
- Knowledge isn't growing and aren't linking the pieces to make the whole - so people won't trust her to run deals
- She has to be directed for everything
- This just isn't the right fit

Troutman_00001026