# Exhibit G

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   DISTRICT OF COLUMBIA
     - - - - - - - - - - - - - - - - - - - -x
 4   GITA D. SANKANO,
 5                         Plaintiff,
 6           -against-
 7   TROUTMAN PEPPER HAMILTON SANDERS LLP,
 8                         Defendant.
     Civil Case No. 1:24-CV-00142
 9   - - - - - - - - - - - - - - - - - - - -x
10                         815 Connecticut Avenue
                           Washington, DC
11
                           November 1, 2024
12                         10:02 a.m.
13
14      VIRTUAL DEPOSITION of BLAIR SCHIFF, a
15   witness appearing on behalf of the
16   Defendant in the above-entitled action,
17   held at the above time and place via Zoom,
18   taken before Brian Brenner, a Shorthand
19   Reporter and Notary Public of the State of
20   New York, pursuant to the Federal Rules of
21   Civil Procedure, Court Order and
22   stipulations between Counsel.
23
24              *       *       *
25
```

```
                                              Page 134
 1                    B. SCHIFF
 2   you --
 3        A    No, no.  We didn't have any
 4   conversations -- I'll make it simple for
 5   you.  No.
 6              MS. VAZQUEZ:   Okay, I'm done
 7        with this exhibit and I'm going to go
 8        back and mark another exhibit.
 9              [Whereupon, the above-mentioned
10        document was marked Exhibit P621 for
11        identification.]
12        Q    Mr. Schiff, if you refresh your
13   folder you should be able see an exhibit
14   that's been marked as P621 containing
15   Bates stamp Troutman 1025 to 1026.  Please
16   let me know when you have this up.
17              [Witness peruses the document.]
18        A    I have it up.
19        Q    Let me know when you're done
20   reading it.
21        A    Okay.
22        Q    Do you recognize this
23   handwriting?
24        A    I do, and it's really bad.
25        Q    It's yours?
```

```
                                              Page 135
 1                   B. SCHIFF
 2        A     It's my handwriting.
 3        Q     Mr. Schiff, when were these
 4   notes taken?
 5        A     These notes were taken in
 6   preparation for the memo for the
 7   termination, for the script for our
 8   discussion review of the termination.
 9        Q     This is after performance
10   evaluations were submitted, correct?
11        A     That is correct.  This is after
12   we had decided that we were terminating
13   Gita.
14        Q     Was Ms. Ebi a partner at that
15   time?
16        A     He was not.
17        Q     And about halfway down the page
18   it says Ari.  Do you see that?
19        A     I go.
20        Q     And are you referring to Mr. Ebi
21   when you write Ari?
22        A     Yes.  Ms. Crawford suggested
23   that I speak with Ari about those two
24   matters.  I did not speak with Ari about
25   those two matters, because as we discussed
```