**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------X
GITA SANKANO,                                   :
                                                :
               Plaintiff,                  :
                                                :
          v.                                  :   Civil Case No. 1:24-cv-142
                                                :
TROUTMAN PEPPER HAMILTON                        :
SANDERS LLP and BRIAN IWASHYNA,                 :
                                                :
               Defendants.                 :
-------------------------------------------------------X

## ORDER

      AND NOW, this _____ day of _____ 2026, upon consideration of Plaintiff Gita Sankano's Omnibus Motion *in limine* it is hereby ORDERED that Plaintiff's Motion is GRANTED.

                                                                                                         _____
                                                                                                         Jia M. Cobb
                                                                                                         United States District Judge