**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------X

GITA SANKANO,                              :
                                           :
                          Plaintiff,       :
                                           :
            v.                             :        Civil Case No. 1:24-cv-142
                                           :
                                           :
TROUTMAN PEPPER HAMILTON                    :
SANDERS LLP and BRIAN IWASHYNA,            :
                                           :
                          Defendants.      :
                                           :
-------------------------------------------------------X

## JOINT MOTION TO STAY DEADLINES AND APPEARANCES

Plaintiff Gita Sankano, and Defendants Troutman Pepper Hamilton Sanders LLP and Brian Iwashyna, by undersigned counsel, hereby file this Joint Motion to Stay Deadlines and Appearances.

1.      On April 3, 2026, with the assistance of Magistrate Judge Matthew J. Sharbaugh, the parties reached a settlement in principle of this matter.

2.      To finalize the settlement, the parties need to draft and execute a formal settlement agreement.

3.      The parties anticipate being able to complete this process within 30 days.

4.      Accordingly, in an effort not to waste the time and resources of the Court and parties, the parties respectfully request that the Court stay all deadlines and appearances *sine die* while they draft and finalize a full form settlement agreement, after which a stipulation of dismissal with prejudice will be filed.

5.      Alternatively, the parties respectfully request that the Court issue a "30-day Order" dismissing the case without prejudice to re-calendaring it within 30 days should settlement not be

consummated by that time.  In the very likely event that the matter is not re-calendared within 30 days, the dismissal would convert to one with prejudice.

Respectfully submitted,

Dated:  April 6, 2026

**WIGDOR LLP**

By: _____
    Michael J. Willemin
    Brooke Payton

    85 Fifth Avenue
    New York, NY 10003
    Telephone: (212) 257-6800
    Facsimile: (212) 257-6845
    mwillemin@wigdorlaw.com
    bpayton@wigdorlaw.com

    *Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: */s/ Alison N. Davis*_____
    Alison N. Davis, Bar No. 429700
    Paul Kennedy, Bar No. 428623
    Morgan Kinney, Bar No. 8888325169

    815 Connecticut Avenue NW, Suite 400
    Washington, DC 20006.4046
    Telephone: 202.842.3400
    Facsimile: 202.842.0011
    andavis@littler.com
    pkennedy@littler.com
    mkinney@littler.com

    *Attorneys for Defendants*