**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------X
GITA SANKANO,                                        :
                                                    :
                            Plaintiff,              :
                                                    :
                v.                                  :        Civil Case No. 1:24-cv-142
                                                    :
TROUTMAN PEPPER HAMILTON                             :
SANDERS LLP and BRIAN IWASHYNA,                      :
                                                    :
                            Defendants.             :
-------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gita F. Sankano and Defendants Troutman Pepper Hamilton Sanders LLP and

Brian Iwashyna, by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that this action

should be dismissed WITH PREJUDICE, each party to bear its own costs.


STIPULATED AND AGREED TO:

**WIGDOR LLP**                                      **LITTLER MENDELSON, P.C.**

_____               */s/ Alison N. Davis*_____
Michael J. Willemin                                Alison N. Davis
Brooke Payton                                      Paul Kennedy
85 Fifth Avenue                                    Morgan Kinney
New York, New York 10003                           815 Connecticut Avenue NW, Suite 400
Telephone: (212) 257-6800                          Washington, DC 20006
Facsimile: (212) 257-6845                          Phone: (202) 414-6855
mwillemin@wigdorlaw.com                            Facsimile: (202) 318-8967
bpayton@wigdorlaw.com                              pkennedy@littler.com
                                                   andavis@littler.com
                                                   mkinney@littler.com
*Counsel for Plaintiff*

                                                   *Counsel for Defendants*